UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT,<br><br>    Plaintiff,<br><br>        v.<br><br>KENNETH Y. TOMLINSON,<br>Chairman, Broadcasting Board of Governors,<br><br>    Defendant. | Civil Action No. 06-1152 (JDB) |

## SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION

Pursuant to the Initial Scheduling Conference with the Court on October 11, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1. Based upon the agreement of the parties, this case is hereby REFERRED to MEDIATION to commence on October 12, 2006, and to conclude on December 12, 2006. In accordance with L. Civ. R. 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions. The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part;

2. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are due by not later than December 12, 2006.

3. Each side shall be limited to 30 interrogatories. Any interrogatories shall be served no earlier than December 12, 2006.

4. Each side shall be limited to 10 depositions. The duration of each deposition shall not exceed 7 hours.

5. Plaintiff's Rule 26(a)(2) expert disclosures shall be served by not later than March 28, 2007. Defendant's expert disclosures shall be served by not later than April 27, 2007.

6. All discovery shall be completed by not later than June 12, 2007.

7. Dispositive motions shall be filed by not later than July 27, 2007. Oppositions shall be filed by not later than September 11, 2007. Replies shall be filed by not later than October 11, 2007.

8. The parties shall appear for a status conference on December 19, 2006, at 9:00 a.m.

9. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

                                                        /s/ John D. Bates
                                                    JOHN D. BATES
                                    United States District Judge

Dated:  October 11, 2006