UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1152 (JDB) |
| | ) |
| KENNETH Y. TOMLINSON, | ) |
| Chairman, Broadcasting Board | ) |
| of Governors, | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors ("the Agency"), by and through undersigned counsel, hereby submits his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

I. <u>NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>

    A. Khin Maung Htay
       Former Chief of Burmese Service
       Silver Spring, MD
       Can be contacted through the Agency
       Selecting official for both Vacancy Announcements

    B. Jay Henderson
       Director, East Asia and Pacific Division
       Voice of America
       International Broadcasting Bureau
       330 Independence Avenue, S.W.
       Washington, D.C. 20237
       202-260-4618
       Drafted Vacancy Announcements, reviewed position descriptions

    C. Dan Robinson
       Former Burmese Service Chief
       International Radio Broadcaster-Correspondent
       Voice of America
       International Broadcasting Bureau
       330 Independence Avenue, S.W.

   Washington, D.C.  20237
   202-225-5214
   Familiar with Internews and work of Than Lwin Htun

D.  Jerri Lynn Fitzpatrick
    Former Human Resources Specialist
    International Broadcasting Bureau
    Import-Export Bank
    Vermont Street, N.W.
    Washington, D.C.
    202-565-3407
    Personnelist handling Burmese Service during relevant period.  Knowledge of drafting position descriptions and vacancy announcements.  Had role in filling vacancy announcements at issue.

E. Cassandra Hall
   Human Resources Specialist
   International Broadcasting Bureau
   International Broadcasting Bureau
   330 Independence Avenue, S.W.
   Washington, D.C.  20237
   202-619-31117
   Personnelist in Agency's Delegated Examining Unit ("DEU") during relevant time period.  Knowledge of process of filing vacancies through DEU.  Had role in filling vacancy announcements at issue.

F.  Irena Burgener
    Voice of America
    International Broadcasting Bureau
    330 Independence Avenue, S.W.
    Washington, D.C.  20237
    202-382-5421
    Member of interview panel for Vacancy Announcement M/P-03-26

G.  Bageshwar Verma
    Program Review Analyst
    Office of Program Review
    International Broadcasting Bureau
    International Broadcasting Bureau
    330 Independence Avenue, S.W.
    Washington, D.C.  20237
    202-203-4806
    Member of interview panel for Vacancy Announcement M/P-03-26

II. DESCRIPTION OF DOCUMENTS WHICH MAY BE USED TO SUPPORT THE AGENCY'S DEFENSES[1]

    A. Report of Investigation for OCR 04-03;

    B. Vacancy Announcement/Recruitment Bulletin Files
        1. Announcement M/P-03-26
        2. Announcement M/P-03-29;

    C. Official Personnel File of Kyaw Zaw Nyunt;

    D. Evaluation File of Kyaw Zaw Nyunt;

    E. Agency's Manual of Operations and Administration, Part V-A, § 460 - Promotions;

    F. Agency's Manual of Operations and Administration, Part V-A, § 821 - Employing Non-U.S. Citizens for Duty in the United States;

    G. February 27, 1993 Memorandum from J. Brambilla, S. Davis to All Language Service Employees regarding Revisions in Policies Governing Non-U.S. Citizens Employment;

    H. Guidelines for Selection, Promotion, and Employment of Non-U.S. Citizens in the Presence of Qualified U.S. Citizen Competitors;

    I. Non-U.S. Citizen Selection Memorandum (Guidance Memorandum);

    J. Title 22, United States Code, Section 1472;

    K. Excerpts from the Agency's Personnel Handbook for Managers and Supervisors: January 1997 Supplement - Section 102 - Employment of Non-U.S. Citizens; August 1986 Update, Section 1002 - Non-U.S. Citizen Employment and Personnel Services.

Dated: December 12, 2006

---

[1] These documents were provided to plaintiff's counsel during the administrative proceedings.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR #435409
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.   20530

**CERTIFICATE OF SERVICE**

      I certify that, on this 12th day of December, 2006, a copy of the foregoing was served, by first-class mail, postage prepaid, to:

Timothy B. Shea
Nemirow Hu & Shea
1629 K Street, N.W., Suite 500
Washington, D.C. 20006

     /s/ _____
MARIAN L. BORUM
Assistant United States Attorney