United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>   Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06 – 1152 (JDB)<br>)<br>) |

**Mandatory Disclosures Pursuant to Rule 26(a)**

Pursuant to the scheduling order Plaintiff makes the following mandatory disclosures in accordance with Rule 26(a).

1. **The Names and Addresses of Individuals with Information**

The names and addresses of individuals likely to have discoverable information that Plaintiff may use to support his claim: all past or present employees and contractors since 2002 in the Burmese service of BBG; employees in the supervisory chain up to the division chief and beyond; and employees involved in the personnel decisions relating to the Burmese service or related services either from the personnel office or as part of the various rating or selection panels. The addresses and telephone numbers of these individual BBG employees and contractors are better known to Defendant than Plaintiff.

The individuals from the Burmese service and the supervisory chain in the division past and present include but not limited to: Jay Henderson; Khin Maung Htay; Than Lwin Htun; Khin Maung Win; Aung Hla; Hla Than; Whin Aung; Kin Maung Htay; Dan Robinson; and Doris Than. These individuals have knowledge relating to the terms and conditions of employment, the requirements of the office, the qualifications of

1

candidates, statements made relating to the personnel actions, threats of retaliation, instances of discrimination and the treatment of Plaintiff Nyunt.

The personnellists and panel members include Jerri Fitzpatrick, Cassandra Hall, LaPrell Murphy and Bagashwar Verma. The personnellists and panel members have information as to the procedures used by BBG generally and the specific method of the preparation of the position descriptions, crediting plans and announcements in the vacancy announcements at issue in this case as well as the selection process.

Dr. Tin Moe Thu of 6400-F Seven Corners Place in Falls Church, VA, phone (703) 538-4197 and Dr. Angela Emons Brule, 1145 Nineteenth Street, Suite 314, NW, Washington DC 20036 (202) 466-6845 treated Plaintiff Nyunt for the stress, depression, hypertension, diabetes and related ailments owing to the pressures put on Plaintiff Nyunt in the workplace.

**2. Descriptions of Documents in the Possession of Plaintiff relating to the Claim**

Medical records relating to his stress, depression, hypertension, diabetes and related ailments are available with Plaintiff's treating physicians identified above. Many such documents dated prior to October 2005 have already been provided to the defendant agency.

Employment records relating to Plaintiff and his claims are available with the Defendant Agency and the record developed in the administrative complaint process. Those include the vacancy announcement files, the EEO complaint files, the files of other complainants from the Burmese division and applicant flow data from BBG records. Defendant also has data compilations on Plaintiff, other similarly situated employees applicants and superiors.

**3. Damages**

Non-Promotion

Mr. Nynut was denied promotion to GS 12 in June 2003. At the time he was a GS 11 step 4 with base pay of $47,275. The difference in pay from a GS 11 step 4 to GS 12 step 3, which currently pays $59,050, is $8,241 per year based on the current rate schedule. It has been approximately 3.5 years since the jobs were filled, so the back pay accrued to date is $28,843 (3.5 times $8,241). These damages are continuing.

Physical Injury, Stress and Anxiety

Plaintiff is entitled to compensation for the stress, anxiety, anguish, distress, sickness, humiliation and insult the he has suffered. He became anxious and depressed and his eating became unhealthy and irregular. He lost weight and sleep. His confidence suffered. His constant worrying made him appear preoccupied.

Although he loved broadcasting, it was hard to go to work. It was hard for him to socialize with colleagues and even with his family. His relationships with my wife and children became strained. He could not help his children with their academic studies as he had done in the past nor he could enjoy with them a warm family atmosphere. The stress, anxiety, anguish, distress and humiliation have caused hypertension. His health declined dramatically. He was diagnosed by Dr. Tin Moe Thu of 6400-F Seven Corners Place in Falls Church, VA, phone (703) 538-4197, with hypertension and diabetes owing to the stress and anxiety. Since then he has been taking medication -- glipizide and lisinopril for these problems and had regular visits with Dr. Thu. Prior to 2003, he had been healthy. In September 2005, he was diagnosed with depression by Dr.

Angela Emons Brule, 1145 Nineteenth Street, Suite 314, NW, Washington DC 20036 (202) 466-6845 and was prescribed alprazolarn and fluorxetine.

He will never recover from diabetes or hypertension. Briefly, to deal with diabetes requires Mr. Nyunt to restrict his diet and regulate his activities every day. For the rest of his life he will be at risk of dehydration, diabetic coma, stroke and damage to nerves and small blood vessels particularly the eyes, kidney and heart. To deal with hypertension he will have to restrict his eating and regulate his activities. He must continue to take medication for depression and to work through this illness too.

For these injuries, Plaintiff seeks $600,000.

**4. Insurance**

Not applicable.

**5. Experts**

Dr. Angela Emons Brule, 1145 Nineteenth Street, Suite 314, NW, Washington DC 20036 (202) 466-6845 who treated Plaintiff Nyunt may be called to testify and / or Dr. Tin Moe Thu of 6400-F Seven Corners Place in Falls Church, VA, phone (703) 538-4197.

                                Respectfully submitted,

                                Timothy B. Shea
                                DC Bar No. 234005
                                Nemirow Hu & Shea
                                1629 K Street, NW  Suite 500
                                Washington, DC  20006
                                Tel. 202 835 0300
                                Fax 202 835 0306