United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)    CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Plaintiff's First Interrogatories to Defendant**

Pursuant to Rule 33, Fed. R. Civ. P., Plaintiff Nyunt hereby propounds the following interrogatories to Defendant to be answered within 30 days.

**Instructions.** Each interrogatory is to be answered based on information within your possession, custody or control or the possession, custody or control of your attorneys, agents, contractors or other representatives. These interrogatories are continuing in nature so you are required to update answers as to which you obtain new or additional information.

Where an interrogatory requests you to identify a person, please supply the full name, title, address and telephone of each such person.

Where an interrogatory requests you to identify a document, please supply the date, author, addressee, and custodian(s) of the document or copies.

Where an interrogatory requests you to describe a conversation or meeting, please provide the date of the conversation, identity of each participants, the substance of the conversation and any document used during or describing the substance of the conversation.

1

Where an interrogatory requests you to state the basis of a claim, contention, or assertion, please identify each document, each conversation, and each occurrence which supports the claim, contention, or assertion.

The word "document(s)" as used here shall include all tangible materials that constitute or contain discoverable materials including drafts, writings, reproduction, notes, pictures, tapes, computer disks, and electronic information.

The work "person" shall include individuals as well as any form of business enterprise.

**Definitions.** The letters BBG shall mean the Broadcasting Board of Governors. The letters VOA shall mean the Voice of America, Broadcasting Board of Governors

The term "Vacancy Announcements" shall mean BBG announcements No. M/P-03-26 and/or Announcement No. M/P-03-29 dated on or about March, 2003.

The term "Positions" shall mean the positions established by or covered by the Vacancy Announcements.

1. Please provide applicant flow data by age, race, and national origin, for the Burmese service of the East Asia and Pacific Division, including all employees assigned to the Washington DC office as regular appointment, contractor or otherwise, from January 1, 2000 to date including vacancies, reassignments, promotions, new hires, retirements and any other entry or exit from the workforce. At a minimum, the status of each employee in the Burmese service

should be set out as of January 1 of each year. For each employee identified, please provide the date of hire at VOA, the date of appointment into [or resignation from] the Burmese service, the method of hire or separation and the selecting official.

2. Please identify any answer to interrogatory or request for production from the EEOC proceeding, *Nyunt v. Tomlinson*, EEOC No. 100-2004-0921X ("EEOC Proceeding") as to which you believe that the answer is inaccurate or incomplete and state the basis for the conclusion.

3. Please state the basis for your denial of the following paragraphs of the Complaint: 21; 23; 26; 27; and 34.

4. With respect to each and every document relating to the creation, announcement and filling of the Vacancy Announcements please identify the author or authors of each such document.

5. Please provide each and every document relating to or referencing the meeting in early 2003 at BBG offices between Mr. Henderson and Mr. Htun including but not limited to calendars, business cards, emails, acknowledgments, building admission passes or itineraries.

6. Please provide each and every policy and rule relating to the administration of leave and discipline, including admonishments.

7. Please provide each and every document relating or referring to Plaintiff including but not limited to his official personnel folder, writings relating to his leave status [including the grant and denial of sick or annual leave requests],

writings relating to his physical condition, and any personnel actions taken or contemplated with respect to him.

8. Please identify each and every past or present authority, policy, guidance, discussion, memorandum and/or opinion addressing the claim of authority to hire aliens for positions at BBG including each and every authority, policy, guidance, opinion, action or memorandum discussing or setting out the past administration by BBG or any predecessor agency of any such authorities.

9. Please provide an employment profile [name; age; race; nationality; entrance on duty at BBG; time in each grade; methods of promotion; time in grade as supervisor and /or chief] of each and every language service chief [ i.e., chiefs of each particular language activity] in VOA as of January 1 for each year from 2000 to 2006 including but not limited to the name of the service and the date of establishment of the service, if established during those years.

10. Please state the basis for the contention in your Answer that the Complaint fails to state a claim as to which relief can be granted.

11. Please state the basis for your contention that the Plaintiff has failed to exhaust his administrative remedies including each and every claim as to which you contend that this applies and what you contend Plaintiff was obliged to do the properly exhaust.

12. Please identify each and every time since 1995 in which two GS-12 positions were posted as vacancies simultaneously within any language service.

13. Please describe the conversation or the meeting among members of the Burmese service staff convened by Mr. Htay chief of the Burmese service on or about June

13, 2003 at which the Vacancy Announcements were discussed including each and every statement, characterization or description by any individual given to BBG of the meeting.

14. Please identify each and every written admonishment together with all supporting records given to BBG employees in the East Asian and Pacific Division and the basis for the admonishment since January 1, 2000 including the admonishment given to Plaintiff Nyunt.

15. Please identify each and every complaint of discrimination, including appeals, based on age, race, sex or national origin and complaints of retaliation arising in the East Asia and Pacific Division since January 1, 2000.

16. Please identify each and every witness that you intend to call a trial together with the subject and substance of the testimony.

17. Please identify each and every expert that you intend to call as a witness at trial, the expertise of each such witness, each occasion when such expert testified in any adversarial proceeding and any documents or reports provided to or from each such witness.

18. Please identify each and every person who contributed to these answers, the nature of the contribution and the specific answer to which each such person contributed.

Respectfully submitted,

*[signature]*

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Dated: December 12, 2006