United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

CA No. 06 – 1152 (JDB)

**Plaintiff's First Request for Production to Defendant**

Pursuant to Rule 34, Fed. R. Civ. P., Plaintiff Nyunt hereby propounds the following interrogatories to Defendant to be answered within 30 days.

Plaintiff requests that the documents described below together with answers to each request be produced by the Defendant for inspection and or copying at the offices of Plaintiff's undersigned counsel within 30 days.

**Instructions:** The word "document" as used here shall include all tangible materials that constitute or contain discoverable materials including drafts, writings, reproduction, notes, pictures, tapes, computer disks, and electronic information. The definitions from the accompanying Interrogatories are incorporated by reference here.

The request includes documents in your possession, custody, or control or the possession, custody, or control of your agents, attorneys, contractors, or representatives.

This request is continuing in character so that additional documents acquired during the pendancy of the case are within the terms of this request.

Definitions. The definitions in the accompanying Interrogatories are incorporated herein by reference.

1

1. All documents relating to or used in the establishment of the positions relating to the Vacancy Announcements, the drafting of the Vacancy Announcements, the distribution of the Vacancy Announcements, the solicitation of candidates, the correspondence with candidates, the receipt of applications, the selection process, the rating of applicants and the filling of the Positions.

2. All pleadings, rulings, orders and documents in any judicial or administrative forum containing or relating to claims or allegations of discrimination, retaliation or violations of labor or fair employment rules by employees of or applicants to the BBG initiated or pending since 2002.

3. Each and every writing, document, letter, memorandum, email, application or other correspondence identified in the accompanying First Interrogatories to Defendant.

4. The official personnel folders including all performance evaluations for: the Plaintiff, Mr. Nyunt; Than Lwin Thun; Kin Maung Htay; and San Myint.

5. Each and every writing, memorandum, letter, analysis, or discussion addressing the authority to hire aliens for positions at BBG including each and every authority, policy, guidance, opinion, action or memorandum discussing or setting out the past administration by BBG or any predecessor agency of any such authorities.

Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Dated: December 12, 2006

Certificate of Service

I hereby certify that I have served by mail postage prepaid a copy of the foregoing Interrogatories to Defendant and Requests for Production on counsel for defendant as follows:

> Marian L. Borum, AUSA
> Department of Justice
> US Attorneys Office
> 555 Fourth Street, NW - Civil Division
> Washington, DC 20530

this 12th day of December, 2006.

_____