United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)   CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Statement of Material Facts as to Which There is No Genuine Issue**

Pursuant to Rule 56, Fed. R. Civ. P., and Local Civil Rule 7(h), Plaintiff submits the following statement of material facts as to which there is no genuine issue in support of his motion for partial summary judgment.

1. Plaintiff began work as a GS 9 international radio broadcaster ("IRB") for Broadcasting Board Governors ("BBG") beginning in May 1998. He was later promoted to a GS 11 IRB at BBG. Prior to coming to BBG he had worked for the British Broadcasting Company as a broadcaster from 1968 to 1971. He also worked as Deputy Chief of Mission for Burma in the Rome Embassy for three years and, prior to that, as an officer for the Burmese Ministry of Foreign Affairs in Rangoon for more than twelve years. He holds a bachelor's degree in international relations and political science from the University of Rangoon and a diploma in computer management from London Technical College. He earned a master's degree from the Johns Hopkins University in international public policy

in 1988. He became a naturalized US citizen in 1998.  See Affidavit of K. Nyunt at 1.

2. In 2003 Plaintiff was a GS 11 international radio broadcaster at BBG. He was 58 years of age in March, 2003. See Affidavit of K. Nyunt at 2.

3. Plaintiff filed timely applications for a GS- 12 international broadcaster position designated VA No. 03-29 in the Burmese service of BBG which was advertised in March, 2003.  See Affidavit of K. Nyunt at 2.

4. Plaintiff was determined to be eligible for the position by BBG. See Affidavit of K. Nyunt at 2.

5. Plaintiff's name was referred to the selecting official as the highest ranked of three US citizen candidates for selection on a certificate set aside for US citizen applicants. See Affidavit of K. Nyunt at 2.

6. Plaintiff was not selected for the position. See Affidavit of K. Nyunt at 2.

7. BBG selected an alien, Than Lwin Htun, a resident of Thailand at the time of his application, for the position. Mr. Htun was under 40 at the time of his selection. See Affidavit of K. Nyunt at 2.

8. The selection of Mr. Htun was rationalized by a memorandum of the selecting official asserting that Mr. Htun was more qualified for the position that the US citizen applicants, including Plaintiff Nyunt. See Affidavit of K. Nyunt at 2.

9. In reliance on its construction of 22 U.S.C. § 1474(1), BBG made the determination that Mr. Nyunt and the other US citizen applicants were not "suitably qualified United States citizens" for the position because Mr. Htun was deemed more qualified. See Affidavit of K. Nyunt at 2.

10. BBG has taken the position in public, official policy statements that "[b]ased on Congressional Committee reports, the Agency has interpreted the term 'suitably qualified' to mean 'equally or better qualified'" within the meaning of 22 U.S.C. § 1474(1). See Affidavit of K. Nyunt at 2.

11. Mr. Htun entered on duty at BBG in February 2004. In May 2005 Mr. Htun, still an alien, was promoted to the GS 13 supervisory position of chief of the Burmese section, called a service chief, where his primary duties are making editorial policy for all Burmese language activities and hiring and managing the entire Burmese language staff. See Affidavit of K. Nyunt at 2.

Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW  Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306