United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>  Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>  Defendant. | )<br>)<br>)<br>)<br>)  CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Order**

Upon consideration of plaintiff's motion for partial summary judgment, the opposition thereto and the entire record herein, it is hereby

Determined that Plaintiff Nyunt was a United States citizen in 2003; that he applied for a GS – 12 vacancy announcement no. 03-29 in the Burmese service of BBG which was advertised in March, 2003; that he was determined to be qualified for the position by the defendant agency; that he was ranked as the highest of three United States citizen applicants on the certificate to the selecting official; that Plaintiff was a "suitably qualified United States citizen" within the meaning of 22 U.S.C. § 1474(1) with respect to vacancy announcement no. 03-29 in the Burmese service of BBG; and that an alien was selected by the defendant BBG in reliance upon its construction of § 1474(1); and it is further

Ordered that the selection of an alien candidate when a "suitably qualified United States citizen," Plaintiff Nyunt, was available for vacancy no. 03-29 was not authorized by 22 U.S.C. § 1474(1).

John D. Bates
United States District Judge

Dated: _____

;