# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

### Exhibit A

# OFFICE OF CIVIL RIGHTS
# BROADCASTING BOARD OF GOVERNORS
COMPLAINT OF DISCRIMINATION (PLEASE TYPE OR PRINT)

**1. Complainant's Full Name:** KYAW ZAW NYUNT

**2. Your phone number (incl. area code)**

**Street Address, RD, or Post Office Number:** K─

**City / State / Zip Code**

**Home:**
**Work:** ──── ─12 8

**3.**
**A. Name of Office Which You Believe Discriminated Against You:** VOA/IBB/BBG
**B. Street Address of Office:** 330 INDEPENDENCE AVE SW
**C. City / State / Zip Code:** WASHINGTON DC 20237

**4.**
**A. Name of Agency Where You Work:** VOICE OF AMERICA
**B. Street Address of Your Agency:** 330 INDEPENDENCE AVE SW
**C. City / State / Zip Code:** WASHINGTON DC 20237
**D. Title and Grade of Your Job:** INTERNATIONAL BROADCASTER GS-11

**5. Date on Which Alleged Discrimination Took Place**
Month: 9  Day: 22  Year: 03

**6. Check Below Why You Believe You Were Discriminated Against**
- Race or Color (Give Race or Color) ___
- Religion (Give Religion) ___
- Sex (Give Sex) ___ Male ___ Female
- X Age (Give Age) DOB ___
- Disability ___ Physical ___ Medical
- X National Origin (Give National Origin) Burmese (U.S. citizen)
- Reprisal ___
- Other ___

**7. Explain Briefly How You Believe You Were Discriminated Against** (Treated differently from other employees or applicants) Because of Color, Religion, Sex, Age, Disability, National Origin or Reprisal (You may continue your answer on another sheet of paper if you need more space.)

I WAS DISCRIMINATED BECAUSE OF MY NATIONAL ORIGIN AND AGE. ALTHOUGH I AM A QUALIFIED U.S. CITIZEN WHO IS ALREADY IN-HOUSE FOR YEARS, A YOUNG NON-US CITIZEN WAS SELECTED. INTERVIEW WAS MANIPULATED BY BURMESE SERVICE CHIEF. PLEA SEE ANNEX

**8. What Corrective Action Do You Want Taken on Your Complaint?** I WANT TO BE PROMOTED TO GS 13 WITH ALL BACK PAY

**9. I Have Discussed My Complaint With an Equal Employment Opportunity Counselor**
DATE OF FIRST CONTACT: 7/18/03
DATE OF LAST INTERVIEW: 10/30/03
B) Name of Counselor: Leslie C. Your─

**10. Date of This Complaint**
Month: 11  Day: 05  Year: 03

**11. Sign Your (Complainant's) Name Here:** [signature]

000002

July 2003

Ms. Delia L. Johnson, Director
Office of Civil Rights
300 C Street, S.W.
Washington DC  20237

Dear Ms. Johnson:

I believe I was discriminated against because of my current National Origin fo[r a]ppointment through IBB's Vacancy Announcement No. **M/P-03-29**.

Burmese Service Chief Mr. Khin Maung Htay announced on July 3, 2003 tha[t M]r. San Myint was promoted to GS-12 for Vacancy Announcement No. **M/P-03-26** and that an out[sid]er was in the process of being appointed for position No. **M/P-03-29**.

From what the Burmese Service Chief has told us, I believe I am able to concl[ude] that the outsider chosen for position No. **M/P-03-29** is not a U.S. citizen. However, I am a U[.S.] citizen. Although I was interviewed on June 13, 2003 for position No. **M/P-03-26** together v[with] three of my colleagues and another outsider, I was never considered for position No. **M/P-03-29**.

Everyone in the Service knows that position No. **M/P-03-29** was specially cre[ate]d for a non-U.S. citizen. People even know for whom this position was created. This position wa[s cr]eated for a non-U.S. citizen and when a U.S. citizen applied, the citizen's application was ignore[d an]d the non-citizen was chosen for the position. I believe I am qualified. This violated Title VII.

Chief Mr. Htay told the four inside applicants, on the day Vacancy Announcem[ent] No. M/P-03-26 was posted, that we had two chances: one would be among us and another was [wh]en the three unsuccessful applicants would be interviewed together again with the outsider to be co[nsi]dered for Vacancy Announcement No. **M/P-03-29**. But we were never interviewed nor consider[ed] for Vacancy Announcement No. **M/P-03-29. This violated Title VII.**

Since I am qualified for position No. **M/P-03-29**, but not interviewed nor cons[ide]red together with the non-U.S. citizen chosen for the position, I believe I am being discriminated ag[ainst] because of my current National Origin, that is, because I am a U.S. citizen. I was passed over for t[he] position even though I am qualified for the position and Section 822.1(a) of VOA Manual of Op[era]tions & Administration says: *"A non-U.S. citizen may be employed or promoted only if no equ[ally] or better qualified U.S. citizen is available to perform the duties of the position."* The United St[ate]s

Information and Educational Exchange Act, P.L. 80-402 also prohibits the agency fr    favoring non-
U.S. citizens over U.S. citizens for employment.

