# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

# Exhibit B

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| INTERNATIONAL RADIO BROADCASTER | GS - 1001 - 12 | M / P -03-26 |

| 4 Last Name | First and middle names | 5 Social Security Number |
|---|---|---|
| NYUNT | KYAW ZAW | |

| 6 Mailing address | | 7 Phone Numbers (include area code) Daytime |
|---|---|---|
| | E | |
| City | State VA  ZIP Code 20176 | Evening |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

1) Job title (if Federal, include series and grade)
**INTERNATIONAL RADIO BROADCASTER GS - 11**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Oct/1999 | Mar/2003 | $52,702.00 | YEAR | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| IBB ( VOICE OF AMERICA ) 330 INDEPENDENCE AVE, SW WASHINGTON, DC 20237 | U KHIN MAUNG HTAY |

Describe your duties and accomplishments

Please see Page 1

2) Job title (if Federal, include series and grade)
**INTERNATIONAL RADIO BROADCASTER GS - 9**

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| May/1998 | Sep/1999 | $32,457.00 | YEAR | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| IBB (VOICE OF AMERICA) 330 INDEPENDENCE AVE, SW WASHINGTON, DC 20237 | DAN ROBINSON |

Describe your duties and accomplishments
Same as 8 (1) - except the role of week-end team leader

000058

Optional Form 612 (September 1994)

Form Appro
OMB No. 3206-0

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| INTERNATIONAL RADIO BROADCASTER | GS - 1001 - 12 | M / P -03-26 |

| 4 Last Name | First and middle names | 5 Social Security Number |
|---|---|---|
| NYUNT | KYAW ZAW | |

| 6 Mailing address | | 7 Phone Numbers (include area code) |
|---|---|---|
| | | Daytime |
| City | State | ZIP Code | Evening |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

Job title (if Federal, include series and grade)
3) INTERNATIONAL RADIO BROADCASTER (BURMESE)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| May/1968 | Nov/1971 | $12,000.00 | YEAR | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| THE BRITISH BROADCASTING CORPORATION, LONDON WC2 | COLIN WILD  44-207-240-3456 |

Describe your duties and accomplishments

Please see Attached Page 2

4) Job title (if Federal, include series and grade)
Assistant Officer ( Information), Ministry of Foreign Affairs, Rangoon, BURMA

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Dec/1974 | Dec/1978 | $800.00 | YEAR | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| MINISTRY OF FOREIGN AFFAIRS, RANGOON, BURMA | U KYAW MIN -DIRECTOR |

Describe your duties and accomplishments
Please see Attached Page 3

000059

9  May we contact your current supervisor?
   YES ☒   NO ☐   ► If we need to contact your current supervisor before making an offer, we will contact you first.

**)UCATION**
Mark highest level completed. Some HS ☐   HS/GED ☐   Associate ☐   Bachelor ☐   Master ☒   Doctoral ☐

11  Last high school (HS) or GED school. Give the school's name, city, State, Zip Code (if known), and year diploma or GED received.
ST.JOHNS' DIOCESAN BOYS' HIGH SCHOOL, RANGOON, BURMA. 1960

12  College and universities attended. Do not attach a copy of your transcript unless requested.

| Name | | | Total Credits Earned | | Major(s) | Degree - Year (if any) Received |
|---|---|---|---|---|---|---|
| | | | Semester | Quarter | | |
| 1) SAIS, THE JOHNS HOPKINS UNIVERSITY | | | 2 | | INTERNATIONAL PUBLIC POLICY | MASTER 88 |
| City WASHINGTON | State DC | ZIP Code 20036 | | | | |
| 2) UNIVERSITY OF RANGOON | | | 4 | years | International Relations Political Science Western History | BACHELOR 64 |
| City RANGOON, BURMA | State | ZIP Code | | | | |
| 3) SOUTHEAST LONDON TECHNICAL COLLEGE | | | 4 | | Computer Appreciation for Management | DIPLOMA 68 |
| City LONDON SE 1 | State | ZIP Code | | | | |

**OTHER QUALIFICATIONS**

13  Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.) Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking and performance awards). Give dates but do not send

