**Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors**
**Civil Action No.: 06-1152 (JDB)**

**Exhibit C**

**VOICE OF AMERICA**
330 Independence Avenue, SW
Washington, DC 20237

# VACANCY ANNOUNCEMENT

Broadcasting Board of Governors
International Broadcasting Bureau
Washington, DC 20237

VACANCY NUMBER: M/P-03-26

OPENING DATE: 03/10/03

CLOSING DATE: 03/21/03

POSITION: International Radio Broadcaster (Burmese), GS-1001-12

LOCATION: INTERNATIONAL BROADCASTING BUREAU
Voice of America
East Asia and Pacific Division
Burmese Service

AREA OF CONSIDERATION:   ALL QUALIFIED CANDIDATES

*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT. ***

***As a result of the U.S. Mail delays currently being experienced in the Washington, DC Metro Area, WE STRONGLY SUGGEST you fax, hand deliver, or use a private delivery/courier service when you submit an application to ensure it is received by the closing date of the announcement. Please be advised that applications submitted via the U.S. Postal Service MAY NOT be received in a sufficiently timely manner to be considered.***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply) AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING CONSIDERED.

When only ONE application or resume is received it will be considered under competitive procedures (DEU Certification) only.



000045

Broadcasting Board of Governors

-2-

NOTE: Budgetary conditions may delay or otherwise affect filling this vacancy. However, all interested candidates should apply now.

<u>DISPLACED APPLICANTS WILL RECEIVE SPECIAL CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP).</u>

<u>DUTIES</u>: Under the general and guidance of the Service Chief, incumbent serves as a broadcaster/writer for the Burmese Service. Incumbent conducts interviews, reports on special events, writes and voices programs, in addition to translating the most difficult English texts into Burmese. Incumbent files news stories in both Burmese and English in both script and voice form.

He/she conceives, prepares, and presents one or more regular programs or programs a week. The incumbent is fully responsible for preparing program(s) for final review, including conceptualizing, and selecting materials to be used, deciding how to line up integrate the program, how to approach complex issues to provide journalistic balance, and to craft a well-paced, listenable program. The incumbent researches and evaluates a wide range of source material, in English or in Burmese. Incumbent originates and voices live and recorded material for airshow, mainly in Burmese, but also in English as required.

<u>QUALIFICATION REQUIREMENTS</u>:
<u>GRADE</u>        <u>SPECIALIZED EXPERIENCE</u>
GS-12         1 year equivalent to at least the next lower grade level

<u>SPECIALIZED EXPERIENCE</u>: Experience in the use of the broadcast language in radio broadcasting, print, TV, or film journalism. Work must have included writing, editing, and/or voicing broadcast material from English into the broadcast language. This experience must have provided a comprehensive knowledge of the history, customs, and psychology of the target area people, as well as their political, economic, cultural, and social life.

-3-

**DIRECTIONS FOR COMPLETING THE KSA'S:** Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element. Relate your experience to the position for which you are applying. Use examples which show the depth of knowledge, level or skill, or degree of ability you have.

You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.

SCREEN-OUT FACTOR: Native Burmese language with fluent English and the ability to conduct research, write, adapt and edit in both languages.

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values equate to a total of 30 POINTS.

1. Thorough knowledge of the professional techniques of broadcast journalism required for conducting interviews and the ability to maintain and establish effective working relationships. (6)

2. Broadcast writing/editorial skills to write balanced, accurate, comprehensive reportage and feature material of a complex and sensitive nature, which is often difficult to convey. (6)

3. Demonstrated experience working as a reporter/editor for on of the major international broadcaster or another mainstream journalistic entity. (6)

4. Demonstrated organizational management skills in order to operate independently, and effectively. (6)

5. Demonstrated skill in voicing materials for radio broadcast. (6)

**CONDITIONS OF EMPLOYMENT:**

1. Relocation expenses **WILL NOT** be paid.
2. Position requires travel within the United States and overseas.
3. Applicants **MUST** meet time-in-grade requirements by the closing date of the announcement.

000047

4.  Willingness to work rotating shifts, weekends and Holidays.

<u>REASONABLE ACCOMMODATIONS</u> are provided to applicants with disabilities. If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

"Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after three years or more of continuous service may apply."

