# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

## Exhibit E

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

Form Approved
OMB No. 3206-0219

may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information ...ested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| International Radio Broadcaster(Burmese) | GS-1001-12 | MIP -03-26 |

| 4 Last Name | First and middle names | 5 Social Security Number |
|---|---|---|
| MYINT | U SAN | |

| 6 Mailing address | 7 Phone Numbers (include area code) |
|---|---|
| | Daytime ( |
| City: Washington   State: DC   ZIP Code: 20024 | Evening |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

**1) Job title (if Federal, include series and grade):** International Broadcaster GS 11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Feb/2093 | | $57,495.00 | Year | 40 |

**Employer's name and address:** VOA, 330 Independence Ave, S.W. Washington, DC, 20237

**Supervisor's name and phone number:** U Khin Maung Htay 619-1416

**Describe your duties and accomplishments**

Translate house-produced features, news, editorials, and write original scripts in both Burmese and English.
Cover cultural, political and scientific events, and conduct interviews with important figures in politics and academics and professionals.
Serve as editor on Fridays and Saturdays while in the morning shift, and on Sundays and Mondays while in the evening shift, and week days when seniors are absent. I served as alternate team leader under Dan Robinson.
I have proved that I could manage well as an editor as well as team leader especially while U Khin Maung Htay was absent when he went to India. Suu Kyi highly appreciated my translation of her important statement made soon after her release from the first house arrest; and my obit of the late Burmese writer Mya Than Tint earned praise by program review board. Covered court proceedings of AU students; Made running comentaries fom Ground Zero.

**2) Job title (if Federal, include series and grade):** Invited Announcer

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Apr/2081 | Apr/2085 | $2,732.00 | Month | 40 Housing provided |

**Employer's name and address:** Jinnan, Shibuya-ku, Tokyo, Japan

**Supervisor's name and phone number:** H.Tanabe-03-465-1111

**Describe your duties and accomplishments**

Translated and voiced news, talks, commentaries from English to Burmese.
Conducted interviews; Participated in broadcast programs; Covered events.
Gave advice as to improvement of the programs.
Covered long march of students that took three nights and four days on Hiroshima Day.
Translated feature articles on Japanese thoughts and Culture that no Burmese at the Service could do.
Service Chief praised for my fast, accurate and quality translations.
Division Chief praised me as a good Burmes news announcer because of my right speed.
Selected as one of the foreign speakers to briefl the Japanese employees who were going to be assigned overseas.
Learned a great deal about international broadcasting and about foreign culture, especially unique characters of Japanese society.

RECEIVED BY

000081

OF612-101   NSN 7540-01-351-9178   Optional Form 612 (September 1994)
U.S. Office of Personnel Management

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

Form Approv
OMB No. 3206-02

J may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1 Job title in announcement**
International Radio Broadcaster(Burmese)

**2 Grade(s) applying for**
GS-1001-12

**3 Announcement number**
MIP-03-26

**4 Last Name**
MYINT

**First and middle names**
U SAN

**5 Social Security Number**

**6 Mailing address**

**City**
Washington

**State** DC

**ZIP Code** 20024

**7 Phone Numbers (include area code)**
Daytime
Evening

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

**Job title (if Federal, include series and grade)**
Editor, Lin-Yaung-Chi Magazine    Grade-3-4

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Jul/1964 | Apr/1981 | | Month | 40 |

**Employer's name and address**
United State Information Agency, 581, Merchant Street, Rangoon, Burma

**Supervisor's name and phone number**
Jerry Kyle

Describe your duties and accomplishments

--Acquired source material; Supervised entire operation of producing the Magazine; Prepared contents for each issue.
--Edited translations; Translated important pieces such as Lincoln's Gettysburg speech and Declaration of Independence and syndicated articles carried in American publications.
--Wrote Post-produced features on Burma-America relations first in English and then rendered into Burmese.. e.g. USAID projects such as Thamaing College and Rangoon-Mandalay Highway.
--Dealt with government officials from Press Scrutiny office on controversial subjects carried in our magazine.
--Published articles on ASEAN/ Asian Highway/Ford Foundation's IR-8 rice crop at the time ideas on those topics were under attack in the official press as allegedly motivated by America.
--Above all American press offcers and I have successfully used the magazine to promote democracy.

