# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

## Exhibit F

Item #1

**M/P-03-26**

Selectee
    U San Myint
    U.S. Citizen
    DOB:
    National Origin: Asian or Pacific Islander
    Internal Promotion Effective June 29, 2003


**M/P-03-29**

Selectee
    Lwin Htun Than
    Non-Citizen
    DOB:
    National Origin: Asian or Pacific Islander
    Offer letter sent October 17, 2003; Proposed EOD January 2004

000180