# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

## Exhibit G

# Lwin Htun THAN

Date of Birth :                                    Sex : Male

Present address (until 3/2004):          Permanent address:
6 r

Thailand
Tel/Fax                                             United Kingdom
Mobile: (
e-mail: lwin@internewsth.com / lwin.than@bbc.co.uk

Vacancy Number: M/P-03-29
POSITION: International Broadcaster (Burmese), GS-1001-12

## EDUCATION

10/95-6/97   London School of Economics and Political Science        London, United Kingdom
             MSc. Social Policy and Planning

9/92-6/94    University of North London
             BSc. (Hons) Microbiology                                London, United Kingdom

1982-1988    Institute of Medicine (1)
             Completed all medical training up to the final part II MB,BS examination.       Rangoon, Burma

## PROFESSIONAL EXPERIENCE

5/02 –on going   Internews [on two-year sabbatical leave from the BBC until 3/2004] Chiang Mai, Thailand
                 *Resident Journalism Training Adviser*
   - Planed, budgeted, developed and implemented journalism training curriculum in the following fields for regional journalists, including reporters for BBC, VOA, DVB and RFA: *news gathering, writing and reporting; interviewing; feature writing and analysis; newsroom organization and ethics of journalism.* ('Internews' is an international organization promoting open and independent media around the world, especially in the emerging democracies. Its projects in Thailand for Thais and Burmese journalists are funded mainly by the USAID).
   - Salary: U$ 35,000 (Net) plus Housing and traveling allowance.
     Supervisor and employer's address: Ms Alison Campbell, Country Director, Internews (Thailand), 135/13 Moo 10, Soi Wat Umong, Chiang Mai 50200, Thailand. Tel/Fax (66) 53 277925

11/01-4/02   British Broadcasting Corporation (BBC)                  London, United Kingdom
             *Regional Expert and Broadcast Journalist," the World Today" for East Asia, BBC World Service*
   - Monitored current political, social, economic situations over the world and identified, collected and analysed all sources of information for validity, urgency and need for dissemination or broadcasting.
   - Wrote, edited and broadcasted news for the 'World Today' programmes. Conducted interviews.
   - Salary: £ 29,000 (gross, UK) plus Unpredictability Allowance.
     Supervisor and employer's address: Ms Lilliane Landor, Editor, World Today (East Asia) Program, BBC World Service, Room 323 SE,
     Bush House, Strand, London WC2B, UK

**6/01-10/01**  British Broadcasting Corporation (BBC)
*Reporter, Bangkok Bureau*                                          Bangkok, Thailand
- Closely monitored the events in Burma and established and maintained contacts with our local stringers in Bangkok and Thailand- Burma border to chase breaking stories.
- Conducted interviews and attended press conferences and relevant events.
- Produced news programmes and dispatched.
- Salary: £ 29,000 (gross, UK) plus Housing, traveling and Unpredictability Allowance
- Supervisor and employer's address: Mr Somchai Suwanban, Section Head, Burmese Section, BBC World Service, Room 642 CB, Bush House, Strand, London WC2B, UK, Tel (44) 020 75572545

**6/95 – 5/01**  British Broadcasting Corporation (BBC)
*Senior Producer, Duty Editor, and Website coordinator, the Burmese Section, World Service*                                          London, United Kingdom
- Monitored current political, social, economic and humanitarian situations in the Asia Pacific region, in particular with Burma, and provided advice to the BBC newsroom.
- Identified, collected and analysed all sources of information for validity, urgency and need for dissemination or broadcasting.
- Produced high profile interviews featuring Burmese social, political and economic issues with field reporting. Also initiated a number of new programmes. For example: 'Focus', 'You and Your Rights'.
- Supervised, planed and monitored daily output of junior staff members including new recruits.
- Liaised with various external organisations, governmental departments, academics and other news sources through bilateral interviews and meetings as well as attending seminars and conferences.
- Coordinated and managed the Burmese web site with BBC on-line service.
- Salary: £ 29,000 (gross, UK)
- Supervisor and employer's address: Same as above.

