# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
# Civil Action No.: 06-1152 (JDB)

# Exhibit H

KYAW ZAW NYUNT

Vacancy Announcement No. M / P –03-29

# PTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

Form App
OMB No. 3206-

ou may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the informatio requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| INTERNATIONAL RADIO BROADCASTER | GS - 1001 - 12 | M / P -03-29 |

| 4 Last Name | First and middle names | 5 Social Security Number |
|---|---|---|
| NYUNT | KYAW ZAW | |

| 6 Mailing address | | 7 Phone Numbers (include area code) Daytime |
|---|---|---|
| City | State VA  ZIP Code 20176 | Evening |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job criptions.

1) Job title (if Federal, include series and grade)
INTERNATIONAL RADIO BROADCASTER GS - 11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per ek |
|---|---|---|---|---|
| Oct/1999 | Mar/2003 | $52,702.00 | YEAR | 40 |

Employer's name and address
IBB ( VOICE OF AMERICA ) 330 INDEPENDENCE AVE, SW
WASHINGTON, DC 20237

Superviso  ame and phone number
U KHI  MAUNG HTAY
(202)61  .416

Describe your duties and accomplishments

Please see Page 1

2) Job title (if Federal, include series and grade)
INTERNATIONAL RADIO BROADCASTER GS - 9

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per v |
|---|---|---|---|---|
| May/1998 | Sep/1999 | $32,457.00 | YEAR | 40 |

Employer's name and address
IBB (VOICE OF AMERICA) 330 INDEPENDENCE AVE, SW
WASHINGTON, DC 20237

Supervisor'  me and phone number
DAN RC  NSON

Describe your duties and accomplishments
Same as 8 (1) - except the role of week-end team leader

000 29

KYAW ZAW NYU[NT]
Vacancy Announcement No. P-03-29

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 61...

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| INTERNATIONAL RADIO BROADCASTER | GS - 1001 - 12 | M/P-03-29 |

| 4 Last Name | First and middle names | 5 Social Security Number |
|---|---|---|
| NYUNT | KYAW ZAW | |

6 Mailing address

7 Phone numbers (include area code)
Daytime
Evening

| City | State | ZIP Code |
|---|---|---|
| | VA | 20176 |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

3) Job title (if Federal, include series and grade)
INTERNATIONAL RADIO BROADCASTER (BURMESE)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| May/1968 | Nov/1971 | $12,000.00 | YEAR | 40 |

Employer's name and address
THE BRITISH BROADCASTING CORPORATION, LONDON WC2

Supervisor's name and phone number
COLIN [W]ILD
44-207 [ ]0-3456

Describe your duties and accomplishments

Please see Attached Page 2

4) Job title (if Federal, include series and grade)
Assistant Officer (Information), Ministry of Foreign Affairs, Rangoon, BURMA

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| Dec/1974 | Dec/1978 | $800.00 | YEAR | 40 |

Employer's name and address
MINISTRY OF FOREIGN AFFAIRS, RANGOON, BURMA

Supervisor's name and phone number
U KYA[W] [M]IN - DIRECTOR

Describe your duties and accomplishments

Please see Attached Page 3

000 30

**9** May we contact your current supervisor?   YES ☒  NO ☐ ▶ If we need to contact your current supervisor before making an offer, we will contact you fi...

### EDUCATION

Mark highest level completed. Some HS ☐  HS/GED ☐  Associate ☐  Bachelor ☐  Master ☒  Doctoral ☐

**11** Last high school (HS) or GED school. Give the school's name, city, State, Zip Code (if known), and year diploma or GED received.

ST. JOHNS' DIOCESAN BOYS' HIGH SCHOOL, RANGOON, BURMA. 1960

**12** College and universities attended. Do not attach a copy of your transcript unless requested.

| Name | City | State | ZIP Code | Total Credits Earned (Semester / Quarter) | Major(s) | Degree - Year (if any) Received |
|---|---|---|---|---|---|---|
| 1) SAIS, THE JOHNS HOPKINS UNIVERSITY | WASHINGTON | DC | 20036 | 2 / | INTERNATIONAL PUBLIC POLICY | MASTER 88 |
| 2) UNIVERSITY OF RANGOON | RANGOON, BURMA | | | 4 / years | International Relations, Political Science, Western History | BACHELOR 64 |
| 3) SOUTHEAST LONDON TECHNICAL COLLEGE | LONDON SE 1 | | | 4 / | Computer Appreciation for Management | DIPLOMA 68 |

### OTHER QUALIFICATIONS

**13** Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.) Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking and performance awards). Give dates but do not send...

