**Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors**
**Civil Action No.: 06-1152 (JDB)**

# Exhibit I

IBB/DELEGATED COMPETITIVE EXAMINING UNIT
CERTIFICATE OF ELIGIBLES

Certificate No. IBB-1-03-066/TEMPORARY NTE: 13 MONTHS
Page No. 1 of 1
Issue Date: 5/16/03      Audit By: _____
Due Date: 8/18/03        Audit Date: _____

INTERNATIONAL RADIO BROADCASTER (BURMESE)
GG/GS-1001-12
WASHINGTON, DC

*NON-CITIZENS*

*THE "RULE OF THREE"*

*Selection must be made from the highest three eligible on the certificate who are avai    le for the job - - the "rule of three".*

**NON-CITIZENS** – *A non-citizen may be selected in the presence of a qualified U.S.     izen if, after full and fair consideration of all candidates against the job requirements, the se     ing official determines that the non-citizen is better qualified than the U.S. citizen and the     perior qualifications of the non-citizen are supported by acceptable written documentation p     ided by the selecting official.*

*The following NON-Citizen candidate(s) is referred for consideration for appointme    in the Excepted Service under the MOA V-A 820.*

    99.00       Than, Lwin (S)
    89.00       Nyi, Nyi
    84.00       Aung, Win

**RANDOM # N/A**        _signature_        06/03/03
                Selecting Official's Signature & Possible EOD

APPOINTING AUTHORITY: IBB-1-03-066

**THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION INI    \TED ABOVE.**

000 17

## IBB/DELEGATED COMPETITIVE EXAMINING UNIT
## CERTIFICATE OF ELIGIBLES

Certificate No. IBB-1-03-067/CAREER OR CAREER CONDITIONAL
Page No. 1 of 1                              Audit By: _____
Issue Date: 5/16/03                          Audit Date: _____
Due Date: 8/18/03

### INTERNATIONAL RADIO BROADCASTER (BURMESE)
### GG/GS-1001-12
### WASHINGTON, DC

### CITIZENS

### *THE "RULE OF THREE"*

*Selection must be made from the highest three eligible on the certificate who are available for t    iob - -
the "rule of three". However, an agency may not pass over a preference eligible to select a lo
ranking non-preference eligible or a non-preference eligible with the same or lower score.*

|   |   |   |   |
|---|---|---|---|
| ✓ NV | 94.00 | Nyunt, Kyaw Z. | N.C. |
| NV | 84.00 | Myint, U San | N.S. |
| NV | 83.67 | Soe, Khin M. | N.S |

*NV = NON-VETERAN*
*RANDOM # N/A*

_____  06/03/03
Selecting Official's Signature & Possible EOD

APPOINTING AUTHORITY: IBB-1-03-067

THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION IN    ATED ABOVE.

OOU 18

May 20, 2003

MEMORANDUM FOR:    VOA/F - Jay Henderson

FROM:              M/PO - Jerri L. Fitzpatrick

SUBJECT:           Promotion Certificate for GS-12
                   International Radio Broadcaster (Burmese)
                   GS-1001-12 M/P-03-29

The following status candidates are eligible for promotion to the subject position at the grade level indicated. Interviews are optional but can be a valuable means of assessing a candidate's overall qualifications for the position. If, however, one candidate on this certificate is interviewed, then all candidates on this certificate must be interviewed.

Reference checks may be completed on any candidate in which you are interested as an evaluation tool in the selection process. You should complete three reference checks on the candidate selected to verify with current and former employers the individual work skills and habits. These reference checks are also used in the security clearance process, if applicable.

Please note your selection (S) or non-selection (NS) and interview dates, if conducted, and return to me prior to making a final offer to the selectee. If you have any questions, please call me at 619-3117.

GS-1001-12

Nyunt, Kyaw   NS

    Selecting Official: Signature _____ Date 06/03/03

    Title                           Organization

    Personnel Specialist

                        Signature _____ Date

Cert. expires: July 21, 2003
h:wordoc.promcert.

0001 9

TABULATIONS RATING SHEET

POSITION: IRB (BURMESE), GS-1001-12  
Determined & Tabulated By: Casandra M. Hall   (DEU)

ANNOUNCEMENT NUMBER: M/P-03-29  
(Random # Utilized for Cert Order)

| CANDIDATES | F#1 | F#2 | F#3 | F#4 | F#5 | TOTAL POINTS | +70 | VP | FINAL | CITIZEN |
|---|---|---|---|---|---|---|---|---|---|---|
| THAN, LWIN | 18 | 18 | 18 | 15 | 18 | 29 | 70 | N | 99.00 | N |
| NYUNT, KYAW Z. | 12 | 18 | 15 | 12 | 15 | 24 | 70 | N | 94.00 | Y |
| NYI, NYI | 9 | 9 | 12 | 18 | 9 | 19 | 70 | N | 89.00 | N |
| AUNG, WIN | 10 | 12 | 12 | 1 | 7 | 14 | 70 | N | 84.00 | N |
| MYINT, U SAN | 9 | 9 | 9 | 8 | 7 | 14 | 70 | N | 84.00 | Y |
| SOE, KHIN M. | 5 | 12 | 12 | 5 | 7 | 14 | 70 | N | 83.67 | Y |

