**Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors**
Civil Action No.: 06-1152 (JDB)

**Exhibit J**

# MEMORANDUM

FM        Khin Maung Htay
TO        IBB Personnel
DATE      August 13, 2003
SUBJECT   Justification for selecting a non-citizen for Vacancy No. M/P-(  )9

---

I have selected U Than Lwin Htun, a non-citizen, for the Burmese Service vac[ancy] number M/P-03-29 International Radio Broadcaster (Burmese) GG-1001-12 p[osition]. I consider him to be better qualified than the U.S. citizen candidates on the Certi[ficate of] Eligibles of the IBB Personnel Office. Here are the salient points of justificatio[n based on] the KSAs submitted by the candidates to support my decision:

*1: Thorough knowledge of journalism and of Internet broadcasting principles, p[ractices,] and methods in order to maintain the Burmese web site.*

**U THAN LWIN HTUN (Non-citizen)**
Since 1991 a broadcast journalist with the BBC, London, using both field experi[ence and] internet sources for reporting:
- From November 2001 to April 2002, worked as regional expert and Burmese journalist for "The World Today" for East Asia, BBC World Service: Monito[red] current political, social, economic situations over the world and identified, col[lected] and analyzed all sources of information for validity, urgency and need for dissemination or broadcasting. Wrote, edited and aired news for the "World T[oda]y" programs and conducted interviews.
- Coordinated and managed the Burmese web site with BBC on-line service fro[m 1]995 to 2001 for six years.
- Executed computer knowledge in Microsoft Word, Excel, Systat, Http, Ftp, Dr[eam]Weaver, Photoshop and Cool Edit in both internet newsgathering and web site management.
- At BBC, London, attended Basic Journalism Training, Website Design and Management.

Analysis: Very sound professional knowledge, skill and ability. Rating: 6

**U KYAW ZAW NYUNT (Citizen)**
- International Radio Broadcaster in VOA Burmese Service since 1998 (five years [so] far).
- Worked in BBC Burmese Section, London, from 1968-71 as IRB.
- Attended a three-month radio announcer course at BBC in 1970.
- Completed 8-week training course in "Writing for Broadcast" at VOA in 1999.
- Spectra Training at VOA in 2003 and after completion, posting news stories on th[e] VOA Burmese website along with other members of the Burmese Service web tea[m].

Analysis: Good and workable knowledge, skill and ability. Rating: 4

**U SAN MYINT (Citizen)**
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewi     Panel.
The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt a     U Chit
Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB       )A), U
Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB F          ).

**U KHIN MAUNG SOE (Citizen)**
- Over 20 years experience in print and broadcast journalism.
- A well-known photo journalist in Burma
- Basic computer skills and familiar with the Internet for many years.
- Since 1997, broadcaster/writer for Radio Free Asia Burmese Service. Duties    lude
  conducting interviews, searching for and retrieving news from wire services,
  newspapers and the Internet.
- Adapt at rewriting, adapting, editing and broadcasting news and feature progr   s
  without losing balance and credibility.

Analysis: Not very specific but has a working KSA, professionally. Rating: 3

*2. Thorough knowledge of writing/editing principles and practices and the ability*
*conceive and develop radio and Internet programs.*

**U THAN LWIN HTUN (Non-citizen)**
Since 1991 a broadcast journalist with the BBC, London, using both field experienc   nd
internet sources for reporting:
- From 1991 through 2001 at BBC, London, monitored current political, social,
  economic and humanitarian situations in the Asia Pacific region, in particular w
  Burma, and provided advice to the BBC newsroom.
- Identified, collected and analyzed all sources of information for validity, urgenc   d
  need for dissemination or broadcasting.
- Produced high profile interviews featuring Burmese social, political and econom
  issues with filed reporting. Also initiated a number of new programs: Focus'and    u
  and Your Rights'
- Produced a major radio program: 'Child Soldiers', a series of radio programs fund
  by the UNHCR and the Foreign and Commonwealth Offices of United Kingdom
  (1999)
- Published the following printed matter translating from English to Burmese: *Wha*
  *Does Amnesty International Do?'*; Amnesty International, London, U.K. (1993);
  *State of Fear': Censorship in Burma'*; Article 19, London, U.K. (1994); *'Flags of*
  *Conscience'*, The International Transport Workers' Federation, London, U.K. (199
  *'AIDS: Health Education Booklet for AIDS'*; BBC, London, U.K. (1995)
- At BBC, London, attended Senior Producer and Duty Editor Workshop, Financial
  Management, Hostile Environment Training and Developing Team Management
  Skills.

Analysis: Very impressive. Outstanding KSA in this category. Rating: 6

### U KYAW ZAW NYUNT (Citizen)
- IRB for five years so far with VOA.
- IRB for nearly four years with BBC.
- Rated "Highly Successful" in original writing in the last performance apprai (OER 2001-2) s.
- While with BBC, researched, written, edited and developed interesting progr
- Attended a three-month Advanced Course in voicing, recording, editing and broadcast writing at BBC in 1970.
- Attended 8-week "Writing for Broadcast" course at VOA in 1999.
- Team leader (weekend editor) at VOA for about two years.
- Selected and analyzed important news from daily VOA, BBC and FEBC broa asts for Minister for Foreign Affairs while working in Rangoon with the Burmese government.
- Proficient in posting news stories on the web and editing and mixing digital sc d by using the Dalet system.

