# Kway Zaw Nyunt v. Kenneth Y. Tomlinson Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

# Exhibit K

PART V-A PERSONNEL (DOMESTIC)
800 SPECIAL CATEGORIES OF PERSONNEL
Last Updated: 03/01/99

Section 820
EMPLOYING NON-U.S. CITIZENS FOR DUTY IN THE UNITED STATES

821  Introduction
821.1 Purpose
821.2 Related Information
821.3 Authority

822 Policy
822.1 Employment and Promotion - Limitations
822.2 Termination
822.3 Security

823 Responsibilities
823.1 Office of Personnel
823.2 Non-U. S. Citizen Employees

824 Conditions of Employment
824.1 Conditions Applicable to all Non-U. S. Citizen Employees
824.2 Conditions Applicable to Excepted Appointments (GG)

825 Exchange Visitor Program G-1-120 (J-1 Visa)
825.1 Authority and Reference
825.2 Request for Waiver of the Two-Year Home-Country Physical Presence Requirement
825.3 Review Board Criteria for Requests for Waiver
825.4 Offer of long-term employment
825.5 Change in Visa Status

826 Rotational Assignment (Voice of America)
826.1 Purpose
826.2 Designation of Rotational Positions
826.3 Rotational Assignment - Recruitment
826.4 Rotational Assignment - Expiration of Appointment

Section 820
EMPLOYING NON-U.S. CITIZENS FOR DUTY IN THE UNITED STATES

821 INTRODUCTION

821.1 Purpose - The following material prescribes Broadcasting's policies, responsibilities, and pro____ures governing the employment in the United States of non-U.S. citizens in positions which require (1) s____ices related to the translation or narration of colloquial speech in foreign languages; (2) the preparation ____ production of foreign language programs; or (3) the selection, evaluation, editing, writing and adap____on of source material for use in foreign language programming.

821.2 Related Information - MOA V-B 870 prescribes procedures to be followed in overseas recrui____nt and hiring of non-U.S. citizens for duty in the United States.

821.3 <u>Authority</u> - The United States Information and Educational Exchange Act, P.L. 80-402, authorizes employment of non-U.S. citizens in the United States for the services described in 8 when equally or better qualified U.S. citizens are not available.

## 822 POLICY

### 822.1 <u>Employment and Promotion - Limitations</u>

a. A non-U.S. citizen may be appointed only after reasonable efforts to recruit equally or better citizens have been made and have been unsuccessful. A non-U.S. citizen may be employed or [ if no equally or better qualified U.S. citizen is available to perform the duties of the position. T determination as to whether a non-U.S. citizen is better qualified than a U.S. citizen will be bas criteria established by Personnel to evaluate the qualifications of both citizens and non-citizens

b. A non-U.S. citizen applicant will be required to qualify in the appropriate examination(s) an other employment standards that apply to employment of U.S. citizens in such positions.

c. As a matter of Broadcasting policy, non-U.S. citizens will not be employed in or promoted to positions or positions which involve policy or program decision-making.

(1) Exceptions will be allowed only on an individual basis when the appropriate Office, or Serv determines, with the concurrence of the Director of Personnel that the unavailability of an equal qualified U.S. citizen to perform such supervisory or managerial functions is not only significan handicapping the ability of the Office, or Service to operate, but also is having an adverse impac Broadcasting's mission.

(2) It is anticipated that positions for which an exception to the U.S. citizenship requirement wo considered will be graded no higher than the GS-13 grade level.

d. It is the policy of Broadcasting to have the terms of excepted (GG) appointments parallel the ( GS employment to the extent possible and practicable.

e. Under no circumstances will non-U.S. citizens be employed in circumvention of Immigration Naturalization Service (INS), Department of Labor, or Department of State regulations.

f. When a non-U.S. citizen employed by Broadcasting becomes a U.S. citizen, the current except appointment will be terminated as soon as practicable and the employee may be offered a compe appointment if his/her performance and conduct are satisfactory, if he/she is within reach on the Office of Personnel Management (OPM) register or another legal basis for competitive appointm and if he/she obtains the appropriate clearance of the Office of Security. If the individual is not s competitive service appointment or other appointment under an authority for hiring U.S. citizens will be separated from Broadcasting.

g. When an equally or better qualified U.S. citizen becomes available to fill a position occupied b citizen, such U.S. citizen shall be employed as soon as practicable. (See 822.1a)

h. If a non-U.S. citizen is subject to displacement because an equally or better qualified U.S. citiz available, his/her appointment will be terminated. The displaced non-U.S. citizen may be offered appointment to another position for which he/she is qualified if another position is available at the lower grade level. If the position is at a lower grade level, and the higher-level position was held minimum of 90-days, the non-U.S. citizen will be placed at the salary level equivalent to his/her c salary, not to exceed the maximum range of the grade (i.e., step 10). If the displaced employee di

the higher-level position for 90 days, salary will be set at step 1 of the grade or, if promoted from that grade, the step held immediately prior to the promotion to the higher-level position. The time spent at higher level will be creditable for determination of WGI due date.

