**Kway Zaw Nyunt v. Kenneth Y. Tomlinson,
Chairman, Broadcasting Board of Governors
Civil Action No.: 06-1152 (JDB)**

**Exhibit L**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | Effective Date |
|---|---|---|---|
| THAN, LWIN HTUN | | | 5-29-2005 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 570 | Conv to Excepted Appointment |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZLM | P.L. 80-402 Sec 804(1) (As Amended) |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
INTERNATIONAL BROADCASTER (BURMESE)
V7281 - 7782

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GG | 1001 | 12 | 08 | $77,556.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $66,870.00 | $10,686.00 | $77,556.00 | $0 |

**14. Name and Location of Position's Organization**
VOA/LPB
INTERNATIONAL BROADCASTING BUREAU
VOICE OF AMERICA
LANGUAGE PROGRAMMING
EAST ASIA AND PACIFIC DIVISION
BURMESE SERVICE

**15. TO: Position Title and Number**
SUPV. INTERNATIONAL BROADCASTER (BURMESE)
V7697 - 8598

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GG | 1001 | 13 | 04 | $82,259.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $70,925.00 | $11,334.00 | $82,259.00 | $0 |

**22. Name and Location of Position's Organization**
VOA/LPB
INTERNATIONAL BROADCASTING BUREAU
VOICE OF AMERICA
LANGUAGE PROGRAMMING
EAST ASIA AND PACIFIC DIVISION
BURMESE SERVICE

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 3-10-Point/Disability, 5-10-Point/Other, 2-5-Point, 4-10-Point/Compensable, 6-10-Point/Compensable/30% | 1 — 0-None, 2-Conditional, 1-Permanent, 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| M1   Basic + Option B (2x) + Option C (1x) | 9   Not Applicable | |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 4   None | 02-24-2004 | F   Full-Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1-Competitive Service, 3-SES General, 2-Excepted Service, 4-SES Career Reserved | E — E-Exempt, N-Nonexempt | D | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| GENDER: M | EMP ACC LVL: 0 | RIF CODE: 13BY | CITIZENSHIP: 8 | Org Cd: 157350 Supervisor or Manager |

**45. Remarks**

Selected from IBB-1-05-135, dated 15-APR-2005.

Subject to completion of 1 year probationary period for assignment to supervisory position beginning 5/29/05.

Non US Citizen restrictions in accordance with MOA-VA-821/822.

J-1 Visa holder not subject to medicare deductions.

J-1 Visa valid to 2/23/2005.

Quality Review: S. King/C. Hall/T. Barclift.

NYUNT - EEOC No. 100-2006-00921X
Doc. Req. #10

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Broadcasting Board of Governors (IB00) | John S. Welch |
| | Director of Personnel |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IB00 | 4452 | 06-07-2005 |

00 347

5-Part 50-316