# Kway Zaw Nyunt v. Kenneth Y. Tomlinso ,
# Chairman, Broadcasting Board of Govern 's
# Civil Action No.: 06-1152 (JDB)

# Exhibit M

IBB/DELEGATED COMPETITIVE EXAMINING UNIT
CERTIFICATE OF ELIGIBLES

Certificate No. **IBB-1-03-049/CAREER OR CAREER-CONDITIONAL**
Page No. 1 of 1
Issue Date: 5/08/03
Due Date: 8/08/03

Audit By: ______________
Audit Date: ______________

**INTERNATIONAL RADIO BROADCASTER (BURMESE)**
**GG/GS-1001-12**
**WASHINGTON, DC**

**CITIZENS**

***THE "RULE OF THREE"***

*Selection must be made from the highest three eligible on the certificate who are available for job -- the "rule of three". However, an agency may not pass over a preference eligible to select a lo ranking non-preference eligible or a non-preference eligible with the same or lower score.*

96.00 *97.00 NV Oo, U Chit* NS [redacted]
* *89.00 NV Myint, U San* (S) [redacted])-*
*89.0 NV Nyunt, Kyaw* NS ( )

*Cina ... reit score for ... report / See attached amen... ment.

*NV = NON-VETERAN*
*RANDOM # 5*

[signature] 06/16/03
Selecting Official's Signature & Possible EOD

00089

APPOINTING AUTHORITY: IBB-1-03-049

THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION IND... TED

IBB/DELEGATED COMPETITIVE EXAMINING UNIT
CERTIFICATE OF ELIGIBLES

Certificate No. **IBB-1-03-049 CAREER OR CAREER-CONDITIONAL**
Page No. 1 of 1
Audit By: ______________
Issue Date: 05-08-03
Audit Date: ______________
Due Date: 08-08-03

*AMENDED 10/10/03 TO REFLECT CORRECT SCORE ORDER.

**INTERNATIONAL RADIO BROADCASTER (BURMESE)**
**GG/GS-1001-12**
**WASHINGTON, DC**

**CITIZENS**

***THE "RULE OF THREE"***

*Selection must be made from the highest three eligible on the certificate who are available for job the "rule of three". However, an agency may not pass over a preference eligible to select a l[illegible] ranking non-preference eligible or a non-preference eligible with the same or lower score.*

| | | |
|---|---|---|
| *NV* | *97.00* | *Oo, U Chit* |
| **NV* | *96.00* | *Nyunt, Kyaw* |
| *NV* | *89.00* | *Myint, U San* |

***NV = NON-VETERAN***
***RANDOM # N/A***

______________________________
Selecting Official's Signature & Possible EOD

APPOINTING AUTHORITY: IBB-1-03-049

THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION IN[illegible]ATED ABOVE.

IBB/DELEGATED COMPETITIVE EXAMINING UNIT
CERTIFICATE OF ELIGIBLES

Certificate No. **IBB-1-03-050/TEMPORARY NTE: 13 MONTHS**
Page No. 1 of 1
Issue Date: 5/08/03
Due Date: 8/08/03

Audit By: ____________
Audit Date: ____________

**INTERNATIONL RADIO BROADCASTER (BURMESE)**
**GG/GS-1001-12**
**WASHINGTON, DC**

**NONCITIZENS**

***THE "RULE OF THREE"***

***NON-CITIZENS*** *– A non-citizen may be selected in the presence of a qualified U.S. citizen if, after fi and fair consideration of all candidates against the job requirements, the selecting official determines that the non-citizen is better qualified than the U.S. citizen and the superior qualifications of the non- izen are supported by acceptable written documentation provided by the selecting official.*

***The following NON-Citizen candidate(s) is referred for consideration for appointment in the Excepte Service under the MOA V-A 820.***

***96.00 Aung, Win*** NS
***86.00 Tha, Kyaw Zan*** NS
***85.67 Khin, May*** NS
***81.00 Tin, San San***
***77.00 Wynn, Sander***

***NV = NON-VETERAN***
***RANDOM # N/A***

[signature] 06/16/03
Selecting Official's Signature & Possible EOD

APPOINTING AUTHORITY: IBB-1-03-050

THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION INDICATED ABOVE.

0008

selection made from Cert IBB-1-03-049

May 1, 2003

MEMORANDUM FOR: VOA/F - Jay Henderson

FROM: M/PO - Jerri L. Fitzpatrick

SUBJECT: **Promotion Certificate for GS-12 International Radio Broadcaster (Bur se), GS-1001-12 M/P-03-26**

The following status candidates are eligible for promotion the subject position at the grade level indicated. Intervie are optional but can be a valuable means of assessing a candi te's overall qualifications for the position. If, however one candidate on this certificate is interviewed, then all cand ates on this certificate must be interviewed.

