**Kway Zaw Nyunt v. Kenneth Y. Tomlinson
Chairman, Broadcasting Board of Governors
Civil Action No.: 06-1152 (JDB)**

**Exhibit N**

In the Matter of KYAW ZAW NYUNT

Case Number: OCR-04-03

Agency: VOICE OF AMERICA/BURMESE SERVICE

<u>**AFFIDAVIT OF WITNESS: IRENA BURGENER**</u>

On January 22, 2004, I was interviewed by the designated EEO Investigator, Stuart Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employment **discrimination** made against VOA/Burmese Service and Khin Htay related to Nyunt's not being selected for two GS-12 broadcaster positions in the year 2003, under Vacancy Announcements M/P-03-29 and M/P-03-26.

I was advised by Mr. Plotnick of my rights as a Witness in an EEO case, and was informed that my statement would and may be reviewed by the Agency, the Office of Civil Rights, and other interested Parties, including Management and its representatives, in the context of adjudicating this claim.

The below represents a true and accurate summary/statement of the information that I provided to Mr. Plotnick:

I.  **Background of Witness:**

My name is Irena Burgener. Since June 2003, I have been a special events coordinator for VOA WorldNet Television, GS-14. Prior to that, I was the Chief and Executive Producer of the VOA Program, "Talk to America." I was in that position for almost nine years. I have been at the VOA for twenty-eight years. I am fifty-six years old and a U.S. Citizen of Ukrainian descent.

I am competent to testify to the facts stated in this affidavit in a court of law or other duly authorized agency or tribunal. My telephone number is

II.  Testimony on Claims of Discrimination

I am aware that Mr. Nyunt contends that he was discriminated against because of his national origin, citizenship, and his age in relation to the two broadcast positions that were filled in 2003 by Mr. San Myint and Mr. Than Lwin Htun. I was only involved in the decision to select Mr. Myint related to Vacancy Announcement M/P-03-26

00020

## Response to Allegations on Vacancy Announcement M/P-03-2(

Mr. Plotnick explained that Mr. Nyunt claims discrimination in the selection of  . Myint. I am not aware of any discrimination. I was invited to be on the panel by Mr. Htay short )efore the interviews June 13, 2003. Mr. Bageshwar Verma was also on the panel. We interviewe everal candidates including Mr. Myint and Mr. Nyunt. I do not recall Mr. Htay telling us that should favor any certain candidate or treat any of them differently. In fact, Mr. Htay somewha mained in the background while Mr. Verma and I did most of the questioning. We started out t eviewing the application packets of the candidates. We then interviewed each. I happened to rec the scores of all of the panel members. According to my notes, I rated Mr. Myint the highe and Mr. Nyunt third. Mr. Verma and Mr. Htay rated Mr. Myint first, and Mr. Nyunt second, bu ily by a point or two.

The reason I (we) rated Mr. Myint higher was because he was much more specif n his responses to various questions. He had specific ideas about how he would change thing )out certain aspects of the service. He seemed to also have generated more original materials ports as opposed to just reporting or passing along news stories, etcetera, generated by other new ervices. His ability to speak and comprehend English seemed perfectly fine. I do not think that t e was a considerable difference between him and Mr. Nyunt. In fact, Mr. Myint was very concis id to the point in his manner of speaking, which I thought to be a good quality for a broadcaster.

After we completed the interviews, and scoring, we discussed the selection. Mr. 'int was the favorite. Mr. Htay did not try to force or persuade us to choose Mr. Myint. There w: io discussion of a candidate's age, or citizenship, national origin, etcetera. I do recall that fc iis job we did want to choose somebody from inside the service. As far as any allegation that I ; picked by Mr. Htay because he knew me well and could easily sway my choice, or some other u 'ior motive, that is also untrue. I only knew Mr. Htay through occasional Special Events trip at took place over 14 years ago and then seeing him around the building on occasion.

I hope that this responds to the claims being made.

000  19

## OATH

I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury. I duly swear under oath that the statements made in this affidavit are true, correct, and complete, to the best of my knowledge.

_____          _Feb 4, '04_____
Witness/Affiant- and                              -- Date

Subscribed and sworn to me this __4__ Feb Day of 2004

_____
Signature of EEO Investigator and Notary Public

000210