**Kway Zaw Nyunt v. Kenneth Y. Tomlinson Chairman, Broadcasting Board of Governors**
**Civil Action No.: 06-1152 (JDB)**

**Exhibit O**

**Broadcasting Board of Governors**
**INTERNATIONAL BROADCASTING BUREAU**

**OFFICE OF CIVIL RIGHTS**

IN REPLY REFER
TO: (OCR-04-03)

November 5, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Kyaw Zaw Nyunt

Dear Mr. Nyunt:

This letter acknowledges receipt of the complaint of discrimination, which you filed [ag]inst the Broadcasting Board of Governors (hereinafter, "Agency") on **November 5, 20**[03]. This complaint has been assigned **Complaint Number OCR-04-03**. Please refer to this [co]mplaint number in all communication regarding this complaint. Also contained herein is wri[tten] notice of your rights and the time requirements for exercising those rights pursuant to Title [29] C.F.R. Part 1614.

If your complaint is dismissed by the Agency, the dismissal is considered to be a fin[al] [d]ecision on the complaint. You will receive a separate written notice if your complaint is dis[mis]sed and you will be advised at that time of your appropriate appeal rights.

If your complaint is accepted, it will be investigated in accordance with the provisions [of] Title 29 C.F.R. §1614.108. You will receive a copy of the Report of Investigation within 180 [day]s of the filing of the complaint.

Upon the receipt of the investigation, you will be notified in writing of your right t[o r]equest a hearing from an Equal Employment Opportunity Commission (EEOC) Administra[tive] Judge, pursuant to Title 29 C.F.R. §1614.108(f).

Your request for a final decision without a hearing must be forwarded to this office o[nly]. If you fail to request a hearing or a final decision without a hearing, the Agency will is[sue] a final decision.

If you are dissatisfied with the final decision (with or without a hearing), you may file [a n]otice of appeal to the EEOC, Office of Federal Operations (OFO), within 30 calendar days aft[er r]eceiving the final decision. Also, you may submit a brief or statement to support your app[eal] to OFO within 30 calendar days after filing the notice of appeal. At the same time, you mu[st f]urnish a copy of the supporting brief or statement to the Agency. Any appeal to the EEOC sho[uld] be

---

Office: (202) 619-5151    330 C Street, S.W., Room 1086    (202) 260-0406
                          Washington, D.C. 20237

addressed to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036.

Instead of an appeal to the EEOC, you may file a civil action in the appropriate Federal District Court within 90 calendar days after receiving the final decision or, if the Agency has not issued a final decision on your complaint, after 180 calendar days from the date the formal complaint was filed. If you file a civil action under Title VII of the Civil Rights Act of 1964, as amended, or the Rehabilitation Act of 1973, as amended, and you do not have, or are unable to obtain the services of a lawyer, you may request the Court to appoint a lawyer to represent you.

In such circumstances as the Court may deem just, the Court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs or security. Any such request must be made within the above referenced time limit for filing suit and in such form and manner as the Court may require.

You are further notified that if you file a civil action, you must name the appropriate Department or Agency head as the defendant. Failure to name the head of the Department or Agency may result in the loss of any judicial redress to which you may be entitled. **The Chairman of the Broadcasting Board of Governors is Mr. Kenneth Y. Tomlinson.**

If you decide to appeal to the EEOC's Office of Federal Operations, you will still have an opportunity to file a civil action in a Federal District Court within 90 calendar days after receiving the EEOC's final decision, or 180 calendar days after the date of your initial appeal to the EEOC if the EEOC has not rendered a final decision.

With the exception of an EEO Counselor or EEO official, you are entitled to be represented by any individual of your choice during the processing of your complaint. At anytime during this process, you may elect to have your complaint assigned to a mediator in our Alternative Dispute Resolution Program. The mediator will meet with you and the appropriate management official(s) to attempt resolution of the complaint.

If you have further questions, you may contact the Office of Civil Rights, at (202) 619-5151.

Sincerely,

/s/ Delia L. Johnson
Director

Enclosures