**Kway Zaw Nyunt v. Kenneth Y. Tomlinson**
**Chairman, Broadcasting Board of Governors**
**Civil Action No.: 06-1152 (JDB)**

**Exhibit P**

**Broadcasting Board of Governors**
**International Broadcasting Bureau**

Office of Civil ights
(Corrected December 2003)

IN REPLY REFER
TO: OCR-04-03

November 20, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Kyaw Zaw Nyunt

Dear Mr. Nyunt:

This is in reference to the complaint of discrimination that you filed against the Bro asting Board of Governors (hereinafter, "Agency") on **November 5, 2003**. Receipt of your c plaint was acknowledged on **November 5, 2003**, and assigned Complaint Number OCR 4-03. Please refer to this number in all communication regarding the complaint.

Based on a thorough review of the complaint and the EEO Counselor's Report, the owing claim has been accepted for processing:

> Whether you were discriminated against based on your National Origin (Burmese-American citizen), and Age (DOB: 12/04/44), when as you claim:
>
> On September 22, 2003, you learned that you were not selected for the position of International Broadcaster (Burmese), GS-1001-12, advertised under Vacancy Announcement No. M/P-03-29, and the selectee was a younger Burme non-citizen. On June 16, 2003, you were also not selected for Vacancy Announ ient No. M/P-03-26.

If you believe that the claim in your complaint has not been correctly identified, ple notify me, in writing within **10 calendar days** after your receipt of this letter, specifying y you believe the claim has not been correctly identified. If you fail to respond during the ecified time frame, the accepted claim will be investigated as identified.

Pursuant to Title 29 Code of Federal Regulations (CFR) §1614.108, a thorough invest tion of your complaint will be conducted by an authorized EEO Complaints Investigator, io will contact you within 30 calendar days of the date of this letter. The regulations requir iat the investigation be completed within 180 days of filing. The time period may be ended voluntarily no more than an additional **90 days** upon a written agreement between y ind an official of this Office.

If your complaint is not resolved before the completion of the investigation, a copy of t Report of Investigation will be mailed to you with appropriate instructions.

00 i13

You may be assured that your complaint will be processed in accordance with the provisions of 29 CFR §1614.106 through §1614.110. At anytime during this process, you may elect to have your complaint assigned to a mediator in our Alternative Dispute Resolution Program.

The mediator will meet with you and the appropriate management official(s) to attempt resolution of the complaint. Should you have any questions, you may contact me at (202) 619-5151.

Sincerely,

Delia L. Johnson
Director
Office of Civil Rights

Enclosure:
Counselor's Report

000 4