**Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors**
**Civil Action No.: 06-1152 (JDB)**

**Exhibit Q**

# BROADCASTING BOARD OF GOVERNORS
## OFFICE OF CIVIL RIGHTS
### INITIAL CONTACT SHEET

7/18/03
Mr. Nyunt requested to have counseling held in abeyance until final decision was given by Personnel re. hire of non-citizen.

**INITIAL CONTACT DATE:** 7/11
**INITIAL CONTACT PERSON:** HAKIM BEY
**TIME:** 1:30
**30TH Y:** 8/10/03

**EMPLOYEE/APPLICANT NAME (MR/MRS/MS):** KYAW ZAW NYUNT
**SSN#:** _____

**JOB TITLE / GRADE:** RADIO BROADCASTER/ANNOUNCER GS-11
**OFFICE SYMBOL:** VOA

**ADDRESS:** _____ **CITY/STATE:** L__ __A **ZIP CODE:** _____

**TELEPHONE # OFFICE:** 202 619/1428 **HOME:** _____ **OTHER:** _____

**DATE OF ALLEGED INCIDENT:** 7-3-03 **BUREAU/ELEMENT:** BURMESE SERVICE

**COMPLAINT (Brief description):** See Attached (M/P-03-29) (New election)

## BASIS OF DISCRIMINATION

(JOB:1...)

___ RACE/COLOR   ___ SEX   ___ RELIGION   X AGE   X NATIONAL ORIGIN BURMESE
___ PHYSICAL/MENTAL DISABILITY   ___ REPRISAL   ___ OTHER    US CITIZEN

**Signature of Complainant:** [signed]  **Date:** 7/11/3
**EEO Counselor Assigned:** Debbie Young  **Date of Assignment:** 7/18/3
**Coordinating Counselor:** [signed]  **Date:** 7/11/03
**EEO Specialist**

0001 7