# Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors
## Civil Action No.: 06-1152 (JDB)

## Exhibit R

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

**1. Name (Last, First, Middle)**: MYINT, U SAN
**2. Social Security Number**: [redacted]
**3. Date of Birth**: [redacted]
**4. Effective Date**: 6-29-2003

## FIRST ACTION

| | |
|---|---|
| 5-A. Code: 702 | 5-B. Nature of Action: Promotion |
| 5-C. Code: N3M | 5-D. Legal Authority: Reg 335.102 Comp |
| 5-E. Code: | 5-F. Legal Authority: |

## SECOND ACTION

| | |
|---|---|
| 6-A. Code: | 6-B. Nature of Action: |
| 6-C. Code: | 6-D. Legal Authority: |
| 6-E. Code: | 6-F. Legal Authority: |

**7. FROM: Position Title and Number**
INT RADIO BROADCASTER (BURMESE)
V2577 – 2915

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1001 | 11 | 07 | $58,145.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $51,574.00 | $6,571.00 | $58,145.00 | $0 |

**14. Name and Location of Position's Organization**
VOA/E/B
INTERNATIONAL BROADCASTING BUREAU
VOICE OF AMERICA
EAST ASIA AND PACIFIC DIVISION
BURMESE SERVICE

**15. TO: Position Title and Number**
INT RADIO BROADCASTER (BURMESE)
V7190 – 6186

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1001 | 12 | 03 | $61,942.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $54,942.00 | $7,000.00 | $61,942 | $0 |

**22. Name and Location of Position's Organization**
VOA/E/B
INTERNATIONAL BROADCASTING BUREAU
VOICE OF AMERICA
EAST ASIA AND PACIFIC DIVISION
BURMESE SERVICE

## EMPLOYEE DATA

**23. Veterans Preference**: 1
  1 – None   3 – 10-Point/Disability   5 – 10-Point/Other
  2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30%

**24. Tenure**: 1
  0 – None   2 – Conditional
  1 – Permanent   3 – Indefinite

**25. Agency Use**:
**26. Veterans Preference for RIF**: YES [ ]  NO [X]

**27. FEGLI**: Basic only
**28. Annuitant Indicator**: 9 Not Applicable
**29. Pay Rate Determinant**:

**30. Retirement Plan**: K FERS and FICA
**31. Service Comp. Date (Leave)**: 09-05-1973
**32. Work Schedule**: F Full-Time
**33. Part-Time Hours Per Biweekly Pay Period**:

## POSITION DATA

**34. Position Occupied**: 1
  1 – Competitive Service   3 – SES General
  2 – Excepted Service   4 – SES Career Reserved

**35. FLSA Category**: N
  E – Exempt
  N – Nonexempt

**36. Appropriation Code**: D
**37. Bargaining Unit Status**: IB

**38. Duty Station Code**: 110010001
**39. Duty Station (City – County – State or Overseas Location)**: WASHINGTON / DISTRICT OF COLUMBIA / DISTRICT OF COLUMBIA

**40. Agency Data** | **41.** | **42.** | **43.** | **44.**

**45. Remarks**
Selected from CERT NO IBB–1–03–49, dated _____.

**46. Employing Department or Agency**: Broadcasting Board of Governors
**47. Agency Code**: IB00
**48. Personnel Office ID**: 4452
**49. Approval Date**: 07-09-2003
**50. Signature/Authentication and Title of Approving Official**:
John S. Welch
Director of Personnel

101