**Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors**
**Civil Action No.: 06-1152 (JDB)**

**Exhibit S**

In the Matter of **KYAW ZAW NYUNT**

Case Number: OCR-04-03

Agency: VOICE OF AMERICA/BURMESE SERVICE

<u>AFFIDAVIT OF WITNESS: BAGESHWAR VERMA</u>

On January 30, 2004, I was interviewed by the designated EEO Investigator, Stu  L.
Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employn  t
**discrimination** made against VOA/Burmese Service and Khin Htay related to Nyunt's  being
selected for two GS-12 broadcaster positions in the year 2003, under Vacancy Announc  ents
M/P-03-29 and M/P-03-26.

I was advised by Mr. Plotnick of my rights as a witness in an EEO case, and was  formed
that my statement would and may be reviewed by the Agency, the Office of Civil Right:  nd other
interested Parties, including Management and its representatives, in the context of adjud  ting this
claim.

The below represents a true and accurate summary/statement of the information  I
provided to Mr. Plotnick:

**I.    Background of Witness:**

My name is Bageshwar Verma. For the past twelve years, I have been working a
Program Review Analyst (the senior most) in the IBB Office of Program Review. Prior t  at I was
the News and Current Affairs Editor in the VOA Hindi Service for 10 years. During that  ure, I
also wrote reports and backgrounders in English on national and international events for  )A-wide
usage and covered conferences in the U.S. and abroad for the service and the house. Prio  that I
worked as an International Broadcaster at the BBC in London for seven and a half years.

I am sixty-five years old and a U.S. Citizen of Indian origin.

I am competent to testify to the facts stated in this affidavit in a court of law or ot  duly
authorized agency or tribunal. My telephone number is

**II.    Testimony on Claims of Discrimination**

I am aware that Mr. Nyunt contends that he was discriminated against because of
citizenship and his age in relation to the two broadcast positions that were filled in 2003  Mr. San
Myint and Mr. Than Lwin. I was only on the panel that interviewed the candidates for thi  ›b under

M/P-03-26 along with Mr. Htay and Ms. Irena Burgener. We decided that Mr. Myint w[as] the best candidate.

Mr. Plotnick explained that Mr. Nyunt claims discrimination in the selection of [Mr.] Myint. I am not aware of any discrimination. I do not know how I was selected to be on the pa[nel. Mr.] Htay invited me to sit on the selection panel – to which I agreed. I believe my thorough [kn]owledge and understanding of international broadcasting, and my role as a management official r[esp]onsible for examining the quality of broadcasting at VOA and ensuring adherence to the highest [jo]urnalistic standards and to the Congressional Charter may have influenced Mr. Htay to invite me o[n t]he panel. I did not have any other conversations with Mr. Htay about the selection, or what candid[ates], if any, that he favored. I did not really know Mr. Nyunt, Mr. Myint, or any of the other candida[tes] very well, except for meeting or interacting with them in the course of my official work. I ha[ve] reviewed Burmese programming at least four times in the past 10 years.

I recall that I rated Mr. Myint as the best candidate. Mr. Nyunt was very close b[ehi]nd, but there were several things that swayed me to Mr. Myint. First, his answers were direct an[d t]o the point. Mr. Nyunt's answers dragged on, and sometimes he lost me. Second, Mr. Myint [has] worked as a broadcaster and editor for most of his professional life, while as I recall from Mr. N[yunt's] resume, he had initially worked for the BBC as a broadcaster in the 70s, and then left bro[ad]casting for over 25 years until he came to the VOA in 1998. As a result Mr. Myint's experience [as] a broadcaster was longer and more in depth. Third, Mr. Myint gave a better account of hi[mse]lf during the interview with respect to the responsibilities and role of an editor in the Burm[ese] service. Finally, as to the issue of whether Mr. Nyunt spoke or understood English better than M[r. ]Myint, I found them to be equal.

After we completed the interviews, we discussed the selection. Mr. Myint was th[e c]hoice of all of us. I think Mr. Nyunt was second. Mr. Htay did not try to force or persuade us to c[ho]ose Mr. Myint, although I am aware that Mr. Nyunt and others claim that I chose Mr. Myint beca[use] that is who Mr. Htay wanted. This is not true. Finally, as to the claim by Nyunt that I was close [fr]iends with Mr. Htay and that he wanted me on the panel so that he could control my choice -- t[his] is also untrue. It is correct that I have known Mr. Htay going back over twenty years to our day[s at] the BBC and that I have friendly relations with him, the way I have maintained friendly and [colle]gial relations with other VOA service chiefs and editors. But he did not tell me how to vote, a[nd] it is not true that he somehow controlled my decision. I believe that Ms. Burgener also chose M[r. ]Myint.

I hope that this responds to the claims being made.

00020

## OATH

I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury. I duly swear under oath that the ɩtements made in this affidavit are true, correct, and complete, to the best of my knov lge.

_Bageshwar Verma_  _February 2, 2004_
Witness/Affiant- and                      — Date

Subscribed and sworn to me this __2__ Day of _Feb._ 2004

_____
Signature of EEO Investigator and Notary Public

00020