<u>**Kway Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors**</u>

**Civil Action No.: 06-1152 (JDB)**

**Exhibit T**

## In the Matter of KYAW ZAW NYUNT

## Case Number: OCR-04-03

## Agency: VOICE OF AMERICA/BURMESE SERVICE

### AFFIDAVIT OF WITNESS: Khin Maung Htay

On January 13, 2004, I was interviewed by the designated EEO Investigator, Stuart L. Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employment **discrimination made** against VOA/Burmese Service management and myself related to his not being selec[ted] for two GS-12 broadcaster positions in the year 2003, under Vacancy Announcements M/P-03-29 and M/P-03-26.

I was advised by Mr. Plotnick of my rights as a Witness in an EEO ca[se] and was informed that my statement would and may be reviewed by the Age[ncy,] the Office of Civil Rights, and other interested Parties, including Manageme[nt] and its representatives, in the context of adjudicating this claim.

The below represents a true and accurate summary/statement of the information that I provided to Mr. Plotnick:

I.   **Background of Witness:**

My name is Khin Maung Htay and I am the Chief of the Burmese Service/V[OA,] GS-13. I have been in this job for about 1 year, but have been with the Burm[ese] Service for almost twenty-four (24) years. I am of Burmese descent/origin, a[nd] now a U.S. Citizen. My age is sixty-five. The duties of my job include supervision/management of the VOA Burmese Service by providing effectiv[e] leadership, work assignments, and personnel management to enable staff to accomplish the mission of the office and East Asia and Pacific Division/VOA/IBB/Broadcasting Board of Governors; direct the planning, preparation and broadcast of Burmese Service radio and web page programm[in]g so as to fulfill the VOA Charter and the East Asia and Pacific Division miss[ion] statement; maintain target area expertise by assuring highest standards of Burmese language currency, factual accuracy and intellectual quality of

0 0199

broadcasts and also by assuring relevance of program content to development
Burma and provide balanced discussion of key issues in the U.S.-Burmese
relationship, of U.S. policies towards the region and of key international issu
manage personnel resources by effectively managing the personnel resources
the Burmese Service so as to achieve program goals and fulfill the EAP Divi
mission and also assuring teamwork, cooperation and high morale through fa
open and impartial personnel management practices in the Burmese Service;
maintaining control over Burmese Service GOE budget, directing the assignr
of POV's and stringers and managing GOE funds to assure most effective use
evaluating performance by assuring high productivity by communicating real
performance expectations and by evaluating performance of subordinates thr
ongoing feedback and timely, realistic, objective and well-documented
performance appraisals.

    I am competent to testify to the facts stated in this affidavit in a court
law or other duly authorized agency or tribunal. My telephone number is (20
619-1416.

## II.   Testimony on Claims of Discrimination

    I am aware that Mr. Nyunt contends that he was discriminated agains
because of his national origin, citizenship, and his age in relation to the two
broadcast positions that were filled in 2003 by Mr. San Myint and Mr. Than
Htun. There was no discrimination involved.

### 1.   Vacancy Announcement M/P-03-26

    Mr. Plotnick explained that Mr. Nyunt claims discrimination by me i
selection of Mr. Myint. He claims that I chose Myint because he is a close fr
of mine, and he took me out for lunches and drinks. This is absolutely untrue
There are many among the Burmese Service staffers who are or have been n
close friends who go a long way and Mr. Nyunt is one of them — if I may sa
First, I believe that Mr. Myint is just as, if not better qualified for the job. He
been an active journalist over 30 years and in the VOA Burmese Service for
years and longer than Mr. Nyunt on both counts. He was a broadcaster in Bu
for some time and in Japan for four years. He also worked for 20 years in the

Embassy in Rangoon, Burma, in the Information Section eventually retiring as editor of "Dawn" magazine in Burmese language put out by the embassy. When he was in Burma, he also wrote articles in English in an English language daily paper. In my opinion, he writes equally well if not better than Mr. Nyunt in English. He is also a better and more experienced translator from English to Burmese, and his voicing skills are on par if not better than Mr. Nyunt.

Second, Mr. Myint was chosen by the panel and not solely by me. Bageshwar Verma and Irena Burgener were also on the panel and they also recommended Mr. Myint. I did not control them. Nyunt did not do well in his interview. Overall, his responses were long-winded and he rambled on. For example, in response to an interview question about what the candidate would tell people about the mission of our Service, he said that he would tell them that our job was to bring down the ruling military government and help promote Nobel laureate Daw Aung San Suu Kyi to come to power to build democracy in Burma. This type of response is dangerous because we are supposed to be neutral and not inject our political views into our work at the Service. On the other hand, to the same question Mr. Myint answered that our job was to tell the truth and nothing but the truth about Burma, America and about all the nations in the world. On the whole, the panel found Mr. Myint's answers to be crisp and succinct like a seasoned journalist.

