United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>　　Defendant. | )<br>)<br>)<br>)<br>) |

CA No. 06 – 1152 (JDB)

**Declaration of Timothy B. Shea**

1. I am counsel for Plaintiff in the subject case.

2. On or about December 13, 2006, I served the Defendant agency with interrogatories and requests for production seeking responses within 30 days. Pursuant to a colloquy among counsel on December 19, 2006, the time for responding was extended by two weeks to February 2, 2007. On or about February 15, 2007 the first installment of responses was supplied by Defendants together with a collection of objections.

3. Thereafter, based on exchanges among counsel Defendant supplied additional responses on March 7, March 22 and March 26, 2008. Thus, for example, the copies of the legislative comments dating from 1982 that form the basis of the agency claims of authority under 22 U.S.C. section 1474 were provided to Plaintiff on March 26, 2007.

4. On April 11, 2007, Plaintiff served defendant with a second request for production which has not been answered as of this date.

5. On April 12, 2007 Plaintiff served defendant with requests for admissions which have not been answered as of this date.

6. As of this date no depositions have been taken. On or about April 12, I consulted with counsel for Defendant regarding times for deposing two current or former employees of the agency, Mr. Welch and Ms. Fitzpatrick. On April 18, 2007 I sent notices of depositions of these witnesses to counsel for Defendant. At the request of counsel for the Defendant the depositions were deferred for a time unspecified to find more convenient dates.

7. Plaintiff intends to depose other agency witnesses including the affiant who submitted an affidavit in support of the agency motion, LaPrell Murphy.

8. In her affidavit in support of Defendant's Motion, Ms. Murphy seeks to address a number of the irregularities on the selection processes for the vacancies at issue in conclusory fashion. Plaintiff will need to depose Ms. Murphy, among others, to address the claims and contentions in her affidavit relating to policies and practices of the office in filling vacancies.

Sworn and subscribed to under the penalty of perjury this 1st day of May, 2007,


Timothy B. Shea

3