United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)    CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>) |

**Order**

Upon consideration of plaintiff's motion for an extension of time in which to oppose defendant's motion to dismiss or, in the alternative, for summary judgment, and the entire record herein, it is hereby

Ordered that plaintiff's motion shall be granted and that plaintiff shall oppose defendant's motion to dismiss or, in the alternative, for summary judgment on or before May 24, 2007.

John D. Bates<br>United States District Judge

Dated: _____