UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT, )<br> )<br>       **Plaintiff,** )<br> )<br>v. )<br> )<br>KENNETH Y. TOMLINSON, )<br>Chairman, Broadcasting Board )<br>of Governors, )<br> )<br>       **Defendant.** )<br>_____) | Civil Action No. 06-1152 (JDB) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant, Kenneth Y. Tomlinson, Chairman, Broadcasting Board of Governors, respectfully responds to plaintiff's Motion for Extension of Time to Oppose Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment ("Pltf's Motion for Ext."). See Docket Entry No. 18.

Plaintiff, a fifty-eight year old male of Burmese origin, is employed by the Broadcasting Board of Governors ("BBG"). See Pltf's Motion for Ext. at p. 2. In the spring of 2003, the BBG announced two vacancies for the position of International Broadcaster, GS-12, under Vacancy Announcement Number M/P 03-26 and Vacancy Announcement Number M/P 03-29. See Complaint at p. 1. Plaintiff was not selected for either position. See id. In his Complaint, plaintiff alleged that he was discriminated on the basis of age, race, national origin and

retaliation.[1] See id. He also sought review of alleged unauthorized agency action.[2] See id.

In his motion for extension of time, Plaintiff indicates that he "has propounded a second request for production and requests for admissions to Defendant which remain unanswered." Pltf's Motion for Ext. at p. 1. However, the responses to the request for production are not due until May 11, 2007. In addition, the responses to the requests for admissions are not due until May 14, 2007. The three depositions, two of which plaintiff noticed, will be held on May 11, 2007.[3]

Plaintiff appears to indicate that he would like additional time in which to respond to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment until after the discovery responses are received and depositions are taken. See generally Pltf's Motion. Defendant does not object to plaintiff's request for additional time provided that defendant be provided additional time to reply to plaintiff's opposition until after defendant's requested depositions are taken, and plaintiff responds to Defendant's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission, served on April 3, 2007.

---

[1]Plaintiff did not object to the claims accepted for investigation which were whether plaintiff was discriminated against on the basis of national origin and age. See Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, pp. 9-10.

[2]This matter was addressed in plaintiff's Motion for Partial Summary Judgment. See Docket Entry No. 13, and defendant's Memorandum in opposition to Defendant's Motion for Partial Summary Judgment. See Docket Entry No. 15.

[3]The depositions of Mr. Welsch and Ms. Fitzpatrick were noticed. Ms. Fitzpatrick previously was deposed during the administrative hearings.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR #435409
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.   20530
202-514-6531

**CERTIFICATE OF SERVICE**

      I certify that, on this 7th day of May, 2007, a copy of the foregoing was served, by first-class mail, postage prepaid, to:

Timothy B. Shea  
Nemirow Hu & Shea  
1629 K Street, N.W., Suite 500  
Washington, D.C.  20006

      /s/_____  
      MARIAN L. BORUM  
      Assistant United States Attorney