United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)    CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Order**

Upon consideration of defendant's motion to dismiss or, in the alternative, for summary judgment, plaintiff's opposition thereto and the entire record herein, it is hereby

Ordered that the motion to dismiss or, in the alternative, for summary judgment should be, and hereby is, denied.

John D. Bates
United States District Judge

Dated: _____