United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,           ) | |
|     Plaintiff,           ) | |
|                ) | |
| v.           ) | |
|                ) | CA No. 06 – 1152 (JDB) |
| Kenneth Y. Tomlinson,           ) | |
| Chairman,           ) | |
| Broadcasting Board of Governors,           ) | |
|     Defendant.           ) | |

**Affidavit of Kyaw Zaw Nyunt**

I, Kyaw Zaw Nyunt, hereby declare based on my personal knowledge:

**Introduction.** I began work as a GS 9 international radio broadcaster ("IRB") for Broadcasting Board Governors ("BBG") beginning in May 1998. I was later promoted to a GS 11 IRB at BBG. Prior to coming to BBG I had worked for the British Broadcasting Corporation as a broadcaster from 1968 to 1971. I also worked as Deputy Chief of Mission for Burma in the Rome Embassy for three years and, prior to that, as an officer for the Burmese Ministry of Foreign Affairs in Rangoon for more than twelve years. I hold a bachelor's degree in international relations and political science from the University of Rangoon and a diploma in computer management from London Technical College. I earned a master's degree from the Johns Hopkins University in international public policy in 1988. I have other technical and computer training as well. I was born and

raised in Burma. I became a naturalized US citizen in 1988. In 2003 I was a GS 11 international radio broadcaster at BBG. I was 58 years of age in early 2003.

1. I filed timely applications for a GS- 12 international broadcaster position designated VA No. 03-26 in the Burmese service of BBG which was advertised in March, 2003.

2. There were a number of irregularities in the filling of this position and processing of my application.

3. First, on June 13, 2003, in the course of the meeting with staff from the Burmese service, including Mr. Nyunt, Mr. Htay openly warned staff members not to complain about the selections on these two vacancies. The inference to us staff was that we would be the subjects of retaliation if we were to complain. Thus, in my complaint to the EEO officer in 2003, I stated:

   > On June 13, Mr. Htay [the selecting official] asked us not to complain if we were not selected. He said if we complained, we would be blacklisted and we would never get promotions. Just minutes before he announced the selection of Mr. Myint, he even said that the unemployment rate was so high that it was difficult to get a waiter's job. Most of us understood that he meant if we get fired for complaining, it is difficult to get a job outside at this time. **Threatening to take a personnel action against an employee for making a complaint is a prohibited personnel practice.**

   (emphasis in the original).

4. One member of the Burmese service who was in the meeting had applied for the vacancies, Mr. Hla, filed a formal complaint with the EEO officer about the threat at the meeting. Mr. Hla was later pressured by Burmese service managers,

became sick and removed from the federal service. Thus, the threat was made good.

5. I was definitely better qualified for the position than Mr. Myint. I was rated higher than Mr. Myint by both rating panels. Mr. Myint, the selectee in VA 03 - 26, was well known to have poor voicing skills and interviewing skills in English. He lacked the screen out factor term of VA 26, particularly fluent English and Burmese.

6. Mr. Win, the former senior editor of the Burmese service who rated the performance of those in the service including Mr. Myint and me, has confirmed in his written statement that I was better qualified and had better skills that Mr. Myint. He particularly confirmed that I had "excellent voicing skills." Mr. Hla and Mr. Aung too declare in their declarations that I was better qualified.  In an annual survey report of BBG Burmese broadcasts  Mr. Saw Tun, a professor of Burmese at University of Illinois, specifically complimented my voicing in 2000.

7. The rating paned in VA 03- 26 assigned me a rating of 96. The rating for me on the certificate that was provided to the selecting official and selection panel was misrepresented as 89, the same as Mr. Myint was given. On October 10, 2003, months after the selection had been made, a substitute page was added to the VA file to "correct" the misrepresented rating given to me.  No notice of the misrepresentation or the correction was ever provided to me. I learned of it only after I filed my complaint.

8. In fact, Mr. Myint was not even on the first certificate to the selecting official. Mr. Htay refused to make a selection from the first certificate dated May 1, 2003, which included me and one other candidate. No explanation for that refusal has been provided.

