United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    CA No. 06 – 1152 (JDB) |
| Kenneth Y. Tomlinson, | ) |
| Chairman, | ) |
| Broadcasting Board of Governors, | ) |
|     Defendant. | ) |

## Index of Attachments to Plaintiff's
## Statements of Material Fact as to Which There are Genuine Issues

**Page Number**     **Document**

| Page Number | Document |
|---|---|
| 1 | Cover page of BBG Response to Complainant's Interrogatories* |
| 3 | VOA Guidelines for Selection, Promotion and Employment of Non-Citizens |
| 5 | VOA Part V Employing Non-Citizens* |
| 8 | VOA Personnel Handbook* |
| 12 | VOA Non-Citizen Selection |
| 14 | A Guidelines for Supervisors and Managers in Selection and Hiring |
| 19 | VOA Guidelines for Conducting Interviews |
| 21 | VOA Guidelines for Conducting Effective Recruitment, Interviews, and Reference Checks |
| 34 | Undated Memo "Justification" from Htay |
| 35 | Email dated 4/2/03 from Henderson to Fitzpatrick [35] |
| 37 | Email dated 2/18/03 from Henderson to Fitzpatrick [37] |
| 39 | Email dated 2/26/03 from Henderson to Fitzpatrick [39] |
| 40 | Email dated 3/4/03 from Fitzpatrick to Henderson [40] |
| 41 | Undated draft titled "Addendum to Position Description for IRB-12" |
| 42 | Undated draft titled "Addendum to Position Description for IRB-12" |
| 43 | Undated draft for VA re VA 3-29 |
| 47 | Memo dated 5/20/03 "Justification for selecting non-citizen for Vacancy No. M/P 03-29" |
| 48 | Memo dated 5/24/05 from Henderson to personnel re L. Thun [48] |
| 49 | VA's for ten GS-12 IRB and IB positions in East Asian Division from January 2003 to February 2006: VA 3-16 [page 49]; VA 3-22A [page 56]; VA 4- |

    25 [page 63]; VA 4-32 [page 69]; VA 4-43 [ page 75]; VA 5-10 [page 81]; VA 5-67 [page 87]; VA 5-88 [page 97]; VA 5-127 [page 97]; VA 5-201 [page 102]

| | |
|---|---|
| 107 | Deposition of KW Nyunt* |
| 110 | Deposition of J Henderson* |
| 119 | Deposition of L Murphy* |
| 121 | Deposition of J Fitzpatrick* |
| 135 | Deposition of L Htun* |
| 138 | Deposition of D Robinson* |
| 141 | Deposition of B Verma* |
| 144 | Email dated March 14, 2003 from J Fitzpatrick to J Henderson |
| 145 | omitted |
| 146 | Email dated March 4, 2003 from J Fitzpatrick to J Henderson |
| 147 | Email with handwriting dated February 4, 2003 from J Henderson to J Fitzpatrick |
| 148 | Guidelines for Appointment and Promotion of Non-Citizens |
| 156 | Affidavit of KM Win |
| 160 | Affidavit of D Robinson |
| 163 | Affidavit of A Hla |
| 164 | Affidavit of W Aung |
| 169 | Changes in personnel at BBG Burmese service after January 1, 2003 |
| 176 | Memorandum from Htay to Welch dated September 9, 2003, Justification for higher grade |
| 178 | Memorandum from Htay to Personnel dated August 13, 2003, Justification for Selection of non-citizen |

Asterisks indicate that entire document is not produced.