**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**WASHINGTON FIELD OFFICE**
**1801 L Street, Suite 100**
**Washington D.C. 20507**

| | |
|---|---|
| Kyaw Zaw Nyunt,       )<br><br>          Complainant,    )<br><br>     v.             )<br><br>Kenneth Y. Tomlinson, Chairman   )<br>  Broadcasting Board of Governors,   )<br><br>       Agency.     )<br>              ) | EEOC Case No. 100-2004-00921X<br><br><br>Agency No. OCR-04-03 |

**AGENCY'S RESPONSE TO COMPLAINANT'S**
**INTERROGATORIES AND REQUEST FOR PRODUCTION**

I.    Preliminary Statement

The documents provided in these responses are documents that are currently available to the Agency's agents, representatives, employees, and/or its attorneys. The Agency, however, reserves the right to withhold any document or information within a document in accordance with applicable rules or federal law. As additional documents are located that are responsive to this request, they will be made available to the complainant. The Agency reserves the right to continue to assert such privileges and objections to discovery as appear appropriate.

II.    General Objections

The Agency responds to Complainant's request for the production of documents subject to the following objections, without waiving, and expressly preserving, all such objections, as follows:

See Report of Investigation ("ROI") Tab Z, Affidavit of Daniel Robinson, who met Mr. Htun in approximately 1999 in London. Subsequently, in approximately February 2003, Mr. Htun had a courtesy meeting with Mr. Robinson and Division Director, Mr. Jay Henderson, when Mr. Htun was in Washington, D.C. attending a conference.

Interrogatory 5:    Please identify each and every audience research survey, assessment or report relating to the quality or appeal of services provided by the Burmese service or VOA from 1999 to this date including but not limited to the InterMedia surveys and reports from the Performance Review office under the Office of Program Support.

Response 5:    The Agency objects to this request as overly broad, unduly burdensome and irrelevant and not reasonably calculated to lead to admissible evidence as it is beyond the scope of the claims accepted in this case. Without waiving this objection, the Agency responds as follows:

VOA Burmese Service Program Review, February 3, 2005 – Narrative and Profile;

VOA Burmese Service Follow-up notes, May 18, 2005;  June 7, 2004; April 16, 2003; August 28, 2001;

VOA Burmese Programming – Monitoring Panel and Control Listener Reviews, November 10-13, 2002 (Intermedia Global Research, Evaluation & Consulting);

VOA Burmese Programming to Burma – A Depth Interview Study, December 2002 (Intermedia Global Research, Evaluation & Consulting);

International Broadcasting in Five Cities in Burma – Audience Analysis & Market Profile, May 2003 (Intermedia Global Research, Evaluation & Consulting);

## GUIDELINES FOR SELECTION, PROMOTION, AND EMPLOYMENT OF NON-U.S. CITIZENS IN THE PRESENCE OF QUALIFIED U.S. CITIZEN COMPETITORS

The Unites States Information and Educational Exchange Act, PL 80-402, as amended, authorizes VOA to employ, without regard to the civil service and classification laws, non-U.S. Citizens in a variety of functions related to non-English language programming. The law provides that such non-U.S. citizens may be employed only when there are no suitability qualified U.S. Citizens available for the position. Based on Congressional Committee reports, the Agency has interpreted the term "suitability qualified" to mean "equally or better qualified."

MOA V-A, Section 820 provides in subsection 822.1 that for positions in VOA these relative qualifications determinations will be based on evaluation criteria established by VOA/P. Evaluations of U.S. citizens and non-U.S. citizens under subsection 822.1 are to determine if, in the presence of a qualified U.S. citizen competitor, (1) a non-U.S. citizen candidate can be appointed, (2) a non-U.S. citizen employee can be promoted, and (3) a non-U.S. citizen employee can be retained. The following guidelines apply to these evaluations.

When Evaluation is Required – Evaluation under these guidelines normally is required at any time when:

1. a non-U.S. citizen is elected for appointment or promotion to a position in the presence of a qualified U.S. citizen competitor; or

2. a qualified U.S. citizen makes known to VOA his or her candidacy for a position either occupied by or equivalent to one occupied by a non-U.S. citizen unless the U.S. citizen is selected for such a position.

However, there is no requirement to evaluate a U.S. citizen:

1. who is an Agency employee serving at the same or higher grade as the position proposed to be filled by a non-U.S. citizen unless the position has known documented promotion potential higher than that of the U.S. citizen's position;

2. who is an Agency or other U.S. Government employee whose most recent performance appraisal in a position with similar duties or with performance elements directly related to the knowledge, skills, abilities, or other characteristics critical to performance in the position proposed to be filled by a non-U.S. citizen indicates an overall rating below the "fully successful" level;

3. who is an Agency or other U.S. Government employee whose most recent performance appraisal indicates a rating below the "fully successful" level in an element which is directly related to knowledge, skill, ability, or other characteristic critical to performance in the position proposed to be filled by a non-U.S. citizen; or

4. who has been separated or resigned after being notified that he or she would be separated from the most recently held related employment for performance or conduct reasons.

Determinations of Relative Qualifications—A non-U.S. citizen may be selected, promoted, or retained in the presence of qualified U.S. citizen competitors if, after full and fair consideration of all candidates against the job requirements, the selecting official determines that the non-U.S. citizen is better qualified than any U.S. citizen competitor and the superior qualifications of the non-U.S. citizen are supported by acceptable written documentation provided by the selecting official. In no case, however, may a non-U.S. citizen (employee and applicant) be selected or promoted under circumstances which would not permit the action for a U.S. citizen.

Consideration and Evaluation of Candidates—In making determinations of relative qualifications, the selecting official should evaluate candidates according to job-related factors having a direct relationship to individuals' qualifications and fitness for the position. Examples of such factors include but are not limited to:

NYUNT - EEOC No. 100-2004-0921X
Interr. #9  Doc. Req #3

- The relatedness of candidates' overall education and experience backgrounds to the work of the position;

- The level of responsibility exercised and quality of work produced in previous jobs;

- Awards and other professional or academic recognition received;

- Specific professional accomplishments or a pattern of overall professional accomplishments and advancement to positions of greater responsibility;

- Recency of experience when current knowledge in a job-related area can be shown to have a bearing on qualifications;

- Traits related to quality of performance and versatility, such as initiative, willingness to take and follow instructions, reliability and dependability and interpersonal communication skills;

- The ability to contribute to the overall operating efficiency and effectiveness of the organization or work unit; and

- Quality of past performance in specific job-related functions.

Sources of information on which evaluations may be based include but are not limited to:

- Application forms;
- Reference checks;
- Examination results;
- Writing samples and voice auditions;
- Performance appraisals; and
- Interviews.

Written Documentation – To be acceptable, written documentation must:

- clearly establish the superior qualifications of the non-U.S. citizen candidate or employee;
- be based solely on job-related criteria; and
- be based on a full and fair evaluation of all candidates.  A full and fair evaluation normally includes a complete and objective evaluation of all available, pertinent application and performance documents and a personal interview when appropriate.

Approval of Actions

To obtain approval for selections, promotions, or retentions of non-U.S. citizens in the presence of U.S. citizen competitors, the selecting official will transmit the case file, along with written documentation in support of the proposed action, by memorandum through his or her division chief to the Chief, Operations Division, Office of Personnel (VOA/PO).  The Chief, VOA/PO will either (1) approve the proposed action and notify the selecting official and division chief, of (2) recommend disapproval and forward the case to the Director of Personnel (VOA/P).  The Director of Personnel may approve the proposed action or, jointly with the Director of Programs (VOA/B), disapprove the proposed action.

_____                                    _____
John S. Welch                                               Effective Date
Director of Personnel

**4**

# PART V-A PERSONNEL (DOMESTIC)
## 800 SPECIAL CATEGORIES OF PERSONNEL
### Last Updated: 03/01/99

Section 820
EMPLOYING NON-U.S. CITIZENS FOR DUTY IN THE UNITED STATES

821    Introduction
821.1 Purpose
821.2 Related Information
821.3 Authority


822 Policy
822.1 Employment and Promotion - Limitations
822.2 Termination
822.3 Security

823 Responsibilities
823.1 Office of Personnel
823.2 Non-U. S. Citizen Employees

824 Conditions of Employment
824.1 Conditions Applicable to all Non-U. S. Citizen Employees
824.2 Conditions Applicable to Excepted Appointments (GG)

825 Exchange Visitor Program G-1-120 (J-1 Visa)
825.1 Authority and Reference
825.2 Request for Waiver of the Two-Year Home-Country Physical Presence
Requirement
825.3 Review Board Criteria for Requests for Waiver
825.4 Offer of long-term employment
825.5 Change in Visa Status

826 Rotational Assignment (Voice of America)
826.1 Purpose
826.2 Designation of Rotational Positions
826.3 Rotational Assignment - Recruitment
826.4 Rotational Assignment - Expiration of Appointment

Section 820
EMPLOYING NON-U.S. CITIZENS FOR DUTY IN THE UNITED STATES

## 821 INTRODUCTION

821.1 Purpose - The following material prescribes Broadcasting's policies,
responsibilities, and procedures governing the employment in the United States of
non-U.S. citizens in positions which require (1) services related to the translation or
narration of colloquial speech in foreign languages; (2) the preparation and production of
foreign language programs; or (3) the selection, evaluation, editing, writing and
adaptation of source material for use in foreign language programming.

NYUNT - EEOC No. 100-2004-0921X
Interr. #9  Doc. Req #3

9/22/00 12:59 PM

**5**

821.2 <u>Related Information</u> - MOA V-B 870 prescribes procedures to be followed in overseas recruitment and hiring of non-U.S. citizens for duty in the United States.

821.3 <u>Authority</u> - The United States Information and Educational Exchange Act, P.L. 80-402, as amended, authorizes employment of non-U.S. citizens in the United States for the services described in 821.1 above when equally or better qualified U.S. citizens are not available.

## 822 POLICY

822.1 <u>Employment and Promotion - Limitations</u>

a. A non-U.S. citizen may be appointed only after reasonable efforts to recruit equally or better qualified U.S. citizens have been made and have been unsuccessful. A non-U.S. citizen may be employed or promoted only if no equally or better qualified U.S. citizen is available to perform the duties of the position. The determination as to whether a non-U.S. citizen is better qualified than a U.S. citizen will be based upon criteria established by Personnel to evaluate the qualifications of both citizens and non-citizens.

b. A non-U.S. citizen applicant will be required to qualify in the appropriate examination(s) and meet all other employment standards that apply to employment of U.S. citizens in such positions.

c. As a matter of Broadcasting policy, non-U.S. citizens will not be employed in or promoted to supervisory positions or positions which involve policy or program decision-making.

(1) Exceptions will be allowed only on an individual basis when the appropriate Office, or Service Head determines, with the concurrence of the Director of Personnel that the unavailability of an equally or better qualified U.S. citizen to perform such supervisory or managerial functions is not only significantly handicapping the ability of the Office, or Service to operate, but also is having an adverse impact on Broadcasting's mission.

(2) It is anticipated that positions for which an exception to the U.S. citizenship requirement would be considered will be graded no higher than the GS-13 grade level.

d. It is the policy of Broadcasting to have the terms of excepted (GG) appointments parallel the conditions of GS employment to the extent possible and practicable.

e. Under no circumstances will non-U.S. citizens be employed in circumvention of Immigration and Naturalization Service (INS), Department of Labor, or Department of State regulations.

f. When a non-U.S. citizen employed by Broadcasting becomes a U.S. citizen, the current excepted appointment will be terminated as soon as practicable and the employee may be offered a competitive service appointment if his/her performance and conduct are satisfactory, if he/she is within reach on the appropriate Office of Personnel Management (OPM) register or another legal basis for competitive appointment exists, and if he/she obtains the appropriate clearance of the Office of Security. If the individual is not selected for a competitive service appointment or other appointment under an authority for hiring

U.S. citizens, he or she will be separated from Broadcasting.

g. When an equally or better qualified U.S. citizen becomes available to fill a position occupied by a non-U.S. citizen, such U.S. citizen shall be employed as soon as practicable. (See 822.1a)

h. If a non-U.S. citizen is subject to displacement because an equally or better qualified U.S. citizen is available, his/her appointment will be terminated. The displaced non-U.S. citizen may be offered a new appointment to another position for which he/she is qualified if another position is available at the same or a lower grade level. If the position is at a lower grade level, and the higher-level position was held for a minimum of 90-days, the non-U.S. citizen will be placed at the salary level equivalent to his/her current salary, not to exceed the maximum range of the grade (i.e., step 10). If the displaced employee did not occupy the higher-level position for 90 days, salary will be set at step 1 of the grade or, if promoted from that grade, the step held immediately prior to the promotion to the higher-level position. The time spent at the higher level will be creditable for determination of WGI due date.