This is not the first or the second time the East Asia and Pacific Division of th    'oice of
America has discriminated against U.S. citizens in favor of non-U.S. citizens. I can pr    ȝ it.

The Immigration and Nationality Act also prohibits employers (when hiring, d    iarging, or
recruiting or referring for a fee) from discriminating because of national origin against    S. citizens,
and U.S. nationals.

I would like to request you to accept my complaint and take appropriate actioi    I am
enclosing Vacancy Announcement No. **M/P-03-29**.

Sincerely,

*[signature]*

Kyaw Zaw Nyunt

Enclosure:

0000 4

August 1, 2003

David Jackson, Director
Voice of America
330 Independence Avenue, S.W., Room 3300
Washington, DC 20237

RE: 1. IBB's Vacancy Announcement No. M/P-03-26
    2. Letter from M. LaPrell Murphy, Chief of Operations and Benefits Division

Dear Mr. Jackson:

I thank you and Ms. Murphy for replying to my letter dated July 14, 2003. (Attachment 1). I am glad to know that "To date, no final selection has been made for the position advertised under vacancy announcement No. M/P-03-29." and that "all applicable regulations will be followed during the selection process."

However, please allow me to clarify a little bit more. On July 3, Burmese Service Chief Mr. Khin Maung Htay announced at the staff meeting:

1. that of the four candidates, Mr. San Myint was promoted to GS-12 for Vacancy Announcement No. M/P-03-26.
2. that final selection has been made for Vacancy Announcement No. M/P-03-29 and that an outside candidate had been selected and was already in the process of being brought in.

Since everyone in the Service knows who this outside pre-selected candidate is, understood that a non-U.S. citizen had already been selected over four of us in the Service. Moreover, we were told by Mr. Htay that this person had been **interviewed by telephone** because he could not come in. Mr. Htay also told some staff members that this outsider had been selected. Although Ms. Murphy says that no final selection has been made, Mr. Htay's actions are in conflict with Ms. Murphy's assertions. His telephone interview and witnesses to his announcement show that this outsider had already been selected by Mr. Htay. I can not understand why Mr. Htay would tell Ms. Murphy that no final selection had been made for M/P-03-29.

Although Mr. San Myint is a U.S. citizen as Ms. Murphy says, the promotion of Mr. San Myint has so many irregularities that it should be annulled. I am the one who would be promoted. I believe the promotion of Mr. Myint is even illegal.

1. I believe that Chief Mr Htay chose Mr San Myint for promotion because of corruption

All of us knew even before the interview that Mr. San Myint would be chosen for

I

position. Mr. San Myint has been taking Chief Mr. Htay out to lunch and drinking a[lcohol] hol during [w]hat if Mr. office hours two or three days a week for the last few months. Every Burmese know[s t]hat if Mr. Myint invites Mr. Htay to lunch, Mr. Myint is the one who pays for the food and alco[ho]l. (Burmese custom). Every employee in the Service knows that Mr. Htay and Mr. Myint smelled [of] alcohol when they came back from lunch. You can ask anyone in the Service. Mr. Htay gave [an] unauthorized preference or advantage to Mr. Myint so as to injure my employment prospects. This [is a] prohibited personnel practice.

Editor Daw Doris Hla Hla Than even called Mr. Htay alcoholic and warned hi[m t]o behave properly in the Service. Once, Mr. Htay read the news on air while he was drunk. Ed[itor] Ms. Than and Mr. Win Aung had the tape of how Mr. Htay was rambling at that time overshoot[ing] the MC closing and the airshow's ending deadline.

Mr. Myint was so sure that he would be the one to get the promotion. He even [d]eclared that he would drown himself in the Potomac if he did not get promoted.

2. I believe the Interview panel organized by Chief Mr. Htay was not fit to interview t[he] candidates for Vacancy Announcement No. M/P-03-26.

Mr. Htay asked Mr. Bagawan of the Program Review and Ms. Irina Burgener, [Dir]ector of Talk Show, to be panel members. Even though these two persons are qualified and cap[able], they are not Language Service Chiefs nor Language Service Editors and thus were easily influen[ced] by Mr. Htay. The Editors of the Burmese Service who know about the candidates well were ke[pt] in the dark about the interviews. Editor Ms. Than said when she told Jay Henderson that it was un[fair] for the candidates because the two panel members were not from the Language Services, Mr. H[en]derson said he was unaware of who the panel members would be.

I sincerely believe that Chief Mr. Htay selected the panel to suit his purpose. E[ditor] Ms. Doris Than argued that only Language Service Chiefs could be appropriate to interview [Lan]guage broadcasters. The results from this panel should be annulled.