Please see Attached Page 4

**GENERAL**

14  Are you a U.S. citizen?   YES ☒   NO ☐   ► Give the country of your citizenship. _____
15  Do you claim veterans' preference?   NO ☒   YES ☐   ► Mark your claim of 5 or 10 points below.
    5 points ☐ ► Attach your DD 214 or other proof.   10 ☐ ► Attach an *Application for 10-point Veterans' Preference* (SF 15) and proof required.
16  Were you ever a Federal civilian employee?
    NO ☐   YES ☒   ► For highest civilian grade give: Series GS   Grade 11   From (MM/YY) Oct 1999   To (MM/YY) Mar 2003
    Are you eligible for reinstatement based on career or career-conditional Federal status?
    NO ☒   YES ☐   ► If requested, attach SF 50 proof.

**APPLICANT CERTIFICATION**

18  I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _____   DATE SIGNED 03/21/2003

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

## Work Experience

*8. Describe your paid and unpaid work experience related to the job for which you are applying. Do not attach job descriptions.*

1). INTERNATIONAL RADIO BROADCASTER GS-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Oct/1999 | Date | 52,702.00 | YEAR | 40 |

**Employer's name and address**
IBB (VOICE OF AMERICA) 330 INDEPENCE AVE. SW WASHINGTON, DC 20237

**Supervisor's name and phone number**
U KHIN MAUNG HTAY

*Describe your duties and accomplishments*

I translate and voice English news and reports into Burmese for daily broadcasting by Burmese Service. I also conduct interviews, report special events including live reporting on scene, writing and voicing balanced, accurate and interesting original reports. I research and evaluate a wide range of source materials and make appropriate decisions on topics for original reports. I have also served as weekend team leader for several months. When I serve as a team leader, I decide to line up the news in a balanced and interesting direction, and I also provide editorial direction, exercising responsibilities for selection of the most appropriate on going matters. I also take advantage of the information technology, searching and updating current important news on Burma and Burmese related news. I'm proficient in using various Internet search engines. I am also a key member in preparation and presentation of the Burmese Service's biweekly American Idioms Usage Program. This highly regarded program in Burma is one of the most successful programs for the Burmese Service. One of the most remarkable accomplishments that I've encountered recently was my coverage of the September 11 attacks memorial Anniversary Ceremonies held at the Pentagon. It was attended by President Bush and other Dignitaries. I successfully made a live coverage from the scene directly for the on-going morning air show, using the VOA Engineering Unit facilities temporarily stationed there. Hence a live reporting was transmitted directly to the Burmese audience for the first time and proved to be a very successful one.

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

3). INTERNATIONAL RADIO BROADCASTER (BURMESE)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| May / 1968 | Nov. / 1971 | $12,000.00 | YEAR | 40 |

**Employer's name and address**
B.B.C. LONDON, W.C.2

**Supervisor's name and phone number**
COLIN WILD

*Describe your duties and accomplishments*
As a full time Announcer/Translator, my general duties were basically translating news and features from English into Burmese and voicing them on air. And I also researched, drafted, edited, and presented interesting programs on air. As one of my special achievements, I got a rare interview with Author Bottomley, a senior British Colonial Officer, who took a major role in setting up the framework of the famous Pinglong Conference that paved the way for Burma's independence in January 1948. I also interviewed Lord Louis Mountbatten of Burma, produced a special program on him and his liberation of South East Asia Theater, focusing on his attitude towards General Aung San and his Burma Independence Army. Other interesting programs included English by Radio Lesson Series. I was fortunate enough to gain broadcast experiences from Burmese Pioneer Broadcasters such as U Tin Maung. I also gained hands-on experience from my contemporary such as U Khin, U Aung Myint and U Htwe Myint.

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

8.

4). Assistant Officer (Information) Ministry of Foreign Affairs, Rangoon

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Oct/1974 | Dec/1978 | $800 | YEAR | 40 |

**Employer's name and address**
Ministry of Foreign Affairs

**Supervisor's name and phone number**
U Kyaw Min

*Describe your duties and accomplishments*
I selected and analyzed the most important news from the daily broadcasts of the three major stations (VOA, BBC, and FEBC), edited and submitted the analysis to the Minister for Foreign Affairs prior to his morning meetings so that he would be well-informed of Burma related news stories and other important world events. Together with other staff members, I prepared press releases, notifications and other documents of the Ministry for publications.