<u>HOW TO APPLY</u>: Do not attach any additional forms which are not requested in this announcement.

1.  Optional Application for Federal Employment (OF-612), a resume, OR any other written format. See outline of information which **MUST** be furnished **ON ALL RESUMES**. OF-612 forms can be obtained from any Federal Agency personnel office, or you can access assistance for completing a resume by logging on to WWW.USAJOBS.GOV\Resume.

NOTE: Obsolete SF-171 is still acceptable.

2.  Written responses to KSA's listed above - addressing each KSA separately <u>must be attached</u>.

3.  <u>ICTAP CONSIDERATION</u>:  PLEASE ANNOTATE YOUR APPLICATION TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.

    Individuals who have special priority selection rights under ICTAP must be well qualified for the position to receive consideration for special priority selection.

    ICTAP applicants who meet all the selective and knowledge, skills, and abilities (special rating factors) and earn a score in the top one-third of the rating score range (prior to the assignment of veteran's preference points) will be tentatively identified well-qualified. A final decision that a given ICTAP applicant is well-qualified will be made by the selecting official, and, if appropriate, by the Director of Personnel.

000048

-5-

     Eligibles must submit a copy of their agency RIF Notice, a copy of their most recent Performance Rating, and a copy of their most recent SF-50 noting current position, grade level and duty station.

3. **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES**: You **MUST SUBMIT** your most recent Notification of Personnel Action (SF-50) showing tenure group and promotion potential if any. To insure full consideration, status candidates should submit a copy of their most recent performance appraisal.

5. Status candidates **MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit. **If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.** You may wish to be considered under both procedures in which case **you MUST submit TWO complete application packages.**

6. **VETERANS**: Non-status applicants claiming veterans preference, or eligibility for Veterans Readjustment Appointment, **MUST** submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

7. **SPECIAL APPOINTMENTS**: Non status applicants claiming eligibility for other special appointments, such as handicapped or former Peace Corps/Vista volunteers, must submit proof of eligibility, i.e., letter from the Peace Corps or State Rehabilitation agency. Non-status candidates eligible for special appointment who wish to be considered for both special appointment and competitive procedures must submit two (2) applications or resumes. When only one application or resume is received it will be considered under competitive procedures (DEU Certification) only. Proof of eligibility for special appointment **MUST** be attached.

000049

-6-

8. **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:** The submission of these two forms is voluntary. The information provided will be used for statistical purposes to monitor applicant responses, and will not be maintained in the personnel office or forwarded to the selection official. Copies of SF-181 and SF-256 can be downloaded from OPM's website at www.OPM.gov/forms.

**SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:**

International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

FAX NUMBERS:    (202) 401-0557       OR       (202) 205-8427


*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT. ***


FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,
CONTACT: Ms. Jerri Fitzpatrick, (202) 619-3117
         Web page address: http:\\www.ibb.gov

---

**BBG IS AN EQUAL OPPORTUNITY EMPLOYER**

000050

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | |
|---|---|
| 1. Agency Position No. | V-710 |
| 2. Reason for Submission: ☐ Redescription ☑ New ☐ Reestablishment ☐ Other — *(Show any positions replaced)* | |
| 3. Service: ☑ Hdqtrs. ☐ Field | |
| 4. Employing Office Location: WASH, DC | |
| 5. Duty Station | |
| 6. OPM Certification No. | |
| 7. Fair Labor Standards Act: ☐ Exempt ☑ Nonexempt | |
| 8. Financial Statements Required: ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interests | |
| 9. Subject to IA Action: ☑ YES ☐ NO | |
| 10. Position Status: ☑ Competitive ☐ Excepted *(Specify in Remarks)* ☐ SES (Gen.) ☐ SES (CR) | |
| 11. Position: ☐ Supervisory ☐ Managerial ☑ Neither | |
| 12. Sensitivity: 1-Non-Sensitive / 2-Noncritical Sensitive / 3-Critical Sensitive / 4-Special Sensitive | |
| 13. Competitive Level Code: 13BY | |
| 14. Agency Use | |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | INT RADIO BROADCASTER (BURMESE) | GS | 1001 | 12 | | 4/1/03 |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment: **INTERNATIONAL BROADCASTING BUREAU**
a. First Subdivision: **VOICE OF AMERICA**
b. Second Subdivision: **EAST ASIA AND PACIFIC DIVISION**
c. Third Subdivision: **BURMESE SERVICE**
d. Fourth Subdivision:
e. Fifth Subdivision:

Employee Review- This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statues or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
Khin Maung Htay
Chief Burmese Service
Signature / Date 04/01/03

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
Jay Henderson
Acting Chief East Asia & Pacific Division
Signature / Date 4/1/3

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published

22. Position Classification Standards Used in Classifying/Grading Position

Typed Name and Title of Official Taking Action
Jerri Fritzpatrick,
Resource Management Specialist
Signature / Date 4/1/03

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

000051

Description of Major Duties and Responsibilities (See Attached)
NSN 7540-00-634-4265   Previous Edition Usable   5008-106   OF 8 (Rev. 1-85) U.S. Office of Personnel Management

International Radio Broadcaster (Burmese), GG-1001-12

INTRODUCTION

Under the general supervision and guidance of the Service Chief, incumbent serves as a broadcaster/writer for the Burmese Service. Incumbent conducts interviews, reports on special events, writes and voices programs, in addition to translating the most difficult English texts into Burmese. As requested, incumbent supports editorial staff and Service Chief in occasional editing, handling of wire copy, and other tasks.

A. MAJOR FACTORS

- Incumbent conceives, plans, researches, and writes highly targeted original programs of a complex and balanced nature for the Burmese Service, or for use by other services. Incumbent must exercise judgement as to the range and content of all portions of these programs within the framework of general instructions from the Service Chief. Programs produced are often of the most complex and sensitive nature, and consistently reflect VOA standards of accuracy, balance, and comprehensiveness. Source material for these program originations may include area experts and a wide variety of respected publications. Subjects covered may include international affairs, politics, economics, cultural affairs, scientific developments, health issues, agricultural research, etc.

- Conceives, prepares, and presents one or more regular programs a week. The incumbent is fully responsible for preparing program(s) for final review, including conceptualizing, and selecting materials to be used, deciding how to line up and integrate the program, how to approach complex issues to provide journalistic balance, and to craft a well-paced, listenable program.

- Conducts interviews in Burmese and English with Burmeses and Americans and others involved in political, economic, scientific, cultural, and other activities. Identifies persons to interview and issues to cover to ensure a balanced program. Selects those cuts which are most pertinent and interesting, and composes a completed text integrating actualities to enhance the final piece.

- Researches and evaluates a wide range of source material, in English or in Burmese. Keeps the Service Chief informed of these sources and uses them to write material. Also identifies upcoming events, programs or international visitors of interest to the language area.

- Reports on special events taking place in Washington and travels on occasion to other locations in the United States to gather materials and prepare on-the-spot reports in Burmese and English for Burmese Service programming.

- Translates and adapts the most difficult English texts into idiomatic Burmese appropriate for international radio broadcasting. Also adapts English interviews and tapes for Burmese broadcasts as needed.

-2-

- As requested, translates Burmese scripts into idiomatic English for newsroom use and administrative purposes.

- Originates and voices live and recorded material for airshow, mainly in Burmese, but also in English as required.

- Operates as a team member, sharing responsibilities in all aspects of broadcasting including translation/adaptation, news-editing, news-reading, hosting programs and airshows. Works independently or assists colleagues to ensure fully professional, smooth, and timely airshows possible on shift.

- As needed, assists editorial staff in occasional editing and monitoring accuracy of translations.

- As needed, helps monitor and distribute central wire copy.

- As needed, serves as a rater of the written and voiced examinations of candidates for the service's vacant entry-level broadcaster positions.

- As needed, answers mail requests regarding programs originated.

- Performs other duties as assigned.

B. KNOWLEDGE REQUIRED BY THE JOB

- Bilingual knowledge of Burmese and English with ability to research, write and adapt in both languages.

- Thorough knowledge of the professional techniques of broadcast journalism required for conducting interviews and the ability to maintain and establish effective working relationships not only with team members and VOA colleagues but also with groups or individuals providing information or interviews for programs.

- Broadcast writing/editorial skills to write balanced, accurate, comprehensive reportage and feature material of a complex and sensitive nature, which is often difficult to convey.

- Skill in voicing materials for radio broadcast.