**Job title (if Federal, include series and grade)**
Information Officer/Psy-war Officer/Editor

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Jul/1957 | Oct/1961 | | Month | 35 |

**Employer's name and address**
Ministry of Information and Broadcasting, Rangoon, Burma

**Supervisor's name and phone number**
U Saw OO/Col.Ba Than

Describe your duties and accomplishments

--Covered Parliamentary sessions and Governmental meetings.
--Prepared press releases and served as liason between the government and the press at the Ministry.
-- Served as News Editor/Shift Editor in charge of the News Organization at Burma Broadcasting Service.
--Served as one of the editors on the editorial staff of Army organ-Khit-Yay journal.
-- Helped establish the AdditionalPrograms at BBS .
-- Helped defeat Burmese communists' attempt to conquer Burma by means of armed revolution as well as ideological onslought by fellow travellers under and above ground.
-- Helped translation of such works as ' "New Class"," Hungary Uprising" "Gulag Archipelago".

000082

50612-101    NSN 7540-01-351-9178    Optional Form 612

9  May we contact your current supervisor?

YES ☒   NO ☐  ➤ If we need to contact your current supervisor before making an offer, we will contact you first.

**EDUCATION**

Mark highest level completed.  Some HS ☐   HS/GED ☐   Associate ☐   Bachelor ☒   Master ☐   Doctoral ☐

11  Last high school (HS) or GED school. Give the school's name, city, State, Zip Code (if known), and year diploma or GED received.

State High School, Kyangin, Burma-Graduated in 1953

12  College and universities attended. Do not attach a copy of your transcript unless requested.

| | Name | City | State | ZIP Code | Total Credits Earned (Semester / Quarter) | Major(s) | Degree - Year (if any) Received |
|---|---|---|---|---|---|---|---|
| 1) | Rangoon University | Rangoon, Burma | | | 4 years | English; Political Science; Psychology; Sociology | B.A. 1957 |
| 2) | Rangoon University | Rangoon, Burma | | | 2 years | Civil, Criminal and Constitutional Laws | B.L. 1967 |
| 3) | Int'l Correspondence School, Scranton, PA | | | | 2 years | Journalism/Short Story Writing | Dip-1995 |

**OTHER QUALIFICATIONS**

13  Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.) Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking and performance awards). Give dates but do not send

- Psychological Warefare Course, Psywar Department, Rangoon, Burma ( 6 months in 1958)
- English Program (3 months in (3 months 1993)
- Interpersonal Relations Skills (3 days 1993)
- Several Computer Courses (As occasions arose)
  French Language at Foreign Language Institute, Rangoon, Burma( 4-year course left after 2 years in 1975)
- Japanese language Class (6 months at NHK, Japan)

**GENERAL**

14  Are you a U.S. citizen?   YES ☒   NO ☐  ➤ Give the country of your citizenship. _____

15  Do you claim veterans' preference?   NO ☒   YES ☐  ➤ Mark your claim of 5 or 10 points below.
5 points ☐ ➤ Attach your DD 214 or other proof.  10 points ☐ ➤ Attach an *Application for 10-point Veterans' Preference* (SF 15) and proof required.

16  Were you ever a Federal civilian employee?
NO ☐   YES ☒  ➤ For highest civilian grade give:  Series ___  Grade 4  From (MM/YY) Sep 2061  To (MM/YY) Apr 2081

Are you eligible for reinstatement based on career or career-conditional Federal status?
NO ☐   YES ☐  ➤ If requested, attach SF 50 proof.