**6/1991 – 6/95**  British Broadcasting Corporation (BBC)
*Part-time producer, Burmese Section* (part-time due to being a full-time undergraduate student)   London, United Kingdom
- Wrote and presented news and current affairs.
- Translated and identified priorities of news and topics.
- Produced feature programmes, mainly in the fields of Health, Science and Press Reviews.
- Salary: £ 12 per hour (gross, UK)
- Supervisor and employer's address: Sam as above.

**1/95 – 6/95**  John Radcliffe Hospital
*Medical Laboratory Scientific Officer (MLSO1, part-time), Nuffield Dept. of Clinical Medicine*   Oxford, United Kingdom
- Created a database of laboratory samples from various field projects on malaria around the world and organized arrangements for scientific test and experiments in appropriate laboratories.
- Established and developed liaison with other university research teams to share research sources.
- Salary: £ 13,000 (gross, UK)
- Supervisor and employer's address: Prof N J White, Nuffield Dept. of Clinical Medicine, John Radcliffee Hospital, Headington, Oxford, UK.

**7/94 – 12/94**  St. George Hospital
*Research assistant (volunteer)* for Dr Imelda Bates and Dr Sanjeev Krishna on a research project on the immunology of malaria.                     London, United Kingdom

**9/1993 – 12/94**  School of Oriental and Africans Studies (SOAS)
*External Tutor, Burmese Language Department*                          London, United Kingdom
Salary: £ 20 per hour (gross, UK)

Supervisor and employer's address: Mr John Okell, Head of Burmese Department, School of Oriental and Africans Studies (SOAS), University of London, London, UK

## PROFESSIONAL TRAININGS

Basic Journalism training 1,2,3 (May 1992, June 1992, April 1993), BBC World Service, London, UK
Website Design and management (May 1996) BBC World Service
Senior Producer and Duty Editor Workshop (June 1997), BBC World Service
Financial Management (August 1997), BBC World Service
Hostile Environment training (January 1999) for field reporting, BBC World Service.
Developing Team Management Skills (May 2001) BBC World Service

## OTHER EXPERIENCES AND INFORMATION

1993 – ongoing  *Volunteer Asylum case-worker*, Asylum Aid                          London, United Kingdom

7/89 – 8/90  *Assistant coordinator (Burma)*, Santi Pracha Dhamma Institute          Bangkok, Thailand

3/89 – 7/89  *Medical officer*, a local clinic for refugees in Mae Sot                       Mae Sot, Thailand

12/85 – 2/86  *Leprosy campaign, intern medical officer*                                          Mandalay, Burma

Languages: Burmese as a mother tongue; Proficient in English; conversant in Thai and Japanese.

Translation Published: 'What Does Amnesty International Do?', Amnesty International, London, UK (1993); 'State of Fear: Censorship in Burma', Article 19, London, U.K (1994); 'Flags of Convenience', The International Transport Workers' Federation London, UK (1993); 'AIDS: Health Education Booklet for AIDS', BBC, London, U.K. (1995)

Major Radio Programme produced: 'Child Soldiers', A series of radio programmes funded by the UNHCR and the Foreign & Commonwealth Office of United Kingdom (1999)

Computer: Microsoft word, Excel, Systat, Http, Ftp, Dream weaver, Photoshop, Cool Edit.

Leadership Activities and membership in professional society: Windsor Leadership Training and Alumni member (November 1997), Windsor Leadership Trust, UK

Family: Married with one child. My Japanese wife and son are currently living in Tokyo, Japan where my wife is working as External Relation Manager for the Asia Pacific Region Office of the International Monetary Fund (IMF).

Country of citizenship: United Kingdom (Since June 1999).