Please see Attached Page 4

### GENERAL

**14** Are you a U.S. citizen?   YES ☒  NO ☐ ▶ Give the country of your citizenship. _____

**15** Do you claim veterans' preference?  NO ☒  YES ☐ ▶ Mark your claim of 5 or 10 points below.

5 points ☐ ▶ Attach your DD 214 or other proof.  10 ☐ ▶ Attach an *Application for 10-point Veterans' Preference* (SF 15...) proof required.

**16** Were you ever a Federal civilian employee?  NO ☐  YES ☒ ▶ For highest civilian grade give:  Series GS  Grade 11  From (M/YY) 1999  To (MM/YY) Mar 2003

Are you eligible for reinstatement based on career or career-conditional Federal status?  NO ☒  YES ☐ ▶ If requested, attach SF 50 proof.

000 31

### APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _[signature]_     DATE SIGNED 03/26/2003

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

**Work Experience**

*8.* 1). INTERNATIONAL RADIO BROADCASTER GS-11

| From (MM/YY) | To (MM/YY) | Salary | per | Hours | r week |
|---|---|---|---|---|---|
| Oct/1999 | Date | 52,702.00 | YEAR | | ) |

**Employer's name and address**
IBB (VOICE OF AMERICA) 330 INDEPENCE AVE. SW WASHINGTON, DC  )237

**Supervisor's name and phone number**
U KHIN MAUNG HTAY

I translate and voice English news and reports into Burmese for daily broadcasting Service. I also conduct interviews, report special events including live reporting on and voicing balanced, accurate and interesting original reports. I research and evalu; range of source materials and make appropriate decisions on topics for original repc also served as weekend team leader for several months. When I serve as a team lead line up the news in a balanced and interesting direction, and I also provide editorial c exercising responsibilities for selection of the most appropriate on going matters. I al advantage of the information technology, searching and updating current important r Burma and Burmese related news. I am proficient in using various Internet search en, also a key member in preparation and presentation of the Burmese Service's biweekly Idioms Usage Program. This highly regarded program in Burma is one of the most su programs for the Burmese Service. One of the most remarkable accomplishments that encountered recently was my coverage of the September 11 attacks memorial Annive; Ceremonies held at the Pentagon. It was attended by President Bush and other Dignit; successfully made a live coverage from the scene directly for the on-going morning ai using the VOA Engineering Unit facilities temporarily stationed there. Hence a live re; transmitted directly to the Burmese audience for the first time and proved to be a very one. This experience has enhanced the knowledge I gained from my work at the BBC broadcaster and at the Burmese Foreign Ministry as a diplomat, i.e., a comprehensive l of the history, customs, and psychology of the target Burmese people, as well as their j economic, cultural, and social life.

Burmese
ne, writing
a wide
. I have
I decide to
ction,
take
's on
es. I am
merican
:ssful
iave
y
s. I
ow,
ting was
:cessful
t radio
wledge
tical,

1

0001:

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

3). OVERSEAS RADIO ANNOUNCER/ TRANSLATER (BURMESE)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours p | week |
|---|---|---|---|---|---|
| May / 1968 | Nov. / 1971 | $12,000.00 | YEAR | 4 | |

**Employer's name and address**

British Broadcasting Corporation (B.B.C.) LONDON, W.C.2

**Supervisor's name and phone number**

COLIN WILD

44-207-240-3456

As a full time Announcer/Translator, my general duties were basically translating nev    nd features from English into Burmese and voicing them on air. And I also researched, d    ted, edited, and presented interesting programs on air. As one of my special achievements,    got a rare interview with Author Bottomley, a senior British Colonial Officer, who took a major    le in setting up the framework of the famous Pinglong Conference that paved the way for l    ma's independence in January 1948. I also interviewed Lord Louis Mountbatten of Burma,    oduced a special program on him and his liberation of South East Asia Theater, focusing on his    itude towards General Aung San and his Burma Independence Army. Other interesting prog    ns included English by Radio Lesson Series. I was fortunate enough to gain broadcast ex    iences from Burmese Pioneer Broadcasters such as U Tin Maung. I also gained hands-on exp    ence from my contemporaries such as U Khin, U Aung Myint Tun and U Htwe Myint. This    perience provided me with a comprehensive knowledge of the history, customs, and psycholog    the target Burmese people, as well as their political, economic, cultural, and social life.