000 0

VACANCY ANNOUNCEMENT NO: M/P-03-29

POSITION, TITLE, SERIES, GRADE: International Radio Broadcaster (Burmese), GS-1001-12

PANELIST NAME: Vohaheng, Chraw          DATE: 5/13/03

| QUALIFIED CANDIDATES | [col 1] | [col 2] | [col 3] | [col 4] | [col 5] | Total | Remarks |
|---|---|---|---|---|---|---|---|
| 1. Aung, Win | 6 | 3 | 3 | 3 | 3 | 18 | |
| 2. Myint, U San | 3 | 3 | 3 | 1 | 3 | 13 | |
| 3. Nyi, Nyi | 3 | 3 | 3 | 6 | 3 | 18 | |
| 4. Nyunt, Kyaw Z. | 3 | 6 | 3 | 3 | 3 | 18 | |
| 5. Soe, Khin M. | 1 | 3 | 3 | 1 | 1 | 9 | |
| 6. Than, Lwin | 6 | 6 | 6 | 6 | 6 | 30 | Best Canargidate for the job. |

H:\wp\eastasia\applicantlisting.doc

VACANCY ANNOUNCEMENT NO: MP-03-29

POSITION, TITLE, SERIES, GRADE: International Radio Broadcaster (Burmese), GS-1001-12

PANELIST NAME: Peter Cu Co   DATE: 5-8-03

| QUALIFIED CANDIDATES | Radio Exp | Journ Exp | Writ/Trans | Burmese Fluency | English Fluency | Total Points | |
|---|---|---|---|---|---|---|---|
| 1. Aung, Win | 1 | 3 | 3 | 1 | 1 | 9 | |
| 2. Myint, U San | 3 | 3 | 3 | 1 | 1 | 11 | |
| 3. Nyi, Nyi | 3 | 3 | 3 | 6 | 3 | 18 | |
| 4. Nyunt, Kyaw Z. | 3 | 6 | 6 | 3 | 6 | 24 | |
| 5. Soe, Khin M. | 1 | 3 | 3 | 1 | 3 | 11 | |
| 6. Than, Lwin | 6 | 6 | 6 | 3 | 6 | 27 | |

H:\wp\eastasia\applicantlisting.doc

000122

VACANCY ANNOUNCEMENT NO: MP-03-29

POSITION, TITLE, SERIES, GRADE: International Radio Broadcaster (Burmese), GS-1001-12

PANELIST NAME: Eugene Nodek    DATE: 5/5/03

| QUALIFIED CANDIDATES | Written Skills | Research Skills | Knowledge | Radio Broadcasting | Communication | Total Points | Remarks |
|---|---|---|---|---|---|---|---|
| 1. Aung, Win | 3 | 6 | 6 | 6 | 3 | 24 | No internet/web page skills. K factor 5 applicant in does not address KSA |
| 2. Myint, U San | 3 | 3 | 3 | 6 | 3 | 18 | Application does not address KSA, no web design experience |
| 3. Nyi, Nyi | 3 | 3 | 6 | 6 | 3 | 21 | No website experience. Application does not address KSA |
| 4. Nyunt, Kyaw Z. | 6 | 6 | 6 | 6 | 6 | 30 | |
| 5. Soe, Khin M. | 3 | 6 | 6 | 3 | 3 | 21 | Only noticed experience. Does not address each KSA |
| 6. Than, Lwin | 6 | 6 | 6 | 6 | 6 | 30 | BBC appeared very substantive - like Sr. advisor here |

H:\wp\eastasia\applicantlisting.doc

001  23

| IRB (BURMESE), GS-1001-12 | factor1 | factor2 | factor3 | factor4 | FACTOR5 |
|---|---|---|---|---|---|
| AUNG, WIN | 6 | 3 | 3 | 3 | 3 |
| AUNG, WIN | 1 | 3 | 3 | 1 | 1 |
| AUNG, WIN | 3 | 6 | 6 | 6 | 3 |
|  | *10* | *12* | *12* | *10* | *7* |
| MYINT, U SAN | 3 | 3 | 3 | 1 | 3 |
| MYINT, U SAN | 3 | 3 | 3 | 1 | 1 |
| MYINT, U SAN | 3 | 3 | 3 | 6 | 3 |
|  | *9* | *9* | *9* | *8* | *7* |
| NYI, NYI | 3 | 3 | 3 | 6 | 3 |
| NYI, NYI | 3 | 3 | 3 | 6 | 3 |
| NYI, NYI | 3 | 3 | 6 | 6 | 3 |
|  | *9* | *9* | *12* | *18* | *9* |
| NYUNT, KYAW Z. | 3 | 6 | 3 | 3 | 3 |
| NYUNT, KYAW Z. | 3 | 6 | 6 | 3 | 6 |
| NYUNT, KYAW Z. | 6 | 6 | 6 | 6 | 6 |
|  | *12* | *18* | *15* | *12* | *15* |
| SOE, KHIN M. | 1 | 3 | 3 | 1 | 1 |
| SOE, KHIN M. | 1 | 3 | 3 | 1 | 3 |
| SOE, KHIN M. | 3 | 6 | 6 | 3 | 3 |
|  | *5* | *12* | *12* | *5* | *7* |
| THAN, LWIN | 6 | 6 | 6 | 6 | 6 |
| THAN, LWIN | 6 | 6 | 6 | 3 | 6 |
| THAN, LWIN | 6 | 6 | 6 | 6 | 6 |
|  | *18* | *18* | *18* | *15* | *18* |