Analysis: Highly commendable KSA. Rating: 4

### U SAN MYINT (Citizen)
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing  el. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U hit Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VO U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA

### U KHIN MAUNG SOE (Citizen)
- Since 1997, broadcaster/writer for Radio Free Asia Burmese Service. Duties inc le conducting interviews, searching for and retrieving news from wire services, newspapers and the Internet.
- Adapt at rewriting, adapting, editing and broadcasting news and feature progran without losing balance and credibility.

Analysis: A good working KSA. Rating: 3

*3. Demonstrated experience working as a reporter/editor for one of the major international broadcaster or another mainstream journalistic entity.*

### U THAN LWIN HTUN (Non-citizen)
Since 1991 a broadcast journalist with BBC, London, using both field experience and internet sources for reporting:
- From June 2001 through October 2001 worked as reporter at BBC Bangkok Bure closely monitoring the events in Burma and establishing and maintaining contacts

00011

- with BBC local stringers in Bangkok and Thailand-Burma border to chase breaking news.
- Conducted interviews, attended press conferences and relevant events.
- Produced and dispatched news programs.
- From June 1995 through May 2001 supervised, planned and monitored daily output of junior staff members including new recruits as Senior Producer and Duty Editor at the Burmese Section, BBC World Service.
- Liaised with various external organizations, government departments, academic and other news sources.
- Translated and identified priorities of news and topics.
- Produced feature programs, mainly in the fields of Health, Science and Press Reviews.

Analysis: Solid KSA. Rating: 6

## U KYAW ZAW NYUNT

- IRB at VOA for 5 years and worked as weekend editor (team leader) for about two years.
- As a Burmese Service reporter, covered events at Fort Wayne, Indiana and Hartford, Connecticut and also within Washington, D.C.
- Worked as reporter/radio broadcaster/editor at BBC for nearly 4 years.
- Voicing rated "Highly successful" in VOA OERs every year. In 2000-2001 OER the Rating Officer said: "Mr. Nyunt sounds natural and is easy to follow. His delivery is flawless with a distinctive style of his own".
- In his evaluation for VOA program review, Burmese Language Professor U Saw Tun of Illinois University said: "When the switch was made to the more colloquial style, it was a lot easier to follow and much more appealing ... Using this style, U Kyaw Nyunt's reporting was particularly good."

Analysis: Commendable KSA. Rating: 4

## U SAN MYINT (Citizen)

Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Panel. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VOA), Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA).

## U KHIN MAUNG SOE (Citizen)

- Conceived, produced and broadcast many new programs for RFA. These include: *Images* (biographies of well-known dissidents and their ideas), *Letter to Delone* (analysis of Burmese magazines and newspapers as a letter to an old friend in Burma from the U.S.), *No Longer In Silence* (experiences of people in Burma under dictatorship).
- As a reporter, went to rebels' headquarters (ABSDF, KNPP & KNU) and refugee camps along the Thai-Burma border and reported about their lives (nobody from RFA Burmese Service went there before).

- According to journalistic ethics, presented many investigative reports inclu[ding] extra-judicial killings not only by the Burmese military regime but also by disside[nt] groups such as the All Burma Students Democratic Front and Karen National Unio[n]. (Nobody from RFA Burmese Service has ever done that before)

Analysis: Impressive KSA. Rating: 4

4. *Demonstrated experience managing a professional news operation. Experienc[e] must be in the area of developing plans, procedures, and instruction for formulating a[nd] managing the operation.*

### U THAN LWIN HTUN (Non-citizen)
Since 1991 a broadcast journalist with BBC, London, using both field experience [and] internet sources for reporting:
- From 1995 through 2001, monitored current political, social, economic and humanitarian situations in the Asia Pacific region, in particular with Burma, a[nd] provided advice to the BBC newsroom.
- Supervised, planned and monitored daily output of junior staff members includ[ing] new recruits.
- Coordinated and managed the Burmese web site with BBC on-line service.
- From May 2002 up to now (on a two-year sabbatical leave from the BBC endin[g] March 2004), working as Resident Journalism Training Advisor with Internews [an] international organization mainly funded by the USAID. *Internews promotes o[pen]* and independent media around the world especially in the emerging democracie[s]. The work involves planning, budgeting, developing and implementing journalism tra[ining] curriculum in news gathering, writing and reporting, feature writing and analysi[s], newsroom organization and ethics of journalism for regional journalists includin[g] Thai and Burmese journalists working for BBC, VOA, DVB and RFA.