822.2 <u>Termination</u> - Non U.S.-citizen staff employees serve at the discretion of Broadcasting under the authority of P.L. 80-402, as amended. Accordingly, should such an employee's performance or conduct fall below an acceptable level, or if a need no longer exists for the employee's services, the employee's limited excepted appointment may be terminated at any time by the Director of Personnel. The employee will normally be given at least 30 days' advance notice prior to the effective date of termination.

822.3 <u>Security</u>

a. Official employee identification cards for limited access personnel will be issued by the Office of Security to non-U.S. citizen employees.

b. Non-U.S. citizen employees may not have access to classified material. Oral briefing is permitted on Secret, Confidential, and administratively controlled material, but not on material classified Top Secret.

c. Non-U.S. citizen employees may not be given responsibility for the opening or closing of bar- k cabinets or safes containing classified or administratively controlled materials.

d. Safe combinations may not be made known to non-U.S. citizen employees.

823 RESPONSIBILITIES

823.1 <u>Office of Personnel</u> - is responsible for:

a. Assuring that a non-U.S. citizen is employed in a position covered by 821.1 of this section and ly in the absence of available U.S. citizen candidates who are equally or better qualified than the non-citizen to perform the duties of the position.

b. Assuring that pre-employment processing, including approval of the Office of Security, of a non-U.S. citizen candidate is initiated only if the candidate's employment would be in accordance with the applicable regulations of the Departments of State and Labor and the Immigration and Naturalization Service.

c. Taking appropriate action when notified of change in visa or citizenship status of non-U.S. citizen employees.

d. Offering and determining the duration of appointments.

e. Notifying employees of renewal or non-renewal of appointments.

f. Initiating disciplinary action, as necessary.

g. Terminating appointments.

823.2 <u>Non-U.S. Citizen Employees</u>

a. Each non-U.S. citizen employee is responsible for immediately informing the Office of Personnel of any change in visa or citizenship status.

b. Each non-U.S. citizen employee must consult with Personnel before undertaking any employment outside Broadcasting.

## 824 CONDITIONS OF EMPLOYMENT

### 824.1. Conditions applicable to all Non-U.S. Citizen Employees GG)

a. Annual and sick leave, holiday benefits, and premium pay will be accorded to non-U.S. citizen employees (GG appointees) in the same manner as GS employees.

b. Non-U.S. citizen employees are responsible for paying Federal and local taxes as required by law, including Federal, State, District of Columbia or local municipal taxes. Deductions are made from salaries when required by law or executive directive. All non-U.S. citizens on visas other than "J" and "" will be subject to payroll deductions for Medicare coverage and Social Security taxes when applicable.

### 824.2 Conditions Applicable to Excepted Appointments (GG)

a. <u>Basic Compensation</u> - The basic compensation of an excepted employee serving in a GG position is the pay rate of the corresponding GS grade and step. Excepted employees serving in GG positions are eligible for within-grade step increases, including Quality Increases.

b. <u>Health Benefits and Life Insurance</u> - A non-citizen employee serving in an excepted (GG) position on an appointment not limited to one year or less, or on an extension of such an appointment, is eligible for coverage under the Federal Employees Health Benefits Program and the Federal Employees Group Life Insurance Program unless the employee is serving on a non-full-time appointment with no pre-arranged work schedule.

c. <u>Retirement Coverage</u>:

(1) A non-citizen employee, who, before January 1, 1984, served on an excepted (GG) appointment not limited to one year or less, or on an extension of such an appointment, is covered by the Civil Service Retirement System (CSRS), and a seven percent contribution to the CSRS is withheld from the employee's basic pay. All but "J-1" and "F-1" visa holders also will be covered by Part A Medicare.