Reference checks may be completed on any candidate in whi you are interested as an evaluation tool in the selection pr ess. You should complete three reference checks on the can date selected to verify with current and former employer the individual work skills and habits. These reference chec are also used in the security clearance process, if applicable.

Please note your selection (S) or non-selection (NS and interview dates, if conducted, and return to me prior to ma ng a final offer to the selectee. If you have any questions, ease call me at 619-3117.

GS-1001-12

Nyunt, Kyaw Z
OO, U Chit

Selecting Official: Signature Date

Title Organization

Personnel Specialist

Signature Date

**Cert. expires: June 2, 2003**

h:wordoc.promcert.

0 3092

Selection made from DEU Cert # IBB-1-03-049

TABULATIONS RATING SHEET

POSITION: IRB (BURMESE), GS-1001-12
Determined & Tabulated By: Casandra M. Hall (DEU)

ANNOUNCEMENT NUMBER: M/P-03-26
(Random # 3 Utilized for Cert Order )

| CANDIDATES | F#1 | F#2 | F#3 | F#4 | F#5 | TOTAL POINTS | +70 | VP | FINAL | CITIZEN |
|---|---|---|---|---|---|---|---|---|---|---|
| OO, U CHIT | 18 | 18 | 18 | 12 | 15 | 27 | 70 | N | 97.00 | Y |
| NYUNT, KYAW Z. NS | 18 | 15 | 15 | 15 | 15 | 26 | 70 | N | 96.00 | Y |
| AUNG, WIN | 15 | 18 | 18 | 12 | 15 | 26 | 70 | N | 96.00 | N |
| MYINT, U SAN S | 12 | 9 | 12 | 12 | 12 | 19 | 70 | N | 89.00 | Y |
| THA, KYAW Z | 10 | 13 | 13 | 7 | 5 | 16 | 70 | N | 86.00 | N |
| KHIN, MAY Z. | 9 | 9 | 10 | 7 | 12 | 16 | 70 | N | 85.67 | N |
| TIN, SAN SAN | 5 | 10 | 9 | 7 | 2 | 11 | 70 | N | 81.00 | N |
| WYNN, SANDER | 4 | 5 | 4 | 5 | 3 | 7 | 70 | N | 77.00 | N |

**VACANCY ANNOUNCEMENT NO: M/P-03-26**

**POSITION, TITLE, SERIES, GRADE: International Radio Broadcaster (Burmese), GS-1001-12**

**PANELIST NAME:** Peter Chen **DATE:** 5-1-03

| QUALIFIED CANDIDATES | Factor One | Factor Two | Factor Three | Factor Four | Factor Five | Total Points | Remarks |
|---|---|---|---|---|---|---|---|
| 1. Aung, Win | 3 | 6 | 6 | 3 | 6 | | |
| 2.Khin, May Z. | 3 | 3 | 1 | 3 | 3 | | |
| 3. Myint, U San | 3 | 3 | 6 | 6 | 3 | | |
| 4. Nyunt, Kyaw Z. | 6 | 3 | 6 | 6 | 6 | | |
| 5. OO, U Chit | 6 | 6 | 6 | 3 | 3 | | |
| 6. Tha, Kyaw Z | 1 | 1 | 1 | 1 | 1 | | |
| 7. Tin, San San | 3 | 6 | 3 | 3 | 1 | | |
| 8. Wynn, Sandar | 3 | 3 | 3 | 3 | 1 | | |

**VACANCY ANNOUNCEMENT NO: M/P-03-26**

**POSITION, TITLE, SERIES, GRADE: International Radio Broadcaster (Burmese), GS-1001-12**

**PANELIST NAME:** VOHA CHUON **DATE:** 5/1/03

| QUALIFIED CANDIDATES | Factor One | Factor Two | Factor Three | Factor Four | Factor Five | Total Points | Remarks |
|---|---|---|---|---|---|---|---|
| 1. Aung, Win | 6 | 6 | 6 | 3 | 6 | 27 | |
| 2.Khin, May Z. | 3 | 3 | 6 | 3 | 6 | 21 | |
| 3. Myint, U San | 3 | 3 | 3 | 3 | 6 | 18 | |
| 4. Nyunt, Kyaw Z. | 6 | 6 | 3 | 3 | 6 | 24 | |
| 5. OO, U Chit | 6 | 6 | 6 | 3 | 6 | 27 | |
| 6. Tha, Kyaw Z | 6 | 6 | 6 | 3 | 1 | 22 | |
| 7. Tin, San San | 1 | 1 | 3 | 1 | 1 | 7 | |
| 8. Wynn, Sandar | 1 | 1 | 1 | 1 | 1 | 5 | |