Thirdly, I go out to lunch with everybody on the staff, including Mr. Nyunt, just as much as I do with Mr. Myint. Mr. Plotnick explained to me that this is not what others in the Service have said. He also told me that Aung Hla claims that I asked him who to choose for the job, and he told me it would not be Mr. Myint. I did not ask advise from Aung Hla nor from anybody on staff regarding job applications or for personnel selection because that could be tantamount to pre-selection which I am not supposed to do. These allegations against me are untrue. Professional jealousy against me or deep empathy for their mentor and friend -- the retired Senior Editor Mr. Khin Maung Win -- could be the motivating force behind these wild allegations. Members of Mr. Win's protégé in the Service still have regular -- sometimes daily -- phone or personal contact

with him. Mr. Win and his clique -- for want of a better word -- have, from the day I joined VOA up to now, been spreading misinformation about me that I  a mole of the Burmese military government. Such talk is simply evidence of t conspiracy against me. Although I have no hard evidence, I think Mr. Myint i also disliked for being a staffer with 29 years of service with the U.S. government. On account of his long service, he is given first preference in approving annual leave by the Chief of Burmese Service. This practice has be the norm for many years in the Service. Mr. Myint is also U.S. citizen from Burma and he is 70 years old, so this claim does not make any sense to me.

2. **Vacancy Announcement M/P-03-29**

I recommended Than Lwin Htun for this job. Mr. Than Lwin Htun is Burmese descent/origin and now a British citizen. He was clearly the best candidate. I chose him off the Certificate of Eligibles that was sent to me by Office of Personnel through the Director of East Asia and Pacific Division. F was rated highest on the certification provided to me by Personnel. That was not the reason why I selected him for the position. He was chosen because hi experience was superior overall. To cite a few, he has been a broadcast journ    st with the BBC, London, since 1991. He is experienced in field and internet-sourcing in reporting, web designing and web management work from 1995 2001 with the BBC Burmese Service, as well as Senior Producer and Duty E    or there for the same period. As Resident Journalism Training Advisor with the principally-USAID funded *Internews* in Chiengmai, Thailand from May 200    he independently planned, budgeted, developed and implemented journalism tr    ing curriculum in news gathering, writing and reporting, interviewing, feature w    ng and analysis, newsroom organization and ethics of journalism in training Th    ind Burmese journalists including reporters for BBC, VOA, DVB and RFA. Th    he has strong editing, journalism and leadership skills. He has also accomplish many significant projects that includes publishing translations from English Burmese. Mr. Nyunt has not the same amount of experience at the same lev    is Mr. Lwin.

Also, Mr. Lwin is from Burma just like Mr. Nyunt. I selected Than Lwin Htun not because I did not want a U.S. citizen nor because he is younger than Nyunt. Everybody in the Service was told from the outset that outside candidates would ALSO be considered for this job. I do not personally know Mr. Than Lwin Htun. But, my predecessor Mr. Dan Robinson, as Chief of Burmese Service, had met him when Mr. Than Lwin Htun competed for a position in the Burmese Service in 1999. VOA was unable to get him then. I gave Mr. Plotnick the phone number of Mr. Dan Robinson so that he could ask about Mr. Than Lwin Htun' qualitications.

After selecting Mr. Than Lwin Htun, a non-citizen for vacancy M/P-03-29, I submitted the paperwork to the senior management and Office of Personnel including justification for the selection, recommendation for hiring him at GS Grade 8 scale to be on par with his earning capacity and potential at his current job with *Internews*. The senior management and the Office of Personnel reviewed and approved everything. A Letter of Offer was duly sent to Mr. Than Lwin Htun through the American Embassy in Thailand. Mr. Than Lwin Htun accepted the offer and he is due to arrive in February, 2004 to assume his duties at VOA Burmese Service.

The claim that there was discrimination against candidates because they were older is also untrue. A case in point: Mr. San Myint who was selected by the panel for vacancy M/P-03-26 is 70 years old. Mr. Plotnick tells me that members of my staff say that I made a statement that we want to have "younger voices on the air, and that our "voices are too old", and therefore, I chose Mr. Than Lwin Htun because he is younger. I never made that statement. In point of fact, Program Review Office has, from time to time, recommended that we put in more energy in our daily broadcast performance to sound more attractive to our listeners. This is nothing extraordinary and the staffers are always told by successive Service Chiefs to do just that.

## OATH

I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury. I duly swear under oath that the

( 0203

statements made in this affidavit are true, correct, and complete, to the best of my knowledge.

_____  01/22/04
Witness/Affiant--- Date
Subscribed and sworn to me this ___22___ Day of 2004
_____
Signature of EEO Investigator and Notary Public