9. After the VA's were posted, Mr. Htay had told the Burmese service staff that to avoid personal favoritism he would not be involved in the selections but, rather, would defer to a selection panel made up from language service chiefs. He did not live up to that commitment. He was on the panel in VA 03-29 and the panel members were not service chiefs.

10. The fact that Mr. Henderson was the main author of the vacancy announcements, position descriptions and crediting plans was itself irregular. Normally, the selecting official, Mr. Htay, should perform these duties.

11. I filed timely applications for a GS-12 international broadcaster position designated VA 03-29 in the Burmese service of BBG which was advertised in March, 2003.

12. I was determined to be eligible for the position by BBG.

13. My name was referred to the selecting official as eligible for selection on a certificate set aside for US citizen applicants in accordance with the practice of BBG. My rating was the highest among the three qualified United States citizens on the certificate.

14. I was not selected for the position.

15. BBG selected a non- citizen, Than Lwin Htun, a resident of Thailand at the time of his application for the position. Mr. Htun was under the age of 40 at the time of his selection.

16. The selection of Mr. Htun was rationalized by a memorandum of the selecting official asserting that Mr. Htun was more qualified for the position that the US citizen applicants, including myself.

17. In reliance of its construction of 22 U.S.C. § 1474(1), BBG made the determination that I, along with the other US citizen applicants, was not "suitably qualified" for the position because Mr. Htun was deemed more qualified.

18. There were a number of irregularities in the filling of this position.

19. First, I was the best qualified US citizen and so I was suitably qualified. It was discriminatory for BBG to pass over a well qualified US citizen like myself.

20. Very different procedures were used in filling this position compared to VA 03 -26. The selecting official never talked with Mr. Htun; nor did he ever evaluate Mr. Htun's voicing skills. The agency tests the voicing skills of GS 9 and GS 11 announcers. It is highly irregular for the agency not to consider the voicing skills of a senior level announcer whose main duty was radio broadcasting.

21. In fact, the vacancy announcement, ksa's and crediting plan in VA 03 -29 were skewed by Mr. Henderson to meet the experience of Mr. Htun specifically by focusing on web maintenance, writing and editing and management of a news operation and by excluding voicing. There is no management of news operations responsibilities for GS 12 announcers in the Burmese service. That criterion was added to the announcement to match Mr. Htun's experience.

22. In the years since 2003, the Burmese service has been pressuring older Burmese Asian employees, most of whom are citizens, to leave so they can be replaced with younger employees and contractors, most of whom are aliens. Five colleagues over the age of 58 have left the federal service. Two colleagues over 40 transferred to other positions out of the service. Of the six regular GS employees brought in since then, all but one were under 40. I have set out the names and ages of these individuals in the document entitle Changes in Personnel at BBG service after January 1, 2003. In addition, a number of contract employees, at least 5, were bought in, all of whom are under 30 years of age.

23. The departure from the rules and practices and good sense set out above were intended to discriminate against me because of my age, Asian race, Burmese national origin, and US citizenship.

24. There has been consistent office sentiment to find younger broadcasters for the Burmese service. Mr. Robinson, the former service chief who now is assigned to cover Congress for BBG, has stated in his declaration at page 3 that the focus was to recruit younger broadcasters. In fact, Mr. Htay states in his declaration at pages 3 and 4 that he relied on Mr. Robinson in making his selection of Mr. Htun and that "it made sense to recruit younger broadcasters." I have heard Mr. Htay say on several occasions that the service should bring in young announcers to attract a younger audience.

25. Mr. Htun entered on duty at BBG in February, 2004. In May 2005, Mr. Htun, still a non-citizen, was promoted to the GS 13 supervisory position of chief of the

Burmese section, which is called the service chief. In that capacity, Mr. Htun is now my supervisor.

Sworn and subscribed to under the penalty of perjury this     4th     day of May 2007,

/s/

Kyaw Zaw Nyunt