822.2 Termination - Non U.S.-citizen staff employees serve at the discretion of Broadcasting under the authority of P.L. 80-402, as amended. Accordingly, should such an employee's performance or conduct fall below an acceptable level, or if a need no longer exists for the employee's services, the employee's limited excepted appointment may be terminated at any time by the Director of Personnel . The employee will normally be given at least 30 days' advance notice prior to the effective date of termination.

822.3 Security

a. Official employee identification cards for limited access personnel will be issued by the Office of Security to non-U.S. citizen employees.

b. Non-U.S. citizen employees may not have access to classified material. Oral briefing is permitted on Secret, Confidential, and administratively controlled material, but not on material classified Top Secret.

c. Non-U.S. citizen employees may not be given responsibility for the opening or closing of bar-lock cabinets or safes containing classified or administratively controlled materials.

d. Safe combinations may not be made known to non-U.S. citizen employees.

823 RESPONSIBILITIES

823.1 Office of Personnel - is responsible for:

a. Assuring that a non-U.S. citizen is employed in a position covered by 821.1 of this section and only in the absence of available U.S. citizen candidates who are equally or better qualified than the non-citizen to perform the duties of the position.

b. Assuring that pre-employment processing, including approval of the Office of Security, of a non-U.S. citizen candidate is initiated only if the candidate's employment would be in accordance with the applicable regulations of the Departments of State and Labor and the Immigration and Naturalization Service.

**Personnel Handbook**
**for Managers and Supervisors**



---



Director of Personnel                    Director of VOA

1000-General Personnel Topics            August 15, 1986

The purpose of this Handbook Chapter is to cover personnel
topics which are not covered in other Handbook Chapters.

We recommend that each manager and supervisor carefully review
and be familiar with each of the sections of this Chapter.

| SECTION | TOPIC | PAGE |
|---|---|---|
| 1001 | Group Dismissals | 1001-1 |
| | Policy | 1001-1 |
| | Responsibilities of various offices | 1001-1 |
| | References | 1001-2 |
| | Guidelines | 1001-3 |
| | 1. Nonessential employees | 1001-3 |
| | 2. Essential employees | 1001-4 |
| | 3. Emergency situations | 1001-5 |
| | 4. Additional information | 1001-5 |
| | 5. Parking, food, and sleeping arrangements | 1001-5 |
| 1002 | Non-US Citizen Employment and Personnel Services | |
| | Authority | 1002-1 |
| | Policy | 1002-1 |
| | Responsibilities of various offices | 1002-1 |
| | References | 1002-4 |

NYUNT - EEOC No. 100-2004-0921X
Interr. #9  Doc. Req #3

**8**

August 15, 1986

**Guidelines**

1. <u>Recruitment</u>

   A. VOA/PO can assist managers and supervisors in recruiting non-U.S. citizen candidates both within the United States and overseas. Such services include:

      (1) Outreach programs to professional, educational, and ethnic organizations;

      (2) Extensive advertisement of vacancies, including the use of newspaper advertisements and participation at job fairs and professional conferences; and

      (3) Coordination and conduct of recruitment trips with managers and supervisors in the United States and overseas.

   B. In addition to and in conjunction with overseas recruitment trips, managers and supervisors, through VOA/PO, should coordinate closely with officers in USIA or State Department area desks and overseas posts. These officers can provide valuable information on the timing of recruitment activities, the most appropriate advertising sources, and consideration necessary to comply with local laws and customs.

      Routinely, posts will conduct tests overseas and forward completed test materials to VOA/PO; forward test results to overseas candidates after receipt from VOA/PO; and, after receiving notice of selection from VOA/PO, notify selected candidates of pre-employment requirements.

   C. If a non-U.S. citizen is selected, promoted or retained when a qualified U.S. citizen is available, the Deputy Director for Programs and the Director of Personnel must approve or deny the action with the concurrence of the Office Director, Division Chief, and Service Chief.

2. <u>Assignment of Responsibilities to Non-U.S. Citizens</u>

   A. Many of the non-U.S. citizens, who are essential members of VOA's staff, can and do contribute their editorial and leadership talents to the production of high quality VOA programming.

1002-6

9

August 15, 1986

B.  As a matter of Agency policy, non-U.S. citizen employees may not be employed in or promoted to supervisory positions or positions which involve policy or program decision-making unless an exception is approved by the Director of VOA with the concurrence of the Director of the Agency.

C.  However, this policy does not bar assignment of non-U.S. citizens to positions with editorial responsibility for planning, organizing, and coordinating preparation of assigned broadcast segments within programming and policy guidelines subject to the direction, guidance, and review of a higher-level official (e.g., Service Chief). Such responsibilities include:

   -  Selecting material for inclusion in broadcasts from sources such as house material and service originations approved at or above the level of the Service Chief;

   -  Participating in planning the coverage of events;

   -  Editing program materials for content, style, linguistic quality, balance, broadcast-area interest, and broadcast suitability; or

   -  Evaluating the effectiveness of broadcasts.

D.  Nor, does this policy bar assignment of non-U.S. citizens to positions with responsibility for providing technical guidance to other employees, such as responsibility for:

   -  Distributing work in accordance with employees' established duties, responsibilities, and work schedules;

   -  Assuring timely accomplishment of work;

   -  Amending or rejecting work which does not meet established standards;

   -  Making day-to-day adjustments in operations;

   -  Providing on-the-job training;

   -  Evaluating language and voice tests;

August 15, 1986

- Approving leave for a few hours or for emergencies in the absence of the supervisor;

- Providing advice to the Rating Officer, as requested, on the appraisal of an employee's performance; or

- Providing advice to the supervisor, as requested, on awards, promotions, and other personnel matters.

E. As with any particularly important and sensitive position, managers and supervisors responsible for regional language broadcasts should be especially careful in making selections for positions with editorial responsibilities and overseeing the performance of those responsibilities.

F. In applying these guidelines, it must be recognized that decisions on long-range program goals, programming or policy guidelines, general program content, and other policy issues are made by the Division Chiefs and the Director, VOA/BR. Likewise, administrative supervisory authority such as completing performance appraisals as a rating officer; assigning duties, responsibilities, and work schedules to employees; initiating personnel or disciplinary actions; or adjusting grievances is exercised by Service Chiefs along with other supervisors and managers.

G. There may be some existing GS-13 positions below the Service Chief level to which non-U.S. citizens could be appointed or promoted in accordance with these guidelines. However, classification of editor positions to GS-13 is based primarily on the length of the broadcast segment for which the editor is responsible and the inherent complexities of longer segments. Therefore, we do not expect to upgrade existing GS-12 editor positions to GS-13 or create new GS-13 editor positions.

H. These guidelines have no effect on the requirement that any non-U.S. citizens selected in the presence of a qualified U.S. citizen(s) be better qualified than the U.S. citizen(s).

## NON-U.S. CITIZEN SELECTION

In accordance with the established guidelines, a non-U.S. citizen may be appointed, reassigned or promoted to a vacant position* only in the absence of any available suitably qualified U.S. citizen. The Agency has interpreted the term "suitably qualified" to mean "equally or better qualified." If there is a qualified U.S. citizen available for a vacant position, a non-U.S. citizen may not be appointed, reassigned or promoted to the position until and unless the selecting official provides a written memorandum justifying that the non-U.S. citizen is better qualified than any available U.S. citizen and obtains approval from the Office of Personnel.

**Written Justification May Be Based On But Not Limited To the Following:**
- The relatedness of candidates' overall education and experience backgrounds to the work of the position.

- The level of responsibility exercised and quality of work produced in previous job.

- Awards and other professional or academic recognition received.

- Specific professional accomplishments or a pattern of overall professional accomplishments and advancement to positions of greater responsibility.

- Recency of experience when current knowledge in a job-related area can be shown to have a bearing on qualifications.

- Traits related to quality of performance and versatility, such as initiative, willingness to take and follow instructions, reliability and dependability and interpersonal communication skills.

- The ability to contribute to the overall operating efficiency and effectiveness of the organization or work unit.

- Quality of past performance in specific job-related functions.

**Sources For Consideration Include But Are Not Limited To the Following:**
- Application forms

- Reference checks

- Examination results

- Writing samples and voice auditions

- Performance appraisals

- Interviews

NYUNT - EEOC No. 100-2004-0921X
Interr. #9  Doc. Req #3

*12*

### To Be Acceptable, A Written Justification Must:

- Clearly establish that the non-U.S. citizen is better qualified

- Be based solely on job-related criteria

- Be based on a full and fair evaluation of all candidates. A full and fair evaluation normally includes a complete and objective evaluation of all available, pertinent application and performance documents and a personal interview when appropriate

### For Merit Promotion Selection:

Selecting official may select for reassignment or promotion a non-U.S. citizen without a written justification when there are no qualified U.S. citizens available. Otherwise, the selecting official must provide a written memorandum justifying that the non-U.S. citizen is better qualified than the U.S. citizen to be cleared by the Division Director and the Chief, Personnel Operations Division (B/PA/PO). The Chief, Personnel Operations Division, will either (1) approve the proposed action and notify the selecting official, or (2) recommend disapproval and forward the case to the Director of Personnel (B/PA). The Director of Personnel may approve the proposed action or, jointly with the Director of VOA (B/VOA), disapprove the proposed action.

### For Delegated Examining Unit (DEU) Selection:

Selecting official may select for appointment a non-U.S. citizen without a written justification when there are no qualified U.S. citizens available. Otherwise, the selecting official must provide a written memorandum justifying that the non-U.S. citizen is better qualified than the U.S. citizen to be cleared by the Division Director and the Chief, Personnel Operations Division (B/PA/PO). The Chief, Personnel Operations Division, will either (1) approve the proposed action and notify the selecting official, or (2) recommend disapproval and forward the case to the Director of Personnel (B/PA). The Director of Personnel may approve the proposed action or, jointly with the Director of VOA (B/VOA), disapprove the proposed action.

### For a Supervisory Position:

As a matter of Agency policy, non-U.S. citizens will not be employed in or promoted to supervisory positions or positions which involve policy or program decision-making. Exceptions will be allowed only on an individual basis when the Bureau Director determines, with the concurrence of the Agency Director, that the unavailability of an equally or better qualified U.S. citizen to perform such supervisory or managerial functions is not only significantly handicapping the ability of the Bureau, Office, or Service to operate, but also is having an adverse impact on the Agency's mission. In order to make an exception, the selecting official must prepare a written memorandum justifying the reasons for the selection to be cleared by the Director of VOA (B/VOA), the Bureau Director (B) and the Agency Director.

*There are limits on the types of positions in which non-U.S. citizens may be employed under these provisions. See 22 U.S.C. 1474.

GUIDELINES FOR SUPERVISORS AND MANAGERS
IN THE SELECTION AND HIRING PROCESS

<u>CERTIFICATES OF ELIGIBLES</u>

Depending on how the vacancy announcement was advertised, the selecting official will receive one or more certificates of eligibles from which to make a selection.  These certificates may include:

1.  A <u>promotion certificate</u>, on which all the candidates are eligible for promotion to the grade level(s) of the advertised position;

2.  A <u>non-competitive certificate</u>, on which the candidates are eligible for reinstatement, reassignment, change-to-lower-grade, lateral transfer to a position with no greater promotion potential than their current or previously held position;

3.  Or a <u>Delegated Examining Unit (DEU) certificate</u> for non-status candidates and status candidates competing as non-status candidates who are qualified for the advertised position.

<u>INTERVIEWS</u>

Requirements for interviews differ for Bargaining Unit and Non-Bargaining Unit positions.  <u>Bargaining Unit</u> positions are those positions that are part of a union bargaining unit that must be filled following the procedures negotiated in the contract between Management and union officials.  <u>Non-Bargaining Unit</u> positions are those positions defined in Title VII of the Civil Service Reform Act as supervisors, management officials, confidential employees, etc.