3. I believe Mr. San Myint is not even fit to be a GS-11 radio broadcaster, let alone des[ervi]ng promotion to GS-12.

Mr. San Myint can not pronounce English names properly. For example, he pron[oun]ces Afghanistan as "Af-nis-tan", Australia as "Aus-lia" and Vajpayee as "Va-ja-pa-yee". (Att[ached] ment 2 is a list of words with Mr. Myint's pronunciation in a mini-disc Track No. 1).

Mr. San Myint can not read Burmese sentences properly. He reads Burmese sente[nce]s haltingly. He halts in the middle of words and in the middle of phrases where he should no[t.] Mini-disc Track No. 2 is examples of how Mr. Myint reads Burmese sentences.) You can ask e[very]one in the Service to see whether he could be considered to have the "*Demonstrated skill in voic[ing]* *materials for radio broadcast*" as required by No. 5 of the KSA's for Vacancy Announcem[en]t No.

2

M/P-03-26.

Mr. San Myint can not speak in English or his pronunciation is so bad that pe[ople] have hard time understanding him. Former Acting Burmese Service Chief Tony Vaughn said h[e would not] recommend Mr. San Myint be promoted because Mr. Myint could not communicate. [I can not even] understand him." Mr. Vaughn said. He wondered how Mr. Myint could interview an[yone in the] United States in English.

Mr. Myint did not even know how to access VOA Burmese Service web-page [un]til last month. He was asking other people how to find our web-page.

You may ask, "If Mr. Myint's capabilities as a radio broadcaster are as bad as [you] said, how could he get selected for the promotion?" That is what people are asking. I was not c[ho]sen even though my voicing and radio delivery was praised by Burmese Professor Saw Tun, an [out]side reviewer. There is only one answer and it is "because of Chief Mr. Htay's corruption."

✓ Please ask anyone in the Burmese Service, including former chief and acting ch[ief], Dan Robinson, Tony Vaughn, Khin Maung Win and Doris Hla Hla Than whether he has the [N]o. 1 requirement of the KSA's, *"Thorough knowledge of the professional techniques of b[roa]dcast journalism required for conducting interviews ..."* or has the ability to interview in [En]glish.

4. Mr. Htay knew that Mr. San Myint should not be chosen.

Just one week before the interview during our weekly meeting, Chief Mr. Htay [info]rmed us that the survey company, InterMedia, from the United Kingdom told him that listeners [i]n Burma complained that the VOA broadcasters' voices are very old, unBurmese and dull, where[as] BBC and RFA have youthful and pleasant voices.

Chief Mr. Htay's choice of Mr. Myint after this warning is cause for suspicion. W[hy] should he choose the only person who can not pronounce English names, who can not read Burme[se] sentences right (unBurmese), who can not communicate in English and who usually makes mistake[s in] translation?

✓ 5. I believe something must be wrong when Chief Mr. Htay has been trying several time[s to] intimidate the unsuccessful candidates, asking us not to complain if we were not chos[en] for promotion. On June 13, 2003, Mr. Htay asked us not to complain if we were not sel[ect]ed. He said if we complained, we would be blacklisted and we would never get promotions. [Jus]t minutes before he announced the selection of Mr. Myint, he even said that the unemployment [rat]e was so high that it was difficult to get a waiter's job. Most of us understood that he meant, " [if we] get fired for complaining, it is difficult to get a job outside at this time. **"Threatening to** [tak]e a **personnel action against an employee for making a complaint is a prohibited per**[son]nel **practice."**

3

6. No Burmese Service staff member dared to report about Chief Mr. Htay because  is so power hungry and abuses his power as chief.

He once ordered us to call him 24 hours before asking for sick leave. (Attachm it 3) The order was so ridiculous that he had to withdraw it later because of complaints. When iployees took their normal sick leave, he mockingly wrote poems to insult them. (Attachment  Very recently, he asked a new female staff member, Khin Soe Win, to come into his room t  assage him. Then when she was due for promotion to GS-11, he wrote a flowery recommendation r her. Editor Doris Hla Hla Than knew about this inappropriate and unethical use of power as a chi  Mr. Htay, in June, announced that he won $10,000 from lottery. We do not know whether it w  rue.

I request you to take necessary actions because of the illegal and corruptive aci  is of Burmese Service Chief Khin Maung Htay in handling the promotion of Mr. San Myint  Vacancy Announcement No. M/P-03-26. If you interview anyone and everyone in the Burmese  rvice separately and confidentially, you will know the truth. I believe I should be the one w  got promoted. Thank you.

Sincerely,

Kyaw Zaw Nyunt

Enclosures:
Cc:
1. John Welsh
   Director of Personnel, IBB
2. M. LaPrell Murphy
   Chief of Operations and Benefits Division, IBB
3. Jay Henderson
   Director of East Asia and Pacific Division, VOA
4. Ms. Delia L. Johnson,
   Director of the Office of Civil Rights

4

0001 8