3

000063

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

**OTHER QUALIFICATIONS**

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typ speed, etc.) Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking and performance awards). Give dates but do not sen

*Job Related Training Courses*

- BBC's Basic Radio Announcer Induction Course (1968)
- BBC's Refreshers Course for In-Service-Broadcasters (1970)
- VOA's Eight Weeks training course in "Writing for Broadcast" (1999)
- Hands on Training for Proficiency in Word Processing Applications (1999)
- Digital Media Systems (Dalet 5.1) Training (2001)
- Digital Recording and Mixed Editing Training (2002)
- Hands on Training in Internet and Information Technology (2002)

*Job Related Skills*

- French language in intermediate level
- Microsoft Word
- Microsoft Excel
- Microsoft PowerPoint
- C.P.R and First Aid
- Excellent Communications
- Strong Management Skills
- Excellent Leadership Position (Deputy Chief of Mission)
- Burma's Alternate Permanent Representative United Nations' F.A.O
- Excellent Negotiation Skills as Diplomat

*Job Related Awards*

- EAP-Division Commendation Award (2000)
- EAP-Division Commendation Award (1999)
- Five Year Dedicated Service Award (1997)
- Officer of the Quarter Award (1995)
- Presidential Award for Public Service, awarded by the President of Burma (1984)
- Presidential Award for Enforcement of Law and Order, awarded by the President of Burma (1984)

000064

## CURRICULUM VITAE OF KYAW ZAW NYUNT

**Education:** May 1988 – Master's Degree in International Public Policy
School of Advanced International Studies,
(The Johns Hopkins University, Washington, D.C.)

July 1979 - Certificate in Principles and Practice of Diplomacy
(Australian Department of External Affairs, Canberra, Australia)

March 1970 – Diploma in Computer Appreciation for Management
(Southeast London Technical College, London, United Kingdom)

March 1964 – Bachelor of Arts Degree
(Majored in International Relations, University of Rangoon, Burma)

**Experience:** 1998- to present: International Radio Broadcaster, VOA

1991-1998: Site In-Charge (Security) Bureau of Computing Services,
International Monetary Fund (Washington, D.C.)

1988-1990: Deputy Chief of Mission, Embassy of Burma
Rome, Italy, and Burma's Alternate Permanent Representative,
Food and Agriculture Organization, U.N. (Rome, Italy)

1984-1986: Assistant Director, Political and Protocol Divisions
Ministry of Foreign Affairs (Rangoon, Burma)

1983-1984: Second Secretary and Consul, Consular and Administration,
Embassy of Burma (Dhaka, Bangladesh)

1981 –1983: Third Secretary and Vice-Consul, Information and Consular
Embassy of Burma (New Delhi, India)

1978-1981: Deputy Assistant Director, Political Division,
Ministry of Foreign Affairs (Rangoon, Burma)

1974-1978: Assistant Officer, News Monitoring Section
Information Division, Ministry of Foreign Affairs (Rangoon, Burma)

1972-1974: Lecturing Tutor, Arts and Science University (Rgn, Burma)

1968-1971: International Radio Broadcaster, Burmese Language Section.
The British Broadcasting Corporation (London, U.K.)

1964-1968: Lecturing Tutor, Arts and Science University, (Rgn, Burma)

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

KNOWLEDGE, SKILLS AND ABILITIES

**SCREEN-OUT FACTOR:** Native Burmese language with fluent English and the ability to conduct research, write, adapt and edit in both languages.

My native language is Burmese and I can speak English fluently. I can also conduct research, write, adapt and edit in both English and Burmese.

KNOWLEDGE, SKILLS AND ABILITIES

*1. Thorough knowledge of the professional techniques of broadcast journalism required for conducting interviews and the ability to maintain and establish effective working relationships.*

Since I have worked as an International Radio Broadcaster at the Voice of America for five years and at the British Broadcasting Corporation (BBC) for four years, I have thorough knowledge of the professional techniques of broadcast journalism. I have conducted numerous interviews with notable people for use in my original reports in the course of my career as a journalist. I attended a three-month radio announcer course at BBC in 1968, which included a course in interviewing techniques. Notable persons I interviewed during my career included the Honorable Arthur Bottomley, a senior British Colonial Official who took a major role in setting up the famous Pinlong Conference that opened the way for Burma's Independence in January 1948 (1967); Lord Louis Mountbatten of Burma (1968); Her Majesty Queen Rania AL-Abdullah, First Lady of the hash mite Kingdom of Jordan (2001); and Mayor of Fort Wayne, Indiana (2002).