- Familiarity with VOA broadcast operations and with the principles contained in the VOA charter.

- Broad knowledge of American history and culture, and awareness of political, economic, and social developments in the United States.

-3-

- Understanding of world news events, including U.S. foreign policy toward Burma.

- Broad comprehension of Burmese history and culture, and awareness of political, economic, and social developments in Burma in general and in the broadcast target area in particular.

- Ability to acquire, analyze and comprehend information on extremely varied issues, topics, or events and the ability to separate factual material from opinion or commentary and to use each appropriately in crafting radio programs.

C. SUPERVISORY CONTROLS

Supervision may be general or specific, depending on the matters under consideration, except in cases where incumbent seeks guidance or where instruction on a sensitive subject is provided beforehand. The incumbent is responsible for independently planning and carrying out program requirements, including conceptual development of program material, etc., referring only the most sensitive and unprecedented situations to supervisor. Incumbent works with supervisor on developing specific program goals and new or revised formats and production methods. Work is reviewed for conformance to the policies and objectives of VOA and to determine if the work achieves desired results.

D. GUIDELINES

Operational guidance is provided by East Asia and Pacific Division management, the Service Chief, and the service editors. Established procedures and professional standards of international broadcasting set by VOA, learned by experience in the service, provide technical broadcast guidelines. The incumbent must be fully conversant with the service's program goals, operating procedures and broadcast techniques, as well as with VOA policies and guidelines. Incumbent must exercise great care and judgement in the selection and use of information and adapting standard approaches to effectively communicate controversial, sensitive and complex materials.

E. COMPLEXITY

The incumbent is responsible for researching and monitoring news or other written resources, developing a variety of original material on sensitive and complex subjects of interest to the target audience. This requires the incumbent to analyze a broad range of political, cultural, social, economic, etc., issues in the target area in order to present clear, factual and impartial program information for total presentation. Incumbent must be able to work with most types of service broadcast materials and show an understanding of what makes a lively and interesting radio program.

-4-

Adaptation and voicing abilities must be of a very high order, with incumbent able to work at professional levels in Burmese. In preparing original materials and adaptations, and in editing the scripts of others, incumbent must ensure that these are balanced and accurate, as well as tailored to the interests of the target audience. Two of the incumbent's most important responsibilities are to explain to an Burmese audience the diversity of American culture and to present both the foreign policy of the incumbent U.S. administration and responsible discussion of that policy by all elements of U.S. society.

F. SCOPE AND EFFECT

Available evidence indicates an appreciable audience has come to regard VOA as an authoritative and reliable source of information about the United States, as well as the rest of the outside world. The work of the incumbent makes an essential contribution to the important work of the service, since the quality of the service's operation is dependent on the incumbent's responsibilities being effectively carried out. The incumbent's programming and other professional judgements and skills have significant impact on the quality, relevance and value of these broadcasts. Demonstrable and measurable indications of this impact include listener response, feedback from program reviews, awards, peer review, and supervisory evaluation of program delivery, content and style, and the extent to which individual work meets overall program goals and objectives.

G. PERSONAL CONTACTS

Incumbent works under the supervision of the Service Chief and editorial staff, and together with the producer, to help put the daily airshow together. The incumbent also must be able to establish rapport and inspire confidence in a variety of personalities, American and foreign. Contacts are with nationally or internationally known groups or individuals outside VOA where the contact is not routinely or easily established and each contact is conducted for different reasons and under different circumstances. These contacts are usually in the form of interviews with highly visible individuals.

H. PURPOSE OF CONTACTS

The purpose of these contacts is to seek guidance and information, to coordinate the details involved in effectively broadcasting programs consistent with the highest U.S. radio standards and techniques, and to develop contacts for interviews or reportage. In addition, these contacts should serve to enhance the incumbent's knowledge of the target area and linguistic knowledge of U.S. policies affecting audience area.

-5-

### I. PHYSICAL DEMANDS

The broadcasts are potentially a seven-day-a-week operation. It requires that the incumbent be able to rotate schedule for occasional weekend duty and night duty.

### J. WORK ENVIRONMENT

The incumbent works in an open office setting that resembles a newsroom at a broadcast network or a daily newspaper. Constant broadcast deadlines and the requirement to cover complex, and sensitive news stories create a work environment which is often stressful.