000083

**APPLICANT CERTIFICATION**

18  I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _____  DATE SIGNED _____

KSA

## 1) Thorough knowledge of the professional techniques—

-- Studied the topic and prepared the list of the questions I wanted to ask from different angles; Checked the equipment and kept extra batteries and reference notes before I met the interviewee.
-- Checked the voice level of the interviewee, kept eye contact, limit surrounding noise if any, asked short questions and maintained conversation flow, put follow-up questions if need be, and recorded the background noise on such occasions as protest rallies.
-- Kept the list of the contacts and establised and maintained working relationship with them by meeting, visiting and talking over the phone. e.g.I Interviewed General Bo Mya of the main rebel group(KNU); U Sein Win and U Bo Hla Tint of excile Burmese government,NCGUB; U Khin Maung Thaw of DAB, and U Maung Maung of Burmese labor group,FTUB; Ken Rogers, dean of the International Students Program at Indiana U, Bloomington, where the largest number of Burmese students are studying; David Lynn, editor of Kenyon Review that carried Suu Kyi's picture on its cover on marking the centennial celebration of Nobel prize; Dr. Eugene Taw, U Aung Min, civil engineer from Singapore.

## 2)Borodcast writing/editorial skills to write balanced—
As a news writer/reader and editor,
-- Write balanced, accurate, comprehensive news stories on such sensitive and complex subjects as rape cases of Shan women by Burmese army, rebel claims of battle victories, border issues, drug tracicking etc. by checking the sources and presenting opposite views. e.g. I wrote features about British activist James Maudsley;Massachusetts Burma Law ;Boy Soldiers and Human Rights ; Bank Crises;Human Clone or A Fake? etc.

## 3) Experience as reporter/editor—

-- Work as editor/reporter at Burmese Service at VOA; Worked as reporter at Ministry of Information and Broadcasting in Burma, and at NHK, Radio Japan. Covered such events as demonstrartions, rallies, political conferences, and seminars, e.g. reported live from Ground Zero; Reported seminars at AU, Johns Hopkins U, George Washington U. Covered parliamentary sessions and official meetings as Information Officer in Burma. Covered long march of students on Hiroshima Day in Japan by going along with them. Right now I work as one of the shift editors at Burmese Service ,VOA.

## 4) Management Skills—

--. Serve as shift editor at Burmese Service at VOA; Served as shift editor alternately in charge of the News Organization with fellow editors at Burma Broadcasting Service; Supervised entire production of USIS's Lin-Yaung-Chi Magazine as Burmese editor.e.g. On March 16, Red Bridge Day for the democracy activists, we had only three people and one was bogged down in receiving various feeds. We also had mechnical problems with the mini-disc which could not be solved before the show time.In response I hastily switched the duties and had one staffer stay with the engineer throughout the air show so that she could cooperate with him. The show went well.

## 5) Skill in voicing--

-- I am a broadcaster at VOA, and I was a broadcaster at Radio Japan. I broadcast news, correpondent reports, backgrounders, features and programs on sports, science and technology. I also produced and broadcast special projects such as National Agricultural Institute; Burmese Cultural shows;A Farewell to Bosinia Exhibition, Spy Musium etc.

In voicing, one has to be relaxed, sit uprght with one's eyes on the same level with the ceneter of the mcrophone. Must be energetic, active and one's voice must come from inside the chest, not from the throat, to be forceful. Use conversational style to be friendly, but avoid slang to be sensive and pleasant.  I am also careful with paper handling near the microphone, and put on the headphone. Above all, the studio must be properly lighted, the clocks rightly placed.

RESUME

San Myint

Naturalized American Citizen
122 G St. S.W. Washington DC, 20024

Education:  Bachelor of Arts (English, Political Science, Sociology and Psychology), Rangoon University
Bachelor of Laws (Civil, Criminal and Constitutional Laws), Rangoon University.
Diploma in Journalism, ICS, Scranton, Pennsylvania.