# REFREES

- Professor N. J. White
  Director
  Wellcome-Mahidol-Oxford University Tropical Medical Research Programme
  Nuffield Dept. of Clinical Medicine
  John Radcliffe Hospital
  Headington
  Oxford OX3 9DU
  UK
  Tel

- Professor David Piachud
  Social Policy Department
  London School of Economics and Political Science
  Houghton Street
  London WC2 2AE
  Tel

- Ms Alison Campbell
  Country Director
  Internews (Thailand)
  135/13 Moo 10, Soi Wat Umuang
  Chiang Mai 50200
  Thailand
  Tel/Fax

- Mr Somchai Suwanban
  Section Head
  Burmese Section
  BBC World Service
  Room 642 CB, Bush House
  Strand, London WC2B
  UK
  Tel

**Lwin Htun Than**
62/2 Soi Wat Umong, Suthep Road, Chiangmai 50200, Thailand
Tel/fax (
e-mail: lwin@internewsth.com

Vacancy Number: M/P-03-29
**POSITION**: International Broadcaster (Burmese), GS-1001-12

**Knowledge-Skills-Ability**

**KSA#1. Thorough knowledge of journalism and of Internet broadcasting principles, practices, and methods in order to maintain the Burmese web site.**

Burmese Section, BBC World service (1991-2002): I began my professional journalism career in June 1991 as a part-time Radio Producer in the Burmese section of the BBC World Service. I was promoted to full-time Producer in 1995 and then Senior Producer in 1997. In 2001 I worked as a Bangkok based Senior Reporter and also took a six-month attachment position as a Broadcast Journalist in the World Today program, which is the BBC's flagship English program. My daily responsibilities were newsgathering, writing and reporting on the radio for our twice a day BBC News and Current Affairs program. In addition, I also produced weekly Features programs, varying from a music request program, Science and Health program, weekly Press Review and a Political and Business Analysis program.

I have successfully completed all the journalism training courses available in the BBC for a broadcast journalist. The training covered news gathering, writing and editing including a Senior Producer course, Duty Editor course, Financial Management course, Hostile Environment for Field Reporting course and a Website Design course for maintaining the Burmese website.

I have effectively developed my skills in digital editing and the use of computer software for website design. When the BBC Burmese section started its website in 1996 I became the website co-coordinator. I maintained the site to have regular updates with program information and hyper linked archived audio programs; I was also responsible for ensuring the content was in line with BBC editorial guidelines. Although a large archive section was not maintained on our website, our priority was to ensure that the site always looked fresh with regular updates and program information.

Internews (Thailand) 2002-present: I took a two year sabbatical leave from my BBC career in May 2002 to work at the Thai-Burma border with 'Internews', an organisation promoting open and independent media around the world, especially in the emerging democracies. As the Resident Journalism Training Adviser with Internews, I have been working with, and training, almost all the exiled Burmese journalists living in Thailand and along the Burma, China, India and Bangladeshi borders. I have conducted regular structured journalism training programs and shared my extensive experience and knowledge of independent journalism gained from my years working for the BBC.

**Contd.: KSA#1**

My trainees include radio stringers working for VOA, BBC, RFA and DVB. For the BBC Burmese section in particular, this journalism training to its stringers greatly enhanced the quality of the section output. The stringers regularly keep in touch with me seeking my advice and guidance for their news coverage. I give them regular feedback on their work, the good results of which were shown when the section was praised in a recent BBC Evaluation Report, for the dramatic improvement in the quality and presentation of the stories by the stringers.

I have also set up an ISDN line and mini studio system at my home in Chiangmai. With this arrangement I record interviews and send them as FTP files to the BBC Burmese section and the BBC East Asia Today program thereby ensuring better quality radio interviews from the region. I also do some simul-rec reporting for the EAT program.

*Lwin Htun Than*
*62/2 Soi Wat Umong, Suthep Road, Chiangmai 50200, Thailand*
*Tel/fax*
*e-mail: lwin@internewsth.com*

Vacancy Number: M/P-03-29
**POSITION:** International Broadcaster (Burmese), GS-1001-12

**Knowledge-Skills-Ability**

**KSA#2. Thorough knowledge of writing/editing principles and practices and the ability to conceive and develop radio and Internet programs.**

Burmese Section, BBC World service (1991-2002): I wrote and produced News and Current Affairs programs as well as weekly Features programs, varying from a music request program, Science and Health program, weekly Press Review and a Political and Business Analysis program.