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

8.

4). Assistant Officer (Information) Ministry of Foreign Affairs, Rangoon

| From (MM/YY) | To (MM/YY) | Salary | per | Hours | week |
|---|---|---|---|---|---|
| Oct/1974 | Dec/1978 | $800 | YEAR | 40 | |

**Employer's name and address**
Ministry of Foreign Affairs

**Supervisor's name and phone number**
U Kyaw Min
Director
Ministry of Foreign Affairs
Rangoon, Burma

*Describe your duties and accomplishments*

For three years, I selected and analyzed the most important news from the dail  roadcasts of the three major stations (VOA, BBC, and FEBC), edited and submitted the analysis  the Minister for Foreign Affairs prior to his morning meetings so that he would be well-inl  ned of Burma related stories and other important world events. Together with other staff mer  rs, I prepared press releases, notifications and other documents of the Ministry.

3

001 34

# KYAW ZAW NYUNT
## Vacancy Announcement No. M / P –03-29

*OTHER QUALIFICATIONS*

13. **Job-related** training courses (give title and year). **Job-related** skills ( other languages, computer software/hardwa~~ ~~ols, machinery, typing speed,etc.) **Job-related** certificates and licenses ( current only). **Job-related** honors, awards, and ~~ ~~ al accomplishments ( publications, memberships in professional/jonor societies, leadership activities, public speaking an~~ ~~ rformance awards). Give dates but do not send.

## Job Related Training Courses
- BBC's Basic Radio Announcer Induction Course (1968)
- BBC's refreshers Course for In-Service Broadcasters (1970)
- Government Officers' Training Course No.16 ( Central Public Training Institute)(19~~ ~~
- Accountancy and Auditing Grade III Course
- VOA's Eight Week Training Course in "Writing for Broadcast" (1999)
- Hands-on Training for Proficiency in Word Processing Applications (1999)
- Digital Media Systems ( Dalet 5.1 ) Training ( 2001)
- Digital Recording and Mixing Editing Training (2002)
- Hands-on Training in WEB-PAGING (2002)

## Job Related Training Skills
- French language in Intermediate Level
- Microsoft Word
- Microsoft Excel
- Microsoft Power Point
- Security Management Skill as Site Supervisor
- Strong Personnel Management and Administrative skills(rising from Junior Officer to ~~ ~~ A)
- Excellent Leadership Skills as Deputy Chief of Mission and Head of Mission ( Charge d Affaires)
- Excellent Communications Skills as Burma's Alternate Permanent Representative to F~~ ~~ ~~ ~~ ( ROME)
- Strong Negotiations Skills as Diplomat and a Representative to the UN Organization (F~~ ~~
- Excellent Writing Skills in submitting salient points from foreign broadcasts ( VOA, BI ~~ ~~ & FEBC) to the Minister of Foreign Affairs, Burma
- Thorough knowledge of US History and Politics as a Political Officer in-charge of Amer~~ ~~ Desk in Foreign Ministry, Burma
- Excellent skill in submitting in-depth reports and analyses on geo-politics as Deputy Chie~~ ~~ Mission

## Job Related Awards
- EAP Division Commendation Award ( 2000)
- EAP Division Commendation Award (1999)
- Five Year Dedicated Service Award ( 1997)
- Officer of the Quarter Award (1995)
- Presidential Award for Public Service, by the President of Burma (1984)
- Presidential Award for Enforcement of Law and Order, by the President of Burma (1984)

01 135

# KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

**SCREEN-OUT FACTOR:** Native Burmese language with fluent English and the ability to conduct research, write, adapt and edit in both languages.

My native language is Burmese and I can speak fluently. I can also conduct research, write, adapt and edit in both English and Burmese.