# Crediting Plan
## GS-1001-12 (Burmese Writer/Editor)
### M\P-03-29

Thorough knowledge of journalism and of Internet broadcasting principles, practices and methods in order to maintain the Burmese web site. (6)

6- Demonstrates substantive knowledge of journalism through lengthy (five years or more) direct experience including academic study leading to a graduate degree in journalism along with at least two years' experience contributing to maintenance of a website for a major broadcast or media organization in the Burmese language.

3- Possesses substantive knowledge of journalism through several years of experience (minimum of three) and academic study and at least one year's experience in web design, preferably in the Burmese language.

1- Possesses some knowledge of journalism through work experience and/or academic study and experience supporting, though not solely maintaining an internet website.

Thorough knowledge of writing/editing principles and practices and the ability to conceive and develop radio programs as well as aspects of web pages. (6)

6- At least five years' experience working for a major international broadcaster or mainstream news organization preparing a broad spectrum of news and features on Burma in either Burmese or English language and preferably written for radio and further use on internet web pages and email. Displays a thorough knowledge of international events and U.S.-Burmese relations and an ability to place specific events into a broad perspective. Demonstrates skills in editing scripts, in news judgement and in achieving quality output through advice and direction to writers so as to guide the development of radio programs.

3- At least two years' experience working as a broadcaster for a major international or mainstream news organization, or more than two years' experience working for a Burmese language newspaper or a local or regional news organization involved in preparation of a broad range of news and feature material in either the Burmese or English language. Knowledge of international events and U.S.-Burmese relations may be less than thorough.

1- Has Bachelor's Degree in broadcast journalism, journalism, communications or similar field, or experience as a journeyman writer with some international or Burmese experience.

000125

3. Demonstrated experience working as a reporter/editor for a major internatio  !
broadcaster or another mainstream journalistic entity. (6)

    6- At least five years' experience working as a reporter or editor for a r  or
international broadcaster or mainstream news organization which in  des
preparation of a broad spectrum of news and feature material, partic  rly
in international affairs, in either Burmese or English language. Dis  ys a
thorough knowledge of international events and U.S.-Burmese relati  s
and an ability to place specific events into a broad perspective.

    3- At least two years' experience working as a reporter for a major
international broadcaster or mainstream news organization, or more  in
two years' experience working for a Burmese language newspaper (
local or regional news organization involved in preparation of a bro
range of news and feature material in either the Burmese or English
language. Displays experience in conducting interviews and in dev  ping
news or news analysis story based on information derived from inte  ews
with experts. Knowledge of international events and U.S.-Burmese
relations may be less than thorough.

    1- Has experience as a journeyman reporter with some but not substan  e
international or Burmese experience.

4. Demonstrated experience managing a professional news operation. Experi  :e
must be in the area of developing plans, procedures and instruction for
formulating and managing the operation. (6)

    6- Possesses at least two years' experience as Burmese-language supe  sor
for an international broadcaster, as senior reporter/editor for a regio
newspaper or broadcast organization, or bureau chief for a major m  a
organization. Demonstrates experience in directing the work of at l  st
five subordinate staff in achieving broad organizational goals with
responsibility for recruiting, budgeting and evaluating performance  thin
broad organizational guidelines.

    3- Demonstrates at least two years' experience as supervisor of a team  two
or more reporters/writers as a subordinate bureau within a major m  a
organization or regional news operation. Experience involves achi  ng
broad organizational goals with significant direction from higher le  l
management.

    1- Has some experience directing the work of a team of reporters but  hin
the context of significant structure and direction from higher level
management.

5. Demonstrated organizational management skills in order to operate independently and effectively.

    6- At least two years' experience supervising the work of a team at least five subordinate staff in a major international broadcaster or mainstream news organization in the preparation of a broad spectrum of news and feature material, particularly in international affairs, in either Burmese or English language.

    3- One to two years' experience coordinating the work of others, though not necessarily in a major international broadcaster or mainstream news organization. Experience could be coordinating the work of a team reporters at a regional or local media organization, or coordinating the work of others in an information facility such as a library or educational institution.

    1- Demonstrates an ability to work both independently as well as effectively in a team environment, though not necessarily in a supervisory or coordinative capacity.