Analysis: Outstanding KSA. Rating: 6

### U KYAW ZAW NYUNT (Citizen)
- As a Burmese Foreign Service official (Deputy Chief of Mission, Rome, 1988 - 9[?]; Consul, India 1981-83 and Bangladesh 1984; CdA 7 months in Rome), apart from diplomatic functions also published "Burma Monthly Information Bulletin", "We[ekly] Newsletter" and "Important Notes to Media".
- Managed the operations of the Burmese embassy in Rome by developing plans, procedures and instructions for the office.
- Worked independently as weekend editor (team leader) at VOA for about two yea[rs].

Analysis: Highly commendable. Rating: 4

### U SAN MYINT (Citizen)
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Pane[l]. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Ch[...]

Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB ...)A), U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB ...).

### U KHIN MAUNG SOE (Citizen)
- To improve self-journalistic skills, have been working up to fourteen hours ... ay in RFA without asking for overtime.
- As rotating reporter for Bangkok RFA in May 2002, wrote more than on hun... ed reports in four months — a record.
- Always happy to work independently to deliver best results.

Analysis: Good. Rating: 3

*5. Demonstrated organizational management skills in order to operate independ... y, and effectively.*

### U THAN LWIN HTUN (Non-citizen)
- Since 1995, worked with BBC in London as Senior Producer, Duty Editor, W... Manager and Coordinator. The management work involves independent and e... :tive supervision, planning and monitoring of daily output of junior staff members including new recruits and the coordination and managing of the Burmese web...e.
- As reporter at BBC Bangkok Bureau on independent charge, effectively monit... d closely the events in Burma and established and maintained contacts with BBC ...:al stringers in Bangkok and Thailand-Burma border to chase after breaking news. Conducted interviews and attended press conferences and relevant events. Prod... d and aired news programs.
- Now on a two-year sabbatical leave from BBC due to end in March 2004, as R... ent Journalism Training Advisor with the principally USAID-funded *Internews* in ( ng Mai, Thailand, from May 2002 to the present, independently and effectively pla... d, budgeted, developed and implemented journalism training curriculum in news gathering, writing and reporting, interviewing, feature writing and analysis, newsroom organization and ethics of journalism. *Internews* is an international organization that promotes open and independent media around the world, espec... y in the emerging democracies for Thai and Burmese journalists including reporter...  or BBC, VOA, DVB and RFA.

Analysis: Outstanding. Rating: 6

### U KYAW ZAW NYUNT (Citizen)
- As a Burmese Foreign Service official in various capacities -- Deputy Chief of Mission 1988-90; Consul, India 1981-83; Consul, Bangladesh 1984; CdA Rome 7 months; Spokesman for Burmese Embassy, Rome -- managed staff, daily operatio... of the embassies and published "Burma Monthly Information Bulletin", "Weekly Newsletter", and "Important Notes To Media".
- Operated embassy offices independently and effectively.

000 2

- Managed day-to-day affairs of more than 40 staff members at the Burmese \[em]bassy in India and the entire embassy staff in Rome. Authority included hiring an\[d fi]ring of employees.
- Worked independently as weekend editor (team leader) at VOA Burmese S\[erv]ice for about two years.
- In last annual performance appraisal, VOA Burmese Service Chief said: "[M\[r.] Nyunt is] always cheerful and positive in his attitude. [He] contributes greatly to th\[e m]orale and efficiency of the staff. His performance is also marked by his willingnes\[s to] step in without being asked to assist his colleagues whenever necessary."

Analysis: Impressive. Rating 4.

### U SAN MYINT (Citizen)

Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing \[Pa]nel. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and \[U ]Chit Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB V\[OA]), U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RF\[A]).

### U KHIN MAUNG SOE (Citizen)

- Have positive attitude, always keen to work as a team player and never hesitati\[ng] to help others.
- During a snowstorm in February 2003, picked up colleagues at RFA and drove \[th]em home.
- Carried out a civic duty by ferrying doctors and nurses of the Fairfax Hospital a\[s w]ell.

Analysis: Good. Rating: 2

### CONCLUSION:

In view of the KSAs enumerated above, I am confident that U Than Lwin Htun will \[be] able to cope with the demands of the Burmese Service in being an asset to it with hi\[s ri]ch experience in the internet, web management, editorial skills, translation skills and management skills. Overall, he is a league of his own, compared to all other candida\[tes] on the Certificate of Eligibles for Burmese Service vacancy M/P-03-29. Considering \[the] range and magnitude of his line of work professionally, I strongly believe U Than Lw\[in] Htun is the most suitable person to fill the GS-12 Burmese Service vacancy. Hence, \[my] selection.

Approved _[signature] 8/13/03_    DisApprove _____

7 October

MEMORANDUM FOR THE RECORD

SUBJECT: Approval of Superior Qualifications Appointment (Advanced hire rate) – Mr. Lwin Htun Than, IRB, GS-1001-12 (Burmese), VA# M/P-03-2

Approval is granted to appoint subject employee at the GS-12, step 8 level based on the documented needs of the agency for Mr. Than's extensive knowledge and experience (refer to attached documentation/justification from the selecting official).

Prell Murphy
Chief, Operations Division

U174