(2) A non-citizen employee holding a "J-1" or "F-1" visa who, at any time, served on an excepted (GG) appointment not limited to one year or less, or an extension of such an appointment, is covered by the CSRS and will pay seven percent of basic salary to the CSRS. Such employees are excluded from Medicare coverage. If such an employee initially was covered by CSRS on or after January 1, 1984, and later attains a change in visa status to other than "J-1" or "F-1", his or her coverage under CSRS will cease and will be converted to full Social Security and will contribute 1.3% of basic salary to the Federal Employees Retirement System (FERS).

(3) A non-citizen employee holding a visa other than "J-1" or "F-1", hired on or after January 1, 1, and serving on an excepted (GG) appointment not limited to one year or less, or an extension of such appointment, is covered by full Social Security and will also contribute 1.3% of basic salary to the Federal Employees Retirement System.

## 825 EXCHANGE VISITOR PROGRAM G-1-120 (J-1 visa)

825.1 <u>Authority and Reference</u> - Under the authority of the U.S. Information and Educational Exchange Act of 1984, P.L. 80-402, as amended; the Mutual Educational and Cultural Exchange Act of 1961, P.L. 87-256, as amended; and the Immigration and Naturalization Act (66 State. 163), P.L. 414, as amended, the Exchange-Visitor Program G-1-120 (J-1 visa) has been designated by Broadcasting to bring to the United States foreign nationals (and their spouses and dependent children) who are especially qualified to perform as

foreign language broadcasters, translators, producers, writers, editors, and for training of foreign broadcasters. Barring special circumstances, such as previous history of Broadcasting employing a non-citizen on a temporary worker's or other non-immigrant visa category, all non-immigrant foreign national employees will be brought to the United States as alien employees of Broadcasting. (8 CFR 214.2 (j); 22 CFR 514.23.)

825.2 <u>Request for Waiver of the Two-Year Home-Country Physical Presence Requirement</u> - A waiver of the two-year home-country physical presence requirement pursuant to Broadcasting's an "interested United States Government Agency" may be submitted to Consular Affairs at the State by the Office of Personnel.

825.3 <u>Criteria for Requests for Waiver</u>

a. After receipt of a request for a waiver of the two-year home-country physical presence requirement, (as described above), GC shall consider the request, along with any other relevant information, and determine the following:

(1) whether the granting of a waiver would be in the public interest; and

(2) whether the exchange visitor's compliance with the two-year home-country physical presence requirement would be clearly detrimental to a program or activity of official interest to Broadcasting.

b. When a decision is made in favor of a request for a waiver of the two-year home-country physical presence requirement, GC will make a recommendation to the Waiver Review Office, Department of State which will send its recommendation to the Immigration and Naturalization Service (INS). The INS has the final authority to issue a waiver.

OFFER OF LONG TERM EMPLOYMENT

825.4 Within the first two years of employment a determination will be made on whether to offer an employee long-term employment. The Office of Personnel will contact the Service Chief six months prior to the end of the first two years of an individual's employment to initiate the review and decision-making process.

In extraordinary cases, Division Chiefs may elect to initiate the review after one year. In the very rare and exceptional case in which a decision on long-term employment cannot be made within the first two years of employment (e.g., employee absent for a prolonged period of time), an employee may be given a new temporary appointment of up to one additional year during which the decision must be made. Such an appointment must be justified by the Division Chief in writing and must have the approval of the program Director and the concurrence of the Director of Personnel.

The criteria upon which management will base the determination on whether to offer an employee long-term employment are:

Performance by the employee which demonstrates fully his or her fitness and qualifications for continued employment. Normally, such performance is characterized as excellent or as having the potential to perform in excellent manner;

Conduct by the employee which is fully professional;

Personal and/or character traits (e.g., willingness to accept supervision and cooperate with others, attitude towards work), which warrant continued employment;

Suitability and security standards are fully met by the employee;

Needs of the service, which includes consideration of such factors as:

Availability of other candidates and their relative skill levels;

The benefits of hiring new employees who could be expected to enhance the currency of the language usage, provide fresh understanding of the cultural and political environment of the target area, and/or provide fresh programming ideas.

Programming and staffing needs and anticipated future changes (e.g., increase or decrease in staff levels; changes in types of skills needed) the ability of the employee to meet these needs.

Based on these criteria, the Service Chief will make a recommendation as to whether the employee should or should not be offered long-term employment (and therefore, sponsorship), and forward this recommendation to the Division Chief. The Division Chief will review the recommendation and forward it with his or her own written recommendation and cover sheet to the Visa Coordinator, Office of Personnel, who will forward it to the Director of the Voice of America.