**VACANCY ANNOUNCEMENT NO: M/P-03-26**

**POSITION, TITLE, SERIES, GRADE: International Radio Broadcaster (Burmese), GS-1001-12**

**PANELIST NAME:** Eugene Nojek **DATE:** 5/1/03

| QUALIFIED CANDIDATES | Factor One | Factor Two | Factor Three | Factor Four | Factor Five | Total Points | Remarks |
|---|---|---|---|---|---|---|---|
| 1. Aung, Win | 6 | 6 | 6 | 6 | 3 | 27 | |
| 2.Khin, May Z. | 3 | 3 | 3 | 1 | 3 | 13 | |
| 3. Myint, U San | 6 | 3 | 3 | 3 | 3 | 18 | Though experienced, Presents self poorly |
| 4. Nyunt, Kyaw Z. | 6 | 6 | 6 | 6 | 3 | 27 | No show host experience cited |
| 5. OO, U Chit | 6 | 6 | 6 | 6 | 6 | 30 | |
| 6. Tha, Kyaw Z | 3 | 6 | 6 | 3 | 3 | 21 | |
| 7. Tin, San San | 1 | 3 | 3 | 3 | 0 | 10 | |
| 8. Wynn, Sandar | 0 | 1 | 0 | 1 | 1 | 3 | |

| IRB (BURMESE), GS-1001-12 | factor1 | factor2 | factor3 | factor4 | FACTOR5 |
|---|---|---|---|---|---|
| AUNG, WIN | 6 | 6 | 6 | 3 | 6 |
| AUNG, WIN | 3 | 6 | 6 | 3 | 6 |
| AUNG, WIN | 6 | 6 | 6 | 6 | 3 |
| | ***15*** | ***18*** | ***18*** | ***12*** | ***15*** |
| KHIN, MAY Z. | 3 | 3 | 6 | 3 | 6 |
| KHIN, MAY Z. | 3 | 3 | 1 | 3 | 3 |
| KHIN, MAY Z. | 3 | 3 | 3 | 1 | 3 |
| | ***9*** | ***9*** | ***10*** | ***7*** | ***12*** |
| MYINT, U SAN | 3 | 3 | 3 | 3 | 6 |
| MYINT, U SAN | 3 | 3 | 6 | 6 | 3 |
| MYINT, U SAN | 6 | 3 | 3 | 3 | 3 |
| | ***12*** | ***9*** | ***12*** | ***12*** | ***12*** |
| NYUNT, KYAW Z. | 6 | 6 | 3 | 3 | 6 |
| NYUNT, KYAW Z. | 6 | 3 | 6 | 6 | 6 |
| NYUNT, KYAW Z. | 6 | 6 | 6 | 6 | 3 |
| | ***18*** | ***15*** | ***15*** | ***15*** | ***15*** |
| OO, U CHIT | 6 | 6 | 6 | 3 | 6 |
| OO, U CHIT | 6 | 6 | 6 | 3 | 3 |
| OO, U CHIT | 6 | 6 | 6 | 6 | 6 |
| | ***18*** | ***18*** | ***18*** | ***12*** | ***15*** |
| THA, KYAW Z | 6 | 6 | 6 | 3 | 1 |
| THA, KYAW Z | 1 | 1 | 1 | 1 | 1 |
| THA, KYAW Z | 3 | 6 | 6 | 3 | 3 |
| | ***10*** | ***13*** | ***13*** | ***7*** | ***5*** |
| TIN, SAN SAN | 1 | 1 | 3 | 1 | 1 |
| TIN, SAN SAN | 3 | 6 | 3 | 3 | 1 |
| TIN, SAN SAN | 1 | 3 | 3 | 3 | 0 |
| | ***5*** | ***10*** | ***9*** | ***7*** | ***2*** |
| WYNN, SANDER | 1 | 1 | 1 | 1 | 1 |
| WYNN, SANDER | 3 | 3 | 3 | 3 | 1 |
| WYNN, SANDER | 0 | 1 | 0 | 1 | 1 |
| | ***4*** | ***5*** | ***4*** | ***5*** | ***3*** |

**Crediting Plan**
**GS-1001-12 (Burmese Writer Editor)**

1. Thorough knowledge of the professional techniques of broadcast journalism req ed for conducting interviews and the ability to maintain and establish effective workir relationships. (6) Mandatory.