(See Attachment A – "Illegal and Legal Interview Subjects" and Attachment B – "Guidance for Conducting Effective Interviews and Reference Checks".)

> <u>Bargaining Unit Promotion Certificate</u> – The selecting official **must** interview all available Agency employees eligible for promotion whose names appear on the selection certificates (unless the selecting official does not interview any candidates for promotion at a particular grade level or no selection is made from the certificate).

*14*

-2-

<u>Bargaining Unit Non-Competitive Certificate</u> - Interviews are optional.  The selecting official may interview some, all, or no candidates at his or her discretion.

<u>Non-Bargaining Unit Promotion Certificate</u> - Interviews are optional.  However, if the selecting official interviews one candidate on the certificate, then he or she **must** interview all candidates on that certificate.

<u>Non-Bargaining Unit Non-Competitive Certificate</u> - Interviews are optional.  However, if the selecting official interviews one candidate on the certificate, then he or she **must** interview all candidates on that certificate.

<u>DEU Certificate</u> - Interviews are optional.  The selecting official may interview some, all, or no candidates at his or her discretion.  However, when making a selection from a DEU certificate, veteran preference and the "rule of three" must be applied.  The selecting official generally must choose from among the top three available qualified candidates.  Therefore, a selecting official should keep this in mind when choosing those candidates to interview.

Should he or she wish to select a non-U.S. citizen over a citizen, the selecting official will need to get approval from the Office of Personnel.

When selecting from a DEU certificate of eligibles, a selecting official must select from the three highest ranked eligibles available for appointment.  The selecting official may "pass over" a veteran or the top three highest ranking eligibles when there is adequate documented justification that a candidate does not meet the qualifications or medical or suitability requirements of the position to be filled.

<u>REFERENCE CHECKS</u>

Once a selecting official identifies a candidate in which he or she is interested, the next step is to conduct reference checks.  The selecting official needs to complete at least two and preferably three reference checks in order to verify with current and former employers the candidate's work performance and conduct.  Two of these reference checks must be from current and former supervisors. (See Attachment B - "Guidance for Conducting Effective Interviews and Reference Checks" and Attachment C - "Reference Checklist.)

15

-3-

## JUSTIFICATION FOR SELECTION OF NON-VETERAN OVER A VETERAN

**If** a selecting official wishes to select a non-veteran over a veteran with a higher score from a DEU certificate, he or she must provide a memo of justification to the Office of Personnel documenting the reasons. The letters CPS, CP, XP, or TP following their scores identify veterans preference on the DEU certificate. Reasons for "passing over" or "objecting" to a veteran could include qualification or suitability reasons, physical or mental unfitness, or another type of reason that would be considered sufficient to sustain an objection to an individual.

## JUSTIFICATION FOR SELECTION OF A NON-U.S. CITIZEN OVER A U.S. CITIZEN

**If** a selecting official wishes to select a non-U.S. citizen over a U.S. citizen from a DEU certificate for a position where non-U.S. citizens may legally be appointed (broadcasting positions requiring proficiency in a language other than English), he or she must provide a memo of justification to the Office of Personnel documenting the reasons why the non-U.S. citizen is better qualified than the U.S. citizen. To be acceptable, such documentation must clearly establish the superior qualifications of the non-U.S. citizen candidate; be based solely on job-related criteria; and be based on a full and fair evaluation of all candidates.

## SUITABILITY DETERMINATION

**Once** a non-Agency candidate has been selected and the selecting official receives favorable reference checks, the Office of Personnel will send security forms to the candidate. Once the candidate has filled out the forms and if the security forms are complete, accurate, and contain no derogatory information, the Office of Personnel will make a suitability determination with the concurrence from the selecting official.

However, if the security forms show any derogatory information; if the candidate was born in what the Office of Security has designated as "high threat level" countries; or if the candidate is currently working as a Purchase Order Vendor (POV), the Office of Security must issue a security clearance before appointing the candidate.

16

-4-

## NOTIFICATION TO THE OFFICE DIRECTOR OF SELECTION

For supervisory positions at the GS-13 level and above and for all non-supervisory positions at the GS-14 level and above, the selecting official <u>must</u> obtain the approval of the Office Director and inform the Director of IBB of the selection in writing.

## ADVANCED-IN-HIRE

**If** a new appointee possesses superior qualifications and the selecting official wishes to hire him or her above the step one, the selecting official submits an advanced-in-hire memo justifying these qualifications to the Director of Personnel for approval. The following supporting documentation must be included in the justification package: pay stubs or income tax returns which verify current salary, position description, vacancy announcement, and a copy of the candidate's application.

## JUSTIFICATION TO SELECT A NON-U.S. CITIZEN OVER A U.S. CITIZEN FOR SUPERVISORY POSITIONS

If the selecting official wishes to select a non-U.S. citizen over a U.S. citizen for a supervisory position or a position that involves policy or program decision-making, he or she must prepare a justification memo documenting the reasons for the selection. Exceptions will be allowed only on an individual basis when the Bureau Director determines, with the concurrence of the Director of the Agency, that the unavailability or an equally or better qualified U.S. citizen to perform such supervisory or managerial functions is not only significantly handicapping the ability of the Bureau, Office, or Service to operate, but also is having an adverse impact on the Agency's mission.

## JOB OFFER

If a current **agency employee** is selected for the position, and <u>all the necessary approvals have been obtained</u>, the selecting official should call the candidate and offer him or her the position. If he or she accepts, the selecting official notifies the Office of Personnel who will obtain a release date for the employee to enter on duty. The selecting official **must** notify all candidates he or she interviewed and did not select, either verbally or in writing. The selecting official can then announce the selection to the rest of his or her staff if he or she wishes to do so.

17

-5-

If an **outside candidate** is selected for the position, once a suitability determination is made and <u>all required approvals have been obtained</u>, the selecting official should call the candidate and formally offer him or her the position.  If he or she accepts, the Office of Personnel will prepare the formal offer letter to that effect.  In addition, the selecting official **must** notify all applicants he or she interviewed and did not select, either verbally or in writing.  The selecting official can then announce the selection to the rest of his or her staff if he or she wishes to do so.

Please call your Personnel Specialist on 619-3117 if you have any questions.

18

## GUIDELINES FOR CONDUCTING INTERVIEWS

### (TO BE ADDED TO GUIDELINES FOR SUPERVISORS AND MANAGERS IN THE SELECTION AND HIRING PROCESS)

Selecting Officials are encouraged to use interview panels, usually consisting of three members, to assist and advise them in making selections, especially for supervisory and GS-13 and above positions.

Selecting Officials should consider the following factors in choosing members of interview panels:

- Subject matter experience and expertise.
- Added perspectives, e.g., a person who will be a customer or client of the selectee.
- Diversity - different races, genders and national origins.
- Grade Level - normally panel members should be at least equal to the grade of the position being filled.
- Judgment - ensure you have confidence in the objectivity and judgment of panel members, in their ability to make decisions based on the qualifications of the position being filled, the needs of Agency and Merit System and Equal Employment Opportunity principles.
- Conflict of Interest - perspective panel members should also be asked whether they see a conflict of interest, or the possible appearance of such a conflict, in serving on the panel, e.g., current or previous supervisory relationship with one of the candidates or prior EEO activity involving one of the candidates.

Selecting Officials are encouraged to include themselves on the Interview Panel. An exception might be situations in which the Selecting Official wishes to use an interview panel to identify a narrower group of the most qualified candidates on a Selection Certificate which lists several candidates. An alternative to using an Interview Panel for this purpose, would be to request the Office of Personnel to provide a shorter list of the candidates determined to be the Best Qualified candidates through the rating and ranking process using a Ranking Panel or other appropriate means.

Selecting Officials should share the following with panel members as part of their instructions:

- Position Description,
- Vacancy Announcement,
- These guidelines,
- Guidance for Conducting Effective Interviews and Reference Checks, and
- Illegal and Legal Interview Subjects

Prior to the interviews, he or she should review the requirements of the position with panel members and share particular views regarding the skills, knowledges, abilities and other job-related attributes required for success in the position.

Questions should be developed in writing in advance and each candidate should be asked the same questions. The documents cited above, Guidance for Conducting Effective Interviews zmd Reference Checks and Illegal and Legal Interview Subjects provide advice on developing such questions and the Office of Personnel can provide additional assistance in developing interview questions.

Panel members generally are encouraged to make notes during the interviews or immediately after the interviews as appropriate to assist them in the deliberation process. These notes will also prove helpful in reconstructing and defending the selection and selection process should the process be challenged or be subject to litigation. Such notes may be informal and consist of very brief notations.

Personal notes jotted down during an interview may be discarded if a member prepares more complete notes immediately afterwards, but otherwise notes, which are subject to discovery in the event of subsequent litigation, should be preserved for at least three years from the date of the interview. Panel members are encouraged to provide the Office of Personnel their notes or copies of their notes for this purpose.

The Office of Personnel will maintain such notes along with a copy of written interview questions, any rating sheets and these guidelines with the records of the Selection for a period prescribed in the relevant regulations. [Should M/P have questions concerning any of the notes, it may request written clarification from the panel member].

The Office of Personnel can answer questions and provide additional advice and assistance with the interview process.


S:dirpers/Hiring Process, June 3, 2004

*20*

GUIDANCE FOR CONDUCTING EFFECTIVE
RECRUITMENT, INTERVIEWS AD REFERENCE CHECKS

A. <u>Introduction</u>.  Interviews and reference checks are key elements in the selection process which normally occur toward the end of the process and lead directly to the appointment of a new employee or the promotion of a current staff member.  The foundations of effective interviews and reference checks, however, are formed much earlier in the selection process, when you first begin to take action to recruit for the position. The following guidance, therefore, starts with an overview of the recruitment stage, and then proceeds to cover interviews and reference checks.

B. <u>Recruitment</u>

1. Review the specific job duties and responsibilities, including reporting relationships, decision-making roles, and working conditions for the position you seek to fill.  If you do not have direct, day-to-day knowledge of the job, you may wish to consult the current incumbent (if any), the immediate supervisor of the position, or a person holding an identical position in the same organization.  Compare the results of your review with the official, written position description, noting any significant differences.  If there are significant differences, consult the Office of Personnel (B/PA/PO) to determine how the changes should be reflected in the position description and what effect the changes may have on your filling the job.  Major changes in duties and responsibilities can change the qualification requirements significantly as well as the pay level of the position.

2. Using the job duties and written position description (as amended, if appropriate) as guides, determine the knowledge and ability needed to perform the duties successfully.  Consider not only what you need to carry out the  major job tasks, but also any personal traits and characteristics associated with high-quality work and organizational goals.  Such traits and characteristics may include ability to get along with co-workers, management, and subordinates; initiative; creativity and imagination; temperament; and responsiveness.

In addition to what you expect from the person or job today, consider also what you expect the candidate to be doing five, and even ten years down the road.  If the position is to be filled at a level below the full-performance level (a career-ladder position), consider that knowledge and ability which will be needed at the full-performance level and the potential a candidate will need to exhibit now in order to acquire the skills needed to advance at the rate and to the level expected.  If the position is in an occupation, or group of occupations, the incumbents of which tend naturally to form a major source of recruitment for senior supervisory or managerial positions, consider that knowledge and ability needed in the senior positions and the potential a candidate should exhibit now in order to develop, over a period of years and in a number of different assignments, the skills expected of strong candidates for the senior positions.

- 2 -

3. Assess and determine the value of education and work experience most likely to equip the candidate with the necessary knowledge and ability. Education and experience predictors often are not useful in determining candidate possession of some factors, such as personal traits and characteristics. These are best assessed in interviews and reference checks.

4. Determine the most likely sources of suitable candidates.

5. Publicize the opening by means appropriate to the likely sources of candidates. Be sure to describe the position duties, qualification requirements, and working conditions clearly in the announcement, advertisement, or other posting.

C. Interviews

Once qualified candidates have been identified through the recruitment process, the next step normally will be the interview. Face-to-face interviews of all highly qualified candidates always is preferred; however, the time and expense involved may often require a more practical approach. In such cases, the preferred second option is the interview by telephone, followed by reference checks, and an in-person interview only for the one or two finalist candidates. Only in the rarest budgetary or operational emergency should a final offer of employment be extended without benefit of a face-to-face interview.