I have worked as a radio broadcaster for a total of nine years both at VOA and BBC and I also worked as a diplomat for the Burmese Foreign Ministry for 16 years. During those years, I have established and maintained effective working relationships with my colleagues and my supervisors. I worked as Deputy Chief of Mission at various Burmese Embassies with altogether four Ambassadors and was able to get along very well with both the Ambassadors and my colleagues. In my last performance appraisal report, my Service Chief said, "[Mr. Nyunt is] always cheerful and positive in his attitude. [H]e contributes greatly to the morale and efficiency of the staff. His performance is also marked by his willingness to step in without being asked to assist his colleagues whenever necessary."

000066

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

## KNOWLEDGE, SKILLS AND ABILITIES

*2. Broadcast writing/editorial skills to write balanced, accurate, comprehensive reportage and feature material of a complex and sensitive nature, which is often difficult to convey.*

I have worked at the VOA Burmese Service for 5 years and at the BBC for 4 years. I am required to research and write at least 7 original balanced, accurate, and comprehensive reports to meet the fully successful performance standard of the VOA Burmese Service. I always write more than I am required to and was rated "HIGHLY SUCCESSFUL" for my original writing in the last performance appraisal report. The reports I have written include political activities of Burmese opposition groups, interviews with numerous people, and special feature programs such as the passing away of George Harrison (the Beatles), Barbara Goldsmith Freedom Award, and Lord Louis Mountbatten's Liberation of South East Asia Theater in World War II.

I attended a three-month advanced course on voicing, recording, editing and broadcasting writing at BBC in 1968 and eight-week training course in "Writing for Broadcast" at the VOA from May to July of 1999.

*3. Demonstrated experience working as a reporter/editor for a major international broadcaster or another mainstream journalistic entity.*

I have worked as an International Radio Broadcaster at the VOA for 5 years, during which I worked as a weekend-editor (team leader) for about two years. I went, as a reporter, to cover events at Fort Wayne, Indiana and Hartford, Connecticut and also within Washington D.C. I worked as a reporter/radio broadcaster/editor at the BBC for 4 years. When I was working at the BBC, I worked independently without an editor. I was responsible for the programs for broadcast and also for the stories I wrote as a reporter.

000067

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-26

## KNOWLEDGE, SKILLS AND ABILITIES

*4. Demonstrated organizational management skills in order to operate independently, and effectively.*

I was Deputy Chief of Mission at the Burmese Embassy in Rome from 1988 to 1990, Consul at the Burmese Embassy in India from 1981 to 1983 and Consul at the Burmese Embassy in Bangladesh in 1984. I was Charge d' Affaires a.i. for about 7 months at the Embassy in Rome. I was also the spokesman for the Embassy in Rome. During those years at the Burmese Embassies, I managed the embassy staff and was also responsible for the publication of "Burma Monthly Information Bulletin", "Weekly Newsletter" and "Important notes to media". I operated the Embassy offices independently and effectively. I managed day-to-day affairs of more than 40 staff members at the Embassy in India. I worked independently as a weekend-editor (team leader) at VOA Burmese Service for about two years.

*5. Demonstrated skill in voicing materials for radio broadcast.*

I have been voicing materials for radio broadcast at the VOA for 5 years. I also worked at the BBC as a broadcaster for 4 years. My voicing is rated "HIGHLY SUCCESSFUL" in the performance appraisal report every year. In 2000-2001 rating year, the Rating Officer said, "Mr. Nyunt sounds natural and [is] easy to follow. His delivery is flawless with a distinctive style of his own." Burmese Language Professor U Saw Tun at the Indiana University reported his comment as a language evaluator of Burmese Service programs, "When the switch was made to the more colloquial style, it was a lot easier to follow and much more appealing. ... Using this style, U Kyaw Zaw Nyunt's reporting was particularly good."

3

000068