1957-1961   I was an information officer at the Ministry of Information and Broadcasting under U Nu's democratic government. Then I was attached at the Psychological Warfare Department under the care-taker government of General Ne Win. In my capacity as a Psy-war officer, I was assigned at Burma Broadcasting Service to serve as a Shift Editor, alternately in charge of the News Organization with other editors. Then I became one of the editors of the Psywar organ--Khit-yay Magazine.

1961-1981   I joined the USIS at American Embassy in Rangoon first as a translator at Press Section, and then rose to the editorship of the Burmese version USIA Horizons Magazine --Lin Yaung Chi. We added the 16-page center section in which we put post-originated material focusing on Burma-America relations. As the Burmese editor of the Lin Yaung Chi Magazine, one must have a high level of language proficiency in both Burmese and English, in addition to having a comprehensive knowledge of the history, customs, political, economic, cultural, social, political and psychological aspects of Burmese society. And he must have acquainted with the policies of both American and Burmese governments since our publications required to undergo press scrutiny by government information officials before they went for distribution. I also edited or translated the syndicated features on serious subjects besides translating such pieces as President Lincoln's Gettysburg Address and the Declaration of Independence. All the Post-produced feature articles were translated into English by me to be forwarded to Information Officer before they were rendered into Burmese version. I supervised the entire production of the Magazine from acquiring source material, checking the layouts down to reading the final proofs.

1981-1985   I left USIS for Tokyo to work as an invited announcer at NHK Radio Japan. There I gained a great deal of broadcast experience as we conducted interviews, participated in air show programs in addition to translating and broadcasting news and features. There I was assigned to translate English-language articles on Japanese thoughts and culture.

1985-1991   As a freelance writer, I regularly contributed my writings to The Myanmar Review Magazine, published in English.

1993-   I joined Burmese Service of the Voice of America in February 1993. Here at Burmese Service, I have covered many cultural and political events such as Burma Night Cultural Shows, First All Burma Students' Conference at Indiana University (Bloomington), Seminars on Burma at AU, Johns Hopkins U, and George Washington U. I interviewed General Bo Mya of main ethnic rebel group, U Sein Win and Bo Hla Tint of NCGUB, U Maung Maung of FTUB and leaders of other Burmese dissident groups, in addition to Ken Rogers, Dean of the

International Students Program at IU where greatest number of Burmese students are studying and David Lynn, editor of Kenyon Review that carried Suu Kyi's picture on its cover on marking the centennial celebration of Nobel prizes, and I made available the views of two Burmese Muslims on 9/11 anniversary since a Burmese Muslim staffer did not want to do. I also conducted a running commentary on the site of Ground Zero at N.Y. as the Ist Anniverssary of 9/11 was celebrating. I covered the court proceedings of American student activists after they were chained themselves at the premise of the Burmese Embassy in DC. in protest against the policies of Burmese junta.

I once worked as alternate team leader under Dan Robinson and now work as a weekend editor, and I also work as weekday editor when Mr. Htay and Mr Win are on leave. Under Dan, our scripts were first prepared in English before they were rendered into Burmese for broadcast. Above all, my translation of Aung San Suu Kyi's important statement made in English soon after her release from the first house arrest earned her praise (American Embassy transmitted her message to us), and Program Review Board once cited my work on late Burmese writer Mya Than Tint as a good piece for broadcast journalism.

**Course attended:**

1) Psychological Warfare Course — includes political ideologies ; writing effectively and persuasively ; and how to counter communist propaganda and disinformation ( 6 months in 1958)
2) Journalism Course (ICS) (2 Years ending March 1995)
3) Interpersonal Relations Skills (3 days ending June 1994)
4) English Program ( 3 months ending May 1993)
5) Several computer classes at USDA and VOA
6) French Language at Foreign Language Institute, Rangoon ( 4-year course left unfinished in 1975 after 2 years )
7) Japanese Language Class ( 6-month course at NHK)