I also attended and reported from many international conferences and events. I have conducted several high profile interviews featuring Burmese social, political and economic issues, field reporting and also introduced many popular new programmes. Highlights have included:

- 1996 - produced a 'Live-on-air discussion programme' to mark the sixth anniversary of the general election in Burma.(This was the first of it's kind in the Burmese section and featured Daw Aung San Suu Kyi via telephone, Prof. Khin Maung Kyi and former British Ambassador, Mr Martin Morland in the studio as a panel to answer on-air questions regarding social, political and economic issues).
- 1997 - introduced 'Focus' program, a popular soft-analysis for current issues.
- 1998 - introduced a series of ' You & Your Rights ' programmes, highlighting individual rights, prisoners' rights, women' rights, rights to development etc
- 1999 - produced a series of 'Child Soldier' programs funded by the UNHCR and the Foreign & Commonwealth Office of the United Kingdom in order to participate in the UN effort to end this world-wide problem.
- 2001 – wrote and produced a three part drama called Na Ba Yan (Bay Ma Shi) which is a Burmese adaptation of George Orwell's '1984'.

I also wrote and produced many backgrounders and analysis pieces and radio packages on Burmese political development in English, which were published centrally in BBC World Service for other language sections such as Thai, Indonesia and Vietnam services.

Since 1996, I took the role of 'website co-ordinator' to develop and maintain the Burmese website for the BBC, which is part of the BBC on-line service. My responsibility was to update daily information and to establish networking with other organisation's sites. I liased with other websites who wanted to include some of our popular programs on their site. It was part of our aim to have our programs rebroadcast in different regions to gain a wider audience. I received Website design training and have sound knowledge of http, ftp and web design software.

Internews (Thailand) 2002- present: I am conducting Journalism training on newsgathering, writing and editing for print, radio and e-mail based newsgroups. This includes the principles of e-mail and web-based publication of news as well as stimulating ideas for

000162

*Lwin Htun Than*
62/2 Soi Wat Umong, Suthep Road, Chiangmai 50200, Thailand
Tel/fa ··· 53 ·· ·
e-mail: lwin@internewsth.com

Vacancy Number: M/P-03-29
**POSITION:** International Broadcaster (Burmese), GS-1001-12

**Knowledge-Skills-Ability**

**KSA#3. Demonstrated experience working as a reporter/editor for one of the major international broadcasters or another mainstream journalistic entity.**

Burmese Section, BBC World service (1995- 2002): I began my professional journalism career in June 1991 as a part-time Radio Producer in the Burmese section of the BBC World Service. I was promoted to Full-time Producer in 1995 and then Senior Producer in 1997. In 2001 I became a Bangkok based Senior Reporter and also took a six-month attachment position as a Broadcast Journalist in the World Today program, which is the BBC's flagship English program.

We monitor the most current political, social and economic situations around the world, especially in the Asia Pacific region and file the most up-to-date news to our audience. The BBC Burmese section broadcasts live twice daily on Short Wave providing fast, reliable and impartial news and information to a Burmese audience in Burma and around the world.

My responsibilities as a Senior Producer and Duty Editor are:
- to monitor current political, social, economic and humanitarian situations in the Asia Pacific region and Burma and to advise the BBC newsroom
- to identify, collect and analyze all sources of information for validity, urgency and need for dissemination or broadcasting
- to supervise, plan and monitor daily output of junior staff, casuals and new recruits
- to liaise with various organizations, governmental departments, academics, individuals and other news sources in order to pursue news stories and information
- to attend seminars, conferences and social events to pursue news, information and to expand the network of contacts
- and to co-ordinate and manage the Burmese web-site with the BBC on-line service. This includes web-site design and information updates

While performing these tasks I also successfully completed various journalism and management training courses, including: Team management skills, Duty editor workshop, Financial Management skills, Journalism training courses, web-site design courses, and Hostile Environment course for Field Reporting etc.