# KNOWLEDGE, SKILLS AND ABILITIES

*1. Thorough knowledge of journalism and of Internet broadcasting principles, practices, and methods in order to maintain the Burmese website.*

Since I have worked as an International Radio Broadcaster at the Voice of America for five years and at the British Broadcasting Corporation (BBC) for about four years, I have gained thorough knowledge of the broadcast journalism. I attended a three-month radio announcer course at BBC in 1970. I finished VOA's Eight Week Training Course in "Writing for Broadcast" in 1999. I took a training at the VOA on Internet broadcasting principles, practices, and methods in order to maintain the Burmese website. I am one of the assigned webmasters of the Burmese Service. I know how to post news stories on the VOA website.

1

000 36

**KYAW ZAW NYUNT**
Vacancy Announcement No. M/P-03-29

*2. Thorough knowledge of writing/editing principles and practices and the abil    to conceive
and develop radio and Internet programs.*

I have worked at the VOA Burmese Service for 5 years and at the BBC for    years. I am required to research and write at least 7 original balanced, accurate, and compreher    e reports to meet the fully successful performance standard of the VOA Burmese Service. I alw:    write more than I am required to and was rated "HIGHLY SUCCESSFUL" for my original wri    g in the last performance appraisal report. The reports I have written include political activities c    Burmese opposition groups, interviews with numerous people, and special feature programs s    i as the passing away of George Harrison (the Beatles), Barbara Goldsmith Freedom Award    id Lord Louis Mountbatten's Liberation of South East Asia Theater in World War II. These    orts and feature materials on music and Burmese politics were of complex and sensitive natur    nd were difficult to convey. During my tenure at the BBC, I also researched, drafted, edited,     developed interesting programs on air.

I attended a three-month advanced course on voicing, recording, editing and t    adcast writing at BBC in 1970 and eight-week training course in "Writing for Broadcast" at    VOA from May to July of 1999. I have knowledge of editing principles and practices because I s    ed as weekend editor (team-leader) at my current position for about two years. In addition,    m 1974 until 1978, I selected and analyzed the most important news from the daily broadcasts    the three major stations (VOA, BBC, and FEBC), edited and submitted the analysis to the Mini    for Foreign Affairs prior to his morning meetings so that he would be well-informed of Bu    a related stories and other important world events.

I have been trained on the job on how to post news and reports on the Internet    the VOA website and assigned as one of the webmasters of the Service. I can edit and mix digita    und files on computer using the Dalet system. I can also post the sound files on the Internet.

# KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

*3. Demonstrated experience working as a reporter/editor for a major internatio[na]l broadcaster or another mainstream journalistic entity.*

I have worked as an International Radio Broadcaster at the VOA for 5 year[s] [d]uring which I worked as a weekend-editor (team leader) for about two years. I went, as a repor[ter] to cover events at Fort Wayne, Indiana and Hartford, Connecticut and also within Washingt[on] D.C. I worked as a reporter/radio broadcaster/editor at the BBC for 4 years. When I was v[or]king at the BBC, I worked independently without an editor. I was responsible for editing the pr[ogr]ams for broadcast and also for the stories I wrote as a reporter. I have been translating, writi[ng] and voicing materials for radio broadcast at the VOA and the BBC. My voicing is rated "HIGHL[Y] SUCCESSFUL" in the performance appraisal report every year. In 2000-2001 rating [ye]ar, the Rating Officer said, "Mr. Nyunt sounds natural and [is] easy to follow. His delivery is [fl]awless with a distinctive style of his own." Burmese Language Professor U Saw Tun at the Illinoi[s U]niversity reported his comment as a language evaluator of Burmese Service programs, "When [the] switch was made to the more colloquial style, it was a lot easier to follow and much more appeali[ng] ... Using this style, U Kyaw Zaw Nyunt's reporting was particularly good."