The VOA Director shall determine, with the concurrence of the Director of Personnel, whether to offer an appointment without time limitation and sponsorship. Once a final determination is reached, the employee is notified in writing of the decision. If he/she is not offered an appointment without time limitation, the employee must be advised of his/her opportunity to have the decision reconsidered by the Director of VOA.

825.5 Change in Visa Status

a. After (1) Broadcasting has determined that it is necessary and proper to retain the exchange visitor in its employ for an indeterminate period, a Labor Certification is requested and (2) a favorable recommendation for a waiver has been submitted to the INS, Broadcasting will then petition on behalf of the exchange visitor for the appropriate preference immigrant status. The Office of Personnel is designated to execute such petitions on behalf of Broadcasting.

b. Non-U.S. citizens, regardless of their visa status, are employed under a limited excepted (GG) appointment. Broadcasting's intervention to obtain a change in visa status in no way obligates Broadcasting to employ permanently any non-U.S. citizen.

826 ROTATIONAL ASSIGNMENT (VOICE OF AMERICA ONLY)

826.1 Purpose

a. In order to attract and maintain the optimum overseas audience, VOA must maintain current idiomatic language capability and understanding of the cultural environment of the target areas.

b. In support of the above, broadcasters for selected language services will be assigned to rotational positions within VOA for pre-determined periods in order to:

(1) enhance the currency of the language service;

(2) provide the service with fresh understanding of the cultural, social, and political environment of the target area, and

(3) establish and maintain friendly, mutually beneficial relations with foreign countries and/or radio networks.

### 826.2 Designation of Rotational Positions

a. VOA Division Chiefs, as appropriate, may recommend to the VOA Program Director, a num... of their International Radio Broadcasting (IRB) positions as "rotational," within the existing allotment.

(1) Division Chiefs will recommend designating individual positions as "rotational" as they are ...cated.

(2) Positions designated as "rotational" will not be filled by individuals other than on time limit... <u>non-renewable</u> appointments.

b. Because of situations which may handicap recruitment in certain overseas areas, rotational a... nments will not be appropriate in all VOA language services.

c. "Rotational" positions will be reserved for individuals whose appointments to VOA as IRB's ... time limited, with the mutual understanding that at the end of a pre-determined period (of between 1... 6 months) their appointment <u>will terminate without renewal</u>.

d. The Office of Personnel will control positions identified by language services as "rotational."

e. In unusual cases, such as where recruitment sources are cut off, the interests of VOA may wa... it re-designation of "rotational" positions. In such instances, the Division Chief will submit in writ... justification for recommending removal of the "rotational" identifier from the position to the Di... or of Personnel or designee. Personnel will make a recommendation to the VOA Program Director, w... e decision will be final.

### 826.3 Rotational Assignment - Recruitment

a. Rotational assignments to language service positions will be coordinated through overseas pos... is part of agreements with:

(1) foreign governments

(2) foreign commercial networks

(3) individuals

b. The Office of Personnel will work with the VOA Program area divisions in identifying adequa... ead time to ensure a "pipeline" recruitment process which supplies a continual flow of candidates for "rota... nal" positions. Contracts signed in advance will be subject to the successful completion of the require... curity and medical clearances.

c. Personnel will coordinate all pre-appointment communication with candidates for "rotational" ... itions regarding conditions of their appointments at VOA. Personnel will secure written acceptance and understanding of the limited nature of the appointment from each candidate before the appointme... s effected.

d. Candidates for "rotational" positions must pass the appropriate examinations for civil service e... oyment administered under the auspices of Personnel by examiners and at test sites authorized by Personn... The exams will be evaluated at VOA before an offer of employment may be made.

e. The Office of Personnel will coordinate with the language services appropriate orientation for i... viduals at VOA on rotation at least 30 days before their arrival.

### 826.4 Rotational Assignment - Expiration of Appointment

a. The appointment of a broadcaster in a rotational position may be terminated based on performance, conduct, or needs of the service at any time during the appointment.

b. Approximately 90 days before expiration of a "rotational" appointment, Personnel will remind the incumbent in writing of the impending expiration of the appointment so that he/she may begin preparation for departure.

c. The appointments of employees in the "rotational" program will not be extended. Only in rare circumstances, when the Division Chief has certified in writing that the language service will be seriously impaired by the loss of the employee, will Personnel make a review of the case, and it may recommend to the Program Director that the employee be appointed to a vacant non-rotational position.