6- At least five years' experience as a journalist working for a broadca in Burma or for an international broadcaster that broadcasts in Burmes Experience should include conducting interviews, conducting resear for, writing and recording or broadcasting radio programs in the Burmes language. At least two years of the research and writing should be c in independent basis with minimal supervision. This should include ac ely gathering resource materials from first hand sources both in person on the telephone for comprehensive and balanced program material. Candidate should demonstrate broad range of experience reporting c diverse subjects ranging from news to human interest and entertainn t. Candidate should demonstrate an ability to maintain and establish effective working relationships through experience working as a me er of a team, supervision or teaching.

3- At least two years' experience as stated above, but with some defici y in overall breadth of broadcast journalistic skills. For example, prog n preparation experience may be focused on a few subject areas rather an broadly based.

1- Some experience and/or training in broadcast journalism but lacking experience in research and writing on an independent basis or in rep ing on diverse subjects.

2. Broadcast writing/editorial skills to write balanced, accurate, comprehensiv reportage and feature material of a complex and sensitive nature, which is o n difficult to convey. (6) Mandatory.

6- At least two years' experience as a writer or writer/editor of broadca material in the Burmese language. Demonstrates an ability to produ highly original scripts on complex and sensitive topics in a variety o subject areas, to research material from a variety of sources while dr ing heavily on own broad knowledge of international affairs and profou understanding of Burmese history, society, politics and institutions t produce original material. Material incorporates candidate's own approach, style and unique perspective that specifically suits it for tl target audience.

  3- At least one year of experience as a writer or writer/editor of broadc material in the Burmese language. Demonstrates an ability to produ original scripts on topics in a variety of subject areas, to research ma ial from a variety of sources while drawing heavily on own knowledge international affairs and understanding of Burmese history, society, politics and institutions to produce original material. Material may incorporate candidate's own approach, style and perspective.

1- Candidate demonstrates some writing skills in the preparation of ma ial that is straightforward in nature and consists primarily of adapting s ce material into Burmese broadcast materials not requiring a high degr of originality or independent research.

3. Demonstrated experience working as a reporter/editor for a major internatio broadcaster or other mainstream journalistic entity, not necessarily in the B ese language. (6)

6- At least five years' experience working as a reporter or editor for a n or international broadcaster or mainstream news organization which in des preparation of a broad spectrum of news and feature material, partic dly in international affairs, in either Burmese or English language. Dis ys a thorough knowledge of international events and U.S.-Burmese relati s and an ability to place specific events into a broad perspective.

3- At least two years' experience working as a reporter for a major international broadcaster or mainstream news organization, or more n two years' experience working for a Burmese language newspaper o local or regional news organization involved in preparation of a broa range of news and feature material in either the Burmese or English language. Knowledge of international events and U.S.-Burmese rel ons may be less than thorough.

1- Has experience as a journeyman reporter with some but not substant international or Burmese experience.

4. Demonstrated organizational management skills in order to operate indepen tly and effectively. (6)

6- At least two years' experience supervising the work of a team at leas vo reporters in a major international broadcaster or mainstream news organization in the preparation of a broad spectrum of news and feat material, particularly in international affairs, in either Burmese or Er sh language.

    3- One to two years' experience coordinating the work of others, thoı not necessarily in a major international broadcaster or mainstream new organization. Experience could be coordinating the work of a tean f reporters at a regional or local media organization, or coordinating e work of others in an information facility such as a library or educat ıal institution.

1- Demonstrates an ability to work both independently as well as effe vely in a team environment, though not necessarily in a supervisory or coordinative capacity.

5. Demonstrated skill in voicing materials for radio broadcast.

6- Demonstrates an ability to host a live feature or current affairs shov nd improvise on air as needed to stimulate and guide discussion by paı ists, interviewees or correspondents while conducting live Q and A. Th ıgh own broadcast ability, gives show a stamp of personality and a sens ıf identity and individuality. Has sufficient command of subject to de rt from prepared script to present in conversational tone an accurate a balanced flow of information. Is able to tailor approach skillfully t different types of material with proper nuances.

3- Demonstrates an ability to host a back-half current affairs show anc live feature show, call-in shows or special event broadcasts where signi ınt portions of the show are done without a script and the candidate mı make independent judgements about show contents. Demonstrates ability to ad lib as needed, to participate in Q and A with show gues or with correspondents providing live feeds. Is able to control airshov me and use of material so as to provide interesting and lively flow of information to listeners, tailor approach to different types of materi nd convey basic meaning and tone with proper nuance.

1- Demonstrates an ability to perform a wide variety of voicing assign nts, including newsreading and live or prerecorded current affairs or fea e spots.