You should prepare for an interview just as would for any other important business meeting. Proper preparation will result in a smoother, more effective discussion and ensure selection of the best available candidate. Ten minutes before the interview is not the time to begin preparation. Adequate time should be scheduled before, during, and after the interview if this tool is to be used effectively. Schedule sufficient time in advance to plan the interview; review the application or resume; conduct the interview; and write-up the results.

1. Plan the interview.

   a. Examine your overall objectives, short- and long-term. What are the organization's goals? What is the work atmosphere? What kind of employee does the organization wish to hire?

   b. Plan your basic questions. Rely on the job analysis you conducted when planning recruitment for the position as a foundation for the interview.

      (1) Develop a list of about a half-dozen general questions formulated to determine whether the candidate possesses the skills required. Once you get into the interview, other questions will logically follow from the candidate's responses.

- 3 -

(2) Avoid developing an extensive list of detailed questions since this tends to result in a stiff, formalized meeting in which little is learned about the candidate's overall preparation and potential in the position.

(3) Form your questions to draw out full, informative responses. For example, you will learn less by asking -- Do you do X, Y, and Z in you current job?, than by asking -- Would you please describe a typical day (or week) in your current job?

c. Plan an appropriate environment.

(1) Plan to ensure sufficient privacy so that the candidate may talk freely. If the interview is to be by phone (especially if the candidate is to be called at work), plan to ask the candidate directly if he or she is in a private area and free to speak without being overheard.

(2) Plan for a minimum number of distractions such as your phone ringing, people walking into your office, and your own distraction as you think about your own workload. If by phone, ensure that the candidate is similarly free from distractions.

(3) Plan to ensure the applicant is comfortable. VOA offices do not call to mind high-priced hotel suites, but a neat, pleasant setting will put the candidate at ease, as will your behavior and general approach to the interview.

d. Final, pre-interview checklist. Having analyzed the position for recruitment, planned the interview, and reviewed the applications or resumes, it is a good idea to review briefly the steps you have taken to ensure that you are fully prepared. Just prior to each interview, check your knowledge of:

(1) The overall organizational goals as they relate to the position;

(2) The duties and responsibilities of the position;

(3) The knowledge and ability needed to perform successfully in the position, including appropriate personal traits and characteristics;

(4) What will be expected of the candidate five or ten years from now, and what potential I should look for now to ensure those expectations can be met;

(5) What education and experience backgrounds are the most likely indicators of success on the job;

(6) The type of individual who will be most compatible with the job;

23

- 4 -

(7) The reporting relationships which exist with respect to the available position;

(8) The work environment in terms of working conditions, locations, required travel, and schedule;

(9) The salary range of the position and the pay-setting policies and practices of VOA;

(10) The position's growth opportunities; and

(11) The next steps in the appointment process; for instance, if selected, will the candidate be offered a position immediately or placed on a "register" for appointment to vacancies as they arise; does any final selection need to be affirmed by outside authority such as OPM or BEX (Board of Examiners); or is there a lengthy security clearance process?

Then, be sure that you have:

(1) Thoroughly reviewed the application or resume and identified questions arising from the review for specific follow-up in the interview;

(2) Allowed sufficient time for the interview;

(3) Arranged for the interview to be conducted as privately and as comfortably and as free of distraction as possible; and

(4) Planned the basic questions to be asked in the interview, assuring that they are formulated to elicit informative responses related to the position requirements.

2. Review the application and/or resume.  This review will refresh your memory of the candidate's credentials, background, and qualifications and identify additional questions for specific follow-up during the interview.  Take notes to assure coverage during the interview.

Specific areas of attention should include:

- Overall appearance;

- Blanks or omissions (if application form);

- Gaps or overlaps in time;

24

- 5 -

   - References, including current addresses and phone numbers and an
     indication as to whether the current and former supervisors may be
     contacted;

   - Inconsistencies;

   - Frequency of job changes/reasons for leaving previous jobs; and

   - Salary history and requirements.

   - Availability for duty locations, travel, shift work or other
     applicable working condition.

3. Conduct the interview.  There is no one way to conduct an interview.
You should develop a format with which you feel comfortable, reflects
your personal style and approach, and is practical in that it includes
all the necessary components of an interview.  These components are:

   - Asking the candidate questions about his or her education and
     experience background as it relates to the job requirements;

   - Providing information about the job;

   - Selling the organization in terms of its challenging and rewarding
     work, salary and benefits, growth opportunities, etc.;

   - Allowing the candidate to ask questions; and

   - Telling the candidate what will happen following the interview.

The following general guidelines should be considered in deciding what
format and style you will use.

a. Job information.  Many interviewers feel it is best to begin the
interview by providing the candidate with information about the job
before asking any questions.  By doing this you assure coverage of
important items, help to control time, and, since you are doing most
of the talking, help put the candidate at ease.  In providing job
information, however, interviewers should be careful not to give so
much information about the job and the kind of person sought that the
candidate is lead to frame his or her interview responses to fit the
ideal described.

b. Establishing rapport.  While some interviewers like to jump into the
core of the interview cold, many prefer to take 30 seconds or so to
break the ice by opening with a question about the weather or the
day's traffic.  This kind of lead-in, even though not particularly
creative, typically results in relaxing the candidate and preparing
him or her to discuss more serious and controversial subjects.  If a
candidate still appears uneasy after a minute or two of such small
talk, more will not improve the situation.  Ask your first question.

**25**

- 6 -

c. The first question.  If you're not sure exactly where to start with the core of the interview, open up with a broad question such as, "Would you please describe a typical day (or week) in your current position?"  The response will provide specific avenues for follow-up.  This approach can be taken too far, however.  For example an opening question such as, "Please tell me about yourself?" is so broad that the candidate will not know where to begin and you will quickly have to interject other questions to focus the candidate's response.

d. Listening.  In order for the interview to be an effective tool, the interviewer must concentrate on listening.  The following guidelines may help you get the most out of an interview.

(1) Talk less, listen more.  Interviewers too often spend too much time doing the talking.  When you are talking you're not learning anything.  As a general rule, limit your own talking to no more than one third of the total interview time.

(2) Summarize periodically.  Candidates do not always provide complete answers all at one time, making it necessary for you to bring the pieces together.  To do this, you may have to stop periodically and summarize.  For example, you may need to say something like, "Let me make certain I understand what you have done in this area.  You weren't directly responsible for running the department, but during the 25% of the time your boss was away, you were responsible.  Is this correct?"  The candidate may provide a response such as, "Yes, essentially.  But if there were any problems, it was up to me to contact the boss and find out what to do."  By summarizing and following up, in this case, you now understand the scope and extent of the candidate's responsibility.

(3) Overcome distractions.  In addition to phones ringing and other normal office activity that may be going on around you, it is easy to become distracted by a candidate who simply does not command verbal skills sufficient to hold your attention.  If the job requires effective oral communication skills, carefully note the candidate's deficiencies in this area.  If the job does not require such skills, try to cut through the ineffective manner of communication and concentrate on what the candidate is saying.

(4) Think ahead.  You can think a lot faster than you can speak.  You also can listen attentively to what is being said and think ahead at the same time.  Use this time to:

   - Prepare your next question;

   - Analyze what the candidate is saying;

– 7 –

    – Glance down at the application or resume to verify
      information;

    – Consider how the candidate's background relates to the job
      requirements; and

    – Take notes.

(5) Take notes.  Note taking does not preclude effective listening.
Take down key words and ideas during the interview then,
<u>immediately</u> after the interview, develop your notes more fully.

e. Types of interview questions.

(1) Closed-ended questions.  These questions are intended to elicit a
response within a specific and limited range such as yes/no,
true/false, or a/b/c.  They have limited use in a interview and
normally should be used only at the outset of the interview to
determine specific information such as the candidate's salary
requirements.

(2) Probing questions.  These questions allow the interviewer to
delve deeper for needed information and include such
interrogatives as:

    – Why?

    – What caused that?

    – Who else was involved?

This type of question is particularly useful in summarizing and
following-up.

(3) Hypothetical questions.  These questions frequently allow the
interviewer to obtain good information about a candidate's
reasoning ability and thought process, and include such questions
as:

    – What would you do if . . . ?

    – How would you handle . . . ?

(4) Leading questions.  Avoid asking questions which convey the
response you are looking for such as, "Don't you agree that most
workers need to be watched very carefully?"  You will learn
nothing from this kind of question.

27

- 8 -

(5) Loaded questions. Avoid asking questions that force the
    candidate to choose between undesirable alternatives such as,
    "Are you the union-organizing type or are you antiunion?" Loaded
    questions will not elicit any valuable or valid information about
    a candidate.

(6) Open-ended questions. These can be described as questions which
    cannot be answered by yes or no and are clearly the most
    effective questions that an interviewer can ask. They yield the
    greatest amount of information and allow the candidate latitude
    in responding. They also permit the interviewer to assess oral
    communication skills and provide information from which
    interviewers can build additional questions.

    In forming open-ended questions, it is important to note that any
    question that can be answered by a yes or no can be converted to
    an open-ended question. For example, "Did you like your last
    job?" can be converted to, "What did you like about your last
    job? Also, it is important not to go too far with open-ended
    questions. For example, when speaking to a candidate with 20
    years of experience, don't ask, "Would you please describe your
    work history?" ask, "Would you please describe your work
    experience over the last three years?"

    Some examples of open-ended questions which are likely to elicit
    useful responses are:

    - What were your favorite and least-favorite subjects in
      college? Why?

    - What is your description of an ideal manager? Subordinate?
      Co-worker?

    - What kind of people do you find it difficult/easy to work
      with? Why?

    - Describe a situation in your last job involving pressure?
      How did you handle it?

    - How do you feel about relocation? Are there any places to
      which you would not be willing to relocate?

    - How do you approach tasks you dislike?

    - What has been the most frustrating situation you have
      encountered in your career to date?

    - How do you manage your time?

    - Please give me some examples of decisions you have made on
      the job. What were the ramifications of these decisions?

28

- 9 -

As you can see from the examples provided, these questions require the candidate to organize and deliver thoughtful, informative responses allowing the interviewer to assess the candidate's specific job skills as well as his or her basic approach and attitude, analytical and communication skills, interests, and aptitudes.

f. Some pitfalls to avoid.  Try to avoid:

- Interrupting the candidate as long as he or she is saying something relevant;

- Agreeing or disagreeing with the candidate; instead, express interest and understanding;

- Use of terminology with which the candidate is unlikely to be familiar;

- Reading the application or resume back to the candidate;

- Comparison with the incumbent of the position, previous employees, yourself, or other candidates;

- Asking two or more unrelated questions in one breath;

- Talking down to a candidate;

- Talking about yourself; and

- Trying to duplicate someone else's interviewing style.

g. Closing the interview.  Once you have:

- Asked enough questions about the candidate's education and experience to determine fitness for the job;

- Adequately described the position and organization;

- Discussed salary, benefits, growth opportunities and expectations, and related topics; and

- Allowed the candidate to ask questions;

you are ready to make any closing remarks, tell the candidate what to expect next, and end the meeting.

29

- 10 -

4. Write up the results.  A good write-up of your interview notes
   immediately after the interview will help you decide among candidates
   later, assist you in supporting your selection or recommendation, and,
   for the selectee, provide a useful record against which you may test
   your pre-employment conclusions about the candidate against actual
   performance.

While the final selection decision always will rely to a large extent on
extrapolations from facts, judgment, and intuition, this is not the time
to draw conclusions.  Stick to the facts as you observed them in the
interview.  In taking notes:

  a. Avoid subjective language.  An interview note such as, "The candidate
     had a bad attitude.", is overly subjective and does not record
     anything factual about the candidate's fitness for the job.  Clearly,
     no candidate is going to say in an interview, "Listen, I have a very
     bad attitude toward my work and my superiors.", but he or she may
     well say something which leads the interviewer to make such a note.
     Instead of subjectively describing a conclusion, record what was
     said, such as, "In describing what he disliked about his current job,
     the candidate stated that the overtime demands of the job interfered
     with his outside interests."  If the job you are trying to fill
     requires frequent overtime work, this record of fact is far more
     useful than the "attitude" comment.

  b. Avoid recording opinions.  Overly broad, subjective, summarizing
     statements such as, "I feel Ms. Jones would make an excellent
     technician." do not refer to anything factual or specifically
     job-related.

  c. Refer to job-related facts.  Using as guides the official, written
     position description and the required knowledge and ability derived
     from your review of the job duties will help you to avoid recording
     information which is not relevant to the candidate's fitness for the
     position.