*Lwin Htun Than*
*62/2 Soi Wat Umong, Suthep Road, Chiangmai 50200, Thailand*
*Tel/fax*
*e-mail: lwin@internewsth.com*

Vacancy Number: M/P-03-29
**POSITION:** International Broadcaster (Burmese), GS-1001-12

**Knowledge-Skills-Ability**

**KSA#4. Demonstrated experience managing a professional news operation. Experience must be in the area of developing plans, procedures, and instruction for formulating and managing the operation.**

<u>BBC World Service (1991- 2002):</u> During my years working at the BBC, I successfully completed various BBC Journalism and Management Skills training courses. As one of the most experienced producers in the Burmese section I was responsible for training junior staff, part-time producers and new recruits. This responsibility included supervising, planning and monitoring their work-plans and output. I also organised the section forward-planning meetings and kept a news diary for the forthcoming events. I represented the Burmese section in Programme Evaluation meetings and ensured the section flow through the evaluation action points.

As Senior Producer and Duty Editor, my role was to ensure we met the daily deadlines with full program quality by editing and delegating tasks to the team. I routinely analyzed all sources of information for validity, urgency and need for dissemination or broadcasting. My responsibilities also involved coordinating with other departments in the BBC (Newsroom, East Asia Today, World Today, and other Asia Pacific language sections) in order to have consistency in our overall output. I also liaised with various organizations, governmental departments and individuals in order to pursue news stories and information.

Since 2002 I have been the Resident Journalism Training Adviser with 'Internews', an organisation promoting open and independent media around the world. I travel to various independent Burmese news organisations throughout Thailand and along the Burmese border, conducting regular, structured journalism training programs on newsgathering, writing and editing for print, radio and e-mail based newsgroups.

I graduated with a Masters Degree in Social Policy and Planning from the London School of Economics and Political Science, London, U.K.

*Lwin Htun Than*
*62/2 Soi Wat Umong, Suthep Road, Chiangmai 50200, Thailand*
*Tel/fax:*
*e-mail: lwin@internewsth.com*

Vacancy Number: M/P-03-29
**POSITION:** International Broadcaster (Burmese), GS-1001-12

**Knowledge-Skills-Ability**

**KSA#5. Demonstrated organizational management skills in order to operate independently, and effectively.**

Reporter, BBC Bangkok Bureau (June- Dec2002): I monitored and traveled around the whole region and reported accordingly. Away from London headquarters, I managed and worked with a team of radio stringers strategically positioned along the Thai-Burma, Bangladesh-Burma, and Indo-Burma border towns for daily newsgathering operations. I planned and assigned reporting slots for them.

As local time in Bangkok and the region is significantly earlier than that of London, my newsgathering plans and arrangements were vital for the smooth running of our bulletins and programs broadcast from London. I introduced a faster and more effective reporting/filing system for the section by using Mp3 and FTP program formats, which are now widely used not only in the Burmese section but also in other sections of the BBC. I trained BBC stringers in news gathering, writing and editing skills. The section provided them with digital recorders, computers and I trained them to use sound editing programs like Cool-edit and digital reporting techniques by using Mp3, e-mails and FTP.

Internews (Thailand) 2002-Present: Internews is funded mainly by USAID to manage training projects for Burmese journalists living in exile in Thailand. Under this broad remit I have been working independently to plan, budget and manage training programs for our partner organizations such as New Era Journal, New Vision News Paper, Voice of Arakan News Paper, Network Media News Group, community radio groups such as Karen Student Network Group and radio stringers working for the BBC, VOA, RFA, DVB. Since joining Internews in May 2002, I have organized more than ten training programs at various locations in Thailand.

000163