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

*4. Demonstrated experience managing a professional news operation. Experie[nce] must be in the area of developing plans, procedures, and instruction for formulating and m[an]aging the operation.*

I was Deputy Chief of Mission at the Burmese Embassy in Rome from 198[8 to] 1990, Consul at the Burmese Embassy in India from 1981 to 1983 and Consul at the Burr[mese] Embassy in Bangladesh in 1984. I was Charge d' Affaires (a.i.) for about 7 months at the Emba[ssy] in Rome. I was also the spokesman for the Embassy in Rome. During those years at the Burme[se] Embassies, I managed the embassy staff and was also responsible for the publication of "Burma M[on]thly Information Bulletin", "Weekly Newsletter" and "Important notes to media". I opera[ted] the Embassy publication offices independently and effectively. Before 1988, there was n[o s]eparate publication offices in Burmese Embassies. I established the office of publication at th[e B]urmese Embassy in Rome. I developed plans, procedures, and instructions for the office and [the]n formulated and managed the operations of the office. I managed day-to-day affairs o[f s]taff members at the Embassy in Rome, including the employees of the publication office.

I worked independently as a weekend-editor (team leader) at VOA Burmese S[er]vice for about two years.

4

000 9

KYAW ZAW NYUNT
Vacancy Announcement No. M/P-03-29

*5. Demonstrated organizational management skills in order to operate indepe   ntly, and effectively.*

    I was Deputy Chief of Mission at the Burmese Embassy in Rome from 198   o 1990, Consul at the Burmese Embassy in India from 1981 to 1983 and Consul at the Bur   se Embassy in Bangladesh in 1984. I was Charge d' Affaires (a.i.) for about 7 months at the Emba   / in Rome. I was also the spokesman for the Embassy in Rome. During those years at the Burme   Embassies, I managed the embassy staff and was also responsible for the publication of "Burma I   nthly Information Bulletin", "Weekly Newsletter" and "Important notes to media". I oper   d the Embassy offices independently and effectively. I managed day-to-day affairs of mor   ıan 40 staff members at the Embassy in India and the entire staff at the Embassy in Rome. My aı   ority included hiring and firing of employees. I worked independently as a weekend-edito   eam leader) at VOA Burmese Service for about two years.

    In my last performance appraisal report, my Service Chief said, "[Mr. Nyunt   always cheerful and positive in his attitude. [H]e contributes greatly to the morale and efficie   y of the staff. His performance is also marked by his willingness to step in without being aske   o assist his colleagues whenever necessary."

5

001 40

KYAW ZAW NYUNT
Vacancy Announcement No. M / P –03-29

# CURRICULUM VITAE OF KYAW ZAW NYUNT

**Education:** May 1988 – Master's Degree in International Public Policy
School of Advanced International Studies,
(The Johns Hopkins University, Washington, D.C.)

July 1979 - Certificate in Principles and Practice of Diplomac
(Australian Department of External Affairs, Canberra, Austral

March 1970 – Diploma in Computer Appreciation for Manage   nt
(Southeast London Technical College, London, United Kingdc

March 1964 – Bachelor of Arts Degree
(Majored in International Relations, University of Rangoon, Bu   a)

**Experience:** 1998- to present: International Radio Broadcaster, VOA

1991-1998: Site In-Charge (Security) Bureau of Computing Ser   es,
International Monetary Fund (Washington, D.C.)

1988-1990: Deputy Chief of Mission, Embassy of Burma
Rome, Italy, and Burma's Alternate Permanent Representative,
Food and Agriculture Organization, U.N. (Rome, Italy)

1984-1986: Assistant Director, Political and Protocol Divisions
Ministry of Foreign Affairs (Rangoon, Burma)

1983-1984: Second Secretary and Consul, Consular and Adminis   ion,
Embassy of Burma (Dhaka, Bangladesh)

1981–1983: Third Secretary and Vice-Consul, Information and C   sular
Embassy of Burma (New Delhi, India)

1978-1981: Deputy Assistant Director, Political Division,
Ministry of Foreign Affairs (Rangoon, Burma)

1974-1978: Assistant Officer, News Monitoring Section
Information Division, Ministry of Foreign Affairs (Rangoon, Burr

1972-1974: Lecturing Tutor, Arts and Science University (Rgn, Bi   ia)

1968-1971: International Radio Broadcaster, Burmese Language S   ion.
The British Broadcasting Corporation (London, U.K.)

1964-1968: Lecturing Tutor, Arts and Science University, (Rgn, Bi   ia)