**PART V-A PERSONNEL (DOMESTIC)**
**600 HOURS OF DUTY AND LEAVE**
Last Updated: 03/01/99

Section 640
SICK LEAVE

641  Earning Sick leave
641.1 Full-Time Employees
641.2 Part-Time Employees

642 Related material

643 Granting Sick Leave
643.1 Policy
643.2 Purpose
643.3 Procedures

Section 640
SICK LEAVE

641 EARNING SICK LEAVE

641.1 Full-Time Employees earn four hours of sick leave for each full pay period of service.

641.2 Part-Time Employees earn one hour of sick leave for each 20 hours of service in a pay stat (not to exceed four hours of sick leave for 80 hours of duty in any pay period).

Sick leave not used by an employee during the year in which it is earned accumulates and is avai le for use in succeeding years, with no limit on the amount of accumulation.

642 RELATED MATERIAL - The use of sick leave during periods of incapacitation due to injur n the job or employment related disease is discussed in V-A 505.

643 GRANTING SICK LEAVE

643.1 Policy

General - Employees may use accrued sick leave for the reasons stated in paragraph 643.2. It is tl responsibility of individual employees to exercise good faith in the use of sick leave. Broadcastin ill investigate suspected abuse of sick leave and take warranted disciplinary action, which may inclu removal.

Sick Leave and Outside Employment - An employee who is unable to work because of illness or iry is generally too ill or too injured to work elsewhere. There are, however, rare instances, generally ir ving extended periods of illness or confinement, when there is acceptable justification for outside emp ment by an employee while on sick leave, e.g., -- an employee confined at home because of pregnancy or i iperation from illness or injury who engages in telephone solicitation work, or, -- an employee whose disab y retirement has been approved and who is engaged in a vocational retraining program that include: -the-job experience for which compensation is received. In any case, an employee who engages in outside employment or self-employment for remuneration on a day for which sick leave has been requesti )r approved must notify his or her supervisor. If the supervisor has any question about the propriety he justification, he or she should consult with the Office of Personnel.

643.2 Purpose - First level supervisors, second level supervisors, and higher officials have the autl ty to

grant accrued sick leave to employees in their respective offices for the following reasons so lor[s the]
employee follows proper procedures for requesting leave and provides documentation acceptabl[ the]
approving official:

a. Employee's incapacitation because of illness, injury or pregnancy and confinement;

b. For emergency medical, dental, or optical examinations or treatment.

c. When a member of employee's immediate family is afflicted with a contagious disease and re[es the]
employee's care and attention; or

d. Because of exposure to a contagious disease, the employee's presence at his or her place of du[would]
jeopardize the health of others.

## FAMILY AND MEDICAL LEAVE ACT

5 CFR 6381/6387 - Entitles a full-time or part-time permanent federal employee up to 12 weeks [UNPAID]
leave, during any 12-month period, for specific family and medical reasons, if the employee has [rked for]
the federal government for twelve months. Twelve months of employment with the federal gove[rnment need]
not have been with the same agency. Temporary and intermittent employees fall under Title I of [Act and]
should contact their appropriate Personnel Management Specialist for more information.

1. An employee may invoke entitlement to the FMLA for the following purposes and may (but n[must) use]
leave as noted instead of leave without pay.

To care for the employee's child (within 12 months) after birth. Annual leave may be used. Sick [may]
not be used to care for a well baby.

For absences from work relating to placement of a child with an employee for adoption or foster [e. Sick]
and/or annual leave may be used for adoption. Annual leave may be used for foster care.

To care for the employee's spouse, son or daughter, or parent, who has a serious health condition [rty to 104]
hours of sick leave (depending on the employee's leave balance) under the Family Friendly Act, [annual]
leave, may be used. Leave transfer may be requested after other leave entitlements have been exh[sted.]

For a serious health condition that makes the employee unable to perform his/her job. Sick and/o[nual]
leave may be used. Leave transfer may be requested if annual and sick leave have been exhausted

There is no requirement that accrued sick and annual leave must be exhausted before invoking th[MLA and]
requesting leave without pay. Limited amounts of sick leave may be advanced for appropriate pu[ses.]
Restrictions on the use of sick leave are unchanged by the FMLA. An employee may choose to s[itute sick]
leave for leave without pay in those situations (as noted above) where its use would otherwise be [mitted by]
law or regulation. Compensatory time off or credit hours may not be used once the employee has [oked the]
FMLA.