D. Reference Checks.

The first step in the final selection process is checking the references of
the candidates still under serious consideration for the position.  In
checking references, focus on previous employers.  Depending on the
requirements of the job, you also may want to verify educational
credentials.  Personal references almost never have any merit although they
occasionally may be useful in supplementing other character or professional
references.

  1. Guidelines.  The following general rules and guidance are applicable to
     the conduct of reference checks.

30

– 11 –

a. Conduct checks in a uniform manner; that is, use the same basic approach for all candidates whose references you check and make decisions on whose references will be checked and whose not checked based strictly on job-related reasons.

b. If a candidate is rejected because of negative information obtained though a reference check, be prepared to document the job-related reason.

c. If while doing a reference check, you learn that a candidate has filed an EEO charge or a grievance, it is illegal to refuse to hire the candidate on that basis.

d. If the application form does not contain a statement by the candidate giving you permission to contact his or her current or former employer, obtain this permission before contacting the references. This permission often can be obtained during the interview.

e. Carefully question the validity of comments made by former employers. It is not uncommon for employers to express negative feelings toward a good employee who resigned for a better position. Also, employees fired for poor performance sometimes work out a deal with their former employers ensuring positive reference checks. Seek objective statements regarding job performance.

f. If possible, check with a minimum of two previous employers to ensure neither a positive or a negative bias. This also may help you to discern patterns in an individual's work habits.

g. Reference checks should, whenever possible, be conducted by the person who interviewed the candidate.

h. Do not automatically assume that a reported personality clash is the fault of the candidate. Similarly, having been fired does not necessarily mean that a candidate is a bad risk. People encounter difficulties at work or are fired for many different reasons -- get an explanation.

i. Before you reach a decision to drop a candidate from further consideration based on negative information obtained in a reference check, contact the candidate and give him or her an opportunity to explain and provide other points of contact to support the explanations.

2. References conducted by mail. Generally, references conducted by mail are of little value except in verifying specific facts about a candidate's work history such as salary, position title, and dates of employment. The major drawbacks of written reference checks include:

a. They take too much time. Good candidates may well have found other jobs in the two or three weeks it likely will take to receive replies;

- 12 -

b. Even if addressed to a specific supervisory official, written references often are answered by officials in the personnel office based on material in the candidate's file; and

c. Even if the query gets to the right individual, the responses you receive will tend to be of limited value -- you are not there to direct the responses into productive areas or ask follow-up questions.

3. Telephone reference checks.  These generally are the most useful and quickest means of attaining information about a candidate's experience. In addition to the general rules and guidance applicable to all reference checks, the following apply specifically to checks by telephone.

a. Conducting telephone reference checks is much like conducting an interview.  The most useful results can be expected by taking the same general approach, stressing such things as proper preparation, active listening, encouraging the other person to do most of the talking, and open-ended or other appropriate questions tailored to elicit full, revealing responses.

b. While a form may be useful in recording the results of an interview, it is absolutely necessary for reference checks.  Develop the form in advance using as guides all the basic information you now have such as the official position description, job-related knowledge and ability, application or resume, interview notes, etc.  Suggestions for developing a useful form include:

(1) Provide, in fill-in-the-blank format, for entry of basic data such as the applicant's name; person and phone number contacted; organization contacted and location; position title, series, and grade of the position to be filled; and the name of the person conducting the check and the date conducted.

(2) Include a general opening line to prompt you and to get started on the right foot.  Depending on the job, you may want to start out with something like -- This is Mr./Ms. Smith of the Voice of America and I am conducting a reference check on your current/former employee, Mr./Ms. Jones.  Mr./Ms. Jones has applied for a position with the Voice of America.  He/she has listed you as a former supervisor and has authorized us to conduct a reference check.  I would appreciate your assistance in verifying and providing information regarding his/her work performance.

(3) It is often useful to structure the first few questions to verify specific information you have learned from the application or resume and the interview.  This is a necessary part of an effective reference check and doing it first also helps the person contacted to recall the candidate and collect thoughts on his/her work.  Before placing the call, record on the form such basic data as when and where the person worked; salary; position

**32**

- 13 -

title and basic duties; and reason for leaving. Go over this information, note whether it is verified or not verified, and if not verified ask for an explanation or follow-up.

(4) Now that you've introduced the subject, list your core questions, leaving plenty of room for recording the responses. Open-ended questions likely to draw out full, informative responses which could be used include:

- How would you evaluate his/her overall work performance?

- What were his/her greatest strengths?

- What were the areas in which he/she required improvement and/or additional training?

- What made him/her an effective supervisor or manager?

- How did he/she handle job-related situations involving pressure?  Difficult tasks?

- How would you describe his/her management style? Decision-making style?

- Please provide an example of the type of decision he/she commonly made on the job and the results of the decision?

- How effectively did he/she handle meeting deadlines?

- How did he/she generally respond to new assignments?

- How effectively did he/she interact with peers?  Senior management?  Subordinates?

- This job calls for ability to _____.  What experience did he/she have in doing this?  (Note:  Repeat this question as necessary to cover major job duties and responsibilities.)

- Would you rehire him/her?

- Is there anything else we should know about his/her work performance?

2544S

## JUSTIFICATION

I am Khin Maung Htay who has recently been appointed as VOA Burmese Service chief. My departure from the position of International Radio Broadcaster rendered a vacancy in the Service which, in turn, created a shortfall in quality programming.  In order to bring back to a minimal workable level of staff strength in the Burmese Service, it is vital that a GS-12 position be filled as soon as possible and, to the best of my knowledge, this vacancy is a funded vacancy.

Khin Maung Htay
Chief
Burmese Service

**Subject:** Burmese IRB KSA
**Date:** Tue, 04 Feb 2003 15:21:15 -0500
**From:** "Jay Henderson" <jhenders@VOANews.COM>
**Organization:** Voice of America
**To:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>

of the KSA for one of the two positions should call for someone with
following qualifications:

~~ative~~ burmese language with fluent english (both written and spoken) ✓SCREEN OUT FACTOR

~~ble~~ to file news stories in both burmese and english (in both script voice form)    *away*   H.Q.

~~xperience~~ working independently, ~~far~~ from ~~main office~~

~~xperience~~ training journalists, including developing curriculum in writing and reporting as well as organization of a news ~~nization~~

~~xperience~~ in managing a budget for a professional operation

~~xperience~~ designing and managing a burmese language web site. KSA — NO

~~master's~~ degree or an advanced degree from an english-speaking ~~ersity~~

~~ears~~ of experience working as a reporter/editor for one of the major international broadcasters or another mainstream journalistic entity   KSA

---

Jay Henderson <jhenders@voanews.com>
Director, East Asia & Pacific Division
Voice of America

+ Desirable Qualifications

Cond of Employment

Position Requires frequent travel
W/in the United States + overseas



EXHIBIT 1
PENGAD 800-631-6989
Fitzpatrick
CS 12/12/05

**Subject: Burmese IRB KSA**
**Date:** Tue, 04 Feb 2003 15:21:15 -0500
**From:** "Jay Henderson" <jhenders@VOANews.COM>
**Organization:** Voice of America
**To:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>

One of the KSA for one of the two positions should call for someone with the following qualifications:

1. native burmese language with fluent english (both written and spoken)
2. able to file news stories in both burmese and english (in both script and voice form)
3. experience working independently, far from main office
4. experience training journalists, including developing curriculum in news writing and reporting as well as organization of a news organization
5. experience in managing a budget for a professional operation
6. experience designing and managing a burmese language web site
7. a master's degree or an advanced degree from an english-speaking university
8. years of experience working as a reporter/editor for one of the major international broadcasters or another mainstream journalistic entity

---

Jay Henderson <jhenders@voanews.com>
Director, East Asia & Pacific Division
Voice of America

*Desirable Qualifications*

*Cond of Employment*

*Position Requires frequent travel W/in the United States + overseas*

Nyunt – EEOC 100-2004-0921X
Interr 2, 3, 11
Doc Req 1, 9

**36**

2/12/03 2:34 PM

**Subject: Re: Buurmese Vacancy 12A and 12B**
**Date:** Tue, 18 Feb 2003 17:42:29 -0500
**From:** "Jay Henderson" <jhenders@VOANews.COM>
**Organization:** Voice of America
**To:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>
**CC:** Khin Maung Htay <kmhtay@VOANews.com>

```
jerri, i've made some changes to what you sent.  there are two
attachments to this email.  one is labeled "12A"; it's for both outside
and inside candidates.  the second is labeled "12B" and is for inside
candidates only.  note that i've invented the terminology "AREA OF
CONSIDERATION:  STATUS CANDIDATES ONLY".  you may want to change that to
standard ibb personnel terminology.  jay


Jerri Fitzpatrick wrote:
>
> Please review
>
>   --------------------------------------------------------------
>                            Name: burmese12.dco.doc
>    burmese12.dco.doc       Type: Microsoft Word Document (application/msword)
>                        Encoding: base64
>                 Download Status: Not downloaded with message
```

| | Name: burmese12A.doc |
|---|---|
| burmese12A.doc | **Type:** Microsoft Word Document (application/msword) |
| | **Encoding:** base64 |
| | **Download Status:** Not downloaded with message |

| | Name: burmese12B.doc |
|---|---|
| burmese12B.doc | **Type:** Microsoft Word Document (application/msword) |
| | **Encoding:** base64 |
| | **Download Status:** Not downloaded with message |

Jay Henderson <jhenders@voanews.com>
Director, East Asia & Pacific Division
Voice of America

**37**

Nyunt – EEOC 100-2004-0921X
Interr 2, 3, 11
Doc Req 1, 9

2/24/03 7:20 AM

ancy 12A and 12B

**Subject: Re: Buurmese Vacancy 12A and 12B**
 **Date:** Tue, 18 Feb 2003 17:42:29 -0500
 **From:** "Jay Henderson" <jhenders@VOANews.COM>
ization: Voice of America
  **To:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>
  **CC:** Khin Maung Htay <kmhtay@VOANews.com>

```
i've made some changes to what you sent.  there are two
ments to this email.  one is labeled "12A"; it's for both outside
nside candidates.  the second is labeled "12B" and is for inside
ates only.  note that i've invented the terminology "AREA OF
ERATION:  STATUS CANDIDATES ONLY"  you may want to change that to
rd ibb personnel terminology.  jay
```

Fitzpatrick wrote:

*se review*

```
------------------------------------------------------------------
                          Name: burmese12.dco.doc
burmese12.dco.doc         Type: Microsoft Word Document (application/msword)
                      Encoding: base64
              Download Status: Not downloaded with message
```

| | Name: burmese12A.doc |
|---|---|
| urmese12A.doc | **Type:** Microsoft Word Document (application/msword) |
| | **Encoding:** base64 |
| | **Download Status:** Not downloaded with message |

| | Name: burmese12B.doc |
|---|---|
| rmese12B.doc | **Type:** Microsoft Word Document (application/msword) |
| | **Encoding:** base64 |
| | **Download Status:** Not downloaded with message |

Henderson <jhenders@voanews.com>
ctor, East Asia & Pacific Division
e of America



EXHIBIT 2
PENGAD 800-631-6989
Fitzpatrick
12/22/05

**38**

AFT OF VACANCY ANNOUNCEMENT

**Subject:** Re: 2ND DRAFT OF VACANCY ANNOUNCEMENT
**Date:** Wed, 26 Feb 2003 15:40:07 -0500
**From:** "Jay Henderson" <jhenders@VOANews.COM>
rganization: Voice of America
**To:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>
**CC:** Claudette Swann <cbdatche@VOANews.com>

s, we will not pay for relocation on the second position.
, the person will not be responsible for designing and managing a web
ge.
s, as with all i.r.b.s, the position may require travel outside the
s.
, the fourth ksa would not apply to this person; only to the outside
ndidate; none of our current staff have any experience overseeing
rchases, etc.  but the other newly hired candidate might.

y

===============

rri Fitzpatrick wrote:

Hi Jay,

I want to make sure this is how you want to post the second position.