The entitlement to 12 weeks of unpaid leave under the FMLA may be used in combination with a [other]
entitlement available to the employee. For example, a new mother may invoke the entitlement to [weeks of]
unpaid leave to care for her newborn after using accrued sick leave to recuperate from the birth o[ child.]

Under some circumstances, employees may take leave intermittently, i.e., taking leave in blocks [me or by]
reducing a normal weekly or daily work schedule.

2. At the end of the absence:

The employee will be returned to his/her original position or an equivalent position with equivalent pay, benefit, and other employment terms. The absence cannot result in the loss of any benefit that accrued prior to the start of the FMLA leave.

3. Employee Responsibilities:

An employee seeking to use FMLA is required to invoke his or her entitlement by providing a 30- advance notice to the appropriate supervisor when the need is foreseeable and such notice practicable, or as soon as the need is known. The entitlement to be absent under the FMLA cannot be invoked retroactively.

An employee must provide supporting documentation to the supervisor in a timely manner from an appropriate health care provider if invoking the FMLA for caring for a family member with a serious health condition or if the employee has a serious health condition. Documentation must also be provided from appropriate local or state agencies for adoption or foster care.

4. Contact:

A Personnel Management Specialist is available to answer employee questions.

Requests for sick leave for non-emergency medical, dental, or optical examination or treatment should be submitted to the appropriate supervisor in advance.

See MOA V-A 691.6c for rules on absences for medical examinations in connection with military service.

643.3 Procedures

a. Application for sick leave

(1) The employee's own certification (preferably on an SF-71, Application for Leave) as to reason for absence on sick leave is normally acceptable for absences of three workdays or less. Supervisors may, however, with the concurrence of the Office of Personnel, require submission of a medical certificate for such absences if there is reason to believe that the employee is improperly using sick leave.

(2) For periods of sick leave in excess of three workdays, supervisors may require employees to submit an SF-71 Application for Leave. Supervisors also may require that the application be supported by a medical certificate. When required, medical certification must be filed no later than 15 days after return to duty, except when, for reasons acceptable to the Office of Personnel the employee is unable to obtain such a certificate.

(3) When an employee is absent for any of the reasons cited in paragraph 643.2, without prior approval for sick leave, he or she must request approval from his or her supervisor as early as possible on the first day of the absence.

(4) Each supervisor is responsible for exercising reasonable care to prevent abuse of sick leave. In cases where there appears reason to suspect improper use of sick leave, the supervisor may require the employee to prepare and submit as part of his or her application for sick leave, regardless of the number of days or hours of absence involved, a written statement specifying the nature of the indisposition or incapacity causing the absence for which the sick leave is requested. The submission of a note from a physician or practitioner, particularly if only a generalized statement that the employee has been under his or her care, does not automatically entitle the employee to receive sick leave or excuse the supervisor from his or her responsibility. If the supervisor believes further inquiry is necessary, he or she should make such recommendation through established channels to the Office of Personnel. The Office of Personnel may request that the employee provide additional medical documentation for evaluation by a physician designated

by the Office of Personnel. If the employee's request is not sustained by such competent medical advice, the request for sick leave may be disapproved. If the request for sick leave is disapproved, the employee may request that the absence be charged to annual leave. If the circumstances indicate flagrant effort to obtain sick leave improperly or if previous warnings have been ignored, the supervisor may refuse to approve the absence as annual leave and may, after consultation with the Office of Personnel record the absence as "absence without leave." The supervisor may also recommend disciplinary action in accordance with the provisions of the applicable negotiated agreement where appropriate and the administrative disciplinary action procedures of MOA V-A 560.

(5) Sick leave during a period of annual leave should be supported by a medical certificate attached to an SF-71 and must not be for less than one day.

b. <u>Advance of Sick Leave</u> - Approval of requests for advance of sick leave is within the administrative discretion of Broadcasting. The Office of Personnel may approve an advance to an employee of up to 30 days of sick leave, subject to the following conditions:

(1) The employee's absence results from a serious disability or illness;

(2) The employee is serving an appointment without time limit or, if one a time-limited appointment, sufficient sick leave can be earned before the expiration of the appointment to liquidate the indebtedness;

(3) It is expected that the employee will return to duty after the period of sick leave is completed;

(4) The employee understands that the total advance will be charged to sick leave subsequently earned; and

(5) The employee's request is accompanies by a medical certificate substantiating the need for the sick leave and by a memorandum from the employee's supervisor recommending the advance.