1- You WILL NOT pay for relocation expenses
2- The person will be responsible for designing and managing a web page
3- Position requires travel outside the US
4- I think the fourth KSA needs to be rewritten.  It is requiring
experience with managing a budget.

So, think about these things. I will not post until I here from you.

Thanks
Jerri

-----------------------------------------------------------------
                    Name: burmese12B.doc
burmese12B.doc      Type: Microsoft Word Document (application/msword)
                Encoding: base64
         Download Status: Not downloaded with message

lay Henderson <jhenders@voanews.com>
Director, East Asia & Pacific Division
Voice of America



Nyunt – EEOC 100-2004-0921X
Interr 2, 3, 11
Doc Reg 1-9

2/28/03 1:58 PM

**Subject: 2nd draft -- INTERNATIONAL BROADCASTER (BURMESE)**
**Date:** Tue, 04 Mar 2003 09:48:10 -0500
**From:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>
anization: U.S. International Broadcasting Bureau
**To:** Jay Henderson <jhenders@VOANews.COM>
**CC:** Claudette Swann <cbdatche@VOANews.COM>

ched is the draft of the second position you would like to
rtise. I revised the announcement based on the discussion we had
erday. Please note, I have changed the title to International
dcaster. If the duties require that the incumbent be responsible
not only radio, but Internet or TV duties, the position is a
rnational Broadcaster. If that is not correct please, let me know.

will also need to develop a crediting plan based on the KSAS's in
vacancy announcement. The crediting plan will be the criteria used
determine who the highly qualified candidates are. If you need an
ple of a crediting plan, let me know. We will need two crediting
ns. The second one will be for the inside announcement.

nks
ri
-2097

| | |
|---|---|
| burmese12A.doc | **Name:** burmese12A.doc<br>**Type:** Microsoft Word Document (application/msword)<br>**Encoding:** base64<br>**Download Status:** Not downloaded with message |



EXHIBIT B

**40**

3/4/03 9:48 AM

Addendum to position description for the IRB-12.
Need new coversheet


He/she will be responsible for journalism-related training,
including developing curriculum in news writing and
reporting as well as how to organize a news service.

Incumbent will be responsible for designing and managing
attractive visual elements on the VOA, Burmese language web
site.

The position will require that the incumbent be able
occasionally to travel and work for extended periods away
from the Washington, DC headquarters.  The incumbent must
therefore have demonstrated experience working
independently, preferably including being responsible for
an operational budget of $50,000 a year or more.


H:eastasia\addendum to position description



Addendum to position description for the IRB-12.
Need new coversheet


He/she will be responsible for journalism-related training,
including developing curriculum in news writing and
reporting as well as how to organize a news service.

Incumbent will be responsible for designing and managing
attractive visual elements on the VOA, Burmese language web
site.

The position will require that the incumbent be able
occasionally to travel and work for extended periods away
from the Washington, DC headquarters.  The incumbent must
therefore have demonstrated experience working
independently, preferably including being responsible for
an operational budget of $50,000 a year or more.

42



EXHIBIT
5
fitzpatrick
12/20/05

*DIRECTIONS FOR COMPLETING THE KSA'S:* Consider what in your
background indicates you possess each knowledge, skill or
ability (KSA). Provide clear, concise examples for each
element. Relate your experience to the position for which
you are applying. Use examples which show the depth of
knowledge, level or skill, or degree of ability you have.

-3-

You may refer to paid or volunteer work, education or
training, hobbies, or any other applicable experience.

SCREEN-OUT FACTOR: ~~Fluency in Burmese/English language
capabilities,~~ with the ability to conduct ~~research~~, write,
~~adapt and edit~~ in both languages.

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values
equate to a total of 30 POINTS.

1. Thorough knowledge of the professional techniques of
   broadcast journalism required for conducting interviews
   and the ability to maintain and establish effective
   working relationships. (6)

2. Demonstrated broadcast writing/editorial skills to
   prepare balanced, accurate, comprehensive reportage and
   feature material of a complex and sensitive nature,
   which is often difficult to convey. (6)

3. Demonstrated skill in voicing materials for radio
   broadcast. (6)

4. Ability to acquire, analyze and comprehend information
   on extremely varied issues, topics, or events and the
   and the ability to separate factual material from
   opinion or commentary and to use each appropriately in
   crafting radio programs. (6)

5. Knowledge of current affairs and the ability to
   analyze issues in relation to the target area and its
   people. (6)

**CONDITIONS OF EMPLOYMENT:**
1. Relocation expenses **WILL** ~~**NOT**~~ be paid.
2. Status applicants **MUST** meet time-in-grade requirements
   by the closing date of the announcement.

**43**

-2-

NOTE:  Budgetary conditions may delay or otherwise affect filling this vacancy.  However, all interested candidates should apply now.

**DISPLACED APPLICANTS WILL RECEIVE SPECIAL CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP)**.

**DUTIES:**  Under the general and guidance of the Service Chief, incumbent serves as a broadcaster/writer for the Burmese Service.  Incumbent conducts interviews, reports on special events, writes and voices programs, in addition to translating the most difficult English texts into Burmese.

He/she conceives, prepares, and presents one or more regular programs or programs a week.  The incumbent is fully responsible for preparing program(s) for final review, including conceptualizing, and selecting materials to be used, deciding how to line up integrate the program, how to approach complex issues to provide journalistic balance, and to craft a well-paced, listenable program.

The incumbent researches and evaluates a wide range of source material, in English or in Burmese.  Incumbent originates and voices live and recorded material for airshow, mainly in Burmese, but also in English as required.

**QUALIFICATION REQUIREMENTS:**

| GRADE | SPECIALIZED EXPERIENCE |
|---|---|
| GS-12 | 1 year equivalent to at least the next lower grade level |

**SPECIALIZED EXPERIENCE:**  Experience in the use of the broadcast language in radio broadcasting, print, TV, or film journalism. Experience working as a reporter/editor for one of the major international broadcasters or another mainstream journalistic entity.  Work must have included writing, editing, and/or voicing broadcast material from English into the broadcast language.  This experience must have provided a comprehensive knowledge of the history, customs, and psychology of the target area people, as well as their political, economic, cultural, and social life.

44

# *VACANCY ANNOUNCEMENT*

Broadcasting Board of Governors
International Broadcasting Bureau
Washington, DC 20237

VACANCY NUMBER: M/P-02-XXX

OPENING DATE: X/XX/XX

CLOSING DATE: X/XX/XX

**POSITION:** International Radio Broadcaster (Burmese), GS-1001-12

**LOCATION: INTERNATIONAL BROADCASTING BUREAU**
Voice of America
East Asia and Pacific Division
Burmese Service

**AREA OF CONSIDERATION:** ALL QUALIFIED APPLICANTS

**\*\*\* FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE
IBB OFFICE OF PERSONNEL BY 5:00 PM WASHINGTON, DC TIME ON
THE CLOSING DATE OF THIS ANNOUNCEMENT. \*\*\***

**\*\*\*As a result of the U.S. Mail delays currently being
experienced in the Washington, DC Metro Area, WE STRONGLY
SUGGEST you fax, hand deliver, or use a private
delivery/courier service when you submit an application to
ensure it is received by the closing date of the
announcement. Please be advised that applications
submitted via the U.S. Postal Service MAY NOT be received
in a sufficiently timely manner to be considered.\*\*\***

**FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply)
AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT
BEING CONSIDERED.**

**When only ONE application or resume is received it will be
considered under competitive procedures (DEU Certification)
only.**

45

3.   Willingness to work rotating shifts, weekends and
     holidays.

4). Must be willing to work to outside of Headquarters

s:personnel\vacancy\irbtibetan12.vac.doc

46

*1st Draft*

20 May 2003

Subject: Justification for selecting a non-citizen for Vacancy No. M/P-03-29

I have selected U Than Lwin Htun, a non-citizen, for the Burmese Service vacancy number M/P-03-29 International Radio Broadcaster (Burmese) GG-1001-12 position. I consider him to be better qualified than the other candidates who are U.S. citizens. His educational and professional qualifications, the range of experience and expertise in the internet field are far superior to all the other candidates, both citizens and non-citizens, who are on the Certificate of Eligibles of the IBB Personnel Office for the position.

*[signature]*

Khin Maung Htay
Chief
Burmese Service
Voice of America

*[handwritten note: Justification Memo does not support Selection. Manager has been advised + is working on creating a new memo.]*

*[handwritten in left margin: Chang, Thailand]*

47

CONFIDENTIAL

**Subject: Re: Lwin Than**
**Date:** Tue, 24 May 2005 08:24:52 -0400
**From:** Jay Henderson <jhenders@VOANews.COM>
**Organization:** Voice of America
**To:** Susan King <sking@IBB.GOV>
**CC:** Desarie Darby <dydarby@VOANews.COM>, Essie Harris <ebharris@VOANews.COM>,
Jing Zhang <jzhang@VOANews.COM>

This is to confirm that Mr. Lwin Htun THAN will have NO ACCESS to classified
material in his capacity as service chief. Jay Henderson

Susan King wrote:

> Jay
>
> Because Mr. Lwin Than is not a citizen, he will not be able to be
> upgraded in his security clearance to Confidential as the Supervisory IB
> (Burmese) position call for, we will need from you a note/email stating
> you confirm as the Division Director that Lwin Htun Than will have NO
> ACCESS to classified material. Thanks, susie

**VOICE OF AMERICA**
330 Independence Avenue, SW
Washington, DC 20237

# VACANCY ANNOUNCEMENT

Broadcasting Board of Governors
International Broadcasting Bureau
Washington, DC 20237

VACANCY NUMBER:  M/P-03-16

OPENING DATE:  02/14/03

CLOSING DATE:  02/28/03

POSITION:   International Broadcaster (Mandarin) – Internet
GS-1001-12
**Temporary Not-to-Exceed 13 Months**

LOCATION:   **INTERNATIONAL BROADCASTING BUREAU**
**Voice of America**
East Asia and Pacific Division
Chinese Branch
Mandarin Service

AREA OF CONSIDERATION:   All Qualified Candidates May Apply

*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB
OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING DATE OF
THIS ANNOUNCEMENT. ***

***As a result of the U.S. Mail delays currently being
experienced in the Washington, DC Metro Area, WE STRONGLY SUGGEST
you fax, hand deliver, or use a private delivery/courier service
when you submit an application to ensure it is received by the
closing date of the announcement.  Please be advised that
applications submitted via the U.S. Postal Service MAY NOT be
received in a sufficiently timely manner to be considered.***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply) AND
KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING
CONSIDERED.


VOICE OF AMERICA

NYUNT EEOC 100-2004-00921X          Broadcasting Board of Governors
Doc. Req. 8

49

- 2 -

CANDIDATES WHO WISH TO BE CONSIDERED UNDER BOTH THE MERIT
PROMOTION PROCESS AND THE COMPETITIVE PROCESS (DEU) NEED TO
SUBMIT TWO COMPLETE APPLICATION PACKAGES.

NOTE:  Budgetary conditions may delay or otherwise affect filling
this vacancy.  However, all interested candidates should apply
now.

TEMPORARY PROMOTION/DETAIL: This temporary promotion or detail
will initially be made for 13 months on the needs of BBG.  Upon
termination of this temporary promotion or detail, the employee
will return to his/her former position or equivalent.  This
temporary promotion or detail may be extended or made permanent
without further competition.

DISPLACED APPLICANTS WILL RECEIVE SPECIAL CONSIDERATION UNDER THE
INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP).

DUTIES:  The incumbent serves as an International Broadcaster –
Internet Journalist for the Mandarin Service, with responsibility
for conceiving, planning, researching, writing, and broadcasting
original audio/video scripts of a highly complex nature and for
providing internet content for web sites.  Writes news-relates
stories for use in radio, television, or internet posting.
Writes feature stories on a variety of subjects for radio,
television or web posting.  Adapts and/or translate material,
which may include simultaneous translations.  Edits broadcast
segments, including stringer reports.  Helps web editor edit,
design and maintain policy-related internet and email services.
Provides to Chinese Branch management information of the latest
technological developments and advancements of the internet, web
publishing and email communication.  Assists in resolving script
editing, audio loading and computer equipment updating issues.
Contributes to production elements including editing of taped
material, evaluation of stringer reports, and production of live
air shows.  May serve as show host.  Voices material for or
during radio and/or television and internet broadcasts.
Participates in the development of regularly scheduled radio or
television programs.

QUALIFICATION REQUIREMENTS:

| GRADE | SPECIALIZED EXPERIENCE |
|-------|------------------------|
| GS-12 | 1 year equivalent to at least the next lower grade level |

- 3 -

**SPECIALIZED EXPERIENCE:** Experience in the use of the broadcast language in radio broadcasting, print, TV, or film journalism. Work must have included writing, editing, and/or voicing broadcast material from English into the broadcast language. This experience must have provided a comprehensive knowledge of the history, customs, and psychology of the target area people, as well as their political, economic, cultural, and social life.

*DIRECTIONS FOR COMPLETING THE KSA'S: Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element. Relate your experience to the position for which you are applying. Use examples which show the depth of knowledge, level or skill, or degree of ability you have. You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.*

**SCREEN-OUT FACTOR:** Fluency in Mandarin language that enables the incumbent to write, report, interview, edit and broadcast in this language.

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values equate to a total of 30 POINTS.

1.  Ability to research, write, and record targeted program material for radio audiences in the target area.  (6) **MANDATORY**
2.  Ability to broadcast live and pre-recorded material in Mandarin.  Knowledge of HTML and web design.  (6) MANDATORY
3.  Substantive and extensive first hand knowledge of and experience with target area politics and culture, as well as general knowledge of world affairs.  (6) MANDATORY
4.  Ability to separate factual material from opinion or commentary and to use each appropriately in crafting radio programs.  (6)
5.  Skill in establishing and maintaining effective working relations not only with team members, but with groups and individuals providing information for programs.  (6)

**CONDITIONS OF EMPLOYMENT:**
1.  Relocation expenses **WILL NOT** be paid.
2.  Status applicants **MUST** meet time-in-grade requirements by the closing date of the announcement.
3.  Willingness to work rotating shifts, weekends and holidays.

51

- 4 -

**REASONABLE ACCOMMODATIONS are provided to applicants with disabilities.  If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.**

**"Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after three years or more of continuous service may apply."**

**HOW TO APPLY: Do** not attach any additional forms which are not requested in this announcement.

1.    Optional Application for Federal Employment (OF-612), a resume, OR any other written format.  **See outline** of information which **MUST** be furnished **ON ALL RESUMES.**  OF-612 forms can be obtained from any Federal Agency personnel office, or you can access assistance for completing a resume by logging on to **WWW.USAJOBS.GOV\Resume.**

**NOTE:**  Obsolete **SF-171** is still **acceptable.**

2.    Written responses to KSA's listed above - addressing each KSA separately **must be attached.**

3.    **ICTAP CONSIDERATION:  PLEASE ANNOTATE YOUR APPLICATION TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.**

Individuals who have special priority selection rights under ICTAP must be well qualified for the position to receive consideration for special priority selection.

ICTAP applicants who meet all the selective and knowledge, skills, and abilities (special rating factors) and earn a score in the top one-third of the rating score range (prior to the assignment of veteran's preference points) will be tentatively identified well-qualified.  A final decision that a given ICTAP applicant is well-qualified will be made by the selecting official, and, if appropriate, by the Director of Personnel.

Eligibles must submit a copy of their agency RIF Notice, a copy of their most recent Performance Rating, and a copy of their most recent SF-50 noting current position, grade level and duty station.

**52**

- 5 -

4.  **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES:**  You MUST
    SUBMIT your most recent Notification of Personnel Action
    (SF-50) showing tenure group and promotion potential if any.
    To insure full consideration, status candidates should
    submit a copy of their most recent performance appraisal.

5.  **Status candidates MUST** clearly indicate on their application
    package whether they want to be considered under the
    provisions of the Merit Promotion Program or the Delegated
    Examining Unit.  **If you DO NOT indicate a preference, your
    application will only be considered under the Merit
    Promotion Program.**  You may wish to be considered under both
    procedures in which case **you MUST submit TWO complete
    application packages.**

6.  **VETERANS:**  Non-status applicants claiming veteran
    preference, or eligibility for Veterans Readjustment
    Appointment, **MUST** submit a copy of their DD-214, and if
    disabled, form SF-15 with a letter from the Department of
    Veterans Affairs showing appropriate proof of disability,
    dated within the last 12 months.

7.  **SPECIAL APPOINTMENTS:**  Non status applicants claiming
    eligibility for other special appointments, such as
    handicapped or former Peace Corps/Vista volunteers, must
    submit proof of eligibility, i.e., letter from the Peace
    Corps or State Rehabilitation agency.  Non-status candidates
    eligible for special appointment who wish to be considered
    for both special appointment and competitive procedures must
    submit two (2) applications or resumes.  **When only one
    application or resume is received it will be considered
    under competitive procedures (DEU Certification) only.**
    Proof of eligibility for special appointment **MUST** be
    attached.

8.  **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256
    "SELF-IDENTIFICATION OF HANDICAP" FORMS:**  The submission of
    these two forms is voluntary.  The information provided will
    be used for statistical purposes to monitor applicant
    responses, and will not be maintained in the personnel
    office or forwarded to the selection official.  Copies of
    SF-181 and SF-256 can be downloaded from OPM's website at
    www.OPM.gov/forms.



- 6 -

<u>SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO</u>:

International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

FAX NUMBERS:   (202) 401-0557       OR       (202) 205-8427

*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB
OFFICE OF PERSONNEL <u>BY CLOSE OF BUSINESS ON THE CLOSING DATE OF
THIS ANNOUNCEMENT</u>. ***

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

CONTACT:  Diane Sellers, (202) 619-3117
          Web page address: http:\\www.ibb.gov

## BBG IS AN EQUAL OPPORTUNITY EMPLOYER

******

Here's what your resume or application must contain
(in addition to specific information requested in the job vacancy
announcement)

<u>JOB INFORMATION</u> - Announcement number and title and grade(s) of
the job for which you are applying.

WORK EXPERIENCE - Give the following information for your paid
and nonpaid work experience related to the job for which you are
applying.   Job Title (include series and grade if Federal job),
Duties & Accomplishments, Employer's name & address, Supervisor's
name & number, Starting & ending dates (month/year), Hours per
week, Salary and indicate if we may contact your current
supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code)
and day and evening phone numbers (with area code), Social
Security Number, Country of Citizenship, Veterans' Preference,
Reinstatement Eligibility and Highest Federal civilian grade
held.

54

- 7 -

OTHER QUALIFICATIONS - Job-related training courses.
Job-related skills, for example, other languages, computer
software/hardware, tools, machinery, typing speed.
Job-related certificates and licenses. Job-related honors,
awards, and accomplishments, for example, publications,
memberships in professional or honor societies, leadership
activities, public speaking, and performance awards. (Give dates
but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma
or GED. Colleges and universities (Name, city, and State),
Majors, Type & year of degrees received (if no degree, show total
credits earned and indicate whether semester or quarter hours).
Send a copy of your college transcript only if the job vacancy
announcement requests it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency will ask
you to sign and certify the accuracy of all information in your
application. *If you make a false statement in any part of your
application, you may not be hired; you may be fired after you
begin work; or you may be fined or jailed.*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

55

**VOICE OF AMERICA**

330 Independence Avenue, SW
Washington, DC 20237

# *VACANCY ANNOUNCEMENT*

### Broadcasting Board of Governors
### International Broadcasting Bureau
### Washington, DC 20237

VACANCY NUMBER: M/P-03-22A

OPENING DATE: 3/05/03

CLOSING DATE: 4/02/03

**\*\*AMEND TO EXTEND CLOSING DATE FOR TWO WEEKS\*\***

POSITION: International Radio Broadcaster (Tibetan)
GS-1001-12 (Multiple Positions)

LOCATION: **INTERNATIONAL BROADCASTING BUREAU**
Voice of America
East Asia and Pacific Division
Tibetan Service

AREA OF CONSIDERATION:   ALL QUALIFIED APPLICANTS

**\*\*\* FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL <u>BY CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT</u>. \*\*\***

**\*\*\*As a result of the U.S. Mail delays currently being experienced in the Washington, DC Metro Area, WE STRONGLY SUGGEST you fax, hand deliver, or use a private delivery/courier service when you submit an application to ensure it is received by the closing date of the announcement.  Please be advised that applications submitted via the U.S. Postal Service MAY NOT be received in a sufficiently timely manner to be considered.\*\*\***

**FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply) AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING CONSIDERED.**


VOICE OF AMERICA

-2-

CANDIDATES WHO WISH TO BE CONSIDERED UNDER BOTH THE MERIT PROMOTION PROCESS AND THE COMPETITIVE PROCESS (DEU) NEED TO SUBMIT TWO COMPLETE APPLICATION PACKAGES.

NOTE:  Budgetary conditions may delay or otherwise affect filling this vacancy.  However, all interested candidates should apply now.

DISPLACED APPLICANTS WILL RECEIVE SPECIAL CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP).

DUTIES:  Incumbent serves as writer/editor for the Tibetan Service.  Incumbent conducts interviews, reports on special events, writes and voices programs, in addition to translating the most difficult English texts into Tibetan.

The incumbent conceives, prepares, and presents one or more regular programs or program segments a week.  The incumbent is fully responsible for preparing program(s) for final review, including conceptualizing, and selecting materials to be used, deciding how to line up and integrate the program, how to approach complex issues to provide journalistic balance, and to craft a well-paced, listenable program.  The incumbent originates and voices live and recorded material for air show, mainly in Tibetan, but also in English as required.

QUALIFICATION REQUIREMENTS:

| GRADE | SPECIALIZED EXPERIENCE |
|---|---|
| GS-12 | 1 year equivalent to at least the next lower grade level |

SPECIALIZED EXPERIENCE:  Experience in the use of the broadcast language in radio broadcasting, print, TV, or film journalism.  Work must have included writing, editing, and/or voicing broadcast material from English into the broadcast language.  This experience must have provided a comprehensive knowledge of the history, customs, and psychology of the target area people, as well as their political, economic, cultural, and social life.

-3-

*DIRECTIONS FOR COMPLETING THE KSA'S:  Consider what in your background indicates you possess each knowledge, skill or ability (KSA).  Provide clear, concise examples for each element.*

*Relate your experience to the position for which you are applying.  Use examples which show the depth of knowledge, level or skill, or degree of ability you have.*

*You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.*

**SCREEN-OUT FACTOR: Fluency in Tibetan/English language capabilities, with the ability to conduct research, write, adapt and edit in both languages.**

**KNOWLEDGE, SKILLS AND ABILITIES**: Relative numerical values equate to a total of 30 POINTS.

1.  Thorough knowledge of the professional techniques of broadcast journalism required for conducting interviews and the ability to maintain and establish effective working relationships. (6)

2.  Demonstrated broadcast writing/editorial skills to prepare balanced, accurate, comprehensive reportage and feature material of a complex and sensitive nature, which is often difficult to convey.(6)

3.  Demonstrated skill in voicing materials for radio broadcast. (6)

4.  Ability to acquire, analyze and comprehend information on extremely varied issues, topics, or events and the and the ability to separate factual material from opinion or commentary and to use each appropriately in crafting radio programs. (6)

5.  Knowledge of current affairs and the ability to analyze issues in relation to the target area and its people. (6)

-4-

CONDITIONS OF EMPLOYMENT:
1.  Relocation expenses **WILL NOT** be paid.
2.  Status applicants **MUST** meet time-in-grade requirements by the closing date of the announcement.
3.  Willingness to work rotating shifts, weekends and holidays.

**REASONABLE ACCOMMODATIONS are provided to applicants with disabilities.  If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.**

**"Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after three years or more of continuous service may apply."**

HOW TO APPLY: Do not attach any additional forms which are not requested in this announcement.

1.  Optional Application for Federal Employment (OF-612), a resume, OR any other written format.  **See outline** of information which **MUST** be furnished **ON ALL RESUMES.** OF-612 forms can be obtained from any Federal Agency personnel office, or you can access assistance for completing a resume by logging on to **WWW.USAJOBS.GOV\Resume.**

NOTE:  Obsolete **SF-171** is still **acceptable.**

2.  Written responses to KSA's listed above - addressing each KSA separately **must be attached.**

3.  ICTAP CONSIDERATION:  **PLEASE ANNOTATE YOUR APPLICATION TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.**

    Individuals who have special priority selection rights under ICTAP must be well qualified for the position to receive consideration for special priority selection.

59

-5-

ICTAP applicants who meet all the selective and knowledge, skills, and abilities (special rating factors) and earn a score in the top one-third of the rating score range (prior to the assignment of veteran's preference points) will be tentatively identified well-qualified.  A final decision that a given ICTAP applicant is well-qualified will be made by the selecting official, and, if appropriate, by the Director of Personnel.

Eligibles must submit a copy of their agency RIF Notice, a copy of their most recent Performance Rating, and a copy of their most recent SF-50 noting current position, grade level and duty station.

3.  **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES**:  You MUST SUBMIT your most recent Notification of Personnel Action (SF-50) showing tenure group and promotion potential if any. To insure full consideration, status candidates should submit a copy of their most recent performance appraisal.

5.  **Status candidates MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit.  **If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.**  You may wish to be considered under both procedures in which case **you MUST submit TWO complete application packages.**

6.  **VETERANS**:  Non-status applicants claiming veterans preference, or eligibility for Veterans Readjustment Appointment, **MUST** submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

7.  **SPECIAL APPOINTMENTS**:  Non status applicants claiming eligibility for other special appointments, such as handicapped or former Peace Corps/Vista volunteers, must submit proof of eligibility, i.e., letter from the Peace Corps or State Rehabilitation agency.

60

-6-

Non- status candidates eligible for special appointment who wish to be considered for both special appointment and competitive procedures must submit two (2) applications or resumes. **When only one application or resume is received it will be considered under competitive procedures (DEU Certification) only.** Proof of eligibility for special appointment <u>MUST</u> be attached.

8. <u>**SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:**</u> The submission of these two forms is voluntary. The information provided will be used for statistical purposes to monitor applicant responses, and will not be maintained in the personnel office or forwarded to the selection official. Copies of SF-181 and SF-256 can be downloaded from OPM's website at www.OPM.gov/forms.

<u>SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:</u>

International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

FAX NUMBERS: (202) 401-0557    OR    (202) 205-8427

*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL <u>BY CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT</u>. ***

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

CONTACT: Ms. Jenni Fitzpatrick, (202) 619-3117
         Web page address: http:\\www.ibb.gov

BBG IS AN EQUAL OPPORTUNITY EMPLOYER

\*\*\*\*\*\*

Here's what your resume or application must contain
(in addition to specific information requested in the job vacancy
announcement)

JOB INFORMATION - Announcement number and title and grade(s) of
the job for which you are applying.

WORK EXPERIENCE - Give the following information for your paid
and nonpaid work experience related to the job for which you are
applying.  Job Title (include series and grade if Federal job),
Duties & Accomplishments, Employer's name & address, Supervisor's
name & number, Starting & ending dates (month/year), Hours per
week, Salary and indicate if we may contact your current
supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code)
and day and evening phone numbers (with area code), Social
Security Number, Country of Citizenship, Veterans' Preference,
Reinstatement Eligibility and Highest Federal civilian grade
held.

OTHER QUALIFICATIONS - Job-related training courses.
Job-related skills, for example, other languages, computer
software/hardware, tools, machinery, typing speed.
Job-related certificates and licenses.  Job-related honors,
awards, and accomplishments, for example, publications,
memberships in professional or honor societies, leadership
activities, public speaking, and performance awards.  (Give dates
but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma
or GED.  Colleges and universities (Name, city, and State),
Majors, Type & year of degrees received (if no degree, show total
credits earned and indicate whether semester or quarter hours).
Send a copy of your college transcript only if the job vacancy
announcement requests it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency will ask
you to sign and certify the accuracy of all information in your
application.  *If you make a false statement in any part of your
application, you may not be hired; you may be fired after you
begin work; or you may be fined or jailed.*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

62

**VOICE OF AMERICA**
330 Independence Avenue, SW
Washington, DC 20237

## *VACANCY ANNOUNCEMENT*

Broadcasting Board of Governors
International Broadcasting Bureau
Washington, DC 20237

VACANCY NUMBER: M/P-04-25

OPENING DATE: 3/19/04

CLOSING DATE: 4/02/04

POSITION: International Broadcaster (Mandarin), GS-1001-12

LOCATION: International Broadcasting Bureau
          Voice of America
          East Asia & Pacific Division, Chinese Branch
          Mandarin Service
          Los Angeles Bureau

AREA OF CONSIDERATION: All Qualified Candidates

***FOR CONSIDERATION, APPLICATION MUST BE RECEIVED IN THE IBB
OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING DATE OF
THIS ANNOUNCEMENT.***

*** As a result of the U.S. Mail delays currently being
experienced in the Washington, DC Metro Area, WE STRONGLY
SUGGEST you fax, hand deliver, or use a private delivery/courier
service when you submit an application to ensure it is received
by the closing date of the announcement.  Please be advised that
applications submitted via the U.S. Postal Service MAY NOT be
received in a sufficiently timely manner to be considered. ***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply) AND
KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING
CONSIDERED.

CANDIDATES WHO WISH TO BE CONSIDERED UNDER BOTH THE MERIT
PROMOTION PROCESS AND THE COMPETITIVE PROCESS (DEU) NEED TO
SUBMIT TWO COMPLETE APPLICATION PACKAGES.

NOTE: Budgetary conditions may delay or otherwise affect filling
this vacancy.  However, all interested candidates should apply
now.

NYUNT EEOC 100-2004-00921X
Doc. Req. 8

63


VOICE OF AMERICA

Broadcasting Board of G

-2-

**Duties:**  The incumbent serves in Los Angeles, California, as an International Broadcaster for the Mandarin Service, with responsibility for conceiving, planning, researching, writing, and broadcasting original audio/video scripts of a highly complex nature and for providing Internet content for web sites. Work requires fluency in reading and speaking Mandarin and English.  It also requires knowledge, skills, and abilities in broadcast journalism such as writing, editing, interviewing, reporting, and broadcasting stories for radio and television and preparing material for web sites.  Incumbent is responsible for providing news coverage of the U.S. West Coast.

**QUALIFICATION REQUIREMENTS:**

| GRADE | SPECIALIZED EXPERIENCE |
|-------|------------------------|
| GS-12 | 1 year equivalent to at least the next lower grade level. |

**SPECIALIZED EXPERIENCE:** Experience in the use of the Broadcast language in radio broadcasting, print, TV, or film journalism. Work must have included writing and editing broadcast material, which was translated from English into the broadcast language. This experience must have also provided a comprehensive knowledge of the history, customs, and psychology of target area people, as well as their political, economic, cultural and social life.

**SCREEN OUT FACTOR:** Bilingual knowledge of Mandarin and English with ability to research, write and adapt in both languages.

**DIRECTIONS FOR COMPLETING THE KSA'S:** Consider what in your background indicates you possess each knowledge, skill or ability **(KSA).**  Provide clear, concise examples for each element.  Relate your experience to the position for which you are applying.  Use examples which show the depth of knowledge, level or skill, or degree of ability you have.  You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values equate to a total of 30 points.

1. Ability to research, write, and record targeted program material for radio, internet and TV audiences in the target area.  (6)  Mandatory

-3-

2.  Ability to broadcast live and pre-recorded material in
    Mandarin (6) **MANDATORY**

3.  Substantive and extensive first hand knowledge of and
    experience with target area politics and culture, as well
    as general knowledge of world affairs and particular
    knowledge about the U.S. west coast including California.
    (6) **Mandatory**

4.  Ability to separate factual material from opinion or
    commentary and to use each appropriately in crafting radio
    programs. (6)

5.  Skill in establishing and maintaining effective working
    relations not only with team members, but with groups and
    individuals providing information for programs. (6)

<u>Conditions of Employment</u>:
1.  Status candidates MUST meet time-in-grade by closing date of
    the announcement.
2.  Willingness to work shifts, weekends and holidays.
3.  Relocation expenses WILL BE paid.

<u>REASONABLE ACCOMMODATIONS</u> are provided to applicants with
disabilities. If you need reasonable accommodations for any
part of the application and hiring process, please notify the
Agency. The decision on granting reasonable accommodations will
be on a case-by-case basis.

"Veterans who are preference eligibles or who have been
separated from the armed forces under honorable conditions after
three years or more of continuous service may apply."

<u>HOW TO APPLY</u>: Do not attach any additional forms which are not
requested in this announcement.

1.  Optional Application for Federal Employment (OF-612), a
    resume, OR any other written format. See outline of
    information which MUST be furnished ON ALL RESUMES.
    INCOMPLETE RESUMES WILL NOT BE CONSIDERED. OF-612 forms can
    be obtained from any Federal Agency personnel office, or
    you can access assistance for completing a resume by
    logging on to WWW.USAJOBS.GOV\Resume.

NOTE: Obsolete SF-171 is still acceptable.

65

-4-

2.  Written responses to KSA's listed above - addressing each KSA separately **must be attached**.

3.  **ICTAP CONSIDERATION**: PLEASE ANNOTATE YOUR APPLICATION TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.

    Individuals who have special priority selection rights under ICTAP must be well qualified for the position to receive consideration for special priority selection.

    ICTAP applicants who meet all the selective and knowledge, skills, and abilities (special rating factors) and earn a score in the top one-third of the rating score range (prior to the assignment of veteran's preference points) will be tentatively identified well-qualified. A final decision that a given ICTAP applicant is well-qualified will be made by the selecting official, and, if appropriate, by the Director of Personnel.

    Eligibles must submit a copy of their agency RIF Notice, a copy of their most recent Performance Rating, and a copy of their most recent SF-50 noting current position, grade level and duty station.

4.  **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES:** You MUST SUBMIT your most recent Notification of Personnel Action (SF-50) showing tenure group and promotion potential if any. To insure full consideration, status candidates should submit a copy of their most recent performance appraisal.

5.  Status candidates **MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit. If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program. You may wish to be considered under both procedures in which case you **MUST** submit TWO complete application packages.

6.  **VETERANS:** Non-status applicants claiming veteran preference, or eligibility for Veterans Readjustment Appointment, **MUST** submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

66

-5-

7.  **SPECIAL APPOINTMENTS:** Non status applicants claiming eligibility for other special appointments, such as handicapped or former Peace Corps/Vista volunteers, must submit proof of eligibility, i.e., letter from the Peace Corps or State Rehabilitation agency. Non-status candidates eligible for special appointment who wish to be considered for both special appointment and competitive procedures must submit two (2) applications or resumes. When only one application or resume is received it will be considered under competitive procedures (DEU Certification) only. Proof of eligibility for special appointment **MUST** be attached.

8.  **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:** The submission of these two forms is voluntary. The information provided will be used for statistical purposes to monitor applicant responses, and will not be maintained in the personnel office or forwarded to the selection official. Copies of SF-181 and SF-256 can be downloaded from OPM's website at **www.OPM.gov/forms.**

SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:

International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

FAX NUMBERS:  (202) 401-0557  OR  (202) 205-8427

*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT. ***

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

CONTACT: Jerri Fitzpatrick, (202) 619-3117
          Web page address: http:\\www.ibb.gov

BBG IS AN EQUAL OPPORTUNITY EMPLOYER

67

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Here's what your resume or application must contain (in addition to specific information requested in the job vacancy announcement)

JOB INFORMATION - Announcement number and title and grade(s) of the job for which you are applying.

WORK EXPERIENCE - Give the following information for your paid and nonpaid work experience related to the job for which you are applying. Job Title (include series and grade if Federal job), Duties & Accomplishments, Employer's name & address, Supervisor's name & number, Starting & ending dates (month/year), Hours per week, Salary and indicate if we may contact your current supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code) and day and evening phone numbers (with area code), Social Security Number, Country of Citizenship, Veterans' Preference, Reinstatement Eligibility and Highest Federal civilian grade held.

OTHER QUALIFICATIONS - Job-related training courses. Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed. Job-related certificates and licenses. Job-related honors, awards, and accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards. (Give dates but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma or GED. Colleges and universities (Name, city, and State), Majors, Type & year of degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your college transcript only if the job vacancy announcement requests it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency will ask you to sign and certify the accuracy of all information in your application. *If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER