**VOICE OF AMERICA**
330 Independence Avenue, SW
Washington, DC 20237

# *VACANCY ANNOUNCEMENT*

### Broadcasting Board of Governors
#### International Broadcasting Bureau
#### Washington, DC 20237

VACANCY NUMBER: M/P-04-32

OPENING DATE: 04/09/04

CLOSING DATE: 04/23/04

POSITION: International Broadcaster (Mandarin), GS-1001-12

LOCATION: International Broadcasting Bureau
Voice of America
East Asia & Pacific Division, Chinese Branch
Mandarin Service

AREA OF CONSIDERATION: All Qualified Candidates

***FOR CONSIDERATION, APPLICATION MUST BE RECEIVED IN THE
IBB OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING
DATE OF THIS ANNOUNCEMENT.***

*** As a result of the U.S. Mail delays currently being
experienced in the Washington, DC Metro Area, WE STRONGLY
SUGGEST you fax, hand deliver, or use a private
delivery/courier service when you submit an application to
ensure it is received by the closing date of the
announcement. Please be advised that applications
submitted via the U.S. Postal Service MAY NOT be received
in a sufficiently timely manner to be considered. ***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply)
AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT
BEING CONSIDERED.

CANDIDATES WHO WISH TO BE CONSIDERED UNDER BOTH THE MERIT
PROMOTION PROCESS AND THE COMPETITIVE PROCESS (DEU) NEED TO
SUBMIT TWO COMPLETE APPLICATION PACKAGES.

NOTE: Budgetary conditions may delay or otherwise affect
filling this vacancy. However, all interested candidates
should apply now.


VOICE OF AMERICA

NYUNT EEOC 100-2004-00921X
Doc. Req. 8

**69**

Broadcasting Board of Governors

-2-

**Duties:** The incumbent serves as an International Broadcaster for the Mandarin Service, with responsibility for conceiving, planning, researching, writing, and broadcasting original audio/video scripts of a highly complex nature and for providing internet content for web sites. Work requires fluency in reading and speaking Mandarin and English. It also requires knowledge, skills, and abilities in broadcast journalism such as writing, editing, interviewing, reporting, and broadcasting stories for radio and television and preparing material for web sites. He/she will write news-related stories for radio, television, or internet posting. The incumbent will edit broadcast segments, including stringer reports. The incumbent will also be responsible for participating in the development of regularly scheduled radio or television programs. The incumbent initiates coverage of news and features in consultation with senior editors, participates fully in coverage of major events, and in preparation and execution of broadcast remotes. The incumbent will also prepare and or present news and feature materials in a studio or on location for radio/television simulcast and may serve as show host.

QUALIFICATION REQUIREMENTS:

| GRADE | SPECIALIZED EXPERIENCE |
|---|---|
| GS-12 | 1 year equivalent to at least the next lower grade level. |

SPECIALIZED EXPERIENCE: Experience in the use of the Broadcast language in radio broadcasting, print, Internet, TV, or film journalism. Work must have included writing and editing broadcast material, which was translated from English into the broadcast language. This experience must have also provided a comprehensive knowledge of thehistory, customs, and psychology of target area people, as well as their political, economic, cultural and social life.

SCREEN OUT FACTOR: Bilingual knowledge of Mandarin and English with ability to research, write and adapt in both languages.

DIRECTIONS FOR COMPLETING THE KSA'S: Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element.

70

-3-

Relate your experience to the position for which you are
applying.  Use examples which show the depth of knowledge,
level or skill, or degree of ability you have.  You may
refer to paid or volunteer work, education or training,
hobbies, or any other applicable experience.

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values
equate to a total of 30 points.

1.  Knowledge of video/radio/internet broadcasting
    principles, and methods and journalistic knowledge and
    ability sufficient to write and produce integrated,
    highly-targeted, well-balanced, scripts, radio or
    television programs or program segments that capture
    the attention of the audience. (6)
2.  Skill in radio reporting or videography that enables
    the incumbent to shoot, using motivated camera
    movements with a digital video camera. (6)
3.  Knowledge of the targeted area, its history,
    economics, culture, and socio-political development
    and the full range of advanced radio and television
    broadcasting skills to select materials, tone, and
    style that will be most appealing to this audience.
    (6)
4.  Demonstrated ability to voice material for or during
    radio and or television broadcasts. (6)
5.  Knowledge and understanding of the basic objectives
    and program policies of the Voice of America in order
    to develop and produce broadcasts consistent with
    these objectives and policies. (6)

**Conditions of Employment:**
1.  Applicants MUST meet time-in-grade requirements by
    closing date of the announcement.
2.  Willingness to work shifts, weekends and holidays.
3.  Relocation expenses WILL NOT be paid.

**REASONABLE ACCOMMODATIONS** are provided to applicants with
disabilities.  If you need reasonable accommodations for
any part of the application and hiring process, please
notify the Agency. The decision on granting reasonable
accommodations will be on a case-by-case basis.

"Veterans who are preference eligibles or who have been
separated from the armed forces under honorable conditions
after three years or more of continuous service may apply."

71

−4−

**HOW TO APPLY**: Do not attach any additional forms which are not requested in this announcement.

1.  Optional Application for Federal Employment (OF-612), a resume, OR any other written format.  See outline of information which **MUST** be furnished ON ALL RESUMES. INCOMPLETE RESUMES WILL NOT BE CONSIDERED.  OF-612 forms can be obtained from any Federal Agency personnel office, or you can access assistance for completing a resume by logging on to **WWW.USAJOBS.GOV\Resume.**

**NOTE**: Obsolete **SF-171** is still **acceptable.**

2.  Written responses to KSA's listed above - addressing each KSA separately **must be attached**.

3.  **ICTAP CONSIDERATION**: PLEASE ANNOTATE YOUR APPLICATION TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.

    Individuals who have special priority selection rights under ICTAP must be well qualified for the position to receive consideration for special priority selection.

    ICTAP applicants who meet all the selective and knowledge, skills, and abilities (special rating factors) and earn a score in the top one-third of the rating score range (prior to the assignment of veteran's preference points) will be tentatively identified well-qualified.  A final decision that a given ICTAP applicant is well-qualified will be made by the selecting official, and, if appropriate, by the Director of Personnel.

    Eligibles must submit a copy of their agency RIF Notice, a copy of their most recent Performance Rating, and a copy of their most recent SF-50 noting current position, grade level and duty station.

4.  **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES**: You MUST SUBMIT your most recent Notification of Personnel Action (SF-50) showing tenure group and promotion potential if any.  To insure full consideration, status candidates should submit a copy of their most recent performance appraisal.

**72**

-5-

5.  **Status candidates MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit.  If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.  You may wish to be considered under both procedures in which case you **MUST** submit TWO complete application packages.

6.  **VETERANS:**  Non-status applicants claiming veteran preference, or eligibility for Veterans Readjustment Appointment, **MUST** submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

7.  **SPECIAL APPOINTMENTS:**  Non status applicants claiming eligibility for other special appointments, such as handicapped or former Peace Corps/Vista volunteers, must submit proof of eligibility, i.e., letter from the Peace Corps or State Rehabilitation agency.  Non-status candidates eligible for special appointment who wish to be considered for both special appointment and competitive procedures must submit two (2) applications or resumes.  When only one application or resume is received it will be considered under competitive procedures (DEU Certification) only.  Proof of eligibility for special appointment **MUST** be attached.

8.  **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:** The submission of these two forms is voluntary.  The information provided will be used for statistical purposes to monitor applicant responses, and will not be maintained in the personnel office or forwarded to the selection official.  Copies of SF-181 and SF-256 can be downloaded from OPM's website at www.OPM.gov/forms.

**SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:**
International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

**73**

FAX NUMBERS:  (202) 401-0557  OR  (202) 205-8427

\*\*\* FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT. \*\*\*

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

CONTACT:  Jerri Fitzpatrick, (202) 619-3117
          Web page address: http:\\www.ibb.gov
          BBG IS AN EQUAL OPPORTUNITY EMPLOYER
          \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Here's what your resume or application must contain
(in addition to specific information requested in the job vacancy announcement)

JOB INFORMATION - Announcement number and title and grade(s) of the job for which you are applying.

WORK EXPERIENCE - Give the following information for your paid and nonpaid work experience related to the job for which you are applying. Job Title (include series and grade if Federal job), Duties & Accomplishments, Employer's name & address, Supervisor's name & number, Starting & ending dates (month/year), Hours per week, Salary and indicate if we may contact your current supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code) and day and evening phone numbers (with area code), Social Security Number, Country of Citizenship, Veterans' Preference, Reinstatement Eligibility and Highest Federal civilian grade held.

OTHER QUALIFICATIONS - Job-related training courses. Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed. Job-related certificates and licenses. Job-related honors, awards, and accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards. (Give dates but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma or GED.  Colleges and universities (Name, city, and State), Majors, Type & year of degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your college transcript only if the job vacancy announcement requests it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency will ask you to sign and certify the accuracy of all information in your application. *If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.*
          THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

74

**VOICE OF AMERICA**
330 Independence Avenue, SW
Washington, DC 20237

# *VACANCY ANNOUNCEMENT*

Broadcasting Board of Governors
International Broadcasting Bureau
Washington, DC 20237

VACANCY NUMBER: M/P-04-43

OPENING DATE: 5/04/04

CLOSING DATE: 5/18/04

POSITION: International Broadcaster (Mandarin), GS-1001-12

LOCATION: International Broadcasting Bureau
Voice of America
East Asia & Pacific Division, Chinese Branch
Mandarin Service
Los Angeles Bureau

AREA OF CONSIDERATION: All Qualified Candidates

**Candidates who applied under M/P-04-25 need not to reapply**

***FOR CONSIDERATION, APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL <u>BY CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT.</u>***

*** As a result of the U.S. Mail delays currently being experienced in the Washington, DC Metro Area, WE STRONGLY SUGGEST you fax, hand deliver, or use a private delivery/courier service when you submit an application to ensure it is received by the closing date of the announcement. Please be advised that applications submitted via the U.S. Postal Service MAY NOT be received in a sufficiently timely manner to be considered. ***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (See How to Apply) AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING CONSIDERED.

CANDIDATES WHO WISH TO BE CONSIDERED UNDER BOTH THE MERIT PROMOTION PROCESS AND THE COMPETITIVE PROCESS (DEU) NEED TO SUBMIT TWO COMPLETE APPLICATION PACKAGES.

NYUNT EEOC 100-2004-00921X
Doc. Req. 8


VOICE OF AMERICA

**75**

Broadcasting Board of Governors

-2-

**NOTE:** Budgetary conditions may delay or otherwise affect filling this vacancy. However, all interested candidates should apply now.

**Duties:** The incumbent serves in Los Angeles, California, as an International Broadcaster for the Mandarin Service, with responsibility for conceiving, planning, researching, writing, and broadcasting original audio/video scripts of a highly complex nature and for providing Internet content for web sites. Work requires fluency in reading and speaking Mandarin and English. It also requires knowledge, skills, and abilities in broadcast journalism such as writing, editing, interviewing, reporting, and broadcasting stories for radio and television and preparing material for web sites. Incumbent is responsible for providing news coverage of the U.S. West Coast.

<u>QUALIFICATION REQUIREMENTS:</u>

| GRADE | SPECIALIZED EXPERIENCE |
|-------|------------------------|
| GS-12 | 1 year equivalent to at least the next lower grade level. |

**SPECIALIZED EXPERIENCE:** Experience in the use of the Broadcast language in radio broadcasting, print, TV, or film journalism. Work must have included writing and editing broadcast material, which was translated from English into the broadcast language. This experience must have also provided a comprehensive knowledge of the history, customs, and psychology of target area people, as well as their political, economic, cultural and social life.

**SCREEN OUT FACTOR:** Bilingual knowledge of Mandarin and English with ability to research, write and adapt in both languages.

**DIRECTIONS FOR COMPLETING THE KSA'S:** Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element. Relate your experience to the position for which you are applying. Use examples which show the depth of knowledge, level or skill, or degree of ability you have. You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.

76

-3-

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values
equate to a total of 30 points.
1.    Ability to research, write, and record targeted
      program material for radio, internet and TV audiences
      in the target area. (6)  Mandatory

2.    Ability to broadcast live and pre-recorded material in
      Mandarin (6) **MANDATORY**

3.    Substantive and extensive first hand knowledge of and
      experience with target area politics and culture, as
      well as general knowledge of world affairs and
      particular knowledge about the U.S. west coast
      including California. (6) **Mandatory**

4.    Ability to separate factual material from opinion or
      commentary and to use each appropriately in crafting
      radio programs. (6)

5.    Skill in establishing and maintaining effective
      working relations not only with team members, but with
      groups and individuals providing information for
      programs. (6)

**Conditions of Employment:**
1.    Status candidates MUST meet time-in-grade by closing
      date of the announcement.
2.    Willingness to work shifts, weekends and holidays.
3.    Relocation expenses WILL BE paid.

**REASONABLE ACCOMMODATIONS** are provided to applicants with
disabilities.  If you need reasonable accommodations for
any part of the application and hiring process, please
notify the Agency. The decision on granting reasonable
accommodations will be on a case-by-case basis.

"Veterans who are preference eligibles or who have been
separated from the armed forces under honorable conditions
after three years or more of continuous service may apply."

**HOW TO APPLY**: Do not attach any additional forms which are
not requested in this announcement.

1.    Optional Application for Federal Employment (OF-612), a
      resume, OR any other written format.  See outline of
      information which MUST be furnished ON ALL RESUMES.

**77**

-4-

INCOMPLETE RESUMES WILL NOT BE CONSIDERED. OF-612
forms can be obtained from any Federal Agency
personnel office, or you can access assistance for
completing a resume by logging on to
**WWW.USAJOBS.GOV\Resume**.

NOTE: Obsolete **SF-171** is still **acceptable**.

2.    Written responses to KSA's listed above – addressing
each KSA separately **must be attached**.

3.    **ICTAP CONSIDERATION**: PLEASE ANNOTATE YOUR APPLICATION
TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.

Individuals who have special priority selection rights
under ICTAP must be well qualified for the position to
receive consideration for special priority selection.

ICTAP applicants who meet all the selective and
knowledge, skills, and abilities (special rating
factors) and earn a score in the top one-third of the
rating score range (prior to the assignment of
veteran's preference points) will be tentatively
identified well-qualified.  A final decision that a
given ICTAP applicant is well-qualified will be made
by the selecting official, and, if appropriate, by the
Director of Personnel.

Eligibles must submit a copy of their agency RIF
Notice, a copy of their most recent Performance
Rating, and a copy of their most recent SF-50 noting
current position, grade level and duty station.

4.    **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES**: You MUST
SUBMIT your most recent Notification of Personnel
Action (SF-50) showing tenure group and promotion
potential if any.
To insure full consideration, status candidates should
submit a copy of their most recent performance
appraisal.

5.    **Status candidates MUST** clearly indicate on their
application package whether they want to be considered
under the provisions of the Merit Promotion Program or
the Delegated Examining Unit.

78

-5-

If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.  You may wish to be considered under both procedures in which case you **MUST** submit TWO complete application packages.

6.   **VETERANS:**  Non-status applicants claiming veteran preference, or eligibility for Veterans Readjustment Appointment, **MUST** submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

7.   **SPECIAL APPOINTMENTS:**  Non status applicants claiming eligibility for other special appointments, such as handicapped or former Peace Corps/Vista volunteers, must submit proof of eligibility, i.e., letter from the Peace Corps or State Rehabilitation agency.  Non-status candidates eligible for special appointment who wish to be considered for both special appointment and competitive procedures must submit two (2) applications or resumes.  When only one application or resume is received it will be considered under competitive procedures (DEU Certification) only.  Proof of eligibility for special appointment **MUST** be attached.

8.   **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:** The submission of these two forms is voluntary.  The information provided will be used for statistical purposes to monitor applicant responses, and will not be maintained in the personnel office or forwarded to the selection official. Copies of SF-181 and SF-256 can be downloaded from OPM's website at www.OPM.gov/forms.

**SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:**
International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

FAX NUMBERS:  (202) 401-0557 OR  (202) 205-8427

79

**\*\*\* FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT. \*\*\***

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

CONTACT:  Jerri Fitzpatrick, (202) 619-3117
          Web page address: http:\\www.ibb.gov

### BBG IS AN EQUAL OPPORTUNITY EMPLOYER
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Here's what your resume or application must contain (in addition to specific information requested in the job vacancy announcement)

JOB INFORMATION - Announcement number and title and grade(s) of the job for which you are applying.

WORK EXPERIENCE - Give the following information for your paid and nonpaid work experience related to the job for which you are applying. Job Title (include series and grade if Federal job), Duties & Accomplishments, Employer's name & address, Supervisor's name & number, Starting & ending dates (month/year), Hours per week, Salary and indicate if we may contact your current supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code) and day and evening phone numbers (with area code), Social Security Number, Country of Citizenship, Veterans' Preference, Reinstatement Eligibility and Highest Federal civilian grade held.

OTHER QUALIFICATIONS - Job-related training courses. Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed. Job-related certificates and licenses. Job-related honors, awards, and accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards. (Give dates but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma or GED. Colleges and universities (Name, city, and State), Majors, Type & year of degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your college transcript only if the job vacancy announcement requests it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency will ask you to sign and certify the accuracy of all information in your application. *If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

80

**VOICE OF AMERICA**
330 Independence Avenue, SW
Washington, DC 20237

# *VACANCY ANNOUNCEMENT*

### Broadcasting Board of Governors
### International Broadcasting Bureau
### Washington, DC 20237

**VACANCY NUMBER: M/P-05-10**

**OPENING DATE:  02/09/05**

**CLOSING DATE:  02/24/05**

**POSITION:** International Broadcaster (Mandarin), GS-1001-12

**LOCATION:** International Broadcasting Bureau
Voice of America
**East Asia & Pacific Division, Chinese Branch**
**Mandarin Service**
**Los Angeles Bureau**

AREA OF CONSIDERATION: All Qualified Candidates

**\*\*\*FOR CONSIDERATION, APPLICATION MUST BE RECEIVED IN THE IBB
OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING DATE OF
THIS ANNOUNCEMENT.\*\*\***

**\*\*\*As a result of the U.S. Mail delays currently being
experienced in the Washington, DC Metro Area, WE STRONGLY
SUGGEST you fax, hand deliver, or use a private delivery/courier
service when you submit an application to ensure it is received
by the closing date of the announcement.  Please be advised that
applications submitted via the U.S. Postal Service MAY NOT be
received in a sufficiently timely manner to be considered.\*\*\***

**FAILURE TO SUBMIT REQUIRED MATERIAL (See How to Apply) AND KSA
STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING CONSIDERED.**

**NOTE: Budgetary conditions may delay or otherwise affect filling
this vacancy.  However, all interested candidates should apply
now.**

Nyunt EEOC 100-2004-0921X
Supp. Doc. Req. 8

**81**


**VOICE OF AMERICA**

Broadcasting Board of Governors

-2-

**Duties:** The Mandarin Service's correspondent in Los Angeles, California, has responsibility for conceiving, planning, researching, writing, and broadcasting original audio/video scripts of a highly complex nature and for providing Internet content for web sites. Work requires fluency in reading and speaking Mandarin and English. It also requires knowledge, skills, and abilities in broadcast journalism such as writing, editing, interviewing, reporting, and broadcasting stories for radio and television and preparing material for web sites. Incumbent is responsible for providing news coverage of the U.S. West Coast.

**QUALIFICATION REQUIREMENTS:**

| GRADE | SPECIALIZED EXPERIENCE |
|-------|------------------------|
| GS-12 | 1 year equivalent to at least the next lower grade level. |

**SPECIALIZED EXPERIENCE:** Experience in the use of the Broadcast language in radio broadcasting, print, TV, or film journalism. Work must have included writing and editing broadcast material, which was translated from English into the broadcast language. This experience must have also provided a comprehensive knowledge of the history, customs, and psychology of target area people, as well as their political, economic, cultural and social life.

**SCREEN OUT FACTOR:** Bilingual knowledge of Mandarin and English with ability to research, write and adapt in both languages and to announce in Mandarin.

**DIRECTIONS FOR COMPLETING THE KSA'S:** Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element. Relate your experience to the position for which you are applying. Use examples which show the depth of knowledge, level or skill, or degree of ability you have. You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.

**KNOWLEDGE, SKILLS AND ABILITIES:** Relative numerical values equate to a total of 30 points.

82

- 3 -

1.  Ability to research, write, and record targeted program material for radio, internet and TV audiences in the target area.  (6)  **Mandatory**

2.  Ability to broadcast live and pre-recorded material in Mandarin (6) **Mandatory**

3.  Substantive and extensive first hand knowledge of and experience with target area politics and culture, as well as general knowledge of world affairs and particular knowledge about the U.S. west coast including California. (6) **Mandatory**

4.  Ability to separate factual material from opinion or commentary and to use each appropriately in crafting radio programs. (6)

5.  Skill in establishing and maintaining effective working relations not only with team members, but with groups and individuals providing information for programs. (6)

**Conditions of Employment:**

1.  Status candidates MUST meet time-in-grade by closing date of the announcement.
2.  Willingness to work shifts, weekends and holidays.
3.  Relocation expenses **WILL BE** paid.

**REASONABLE ACCOMMODATIONS** are provided to applicants with disabilities.  If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

"Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after three years or more of continuous service may apply."

**WHO MAY APPLY:** Applicants will be accepted from all qualified candidates.

**HOW TO APPLY:** Do not attach any additional forms which are not requested in this announcement.

1. Optional Application for Federal Employment (OF-612), a resume, OR any other written format.  **See** outline of

*83*

- 4 -

information which **MUST** be furnished **ON ALL RESUMES.**
INCOMPLETE RESUMES WILL NOT BE CONSIDERED. OF-612 forms can
be obtained from any Federal Agency personnel office, or
you can access assistance for completing a resume by logging
on to **WWW.USAJOBS.GOV\Resume.**

**NOTE:** Obsolete **SF-171** is still **acceptable.**

2.   Written responses to KSA's listed above - addressing   each
     KSA separately **must be attached.**

3.   **ICTAP CONSIDERATION:** PLEASE ANNOTATE YOUR APPLICATION  TO
     REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.

     Individuals who have special priority selection rights
     under ICTAP must be well qualified for the position to
     receive consideration for special priority selection.

     ICTAP applicants who meet all the selective and
     knowledge, skills, and abilities (special rating  factors)
     and earn a score in the top one-third of the rating score
     range (prior to the assignment of veteran's preference
     points) will be tentatively identified well-qualified.  A
     final decision that a given ICTAP applicant is well-
     qualified will be made by the selecting official, and, if
     appropriate, by the Director of Personnel.

     Eligibles must submit a copy of their agency RIF Notice, a
     copy of their most recent Performance Rating, and a copy of
     their most recent SF-50 noting current position, grade level
     and duty station.

4.   **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES:** You MUST
     SUBMIT your most recent Notification of Personnel
     Action (SF-50) showing tenure group and promotion
     potential if any.  To insure full consideration, status
     candidates should submit a copy of their most recent
     performance appraisal.

5.   **Status candidates MUST** clearly indicate on their
     application package whether they want to be considered
     under the provisions of the Merit Promotion Program or
     the Delegated Examining Unit.  **If you DO NOT indicate  a
     preference, your application will only be considered
     under the Merit Promotion Program.**  You may wish to be

84

- 5 -

considered under both procedures in which case **you MUST submit TWO complete application packages**.

6.  **VETERANS:**  Non-status applicants claiming veteran preference, or eligibility for Veterans Readjustment Appointment, **MUST** submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

7.  **SPECIAL  APPOINTMENTS:**  Non  status  applicants  claiming eligibility  for  other  special  appointments,  such  as handicapped  or  former  Peace  Corps/Vista  volunteers,  must submit  proof  of  eligibility,  i.e.,  letter  from  the  Peace Corps  or  State  Rehabilitation  agency.    Non-status candidates  eligible  for  special  appointment  who  wish  to  be considered  for  both  special  appointment  and  competitive procedures  must  submit  two  (2)  applications  or  resumes. **When  only  one  application  or  resume  is  received  it  will  be considered  under  competitive  procedures  (DEU  Certification) only.**  Proof  of  eligibility  for  special  appointment  **MUST**  be attached.

8.  **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and    SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:** The submission of    these two forms is voluntary. The    information provided will be used for statistical    purposes to monitor applicant responses, and will        not be maintained in the personnel office or        forwarded to the selection official. Copies of SF-181    and SF-256 can be downloaded from OPM's website at    **www.OPM.gov/forms.**

**SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:**
**International Broadcasting Bureau**
**Office of Personnel**
**Room 1543 Cohen Building**
**330 Independence Avenue, SW**
**Washington, DC 20237**

**FAX NUMBERS:  (202) 401-0557  OR   (202) 205-8427**

**\*\*\* FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL CLOSE OF BUSINESS ON THE CLOSING DATE OF THIS ANNOUNCEMENT. \*\*\***

**FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT, CONTACT: Susan King (202) 619-3117**
**Web page address: http:\\www.ibb.gov**

85

- 6 -

## BBG IS AN EQUAL OPPORTUNITY EMPLOYER

*****************

Here's what your resume or application must contain (in addition to specific information requested in the job vacancy announcement)

JOB INFORMATION - Announcement number and title and grade(s) of the job for which you are applying.

WORK EXPERIENCE - Give the following information for your paid and nonpaid work experience related to the job for which you are applying. Job Title (include series and grade if Federal job), Duties & Accomplishments, Employer's name & address, Supervisor's name & number, Starting & ending dates (month/year), Hours per week, Salary and indicate if we may contact your current supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code) and day and evening phone numbers (with area code), Social Security Number, Country of Citizenship, Veterans' Preference, Reinstatement Eligibility and Highest Federal civilian grade held.

OTHER QUALIFICATIONS - Job-related training courses. Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed. Job-related certificates and licenses. Job-related honors, awards, and accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards. (Give dates but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma or GED. Colleges and universities (Name, city, and State), Majors, Type & year of degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your college transcript only if the job vacancy announcement requests it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency will ask you to sign and certify the accuracy of all information in your application. *If you make a false statement in any part of your application, you may not be hired; you may be fired after you begin work; or you may be fined or jailed.*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

86



# *VACANCY ANNOUNCEMENT*

**Broadcasting Board of Governors**
**International Broadcasting Bureau**
Washington, DC 20237

**VACANCY NUMBER: M/P-05-67**

**OPENING DATE: 05/16/2005**

**CLOSING DATE: 05/31/2005**

**POSITION:** International Broadcaster (Radio) (Khmer)
GS-1001-12

**LOCATION:** International Broadcasting Bureau
Voice of America
Language Programming Directorate
East Asia and Pacific Division
Khmer Service

**AREA OF CONSIDARATION:  BBG WIDE (Status Only)**

***FOR CONSIDERATION, APPLICATION MUST BE RECEIVED IN THE
IBB OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING
DATE OF THIS ANNOUNCEMENT.***

*** As a result of the U.S. Mail delays currently being
experienced in the Washington, DC Metro Area, WE STRONGLY
SUGGEST you fax, hand deliver, or use a private
delivery/courier service when you submit an application to
ensure it is received by the closing date of the
announcement.  Please be advised that applications
submitted via the U.S. Postal Service MAY NOT be received
in a sufficiently timely manner to be considered. ***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (SEE HOW TO APPLY)
AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT
BEING CONSIDERED.

NOTE:  Budgetary conditions may delay or otherwise affect
filling this vacancy.  However, all interested candidates
should apply now.

Nyunt EEOC 100-2004-0921X
Supp. Doc. Req. 8

**87**

-2-

**Duties:** The incumbent serves as an International Broadcaster for the Khmer Service, responsible for developing reports in Khmer on breaking news, writing features, translating and adapting English texts into Khmer. He/She also prepares a variety of material for the Service's broadcasts, participates in the development of regularly scheduled programming, secures and conducts interviews, voices material for/during broadcasts, contributes to production elements including fine-editing of taped material, contributes to broadcast teamwork, prepares/presents news/feature materials in studio or on location for broadcast and as needed serves as show host.

**GRADE:**          **SPECIALIZED EXPERIENCE:**
GS-12            1 year equivalent to at least the next lower
grade level

**SPECIALIZED EXPERIENCE:** Experience which is in or directly related to the line of work of the position and which has equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position. To be creditable, specialized experience must have been equivalent to at least the next lower grade.

**SCREEN-OUT FACTOR:** Bilingual knowledge of Khmer and English with ability to speak, research, write and adapt in both languages.

**DIRECTIONS FOR COMPLETING THE KSA'S:** Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element. Relate your experience to the position for which you are applying. Use examples which show the depth of knowledge, level or skill, or degree of ability you have. You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.

**KNOWLEDGE, SKILLS AND ABILITIES:**  Relative numerical values equate to a total of 30 POINTS.

1. Ability to acquire, analyze and comprehend information on a wide range of issues, topics or events and the ability to separate factual material from opinion or commentary and to use each appropriately in crafting programs. (7)

88

-3-

2. Knowledge of broadcast writing/editorial skills to write balanced, accurate, comprehensive reportage and feature material of a complex and sensitive nature, which is often difficult to convey. (7)

3. Thorough knowledge of the professional techniques of broadcast journalism required for conducting interviews and the ability to maintain and establish effective working relationships not only with team members and VOA colleagues but also with groups or individuals providing information or interviews for programs, (6)

4. Broad knowledge of American history and culture, and awareness of political, economic, and social developments in the United States. (5)

5. Understanding of world news events, including U.S. foreign policy toward Cambodia. (5)

**Conditions of Employment:**
1. Applicants **MUST** meet time-in-grade requirements by  the closing date of this announcement.
2. Willingness to work shifts, weekends and holidays.
3. Relocation expenses **WILL BE** paid.

**REASONABLE ACCOMMODATIONS are provided to applicants with disabilities.  If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency.  The decision on granting reasonable accommodations will be on a case-by-case basis.**

**WHO MAY APPLY:**  Applications will be accepted from current career or career-conditional employees in the competitive service of the Broadcasting Board of Governors ONLY.  Non-status employees and outside applicants **will not** be considered.

**HOW TO APPLY:  Do** not attach any additional forms which are not requested in this announcement.

1.    Optional Application for Federal Employment (OF-612), a resume, OR any other written format.  **See outline** of information which **MUST** be furnished **ON ALL RESUMES**.

      **INCOMPLETE RESUMES WILL NOT BE CONSIDERED.**  OF-612 forms can be obtained from any Federal Agency personnel office, or you can access assistance for completing a resume by logging on to **WWW.USAJOBS.GOV\Resume.**

-4-

**NOTE:**  Obsolete **SF-171** is still **acceptable.**

2.    Written responses to KSA's listed above - addressing
each KSA separately **must be attached**.

3.    **STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES:**  You
MUST SUBMIT your most recent Notification of Personnel
Action (SF-50) showing tenure group and promotion
potential if any.  To insure full consideration,
status candidates should submit a copy of their most
recent performance appraisal.

4.    **SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and
SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS:**  The
submission of these two forms is voluntary.  The
information provided will be used for statistical
purposes to monitor applicant responses, and will not
be maintained in the personnel office or forwarded to
the selection official.  Copies of SF-181 and SF-256
can be downloaded from OPM's website at
**www.OPM.gov/forms.**

**SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:**
**International Broadcasting Bureau**
**Office of Personnel**
**Room 1543 Cohen Building**
**330 Independence Avenue, SW**
**Washington, DC 20237**

 **FAX NUMBERS:  (202) 401-0557  OR  (202) 205-8427**

**\*\*\*FOR CONSIDERATION, APPLICATION MUST BE RECEIVED IN THE
IBB OFFICE OF PERSONNEL BY CLOSE OF BUSINESS ON THE CLOSING
DATE OF THIS ANNOUNCEMENT.\*\*\***

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

**CONTACT:** Susan King, (202) 619-3117
            Web page address: http:\\www.ibb.gov

## BBG IS AN EQUAL OPBPORTUNITY EMPLOYER

**90**

******************
Here's what your resume or application must contain
(in addition to specific information requested in the job
vacancy announcement)

JOB INFORMATION - Announcement number and title and
grade(s) of the job for which you are applying.

WORK EXPERIENCE - Give the following information for your
paid and nonpaid work experience related to the job for
which you are applying.  Job Title (include series and
grade if Federal job), Duties & Accomplishments, Employer's
name & address, Supervisor's name & number, Starting &
ending dates (month/year), Hours per week, Salary and
indicate if we may contact your current supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip
Code) and day and evening phone numbers (with area code),
Social Security Number, Country of Citizenship, Veterans'
Preference, Reinstatement Eligibility and Highest Federal
civilian grade held.

OTHER QUALIFICATIONS - Job-related training courses.  Job-
related skills, for example, other languages, computer
software/hardware, tools, machinery, typing speed.  Job-
related certificates and licenses.  Job-related honors,
awards, and accomplishments, for example, publications,
memberships in professional or honor societies, leadership
activities, public speaking, and performance awards.  (Give
dates but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of
diploma or GED.  Colleges and universities (Name, city, and
State), Majors, Type & year of degrees received (if no
degree, show total credits earned and indicate whether
semester or quarter hours).  Send a copy of your college
transcript only if the job vacancy announcement requests
it.

OTHER IMPORTANT INFORMATION - Before hiring, the agency
will ask you to sign and certify the accuracy of all
information in your application.  *If you make a false
statement in any part of your application, you may not be
hired; you may be fired after you begin work; or you may be
fined or jailed.*

    THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

91



# BROADCASTING BOARD
# OF GOVERNORS

Agency: Broadcasting Board of Governors

Job Announcement Number:
M/P-05-88

**Overview**

International Broadcaster (Mandarin), GS-1001-12

**SALARY RANGE:** 62886 - 81747 USD per year

**SERIES & GRADE:** GS-1001-12

**OPEN PERIOD:** Wednesday, June 15, 2005
to Wednesday, June 29, 2005

**POSITION INFORMATION:** Full Time
Career Conditional

**DUTY LOCATIONS:** 1 vacancy –
Washington, DC

**WHO MAY BE CONSIDERED:** All Qualified Applicants

## BACKGROUND:

The Broadcasting Board of Governors consists of the Voice of America and Radio and TV Marti along with other international broadcasters operating on grants. The VOA and other services broadcast news and information to millions of people throughout the world in more than 50 languages, via radio, television and the Internet. Our diverse, multicultural and dedicated professional staff correspondent bureaus, transmission stations and marketing offices around the world in addition to our main studios in Washington, D.C. and Miami, Florida.

## MAJOR DUTIES:

The incumbent serves as an International Broadcaster for the Mandarin Service, with responsibility for conceiving, planning, researching, writing, and broadcasting original audio/video scripts of a highly complex nature and for providing Internet content for web sites. Work requires fluency in reading and speaking Mandarin and English. It also requires knowledge, skills, and abilities in broadcast journalism such as writing, editing, interviewing, reporting, and broadcasting stories for radio and television and preparing material for web sites.

## QUALIFICATIONS REQUIRED:

Applicants must meet the following basic requirements:

1 year of experience equivalent to the next lower grade level.

Nyunt EEOC 100-2004-0921X
Supp. Doc. Req. 8

92

**SPECIALIZED EXPERIENCE:** Experience which is directly related to the position to be filled and which has equipped the candidate with the particular knowledge, skills and abilities to successfully perform the duties of the position.

**HOW YOU WILL BE EVALUATED:** If you meet the basic qualification requirements for the position, you will be further evaluated based on your possession of the Knowledge, Skill, and Ability factors listed on the Vacancy Announcement. Submission of KSA statements is *highly encouraged* to ensure that you relevant education and experience background is clearly presented. If you do not submit KSA statements, your possession of these factors will be assessed on the basis of what you do submit. Failure to submit KSA statements may place you at a competitive disadvantage compared to applicants who do submit such statements.

**DIRECTIONS FOR COMPLETING KSA STATEMENTS:** Consider what in your education and experience background best reflects your possession of each knowledge, skill, and ability (KSA). For each KSA, provide a clear, concise statement demonstrating your possession of the KSA as it relates to the position for which you are applying. Your statements should illustrate the degree to which your background has equipped you with each KSA, reflecting the scope and depth of your knowledge, skill, or ability and your level of responsibility. You may refer to paid or volunteer work, education or training, or any other applicable experience.

**KNOWLEDGE, SKILLS, AND ABILITY FACTORS:** Relative numerical values equate to a total of 30 points.

1. Knowledge of video/radio/Internet broadcasting principles, and methods and journalistic knowledge and ability sufficient to write and produce integrated, highly-targeted, well-balanced, scripts, radio or television programs or program segments that capture the attention of the audience. (6)

2. Skill in radio reporting or videography that enables the incumbent to voice, digitally edit and prepare audio or shoot video using motivated camera movements with a digital video camera. (6)

3. Knowledge of the targeted area, its history, economics, culture, and socio-political development and the full range of advanced radio and television broadcasting skills to select materials, tone, and style that will be most appealing to this audience. (6)

4. Editorial skills to prepare balanced, accurate, comprehensive material, and to convey often complex and sensitive content. (6)

5. Knowledge of the basic objectives and program policies of the Voice of America in order to develop and produce programs consistent with these objectives and policies. (6)

# BENEFITS:

The Federal government offers a number of exceptional benefits to its employees. The following Web addresses are provided for your reference to explore the major benefits offered to most Federal employees.

**Flexible Spending Accounts** - The Federal Flexible Spending Accounts Program (FSAFeds) allows you to pay for certain health and dependent care expenses with pre-tax dollars. For additional information visit: https://www.fsafeds.com/fsafeds/index.asp

**Health Insurance** - The Federal Employees Health Benefits Program offers over 100 optional plans. For additional information visit: http://www.opm.gov/insure/health/index.asp

**93**

**Leave** - Most Federal employees earn both annual and sick leave. For additional information visit: http://www.opm.gov/oca/leave/index.asp

**Life Insurance** - The Federal Employees' Group Life Insurance Program (FEGLI) offers: Basic Life Insurance plus three types of optional insurance, for additional information visit: http://www.opm.gov/insure/life/index.asp

**Long Term Care Insurance** - The Federal Long Term Care Insurance Program (FLTCIP) provides long term care insurance for Federal employees and their parents, parents-in-law, stepparents, spouses, and adult children. For additional information visit: http://www.ltcfeds.com/

**Retirement Program** - Almost all new employees are automatically covered by the Federal Employees Retirement System (FERS). FERS is a three-tiered retirement plan. The three tiers are: Social Security Benefits, Basic Benefit Plan, and Thrift Savings Plan. For additional information visit: http://www.opm.gov/retire/index.asp

This link provides and overview of the benefits currently offered to Federal employees. http://www.usajobs.opm.gov/ei61.asp

## KEY REQUIREMENTS:

- Relocation Expenses will not be paid.
- Status Candidates must meet time-in-grade requirements within 30 days of the closing date of this announcement.
- Willingness to work rotating shifts, weekends and holidays is required.

**VETERANS PREFERENCE:** Five points may be added to the eligible ratings of veterans who: Entered the military service prior to October 14, 1976; served on active duty during the Gulf War between August 2, 1990 and January 2, 1992, regardless of where the person served; or, served in a military action for which they received a campaign badge or expeditionary medal. Medal holders and Gulf War veterans must have served continuously for at least 24 months or the full period for which called or ordered to active duty. Ten points may be granted to the eligible ratings of disabled veterans; Purple Heart recipients; spouses or mothers of a 100 percent disabled veteran; or the widows, widowers, or mothers of a deceased veteran.

## OTHER INFORMATION:

**1. If you are an eligible Interagency Career Transition Assistance Program (ICTAP) applicant you may apply for special selection over other candidates for this position**. To be well qualified and exercise selection priority for this vacancy, displaced Federal employees must be rated at 85 or above on the rating criteria for this position. ICTAP eligibles must submit one of **the** following as proof of eligibility for the special selection priority: a separation notice; a "Notice of Personnel Action" (SF-50) documenting separation; an agency certification that you cannot be placed after injury compensation has been terminated; an OPM notification that your disability annuity has been terminated; OR a Military Department or National Guard Bureau notification that you are retired under 5 U.S.C. 8337(h) or 8456.

**2. If you are a current career or career-conditional Federal employee or former Federal employee who has reinstatement eligibility,** you must submit a copy of your latest SF-50 "Notification of Personnel Action" and/or a copy of the SF-50 that reflects career or career-conditional tenure, or you will not be considered under the merit promotion process. Also, you should submit your most recent performance appraisal.

**3. If you are a veteran with preference eligibility and you are claiming 5-point veterans' preference,** you must attach a copy of your DD-214 or other proof of eligibility. **If you are claiming**

94

**10-point veterans' preference,** you must attach an SF-15, "Application for 10-Point Veterans' Preference" plus the proof required by that form.

**4. If you are a male applicant** who was born after 12/31/59 and are required to register under the Military Selective Service Act, the Defense Authorization Act of 1986 requires that you be registered or you are not eligible for appointment in this agency.

**5. You can apply for a non-competitive appointment if you meet the basic eligibility requirements and you are eligible for special appointment** such as those authorized for the severely disabled; certain Vietnam era and disabled veterans; returned volunteers from the Peace Corps or Vista, etc. Please indicate the type of special appointment you are seeking, if any, on your application and follow all other instructions for applying shown in this announcement.

**6. All qualification requirements must be met within 30 days after the closing date of this announcement.** Additional information on the qualification requirements is outlined in the OPM Qualifications Standards Handbook of General Schedule Positions. It is available for your review in our office, in other Federal agency personnel offices, and on OPM's web site at http://www.opm.gov/qualifications .

**7. REASONABLE ACCOMMODATIONS** are provided to applicants with disabilities. If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

**8. Candidates** who wish to be considered under both the merit promotion process and the competitive process (DEU) need to submit two complete application packages.

**9. Status candidates MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit. **If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.** You may wish to be considered under both procedures in which case **you MUST submit TWO complete application packages.**

## HOW TO APPLY:

**DO NOT ATTACH ANY ADDITIONAL FORMS WHICH ARE NOT REQUESTED IN THIS ANNOUNCEMENT.**

**To submit the documents requested, follow the instructions below: Your resume, curriculum vitae, the Optional Application for Federal Employment (OF 612), or any other written format you choose to describe your job-related qualifications can be submitted by fax, mail or by hand-deliver. Please ensure that your resume contains your full name, address, phone and at least your last four digits of your social security number.**

**Instructions on submitting resume and supporting documents in hard copy via fax or by mail:**

**If you fax your documentation you must use a cover page.** The information contained on the cover page should match the information you provided to the occupational questionnaire. The Vacancy ID number **M/P-05-88**, your Name, and SSN should be written accurately and neatly. If the information is inaccurate or incomplete it will delay the processing of your application or you may not receive consideration for this position.

You can mail or hand deliver your application materials to the address below:

International Broadcasting Bureau
330 Independence Avenue SW

**95**

ATTN Office of Personnel
Room 1543 Cohen Building
Washington, DC 20237
Attention: **Susan King**
**M/P-05-88**

REQUIRED DOCUMENTS:  Failure to submit all required documents will result in your application
not being considered.

- **Resume**

- **Veterans Preference documentation**

- **Notification of Personnel Action (SF-50) for non-BBG employees.**

## AGENCY CONTACT INFO:

**Susan King**
Phone: (202)619-3117
Fax:    (202) 401-0557 or (202) 205-8427
**Internet: sking@ibb.gov**

Or write to:
International Broadcasting Bureau
Office of Personnel, Room 1543
ATTN: Susan King
330 Independence Avenue SW
Washington, DC 20237
USA

## WHAT TO EXPECT:

After a review of your complete application is made you will be notified of your rating
and/or referral to the hiring official.  If further evaluation or interviews are required,
you will be contacted.

96



# BROADCASTING BOARD OF GOVERNORS

Agency: Broadcasting Board of Governors

Job Announcement Number: **M/P-05-127**

**Overview**

## INTERNATIONAL BROADCASTER (TIBETAN), GS-1001-12

**SALARY RANGE:** 62886 - 81747 USD per year

**OPEN PERIOD:** Wednesday, August 24, 2005 to Friday, September 9, 2005

**SERIES & GRADE:** GS-1001-12

**POSITION INFORMATION:** Full Time Career Conditional

**DUTY LOCATIONS:** 1 vacancy – Washington, DC

**WHO MAY BE CONSIDERED:** All Qualified Applicants

**NOTE:** Budgetary conditions may delay or otherwise affect filling this vacancy. However, all interested candidates should apply now.

### BACKGROUND:

The Broadcasting Board of Governors consists of the Voice of America and Radio and TV Marti along with other international broadcasters operating on grants. The VOA and other services broadcast news and information to millions of people throughout the world in more than 50 languages, via radio, television and the Internet. Our diverse, multicultural and dedicated professional staff correspondent bureaus, transmission stations and marketing offices around the world in addition to our main studios in Washington, D.C. and Miami, Florida.

### MAJOR DUTIES:

The incumbent serves as an International Broadcaster for the Tibetan Service responsible for helping to produce news, special programs and information segments for Tibetan radio, TV or Internet broadcasts. Performs subject and story research to insure the accuracy, comprehensiveness, and balance of news and information stories. Calls and develops sources in order to confirm research and facts in Radio or TV stories. Researches and logs raw video and audio material and news feeds for inclusion in a variety of news and information programs. Writes basic stories for radio or on camera, voice over, or narrated reporter packages, making sure stories are geared to the needs of the target audience. Serves as a radio or TV broadcaster, conducting interviews, reporting, writing scripts, translating materials and voicing programs as assigned. Prepares material for Service's web page as assigned.

Nyunt EEOC 100-2004-0921X
Supp. Doc. Req. 8

97

-2-

## QUALIFICATIONS REQUIRED:

Applicants must meet the following basic requirements:

1 year of experience equivalent to the next lower grade level.

**SPECIALIZED EXPERIENCE:** Experience in the use of the broadcast language in radio broadcasting, print, TV or film journalism. Work must have included writing, editing, and/or voicing broadcast material from English into the broadcast language.

**HOW YOU WILL BE EVALUATED:** If you meet the basic qualification requirements for the position, you will be further evaluated based on your possession of the Knowledge, Skill, and Ability factors listed on the Vacancy Announcement. Submission of KSA statements is *highly encouraged* to ensure that you relevant education and experience background is clearly presented. If you do not submit KSA statements, your possession of these factors will be assessed on the basis of what you do submit. Failure to submit KSA statements may place you at a competitive disadvantage compared to applicants who do submit such statements.

**DIRECTIONS FOR COMPLETING KSA STATEMENTS:** Consider what in your education and experience background best reflects your possession of each knowledge, skill, and ability (KSA). For each KSA, provide a clear, concise statement demonstrating your possession of the KSA as it relates to the position for which you are applying. Your statements should illustrate the degree to which your background has equipped you with each KSA, reflecting the scope and depth of your knowledge, skill, or ability and your level of responsibility. You may refer to paid or volunteer work, education or training, or any other applicable experience.

**KNOWLEDGE, SKILLS, AND ABILITY FACTORS:** Relative numerical values equate to a total of 30 points.

1. Demonstrated experience in journalism and knowledge of radio, TV, or Internet broadcasting principles, practices, and methods. (8)

2. Demonstrated skills in announcing to present and voice effectively material broadcast by VOA Tibetan Service which includes news, background reports, commentaries, reports, features, documentaries, etc. (8)

3. In-depth knowledge of the targeted area, its history, economics, culture, and socio-political development. (6)

4. Thorough understanding of world events, including U.S. foreign policies toward the targeted area and the region (4)

5. Skill in communicating with co-workers to develop an atmosphere of cooperation and of teamwork. (4)

## BENEFITS:

The Federal government offers a number of exceptional benefits to its employees. The following Web addresses are provided for your reference to explore the major benefits offered to most Federal employees.

**Flexible Spending Accounts -** The Federal Flexible Spending Accounts Program (FSAFeds) allows you to pay for certain health and dependent care expenses with pre-tax dollars. For additional information visit: https://www.fsafeds.com/fsafeds/index.asp

98

-3-

**Health Insurance** - The Federal Employees Health Benefits Program offers over 100 optional plans. For additional information visit: http://www.opm.gov/insure/health/index.asp

**Leave** - Most Federal employees earn both annual and sick leave. For additional information visit: http://www.opm.gov/oca/leave/index.asp

**Life Insurance** - The Federal Employees' Group Life Insurance Program (FEGLI) offers: Basic Life Insurance plus three types of optional insurance, for additional information visit: http://www.opm.gov/insure/life/index.asp

**Long Term Care Insurance** - The Federal Long Term Care Insurance Program (FLTCIP) provides long term care insurance for Federal employees and their parents, parents-in-law, stepparents, spouses, and adult children. For additional information visit: http://www.ltcfeds.com/

**Retirement Program** - Almost all new employees are automatically covered by the Federal Employees Retirement System (FERS). FERS is a three-tiered retirement plan. The three tiers are: Social Security Benefits, Basic Benefit Plan, and Thrift Savings Plan. For additional information visit: http://www.opm.gov/retire/index.asp

This link provides and overview of the benefits currently offered to Federal employees. http://www.usajobs.opm.gov/ei61.asp

## KEY REQUIREMENTS:
- Relocation Expenses will not be paid.
- Status Candidates must meet time-in-grade requirements by the closing date of this announcement.
- Willingness to work shifts, weekends and holidays.

**VETERANS PREFERENCE:** Five points may be added to the eligible ratings of veterans who: Entered the military service prior to October 14, 1976; served on active duty during the Gulf War between August 2, 1990 and January 2, 1992, regardless of where the person served; or, served in a military action for which they received a campaign badge or expeditionary medal. Medal holders and Gulf War veterans must have served continuously for at least 24 months or the full period for which called or ordered to active duty. Ten points may be granted to the eligible ratings of disabled veterans; Purple Heart recipients; spouses or mothers of a 100 percent disabled veteran; or the widows, widowers, or mothers of a deceased veteran.

## OTHER INFORMATION:

**1. If you are an eligible Interagency Career Transition Assistance Program (ICTAP) applicant you may apply for special selection over other candidates for this position.** To be well qualified and exercise selection priority for this vacancy, displaced Federal employees must be rated at 85 or above on the rating criteria for this position. ICTAP eligibles must submit one of the following as proof of eligibility for the special selection priority: a separation notice; a "Notice of Personnel Action" (SF-50) documenting separation; an agency certification that you cannot be placed after injury compensation has been terminated; an OPM notification that your disability annuity has been terminated; OR a Military Department or National Guard Bureau notification that you are retired under 5 U.S.C. 8337(h) or 8456.

**2. If you are a current career or career-conditional Federal employee or former Federal employee who has reinstatement eligibility,** you must submit a copy of your latest SF-50 "Notification of Personnel Action" and/or a copy of the SF-50 that reflects career or career-conditional tenure, or you will not be considered under the merit promotion process. Also, you should submit your most recent performance appraisal.

**99**

-4-

**3. If you are a veteran with preference eligibility and you are claiming 5-point veterans' preference,** you must attach a copy of your DD-214 or other proof of eligibility. **If you are claiming 10-point veterans' preference,** you must attach an SF-15, "Application for 10-Point Veterans' Preference" plus the proof required by that form.

**4. If you are a male applicant** who was born after 12/31/59 and are required to register under the Military Selective Service Act, the Defense Authorization Act of 1986 requires that you be registered or you are not eligible for appointment in this agency.

**5. You can apply for a non-competitive appointment if you meet the basic eligibility requirements and you are eligible for special appointment** such as those authorized for the severely disabled; certain Vietnam era and disabled veterans; returned volunteers from the Peace Corps or Vista, etc. Please indicate the type of special appointment you are seeking, if any, on your application and follow all other instructions for applying shown in this announcement.

**6. All qualification requirements must be met by the closing date of this announcement.** Additional information on the qualification requirements is outlined in the OPM Qualifications Standards Handbook of General Schedule Positions. It is available for your review in our office, in other Federal agency personnel offices, and on OPM's web site at http://www.opm.gov/qualifications .

**7. REASONABLE ACCOMMODATIONS** are provided to applicants with disabilities. If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

**8. Candidates** who wish to be considered under both the merit promotion process and the competitive process (DEU) need to submit two complete application packages.

**9. Status candidates MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit. **If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program**. You may wish to be considered under both procedures in which case **you MUST submit TWO complete application packages.**

## HOW TO APPLY:

**DO NOT ATTACH ANY ADDITIONAL FORMS WHICH ARE NOT REQUESTED IN THIS ANNOUNCEMENT.**

**To submit the documents requested, follow the instructions below: Your resume, curriculum vitae, the Optional Application for Federal Employment (OF 612), or any other written format you choose to describe your job-related qualifications can be submitted by fax, mail or by hand-deliver. Please ensure that your resume contains your full name, address, phone and at least your last four digits of your social security number.**

**Instructions on submitting resume and supporting documents in hard copy via fax or by mail:**

**If you fax your documentation you must use a cover page.** The information contained on the cover page should match the information you provided to the occupational questionnaire. The Vacancy ID number M/P-05-127, your Name, and SSN should be written accurately and neatly. If the information is inaccurate or incomplete it will delay the processing of your application or you may not receive consideration for this position.

*100*

-5-

You can mail or hand deliver your application materials to the address below:

International Broadcasting Bureau
330 Independence Avenue SW
ATTN Office of Personnel
Room 1543 Cohen Building
Washington, DC 20237
Attention:  **M/HRO - Susan King**

REQUIRED DOCUMENTS:  Failure to submit all required documents will result in your application not being considered.

- **Resume**

- **Veterans Preference documentation**

- **Notification of Personnel Action (SF-50) for non-BBG employees.**

## AGENCY CONTACT INFO:

**Susan King**
Phone: (202)619-3117
Fax:    (202) 401-0557 or (202) 205-8427
**Internet: sking@ibb.gov**

Or write to:
International Broadcasting Bureau
Office of Human Resources, Room 1543
ATTN: Susan King
330 Independence Avenue SW
Washington, DC 20237
USA

## WHAT TO EXPECT:

After a review of your complete application is made you will be notified of your rating and/or referral to the hiring official.  If further evaluation or interviews are required, you will be contacted.

101



# BROADCASTING BOARD
# OF GOVERNORS

Agency: Broadcasting Board of Governors

Job Announcement Number: **M/P-05-201**

## VOICE OF AMERICA

## INTERNATIONAL BROADCASTER (Mandarin), GS-1001-12

**SALARY RANGE:** 62886 - 81747 USD per year

**OPEN PERIOD:** January 3, 2006 to January 18, 2006

**SERIES & GRADE:** GS-1001-12

**POSITION INFORMATION:** Full Time Career Conditional

**DUTY LOCATIONS:** 1 vacancy – Washington, DC

## WHO MAY BE CONSIDERED: All Qualified Applicants

## Introduction to Agency:

The Broadcasting Board of Governors consists of the Voice of America and Radio and TV Marti along with other international broadcasters operating on grants. The VOA and other services broadcast news and information to millions of people throughout the world in more than 50 languages, via radio, television and the Internet from our main studios in Washington, D.C. and from Miami, Florida.

## MAJOR DUTIES:

The incumbent serves as an International Broadcaster for the Mandarin Service of the East Asia and Pacific Division of the Voice of America. The incumbent is responsible for conceiving, planning, researching, writing, presenting live and pre-recorded radio programs and television programs, and for adapting and/or converting these for use on Internet web sites. Writes and presents on-camera news related stories for use in television, preparing highly-targeted, well balanced scripts that capture the attention of the audience. Creates targeted original radio and/or TV programs, segments, and scripts of various lengths on a variety of subjects of particular interest to the target audience. Adapts and/or translates material, including providing simultaneous translations. Participates in the development of regularly scheduled radio or TV programs. As a journalist, serves simultaneously as solo producer, reporter, videographer, writer, and where applicable, voice for television news and feature stories considered of a competitive quality level for the international broadcast market. Prepares original scripts for radio or television programs. Initiates and conducts interviews with a wide variety of subjects and news sources. Presents programs or segments on-camera and/or off-camera for radio and/or TV broadcasts. Contributes to production elements including editing of filmed or taped material and production of live air shows. Prepares and/or presents news and feature materials in a studio or on location for radio/TV simulcast.

Nyunt EEOC 100-2004-0921X
Supp. Doc. Req. 8

102

-2-

## QUALIFICATIONS REQUIRED:

Applicants must meet the following basic requirements:

1 year of specialized experience equivalent to the next lower grade level.

**SPECIALIZED EXPERIENCE:** Experience in the use of the broadcast language in TV or radio broadcasting. Work must have included writing, editing, and/or voicing broadcast material from English into the Mandarin language.

**HOW YOU WILL BE EVALUATED:** If you meet the basic qualification requirements for the position, you will be further evaluated based on your possession of the Knowledge, Skill, and Ability (KSA) factors listed on the Vacancy Announcement. Submission of KSA statements is *highly encouraged* to ensure that your relevant education and experience background is clearly presented. If you do not submit KSA statements, your possession of these factors will be assessed on the basis of what you do submit. Failure to submit KSA statements may place you at a competitive disadvantage compared to applicants who do submit such statements.

**DIRECTIONS FOR COMPLETING KSA STATEMENTS:** Consider what in your education and experience background best reflects your possession of each KSA. For each KSA, provide a clear, concise statement demonstrating your possession of the KSA as it relates to the position for which you are applying. Your statements should illustrate the degree to which your background has equipped you with each KSA, reflecting the scope and depth of your knowledge, skill, or ability and your level of responsibility. You may refer to paid or volunteer work, education or training, or any other applicable experience.

**KNOWLEDGE, SKILLS, AND ABILITY FACTORS:** Relative numerical values equate to a total of 30 points.

1. Demonstrated ability to write original material and present highly targeted news and current affairs, economic and business, and socio-cultural programming and conduct interviews in Mandarin for radio or TV and to translate and voice materials in Mandarin. (7) Mandatory

2. Knowledge of the target area, its culture, socio-political realities, and economic and business developments; and demonstrated TV broadcasting skills to select materials, tone and style that will be most appealing to this audience. (7)

3. Demonstrated interpersonal skills working within a team and applying broadcasting principles and methods to highly a targeted audience in Mandarin. (6)

4. Knowledge of video and/or radio broadcasting principles, practices and methods including VOA's Charter. (5)

5. Knowledge of journalism and demonstrated skill in using digital audio editing and/or video cameras and linear and non-linear video editing. (5)

## KEY REQUIREMENTS:

- Relocation Expenses will be paid.
- Status Candidates must meet time-in-grade requirements by the closing date of this announcement.
- Willingness to work rotating shifts, weekends and holidays is required.
- Status candidates must submit most recent Notification of Personnel Action (SF-50).

-3-

103

**BENEFITS:**

The Federal government offers a number of exceptional benefits to its employees. The following Web addresses are provided for your reference to explore the major benefits offered to most Federal employees.

**Flexible Spending Accounts -** The Federal Flexible Spending Accounts Program (FSAFeds) allows you to pay for certain health and dependent care expenses with pre-tax dollars. For additional information visit: https://www.fsafeds.com/fsafeds/index.asp

**Health Insurance -** The Federal Employees Health Benefits Program offers over 100 optional plans. For additional information visit: http://www.opm.gov/insure/health/index.asp

**Leave -** Most Federal employees earn both annual and sick leave. For additional information visit: http://www.opm.gov/oca/leave/index.asp

**Life Insurance -** The Federal Employees' Group Life Insurance Program (FEGLI) offers: Basic Life Insurance plus three types of optional insurance, for additional information visit: http://www.opm.gov/insure/life/index.asp

**Long Term Care Insurance -** The Federal Long Term Care Insurance Program (FLTCIP) provides long term care insurance for Federal employees and their parents, parents-in-law, stepparents, spouses, and adult children. For additional information visit: http://www.ltcfeds.com/

**Retirement Program -** Almost all new employees are automatically covered by the Federal Employees Retirement System (FERS). FERS is a three-tiered retirement plan. The three tiers are: Social Security Benefits, Basic Benefit Plan, and Thrift Savings Plan. For additional information visit: http://www.opm.gov/retire/index.asp

This link provides and overview of the benefits currently offered to Federal employees. http://www.usajobs.opm.gov/ei61.asp

**VETERANS PREFERENCE:** Five points may be added to the eligible ratings of veterans who: entered the military service prior to October 14, 1976; served on active duty during the Gulf War between August 2, 1990 and January 2, 1992, regardless of where the person served; or, served in a military action for which they received a campaign badge or expeditionary medal. Medal holders and Gulf War veterans must have served continuously for at least 24 months or the full period for which called or ordered to active duty. Ten points may be granted to the eligible ratings of disabled veterans, Purple Heart recipients, spouses or mothers of a 100 percent disabled veteran; or the widows, widowers, or mothers of a deceased veteran.

**OTHER INFORMATION:**

**1. If you are an eligible Interagency Career Transition Assistance Program (ICTAP) applicant you may apply for special selection over other candidates for this position.** To be well qualified and exercise selection priority for this vacancy, displaced Federal employees must be rated at 85 or above on the rating criteria for this position. ICTAP eligible must submit one of the following as proof of eligibility for the special selection priority: a separation notice; a "Notice of Personnel Action" (SF-50) documenting separation; an agency certification that you cannot be placed after injury compensation has been terminated; an OPM notification that your disability annuity has been terminated; OR a Military Department or National Guard Bureau notification that you are retired under 5 U.S.C. 8337(h) or 8456.

*104*

-4-

**2. If you are a current career or career-conditional Federal employee or former Federal employee who has reinstatement eligibility,** you must submit a copy of your latest SF-50 "Notification of Personnel Action" and/or a copy of the SF-50 that reflects career or career-conditional tenure, or you will not be considered under the merit promotion process. Also, you should submit your most recent performance appraisal.

**3. If you are a veteran with preference eligibility and you are claiming 5-point veterans' preference,** you must attach a copy of your DD-214 or other proof of eligibility. **If you are claiming 10-point veterans' preference,** you must attach an SF-15, "Application for 10-Point Veterans' Preference" plus the proof required by that form.

**4. If you are a male applicant of U.S. citizenship** who was born after 12/31/59 and are required to register under the Military Selective Service Act, the Defense Authorization Act of 1986 requires that you be registered or you are not eligible for appointment in this agency.

**5. You can apply for a non-competitive appointment if you meet the basic eligibility requirements and you are eligible for special appointment** such as those authorized for the severely disabled; certain Vietnam era and disabled veterans; returned volunteers from the Peace Corps or Vista, etc. Please indicate the type of special appointment you are seeking, if any, on your application and follow all other instructions for applying shown in this announcement.

**6. All qualification requirements must be met within 30 days of the closing date of this announcement.** Additional information on the qualification requirements is outlined in the OPM Qualifications Standards Handbook of General Schedule Positions. It is available for your review in our office, in other Federal agency personnel offices, and on OPM's web site at http://www.opm.gov/qualifications.

**7. REASONABLE ACCOMMODATIONS** are provided to applicants with disabilities.  If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

**8. Status candidates MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit. **If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.** You may wish to be considered under both procedures in which case you MUST submit TWO complete application packages.

<u>HOW TO APPLY:</u>

DO NOT ATTACH ANY ADDITIONAL FORMS THAT ARE NOT REQUESTED IN THIS ANNOUNCEMENT.

To submit the documents requested, follow the instructions below: **Your resume, curriculum vitae, the Optional Application for Federal Employment (OF 612), or any other written format you choose to describe your job-related qualifications can be submitted by fax, mail or by hand-delivery. Please ensure that your resume contains your full name, address, phone number and at least your last four digits of your social security number.**

105

-5-

You can mail or hand deliver your application materials to the address below:

International Broadcasting Bureau
330 Independence Avenue SW
ATTN Office of Personnel
Room 1543 Cohen Building
Washington, DC 20237
Attention:  **M/HO – Susan King**

**REQUIRED DOCUMENTS:**  Failure to submit all required documents will result in your application not being considered.

- **Resume**

- **Veterans Preference documentation**

- **Notification of Personnel Action (SF-50) for non-BBG employees.**

**AGENCY CONTACT INFO:**
**Susan King**
Phone: (202) 619-3117
Fax:    (202) 401-0557 or (202) 205-8427
**Internet: sking@ibb.gov**

**Or write to:**
**International Broadcasting Bureau**
**Office of Human Resources, Room 1543**
ATTN: Susan King
330 Independence Avenue SW
Washington, DC 20237
USA

**WHAT TO EXPECT:**
After a review of your complete application is made you will be notified of your rating and/or referral to the hiring official.  If further evaluation or interviews are required, you will be contacted.

*106*

# In The Matter Of:

## *Kyaw Zaw Nyunt   v.*
## *Kenneth Tomlinson*

---

### *Deposition of Kyaw Nyunt*
### *January 27, 2006*

---

### *Miller Reporting Company*
### *735 Eighth Street, SE*
### *Washington, DC  20003*
### *(202) 546-6666*

*Original File 0127NYUN.TXT, 28 Pages*
*Min-U-Script® File ID: 1973091437*

# Word Index included with this Min-U-Script®

107

Page 9

[1] **A:** That's true.

[2] **Q:** Okay, that's a complete application?

[3] **A:** Yes.

[4] **Q:** I will note that on the cover sheet for
[5] your application—that's at Tab I and it's page
[6] number 000057—you've noted that this is an
[7] application under the merit promotion program.
[8] For 26.

[9] **Q:** For 26, right. Did you submit another
[10] application for this under the delegated—

[11] **A:** I did.

[12] **Q:** So you had—

[13] **A:** Separate applications.

[14] **Q:** For this one position?

[15] **A:** Yes, ma'am.

[16] **Q:** Now you interviewed for this position that
[17] was advertised under 0326?

[18] **A:** Yes. For 0326 I was interviewed.

[19] **Q:** Do you recall the interview?

[20] **A:** Yes, I do remember the interview.

[21] **Q:** Do you remember any of the questions that
[22] were asked you at the interview?

Page 10

[1] **A:** Yes, they asked me—I remember Miss Irena
[2] Burgener asked me and Mr. Verma asked me.

[3] **Q:** Do you remember what they asked you, any
[4] of the questions themselves?

[5] **A:** What Mr. Verma asked me was about my
[6] background. Where did I work and how did I apply?
[7] All of my historical background.

[8] Miss Irena Burgener asked about the Voice
[9] of America Charter and how we are going to
[10] represent the world, so I answered her we tell the
[11] truth, the whole truth, and we are representing not
[12] one segment but the whole segment of America. We
[13] want to have a balanced view.

[14] The second question was if Aung San Suu
[15] Kyi gets power, if Aung San Suu Kyi gets the power,
[16] because she was at that time it looks like under
[17] house arrest, will we change our policy, and I said
[18] no; we don't change our policy; we go by the
[19] charter. That's what I answered.

[20] **Q:** Do you remember any other questions that
[21] were asked?

[22] **A:** No, I don't remember.

Page 11

[1] **Q:** Obviously you were not selected for this
[2] position.

[3] **A:** That's correct.

[4] **Q:** Who do you feel discriminated against you
[5] in your nonselection?

[6] **A:** The selecting officer is Mr. Htay, who
[7] discriminated me for nonselection, for 26.

[8] **Q:** Anybody else?

[9] **A:** Well, my opinion, he was under the
[10] influence of his two superior officers. One is Mr.
[11] Dan Robinson, who was recently his immediate boss
[12] when he took over from Mr. Dan Robinson. And Mr.
[13] Jay Henderson, the division chief. It looks like
[14] he was influenced by two of them.

[15] **Q:** Now I'm going to ask you to look at Tab O
[16] in the report of investigation and just confirm for
[17] me that this is—it looks like it's your
[18] application for the position that was advertised
[19] under MP03-29. So if you could just check that to
[20] make sure that's a complete application in the
[21] report of investigation.

[22] **A:** It's a complete set.

Page 12

[1] **Q:** Okay. And the cover letter that's on page
[2] 000128 notes here that this is for your application
[3] under the delegated examining unit. Do you recall
[4] whether you—

[5] **A:** I submitted two applications—

[6] **Q:** Here, too?

[7] **A:** Altogether there were four applications,
[8] two for 26 and two for 29. Four applications I
[9] submitted.

[10] **Q:** Okay, thank you.

[11] Can you tell me, in explaining your duties
[12] back during 2002-2003, were you using the Internet
[13] at all to perform your duties?

[14] **A:** At that time we are just switching onto
[15] that system. Actually at that time we were
[16] changing from analog to digital. That was the
[17] period, transition period.

[18] **Q:** During that same time period did you have
[19] to do any original writing, original story-writing?

[20] **A:** Oh, yes. I did ordinal writing, yes.

[21] **Q:** So you'd come up with your own story idea?

[22] **A:** Yes.

107A

Page 21

[1] Q: To the Agency.

And also just for the record, I notice

[3] that there are two signature pages—one where you

[4] actually signed it.

[5] A: Where I signed it?

[6] Q: The very last page of the exhibit, the

[7] very last page.

[8] A: This is the last page.

[9] Q: Yes, is that your signature?

[10] A: Yes, ma'am, it's my signature.

[11] Q: And the responses that are contained in

[12] here are accurate to—

[13] A: Oh, yes, to the best of my ability.

[14] Q: Great. Do you know Mr. Myint's national

[15] origin? Where was he born?

[16] A: Mr. San Myint?

[17] Q: Yes.

[18] A: He was born in Burma.

[19] Q: And how about Mr. Htun?

[20] A: Mr. Htun, he was born in Burma, too.

[21] Q: And just to backtrack a little bit, when

[22] you were discussing selections before, you said

Page 22

[1] that you felt Mr. Htay was going to select Mr. San

[2] Myint.

[3] A: Yes.

[4] Q: Why did you believe that?

[5] A: Because they were over-friendly and

[6] everybody—we all know that in the evening they go

[7] to the—what shall I say?—the Holiday Inn next to

[8] the Schweitzer Building. There is a place there

[9] and Mr. San Myint took him for drinks every

[10] evening. So we know that this is over-friendly and

[11] it amounts to bribery.

[12] And both of them, they drink and Mr. Htay

[13] can even be at times seen in the office

[14] intoxicated. I hear but I don't know whether it's

[15] true or not; at one time Mr. Htay even had to go

[16] and attend the Alcoholics Anonymous because he said

[17] I have given up liquor, or I would say drinks,

[18] because I have a big will and he has to say it in

[19] the office and nobody asked him to say.

[20] So something is wrong. We know Mr. Htay,

[21] at that time, all the time he was drunk. And even

[22] when he was talking to us, giving us the threat,

Page 23

[1] the liquor was coming out from his body, from his

[2] mouth.

[3] THE REPORTER: When he was giving us what?

[4] THE WITNESS: When he was threatening us,

[5] that we will be black-listed, in his office. Four

[6] of us were there and even Mr. Win Aung noticed it;

[7] he reported that in his counselor's report. Mr.

[8] Win Aung said he was drunk. He said it.

[9] Can I add one more? Because Mr. Htay

[10] selected Mr. Myint, who is older, who is 70 years

[11] old, it is just a pretext. He wanted to show that

[12] we did appoint an older person, so he appointed

[13] him. But he has two purposes. One is because

[14] over-friendly. Another is in order to appoint Mr.

[15] Phan Lwin, who is 39 years old, he appointed Mr.—he

[16] selected Mr. San Myint, who is 70 years old,

[17] just to say that we don't discriminate. But it

[18] doesn't mean that he doesn't discriminate me, but

[19] this is just a pretext.

[20] Because if you go through the EEO report,

[21] Mr. San Myint's record was—I mean to say I have

[22] nothing against him but professionally speaking,

Page 24

[1] Miss Doris Than, who was acting chief, said his

[2] voicing is terrible, he can't do it, and Mr. Gung

[3] Hla also said it. But still out of that Mr. Htay

[4] appointed him, so these are the reasons that

[5] ultimately it was wrong and unfair decision to

[6] select Mr. Myint.

[7] BY MS. PARISH:

[8] Q: In Exhibit 1, interrogatory response 13,

[9] you refer to—

[10] A: My health.

[11] Q: —claims for damages in this case. What

[12] is your basis for claiming the items that you've

[13] listed in interrogatory 13?

[14] A: The basis is it's because of the stress

[15] and the humiliation that I suffered. Slowly,

[16] slowly, everything deteriorated. My health gets

[17] worse. My feelings were hurt and my whole life was

[18] changed. My lifestyle was changed because of that.

[19] Q: And did your doctor tell you it was

[20] because of your nonselection?

[21] A: No, the doctor didn't tell me directly

[22] like that. Because of the nonselection, my health

108

Page 25

[1] was—first of all, I have pressure. My eating
[2] habits changed. My relations with family. I was
[3] not happy at the time, so you don't have the warmth
[4] of a family atmosphere because I have double
[5] jeopardy.
[6]     With 026, with Mr. San Myint, Mr. Htay
[7] violated and appointed him. And when it comes to
[8] 029, a noncitizen was also selected, although I'm
[9] equally or better qualified.
[10]     So all these two things hurts me a lot.
[11] Also, since it is a Burmese society, we have a
[12] small society and people look at me and hey, what
[13] happened to you? And the more they ask, the more
[14] you feel shame and you don't want to see the
[15] people, even your own people again.
[16]     So all these things slowly, slowly get my
[17] health deteriorated. Everything was found out only
[18] after the selection were made. Before, my health
[19] was perfect. No high blood pressure. No diabetes.
[20] My health was very good.
[21]     Q: Do you have a family history of diabetes?
[22]     A: No, I don't have.

Page 26

[1]     Q: You never had—did any of your parents
[2] ever have diabetes?
[3]     A: No, they don't have it.
[4]     Q: They don't?
[5]     A: No.
[6]     Q: You don't have any brothers or sisters
[7] that ever had it?
[8]     A: No.
[9]     Q: Or developed it later in life?
[10]     A: No, up till now, nobody has it. I was the
[11] first to have diabetes.
[12]     Q: Now some of these items—I also noticed in
[13] some of the documents, medical documents you
[14] produced, that you'd been in a car accident?
[15]     A: Yes, I was in the a car accident.
[16]     Q: And when did that happen?
[17]     A: That happened last year, last year.
[18]     Q: Do you recall when it happened last year?
[19]     A: I think it's April or May.
[20]     Q: And what, if any, effects did you have
[21] from the car—after-effects from the car accident?
[22]     A: The effect from the accident is I had to—they

Page 27

[1] diagnosed me with neck injury. The neck
[2] injury was okay. Of course, I had to go through
[3] the medication. I went through the physical
[4] therapy for three, four months. That was okay.
[5] Then I became fit again.
[6]     It was physical that I had. Physical
[7] means there were bruises on my hand and then the
[8] airbag was open, so I had—what shall I say?—suffered the
[9] pain, but that was all.
[10]     Q: The impact from the airbag?
[11]     A: Yes, the impact from the airbag. The
[12] airbag burst. The airbag burst.
[13]     Q: Mr. Nyunt, you mentioned that because of
[14] Burmese society you felt some effects of this. In
[15] the Burmese society how is age portrayed? Or let
[16] me rephrase that a little more clearly from you.
[17] Within the Burmese society is age considered that
[18] you should—it's a respect.
[19]     Q: Respect?
[20]     A: Age is equal to respect because the older
[21] you live, you have certain values in your life and
[22] you have experience and you have the more

Page 28

[1] experience, so that's how we take it. That's why
[2] we pay obeisance or homage to people who are
[3] elderly. That's how we take it.
[4]     Q: Do you recall if in the past year were you
[5] tested for hypothyroidism?
[6]     A: Yes, ma'am. Thyroid disorder. I was
[7] losing weight. That was very recently. They
[8] diagnose it and they give me medication, Synthroid
[9] or something. I'm taking every day. If I don't
[10] take it, I can't do anything.
[11]     Q: And your diabetes, are you on oral
[12] medication for that?
[13]     A: Yes, ma'am, oral medication. Every day I
[14] have to take.
[15]     Q: You don't have to take a shot? You take a
[16] pill?
[17]     A: I take a pill.
[18]     MS. PARISH: I think I'm just about done.
[19] Just give me a minute to review my notes.
[20]     [Whereupon, at 11:15 a.m., the deposition
[21] was concluded.]
[22]     [Signature not waived.]

109

Page 3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - - x
                              :
KYAW ZAW NYUNT,              :
                              :
      Complainant,           :
                              :
      v.                     : EEOC No.
                             : 100-2004-00921X
                             : Agency No.
KENNETH Y. TOMLINSON,        : OCR-04-03
CHAIRMAN, BROADCASTING BOARD :
   OF GOVERNORS,             :
                              :
      Agency.                :
                              :
- - - - - - - - - - - - - - - x

Washington, D.C.

Thursday, December 22, 2005

Deposition of

JAY F. HENDERSON

a witness of lawful age, taken on behalf of the

Complainant in the above-entitled action, before Ed

Greenberg, Notary Public in and for the District of

Columbia, in the Voice of America, 330 Independence

Avenue, S.W., Room 4447, Washington, D.C. 20237,

commencing at 4:55 p.m.

## CONTENTS

EXAMINATION BY:                          PAGE

Counsel for Complainant                   3

HENDERSON DEPOSITION EXHIBITS:

1 - 6/20/05 Admonishment                  39

---

Page 2

APPEARANCES:

On Behalf of the Complainant:

TIMOTHY B. SHEA, Esq.
Nemirow Hu & Shea
1629 K Street, N.W., Suite 500
Washington, D.C. 20006

On Behalf of the Agency:

ELIZABETH A. PARISH, Esq.
Assistant General Counsel
Office of the General Counsel
Broadcasting Board of Governors
U.S. International Broadcasting
330 Independence Avenue, S.W., Suite 3349
Washington, D.C. 20237

Also Present:

Kyaw Zaw Nyunt, Complainant

---

Page 4

1            PROCEEDINGS
2 Whereupon,
3            JAY HENDERSON
4 was called as a witness and, having been first duly
5 sworn, was examined and testified as follows:
6       EXAMINATION BY COUNSEL FOR PLAINTIFFS
7       BY MR. SHEA:
8    Q Would you state your name, please, and tell me
9 what your position is?
10    A My name is Jay Henderson. I'm the director of
11 the East Asia and Pacific Division at the Voice of
12 America.
13    Q How long have you had that position?
14    A Off and on for five years. Probably three and
15 a half years in a stretch.
16    Q And off and on because you were acting or
17 something like that?
18    A Right. I was my own deputy and then I was
19 acting back and forth a couple of times before they
20 decided to leave me here.
21    Q So it's been what?
22    A I think January 2001 was the first time that

**Page 5**

1 they made me acting and then back and forth a couple of
2 times. And then by 2002, middle of 2002 I think I
3 became permanent.
4 **Q Okay, and before 2001 what did you do?**
5 A I was my deputy. I was the managing editor
6 for the division, the number two person in the
7 division.
8 **Q How many people are in that division?**
9 A About 200.
10 **Q And generically what kind of specialists or**
11 **activities go on there?**
12 A Well, there are 200 full-time employees. In
13 addition, we have about 100 contractors. Almost all of
14 them are engaged in broadcasting via radio or
15 television, developing programs in 10 different
16 languages in my area, East Asian languages.
17 So it's languages like Chinese and Indonesian
18 and Burmese and Vietnamese, Southeast Asian languages,
19 et cetera. And we do over 40 hours a day of radio and
20 TV programming. In addition, we run web sites that
21 have, you know, regular visitors in those languages.
22 **Q Now, do you have any language specialty of**

**Page 6**

1 your own?
2 A Yes, I speak -- in addition to English I speak
3 Mandarin.
4 **Q How long have you worked at VOA?**
5 A About eight years.
6 **Q How did you acquire your Mandarin?**
7 A Oh, during the Vietnam period I started and
8 then, you know, was sent out to work in the Taiwan
9 Defense Command in the 1960s. Then I was an
10 interpreter for the group in New York that hosted the
11 ping-pong team from China in the 1970s.
12 Then I went to live in Hong Kong for 15 years
13 and recruited students for American universities in the
14 '80s and '90s. I had my own businesses in Hong Kong in
15 the '90s and came here in the late '90s.
16 **Q What kind of businesses do you have?**
17 A Did.
18 **Q Did you?**
19 A Yeah, I did. I did have. A publishing
20 business that diversified a little bit. It never
21 became very big. It was very small. But we got into
22 different things, including at the end I was working on

**Page 7**

1 a television production with Beijing Television called
2 "My Computer Family." It was a 28 6 episode situation
3 comedy.
4 I was also doing magazine publishing and
5 publishing newsletters for professional societies
6 around Asia. My big client was Electricity of France
7 and Hong Kong Institution of Engineers.
8 **Q When was it or how was it that you came to**
9 **VOA?**
10 A Well, I applied for a job here and got it in
11 1997. April 1, 1997 I left Hong Kong and came to work
12 here April 15, '97.
13 **Q Was it in the deputy position that you started**
14 **out?**
15 A Yes.
16 **Q Do you have any particular mandate in that**
17 **position? In other words, what do you try to**
18 **accomplish as a manager?**
19 A Well, I follow several guidelines, one being
20 the charter of the Voice of America, which is rather
21 macro in terms of, you know, communicating to people of
22 Asia about, you know, news and information of the world

**Page 8**

1 and life in the United States and things like that.
2 On a more micro level the board wants us to
3 emphasize large audiences rather than small audiences
4 of high quality. You understand the difference? You
5 know, if you want to just get, you know, a Saddam
6 Hussein and nobody else that's one where you have a lot
7 of impact, or if you want to get the masses where none
8 of the leadership listened to you that's another
9 paradigm.
10 The board has sort of gone for more getting
11 numbers because they think you get the leadership along
12 with that. So that's another thing that I try to do,
13 just go for -- try to get big numbers.
14 **Q Like anybody in the broadcasting business you**
15 **want to increase your readership or people who are**
16 **listening to you or reading, I take it?**
17 A That could be. But as I said, there is this
18 other paradigm which we're not putting foremost right
19 now, and that is to have maximum impact on a small
20 group of people, maybe the leadership.
21 For example, in North Korea if I could be told
22 every day that Kim Jong Il was listening to my

Page 9

1 broadcasts I think I might feel a great deal of
2 satisfaction. But the board in addition to Kim Jong Il
3 also wants to have a lot of people in Korea. That's
4 the one that I follow.
5 **Q There's been a certain amount of I don't know**
6 **what, public debate and maybe I assume in general but**
7 **perhaps on the board level too, about sort of changing**
8 **the direction of BBG in some ways. Is that right or**
9 **not?**
10 A It sure is, but all I know about that is what
11 I read about in the newspaper. That is way above --
12 **Q There's an expression and that is: What does**
13 **that have to do with what you're doing, if anything?**
14 A Yeah. It's just that by the time it comes
15 down to me I'm told which direction to lead my
16 division. That direction is, in response to your other
17 question of what are we trying to do, I'm trying to get
18 numbers.
19 **Q How do you do that?**
20 A Well, we work on trying to get the best
21 programs possible in terms of content and production.
22 We try to get the best signal delivery possible in

Page 10

1 terms of engineering. We try to promote using all
2 kinds of marketing techniques. You know, those kind of
3 things.
4 **Q Does that have any role in what kind of people**
5 **you look for when you fill vacancies or what kind of**
6 **expertise you look for?**
7 A Yes. Yeah, it does.
8 **Q How many immediate subordinates do you have?**
9 **In other words, what's the next number of people at the**
10 **next level down?**
11 A I write efficiency reports for about 15
12 people, if that's what you mean.
13 **Q And among the 15 is the person who is chief of**
14 **the Burmese Section?**
15 A That's correct.
16 **Q And at this time who is that person?**
17 A His name is Than Lwin Htun.
18 **Q Yes, and we chatted with him earlier today.**
19 A Right.
20 **Q And prior to that it was Mr. Htay?**
21 A Right, Khin Maung Htay.
22 **Q Prior to that who was it?**

Page 11

1 A I think it was Dan Robinson. Dan Robinson,
2 yeah. No, wait. No, there were a couple of interim
3 chiefs. Tony Vaughan.
4   VOICE: Tony Vaughan and --
5   MR. SHEA: Let him answer.
6   THE WITNESS: Anyway, there were a couple of
7 interim chiefs but he and I both, some of them were
8 there for such a short period of time we can't even
9 remember their names.
10   Mr. Robinson was there for about six years and
11 he was, I mean, the next one who was really a fully
12 selected permanent chief was Khin Maung Htay. And then
13 we have Mr. Than Lwin Htun.
14   BY MR. SHEA:
15 **Q Now, is Mr. Robinson still with VOA?**
16 A Yes.
17 **Q What does he do?**
18 A I'm not sure. I think he's Capitol Hill
19 correspondent or something like that. I saw him the
20 other day. I think that's what he does. But that's
21 over in the newsroom. They shift around a lot.
22 **Q So he's located here or --**

Page 12

1 A Yes, he's here in Washington.
2 **Q I see. Now, have you ever testified before?**
3 A Yes.
4 **Q How and when?**
5 A Well, how, I've testified by going to a
6 setting like this. You know, probably six or nine
7 months ago for a few hours.
8 **Q Any other time?**
9 A A couple of other times, but I can't remember
10 when.
11 **Q Were they at VOA?**
12 A Yes. I've only done it at VOA.
13 **Q And what kind of matters were they, do you**
14 **know?**
15 A Well, they were all matters like, you know,
16 matters of labor relations.
17 **Q So I take it you know what a deposition is and**
18 **you know a little bit about what this -- I take it**
19 **you've had an opportunity to talk with counsel so you**
20 **know what this dispute is about?**
21 A Yes. I'm learning.
22 **Q There came a time when two vacancies were**

*112*

## Page 13

1 published for the Burmese Service in early 2003, right?

2    A  Right.

3    Q  Do you remember those vacancies?

4    A  Pretty well, yes.

5    Q  Now, would you describe your role in either

6 establishing the jobs and filling the positions?

7    A  Well, as the division director or acting

8 division director at that time my role would not have

9 been to have been the selecting official but would have

10 been to work with the chief in, you know, deciding how

11 to set things up and who would help the chief carry out

12 some of the various tasks.

13     There are many, many steps involved in the

14 process. Just hiring someone, which involves some of

15 the promotion aspects that we're talking about in this

16 case, takes about 60 steps and there's five different

17 entities involved. It's very complicated.

18     So I worked with the chief in setting things

19 up and then I helped him as much as possible.

20    Q  And you do that, of course, basically the same

21 for all of the divisions that are under -- they're not

22 divisions -- I guess they're sections under your purview?

## Page 14

1    A  Less for Mandarin because Mandarin has a GS-14

2 chief. The Burmese chief at the time that this took

3 place was a GS-13. He was new. The GS-14 chief has a

4 GS-14 deputy. I sort of let them do more of that

5 themselves.

6     Most of the other eight or nine services I

7 work with pretty much the same, although some of the

8 chiefs have been here for a long time. Mr. Han at the

9 Korean Service has been here 40 years. I don't have to

10 help him too much.

11    Q  Now, the two vacancies involved here, there is

12 one that was number 3-26 and the other one was 3-29.

13 Can you tell me if you remember -- and I can give you a

14 piece of paper if you'd like.

15    A  I've got one. Which one was -- okay, go

16 ahead.

17    Q  Anyway --

18    A  I have more paper.

19    Q  Actually I'm happy to give you more. Describe

20 what your specific role was in creating the vacancy, if

21 you had any, and in filling the vacancy?

22    A  In creating the vacancy I worked with the

## Page 15

1 chief in trying to make sure that at least one of the

2 positions, one of the vacancies, was kept for inside

3 promotion, for someone who is already on the staff.

4     The original intention was to open both

5 positions for inside and outside candidates, thus

6 allowing us to bring in two new people from the outside

7 if we wanted to. If it came to that, put it that way.

8     But the inside candidates in that case would

9 have had to compete for one or both of those positions,

10 and there was a possibility that nobody from inside VOA

11 would have been selected.

12     Rather than cut off all -- no, rather than cut

13 off the possibility -- no, that's not right either.

14 Rather than cut off, you know, making it sure that at

15 least one of the positions and maybe both would accrue

16 to people who were already on the staff, we decided,

17 the chief and I, and I think it was mostly through my

18 initiative, to keep at least one of the positions aside

19 and structure it in such a way that it would be open to

20 inside candidates only.

21     And the other position then was for inside and

22 outside. So that meant that someone who was inside

## Page 16

1 could compete for both positions.

2     But the loyal staff members who have been with

3 us for a long time would at least be assured that one

4 of those positions would go to them rather than having

5 the possibility that both of them would go to someone,

6 would go to people from outside.

7    Q  What's the journeyman level for an

8 international broadcaster, grade level?

9    A  Nine-eleven.

10    Q  And so do they have to compete to go to 11?

11    A  No, not if it's a 9-11.

12    Q  Because they have a career path?

13    A  Right.

14    Q  And they compete to go to 12 typically?

15    A  That's right.

16    Q  And does that apply across the spectrum for

17 different languages?

18    A  Yes. Unfortunately, that's the way it is. If

19 you're associated -- not with English. If you're with

20 English it's automatic 12, but if you're one of the

21 non-English languages you have to compete for it.

22    Q  Really? Now, so is it usual or unusual to

Page 17

1  have two GS-12 positions, which I guess they're above
2  journeyman level, open at the same time?
3      A  Unusual.
4      Q  And how was it that you had the two vacancies
5  here?
6      A  Gosh, I can't remember.  I think I can
7  remember only just vague.  I think one person retired.
8  Maybe another person got promoted.  I can't remember,
9  but two 12's were open.
10     Q  I would like to provide to this witness the
11 exhibits from the last deposition, if I may.  Have you
12 had a chance to look at some of the documents related
13 to the filling of the vacancy?
14     A  Yes.
15     Q  I'd like to give you three e-mails.  I think
16 they're marked as Exhibits 1, 2 and 3 to the deposition
17 of Ms. Fitzpatrick.
18     A  Got them.  Yes, I have them.
19     Q  And I take it you recognize those as e-mail
20 correspondence between you and Ms. Fitzpatrick?  Take a
21 minute.  I don't mean to interrupt you.  Take as much
22 time as you'd like to read them.

Page 18

       (The witness examined the documents.)
       A  Okay.
       Q  All these are exchanges between you and Ms.
Fitzpatrick?
       A  Yes.
       Q  May I take them back from you?  I should have
other copies but I just have one.  I don't see Mr. Htay
is copied on these.  Is that right?
       A  That's true.
       Q  Is that usual or unusual?
       A  Well, he's copied on the second one.  Not on
the first or the -- and Jerri didn't copy him on the
second, on the third.  It could be that I discussed
these with Htay before sending them down.
       Q  Now, in the first which is Exhibit 1 which is
dated February 4, you discuss some of the KSAs for one
of the positions, right?
       A  Right.
       Q  Where did these KSAs come from?  That is,
where did --
       A  I can't remember where the KSAs came from
exactly.  I remember that we decided to use the

Page 19

1  standard KSAs for the one position that we were going
2  to try to save for people from inside the house but
3  that we would try to look for some fresh person either
4  inside the house or outside without any prejudice but
5  who would have certain qualifications that we would
6  dream of, and those would include things such as web
7  experience.
8       We talked about television experience.  I
9  don't know whether this is on here or not.  No,
10 television is not on here.  Those kind of things.
11 Experience working elsewhere as an international
12 broadcaster would be a good qualification.
13 I can't remember exactly how we came, but I
14 believe I discussed this with Khin Maung Htay.
15     Q  Why did you want those?  I take it, first of
16 all, that's what's expressed there are the KSAs that
17 you, the additional or let's say the different KSAs are
18 set out there?
19     A  Something like that, yeah.  I mean, yes.
20 What's the question?  I'm sorry.
21     Q  My question was why were those valuable to
22 you?

Page 20

1      A  Oh, they seemed to me to be the logical things
2  that you would put down if you were sitting down and
3  trying to dream up the ideal candidate, the ideal new
4  employee.
5      Q  And what did any of those offer, each or any
6  of those offer?  You mentioned television.
7      A  Yes.
8      Q  Why would that be attractive to you?
9      A  Oh, because we were in the years 2001, 2002
10 and 2003 and continuing through now, we were trying to
11 make a very difficult transition from having been a
12 radio only organization into being a multi-media
13 organization.
14     And there was a big push on at the time to
15 change the designation from IRB to IB, international
16 radio broadcaster to international broadcaster, and to
17 expand the portfolio or qualifications of people that
18 we have beyond radio and into television and Internet.
19     That was much beyond me.  That was my response
20 to the director of the Voice of America, the board at
21 the time.  They wanted to become a multi-media
22 organization.  That's all over the place.  You can see

Page 21

1 that everywhere.
2    Q And so the additional things on there were in
3 support of that, adding some additional skills --
4    A Yes.
5    Q -- that you thought --
6    A Yes.
7    Q Now, may I wrestle that back from you?
8    A Mm-hmm.
9    Q So that is the case as well for managing a
10 budget for a professional operation?
11    A Yes.
12    Q How so? Why is that valuable?
13    A Why not? I mean, that kind of administrative
14 capability would seem to me to be a valuable thing for
15 someone who might be managing a team. Just today I
16 asked our Indonesian, the head of our Indonesian
17 journalistic, video journalist, if he would give me a
18 budget for a project that they were planning. He's not
19 the chief of the service. These people need to know
20 about those kinds of things.
21    Q Incidentally, there's some handwriting on this
22 paper. Is there any of that that you recognize?

Page 22

1    A Yes, there is. The word "away" is mine.
2 That's all. Maybe, I don't think "HQ" is. No.
3    Q Which word is yours?
4    A "Away." This one on here.
5    Q And the other indications in there you don't
6 recognize?
7    A I don't recognize as my own.
8    Q Okay. Now, the second, Exhibit 2, is
9 essentially along the same lines?
10    A Right.
11    Q This has to do with the inside/outside
12 proposition that you've described already?
13    A Right. Right. This is an e-mail that clearly
14 indicates that I was trying to reserve at least one of
15 the two positions for inside candidates only. I
16 ultimately did not prevail in that.
17     I discovered in reviewing for this deposition
18 that ultimately we announced for both positions for
19 outside candidates only, but I was trying to keep one
20 for inside only. Ultimately we succeeded in selecting
21 one from inside, which was one of my goals.
22    Q They were actually both inside/outside?

Page 23

1    A Right, but I tried to keep one inside only.
2    Q I understand. The last is along the same
3 lines? Take a moment to look at it if you would.
4     (The witness examined the document.)
5    Q The first is the job title, correct?
6    A Yes, but it does also refer to the duties
7 being, you know, Internet or TV as well. As I say,
8 this goes along with the push at the time to move away
9 from IRBs into the IBS.
10    Q Okay, the TV never made it as part of the
11 position?
12    A No. That's because there was really no real
13 prospect, I believe it's because there was no real
14 prospect of the Burmese Service moving into TV but we
15 certainly could move into the Internet right away.
16    Q And did that happen?
17    A Yes.
18    Q Also, there's a reference here. This is, of
19 course, from Jerri Fitzpatrick to you. She said, "You
20 will need to develop a crediting plan based on the KSAs
21 and the vacancy announcements." Did you do that?
22    A I can't remember.

Page 24

1    Q Let me show you. We have available to you a
2 crediting plan that's part of this.
3    A Okay.
4    Q If you look at that collection, that black
5 book, there is a crediting plan in there. Would you
6 recognize it if you saw it?
7    A Can't say, but let me look at it.
8    Q One of the crediting plans appears at page
9 125. That's the second. The first one is at page 98.
10    A Ninety-eight, okay.
11     (The witness examined the documents.)
12    A Okay.
13    Q Do you recognize those as things you had any
14 role in developing or not?
15    A They look like crediting plans but whether I
16 developed them or not I cannot say, because they're
17 pretty standard format from one to another because
18 personnel sometimes helps me to develop these.
19 Sometimes the chiefs develop them themselves. They're
20 all pretty standard, very similar.
21     There's no identifying mark on here from me,
22 so I can't say.

115

Page 25

1    Q  You know  for the  first job  there was  a Mr.
2  Myint who  was selected,  is that right,  026?

3    A  Okay.

4    Q  Do you  remember that  on your  own or not?

5    A  I wouldn't  have been  able to  have told  you
6  that San  Myint was  selected for  that job  but now  that
7  you've  said it, yes.

8    Q  And for  the second  job Mr.  Lwin Htun  was
9  selected?

10    A  Yes.

11    Q  First of  all, when  had you  met Mr.  Lwin Htun
12  first?

13    A  I can't  remember  the precise  date but  it was a
14  year or  two before  the selection.

15    Q  Can you  give me  your  best estimate  as to when
16  it was?  Well, tell  me what's  the reference  point?  You
17  say the  selection.

18    A  When Lwin,  Mr. Than  Lwin Htun  was selected
19  from overseas  -- I believe  he was in  Bangkok  -- to work
20  here, it  had been  about a year  or year  and a half
21  before  that that  he had  come to  Washington  and I met
22  him.

Page 26

1    Q  What were  the circumstances  of your meeting
2  him?

3    A  As I remember  Dan Robinson,  who had been  for
4  many years  stationed in  Southeast  Asia and  had also
5  been the  chief of the  Burmese  Service  for about  five
6  years,  therefore  about collectively  10 years  of direct
7  association  with Burma  and the  Burmese  Service, knew
8  this man.

9    He was  coming to  Washington  because he  was
10  working for  a group  called Internews  and Internews  was
11  having a  conference  of some sort  and they  brought him
12  in.

13    And Dan  Robinson  thought that  I should  meet
14  the man.  I can't  recall  exactly  whether  -- I don't
15  think Dan  Robinson  came with  him.  I think he  somehow
16  or other  maybe called  each other  on the  phone.

17    Anyway,  he came by  the building  and I chatted
18  with him  for, I don't  know,  10 minutes  one afternoon  in
19  my office  and took him  for a tour  of the  building,  took
20  him up to  show him  the Burmese  Service,  introduced  him
21  to a couple  of people.

22    We talked  about the  Burmese  Service  and their

Page 27

1  work,  talked  with him  about the  division  and its  work,
2  and that  was it.

3    Q  Did he  give you  anything  or you give  him
4  anything  in connection  with that  visit?  Did he  give
5  you a card  or a resume  or anything  like  that?

6    A  No.  He might have  given me  a card  but no
7  resume.

8    Q  Was Dan  Burton  running  the  --

9    A  Robinson.

10    Q  Forgive me.  I keep  saying  that.  Was Dan
11  Robinson  running  the division  at that  time?

12    A  Oh, no,  Dan Robinson  never  ran the  division.
13  You mean  the service?

14    Q  I mean  the service.

15    A  The Burmese  Service.  I don't  think so,  no.
16  No, he  had gone  by then.  I believe  so.

17    Q  Who made  the selection  with respect  to these
18  two positions?

19    A  The chief  of the  service  made  the selections,
20  Khin Maung  Htay.

21    Q  Did you  confer with  him at all  about  how he
22  should  make the  selections  or what  the  selections  were?

Page 28

1    A  At a certain  point I  didn't  confer with  him,
2  no.  I conferred  with him  helping him  set it up  and
3  trying to  keep one  of the  positions  open for  inside
4  only.  Ultimately  it was  announced  inside/outside,  I
5  agree,  but we did  succeed  in selecting  an inside
6  candidate  and getting  a promotion  for an  inside  person.

7    After that  I think  I also  helped him  to set up
8  two, I believe  two,  usually  there are  -- not always  but
9  usually  there are  two panels.  The first  panel is
10  called a  ratings  panel where  they look  at just  the
11  applications.  They  don't talk  with the  individuals.

12    And they  assign scores  and then  a cert is
13  produced  and given  to the chief  with the  scores.  And
14  at that  point the  chief has  an option  of interviewing
15  or not,  depending  upon how  he likes.

16    And there  are certain  rules about  you have to
17  interview,  if you  interview  one you have  to interview
18  all, the  top three,  you know,  Americans  and non-
19  Americans.  It's all  kind of  complicated  but the  rules
20  are pretty  clear.

21    Anyway,  I was  involved  -- I was  not involved
22  at that  point.

Page 29

1    Q  So in the selection process itself, although
2  you were involved in crafting the position descriptions
3  consistent with these e-mails we have here, once the
4  positions were advertised is it your testimony you had
5  little to no role in that?
6    A  Right.
7    Q  And that was left exclusively to Htay?
8    A  Nothing's exclusive, but --
9    Q  Well, all right.
10   A  Primarily.
11   Q  He had to work with the personnel office?
12   A  Primarily, yeah.
13   Q  But you were out of the picture at that --
14   A  Yeah, primarily.
15   Q  Now, did you ever talk with him about this
16  applicant?  Obviously Htun was selected, Lwin Htun was
17  selected.  Did you ever discuss with him his interest
18  in this position or not?
19   A  No.  Did I discuss with him his interest in
20  the position?  I never knew Than Lwin Htun was
21  interested in the position.
22   Q  Okay, then that's a perfectly good answer.

Page 30

1  When is the first time you learned that Than Lwin Htun
2  had applied?
3    A  I believe when Mr. Htay came to me with the
4  cert saying that his name was on the cert.  Maybe it
5  was even when he said he was going to select him.
6        Usually a chief will come to me and talk with
7  me about the selections that they're about to make to
8  see if I have any last-minute concerns or questions or
9  anything like that, because I have to get my boss's
10 okay too.
11   Q  Do you have any specific recollection as to
12 whether Htay did that with respect to these two jobs?
13   A  I believe he did, yes, came to me with both
14 certs and said he was preparing to -- he told me the
15 names of the people he was preparing to select and
16 defended to me why he was going to do it.
17       And I went along with it particularly because
18 one of them was an inside candidate, which made me very
19 happy.
20   Q  I take it for both of those the people he
21 recommended were the people that eventually got
22 selected?

Page 31

1    A  Yes.
2    Q  Do you know what procedures he followed in
3  connection with how he decided who the selectees were?
4    A  I know there was a ratings panel because I
5  helped to convince some of the people that were on that
6  panel.  I can't remember who they were.  I think there
7  were a couple of chiefs.
8        I'm not sure whether there was a selection
9  panel or not, if you know what I mean.  The first one
10 looks at applications only and the second one actually
11 talks with people.  I can't remember there was an
12 actual selection panel or not.
13   Q  Is it the same for both, do you remember, or
14 not?
15   A  Well, you shouldn't have the same people on
16 both.
17   Q  No, I mean, forgive me.  I mean the same
18 procedure for each of those, or do you have any
19 understanding at all?
20   A  It doesn't have to be the same and I don't
21 have an understanding of exactly how it was handled in
22 this case.

Page 32

1    Q  What would be a normal way of making a
2  selection?
3    A  Well, if it's going to be a case where
4  multiple candidates are very close and let's say if
5  they're inside working for us already where they know
6  each other, they know that they've applied, it's much
7  fairer to have a full-fledged interview panel because
8  then the selection is free of any possibility of being
9  biased.
10       In cases of an outside candidate sometimes
11 it's less necessary.  And it's never required.  You
12 don't have to do it in either case.  But sometimes we
13 do it for inside because of those reasons.
14   Q  We were talking about ideal candidates.  What
15 would you like to see in any -- see the process look
16 at?  I mean, they look at all the, you know, the right
17 answer is they consider everything.  What should be the
18 preeminent considerations, if any?
19   A  In choosing a candidate?  Oh, I suppose --
20   Q  For one of these types of positions.
21   A  These days we're looking for solid
22 journalistic experience and abilities.  You know, at a

Page 33

GS-12 level it would be very advanced. I would think that would be a major criteria. Second, we would look for multi-media.

Q **Which would be what? Which would be with TV or without TV?**

A Internet or television.

Q **And what else? Radio, I take it, too?**

A Well, yeah, but that's the main one we've always. Well, maybe print journalism. That's something we've --

Q **But certainly radio is included?**

A Yes, radio is certainly included.

Q **Not excluded?**

A No, that's the given.

Q **And TV is like some sort of an option or something like that?**

A TV is an option. Internet is an option. Newspaper are option. Other kinds of journalistic-related enterprises, writing, management. Management is a big option too for a chief, put it that way at least, and maybe for a 12 as well.

Q **Now, there were no supervisory**

Page 34

responsibilities in either of these 12 positions, were there?

A They don't rate people but they quite often find themselves in a position of being what we call a shift editor. Those tasks sometimes ask them to exercise minimal leadership.

Q **It's like what I consider technical supervision. Is that still an extant term or not?**

A Not technical but you're close, I think. It's basically because you don't enough editors, GS-13 editors. There are two times seven is 14 shifts. So if you have only two 13's that serve as editors that's two times five, that's 10.

That means four shifts you have to put 12's in as editors. We like to put in people who have management skills, minimal management skills, so that they can manage a shift properly. Even though they don't wind up rating people.

And we give them other responsibilities too, as we did with Than Lwin Htun. We made him stringer coordinator or something like that.

Q **Now, we had a discussion briefly about Mr. Dan**

Page 35

1 Burton.
2 A It's Dan Robinson.
3 Q **Robinson.**
4 A As in Edgar G. Robinson.
5 Q **All right. I'm sorry.**
6 A That's all right.
7 Q **First of all, he managed the office for**
8 something like, the division --
9 A The service.
10 Q **Forgive me. The service for something like**
11 **five years?**
12 A Yes.
13 Q **Is he knowledgeable in the way things work in**
14 **the service?**
15 A I suppose so, yeah. Still, probably.
16 Q **Now, do you ever discuss with him generally**
17 **the direction of the division and does he ever give you**
18 **recommendations about what to do?**
19 A No. I mean, maybe five years ago when he was
20 in the division, when he was Burmese Service chief
21 maybe we might have had some discussions about the
22 direction the Burmese Service was going in, but never

Page 36

1 beyond that. And since he left that position as chief
2 of the Burmese Service we've had almost no discussion
3 along those lines.
4 Q **Did he have any discussions with you about**
5 **this applicant, Mr. Lwin Htun?**
6 A At what point? I told you that he introduced
7 me.
8 Q **Correct.**
9 A After that, no.
10 Q **After he introduced you, no?**
11 A No.
12 Q **Now, there came a time when you gave an**
13 **admonishment to Mr. Nyunt?**
14 MS. PARISH: Objection. Relevance.
15 THE WITNESS: I'm supposed to answer?
16 MS. PARISH: Mm-hmm.
17 THE WITNESS: Did I give it to him? My name
18 is on it?
19 BY MR. SHEA:
20 Q **I'm asking the question.**
21 A I can't remember. Maybe you can refresh my
22 memory.

**118**

Page 3

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WASHINGTON DISTRICT OFFICE

- - - - - - - - - - - - - - - x

KYAW ZAW NYUNT,          :

    Complainant,          : EEOC No.:
                          : 100-2004-00921X
    v.                    :
                          : Agency No.:
                          : OCR-04-03
KENNETH Y. TOMLINSON,    :
    Chairman,            :
BROADCASTING BOARD OF GOVERNORS, :

    Agency.              :

- - - - - - - - - - - - - - - x

Washington, D.C.

Thursday, January 26, 2006

Deposition of

    MYRA L. MURPHY

a witness of lawful age, taken on behalf of the

complainant in the above-entitled action, before Rita

M. Hemphill, Notary Public in and for the District of

Columbia, in the offices of Nemirow Hu & Shea, 1629

K Street, N.W., Suite 500, Washington, D.C. 20036,

commencing at 11:35 a.m.

## C O N T E N T S

EXAMINATION BY:                          PAGE

    Counsel for Plaintiff                    4

    Counsel for Defendant                   48

MURPHY DEPOSITION EXHIBITS:

1 - BBG/IBB Staffing Pattern as of 2/26/03    18

Page 2

APPEARANCES:

    On Behalf of the Complainant:

        TIMOTHY B. SHEA, ESQ.
        Nemirow Hu & Shea
        1629 K Street, N.W., Suite 500
        Washington, D.C. 20036
        (202) 835-0300

    On Behalf of the Agency:

        ELIZABETH A. PARISH, ESQ.
        Office of the General Counsel
        Broadcasting Board of Governors
        U.S. International Broadcasting
        330 Independence Avenue, S.W., Suite 3349
        Washington, D.C. 20237
        (202) 203-4579

    Also Present:

        Kyaw Zaw Nyunt, Complainant

Page 4

1              P R O C E E D I N G S
2 Whereupon,
3              MYRA L. MURPHY
4 was called as a witness and, having been first duly
5 sworn, was examined and testified as follows:
6      THE REPORTER: Please state your full name for
7 the record.
8      THE WITNESS: Myra L. Murphy.
9      THE REPORTER: Thank you.
10             EXAMINATION
11 BY MR. SHEA:
12   Q  Good morning, Ms. Murphy. I'm Timothy Shea.
13 I represent Mr. Nyunt in this matter. And I take it
14 that you know what a deposition is? Have you ever
15 testified before?
16   A  Yes, sir.
17   Q  Please tell me what your duties and
18 responsibilities are at VOA now.
19   A  I'm the chief of the operations division in
20 the office of human resources. As such, I have
21 responsibility for staffing, classification,
22 recruitment, awards, performance management,

**119**

Page 9

1  meant to say.
2      THE WITNESS:  Okay.  You said how many in
3  general --
4      MR. SHEA:  Forgive me.
5      BY MR. SHEA:
6  Q  So the number is twelve for East Asia Pacific
7  since September of '03?
8  A  If that's what you requested be pulled and
9  that's what Betty pulled, then yes.
10  Q  Okay.  I'd like to ask first of all
11  generically about the process first, and then we can go
12  through some of the files.
13      Now, you have a lot of IB/IRB positions.  In
14  fact, that must be your most common position.
15  A  Uh-huh.
16  Q  And the standard, the career track for that,
17  is 9 to 11.  Is that right?  And then GS-12 is
18  competed.  Is that correct?
19  A  Yeah, essentially.  We would normally hire --
20  or we maintain registers in my office for the 9/11 --
21  for the 9/11 level.  And that's -- the 12 is not built
22  in as having automatic promotion potential.  So that

Page 11

1  voice skills.
2      And we send the results of the test upstairs,
3  although we don't send the name of the candidates or
4  anything else.  We just assign a number.  And so the
5  evaluators never know the name of the candidate or the
6  applicant that they are evaluating.
7  Q  I see.  And that's like a collateral  duty for
8  the evaluators?  They get a certain number of people
9  that they listen to --
10  A  Three.
11  Q  -- to screen or something like that.  And then
12  they rate -- they have some sort of rating for those?
13  A  We provide them with the rating sheet and they
14  rate it, and then it's approved -- their evaluation is
15  approved by a lead evaluator.
16  Q  Are there any people that you hire for 9/11
17  jobs, IRB/IB 9/11 jobs, that you don't -- that don't go
18  through that process?
19      MS. PARISH:  Object just to the relevance.
20  But go ahead.
21      THE WITNESS:  At the 9/11 level?

Page 10

1  would have to be done competitively,  meaning
2  advertised.
3  Q  Now, for the 9/11 level, you have your own
4  register where people submit.  And are those constantly
5  open or are they --
6  A  Right.  We have -- we maintain a delegated
7  examining unit register, vacancy announcement, and we
8  collect applications on a continuous basis.  Usually
9  the announcement  is open for one year.  And then we
10  also conduct testing for the journalistic skills.
11      So we determine qualifications once we receive
12  the application.  If a person possesses the experience
13  requirements, then we will test them for the
14  journalistic skills, that is, the voicing and
15  translation.
16  Q  How do you test them for that?
17  A  We have our own facility  in my office that we
18  bring them in and provide them with -- the first part
19  is a written part, and there's a translation part.
20  We'll give them an article and ask them to translate
21  the article so we can determine their journalistic
22  skills.  Then we also have a booth where we test their

Page 12

1      BY MR. SHEA:
2  Q  Yeah.  That basically don't --
3  A  No.  That's --
4  Q  You test all of --
5  A  That's a qualification requirement.  There was
6  one service recently as a result of the tsunami that we
7  were unable to test in Indonesia.  And so we made
8  qualifications determines,  and if the person possessed
9  the requisite qualifications  and were able to pass the
10  security screening, then we would bring them on board
11  and test them once they go there, with the
12  understanding  that if they did not pass the test, that
13  we would return them to their host country.
14  Q  Thank you.  Now, how many people are in the
15  East Asia division?
16  A  Serviced employees, I don't know.
17  Q  There was some testimony before that it might
18  be something like a little over 200.  Would that sound
19  right?
20  A  I don't -- I don't know.  I maintain a
21  staffing pattern on my desk that I refer to when I need
22  that type of information.  But I don't retain it.

120

Nyunt v Tomlison        Multi-Page™        Jerri L. Fitzpatrick, 12/22/05

Page 3

| 1- | 2/4/03 Henderson e-mail | 21 |
| 2- | 2/18/03 Henderson e-mail | 21 |
| 3- | 3/4/03 Fitzpatrick e-mail | 21 |
| 4- | Addendum to Position Description with line drawn through | 63 |
| 5- | Addendum to Position Description | 63 |
| 6- | 2/26/03 Fitzpatrick e-mail | 70 |

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - x
                              :
KYAW ZAW NYUNT,              :
                              :
      Complainant,           :
                              :
      v.             : EEOC No.
                     : 100-2004-00921X
                     : Agency No.
KENNETH Y. TOMLINSON,        : OCR-04-03
CHAIRMAN, BROADCASTING BOARD :
      OF GOVERNORS,          :
                              :
      Agency.                :
                              :
- - - - - - - - - - - - - x

Washington, D.C.

Thursday, December 22, 2005

Deposition of

JERRI LYNN FITZPATRICK

a witness of lawful age, taken on behalf of the Complainant in the above-entitled action, before Ed Greenberg, Notary Public in and for the District of Columbia, in the Voice of America, 330 Independence Avenue, S.W., Room 4447, Washington, D.C. 20237, commencing at 2:23 p.m.

Page 2

APPEARANCES:

On Behalf of the Complainant:

    TIMOTHY B. SHEA, Esq.
    Nemirow Hu & Shea
    1629 K Street, N.W., Suite 500
    Washington, D.C. 20006

On Behalf of the Agency:

    ELIZABETH A. PARISH, Esq.
    Assistant General Counsel
    Office of the General Counsel
    Broadcasting Board of Governors
    U.S. International Broadcasting
    330 Independence Avenue, S.W., Suite 3349
    Washington, D.C. 20237

Also Present:

    Kyaw Zaw Nyunt, Complainant

Page 4

1           P R O C E E D I N G S
2    Whereupon,
3           JERRI LYNN FITZPATRICK
4    was called as a witness and, having been first duly
5    sworn, was examined and testified as follows:
6        EXAMINATION BY COUNSEL FOR COMPLAINANT
7        BY MR. SHEA:
8        Q Please state your name and tell me where
9    you're employed.
10       A Jerry Lynn Fitzpatrick. Export-Import Bank of
11   the United States.
12       Q You worked at VOA?
13       A Yes.
14       Q When did you leave VOA for Ex-Im Bank?
15       A May of this year. May of 2005.
16       Q You're a personnel officer at Ex-Im Bank?
17       A Yes.
18       Q What's your position?
19       A Human resource specialist.
20       Q And what's your grade level?
21       A GS-13.
22       Q GS what?

121

Page 1 - Page 4

Page 13

```
 1    Q  Now, there were some e-mail exchanges in
 2  there, for instance.  Would that ordinarily be in a
 3  merit promotion folder?
 4    A  That could be in the working document.  It's,
 5  yeah, so you could keep track of what -- for me what I
 6  would do is if I had correspondence with a manager then
 7  I would keep the e-mail messages in the working file,
 8  which then could be put in a merit promotion folder or
 9  it could be discarded.
10    Q  Well, that's my very next question.
11    A  Oh, okay.
12    Q  Do we have everything from the working merit
13  promotion file?
14    A  As far as I know you would have everything in
15  the merit promotion folder.
16    Q  Is that still extant so far as you know?
17    A  The --
18    Q  The working file.
19    A  It's, yes, it's still with the -- it's a part
20  of this record.
21    Q  Okay, so it was not discarded so far as you
22  know?
```

Page 14

```
 1    A  No.
 2    Q  Now, there are two positions we're talking
 3  about here and I take it your answer would apply to
 4  both of them, right?
 5    A  Right.
 6    Q  There's a working file for each one of them?
 7    A  Right, right.
 8    Q  Do you remember when you started to work on
 9  these two vacancies?
10    A  Do I remember when?
11    Q  Yes.
12    A  No.  I just know it's in March because I saw
13  the vacancy announcement.
14    Q  What would be the ordinary process for
15  preparing a vacancy announcement and going through the
16  process of filling a vacancy?
17    A  Once the manager contacts --
18    Q  I'll take those back if you don't mind.  I'm
19  not going to quiz you on them.
20    A  Once a manager contacts me and indicates they
21  have a vacancy to fill then the first thing to do is to
22  pull a position description because that describes the
```

Page 15

```
 1  job, and then from there we develop the vacancy
 2  announcement.
 3    So the vacancy announcement is a snapshot of
 4  the position description.  It highlights the most
 5  important things that the person would be responsible
 6  for performing.
 7    Q  Who would be the person you would ordinarily
 8  work with on that?
 9    A  The manager.
10    Q  Which would be the person supervising, the
11  immediate supervisor for the position?
12    A  Or the selecting official for the position.
13    Q  Who did you work with to create these two
14  vacancy announcements?
15    A  Jay Henderson.
16    Q  And what is your recollection of what
17  happened?
18    A  It would have been procedural.  Contact me,
19  tell me that we need to post a position, and go through
20  the process of developing the vacancy announcement.
21  From there developing the crediting plan.  Advertising
22  the position.  Waiting for the job to close.
```

Page 16

```
 1    And then myself rating the applications to
 2  determine if people are qualified for the position.
 3  And then from there the best qualified people would
 4  then go on a certificate and then they would be
 5  submitted to the manager for them to conduct
 6  interviews.
 7    Q  Did it happen that way in these two vacancies?
 8    A  Yes.
 9    Q  Did you have any exchanges with Jay Henderson
10  that you know of?
11    A  Normal routine exchanges if we needed to
12  clarify information, discuss anything that might have
13  come up.  Just my normal method of operating with any
14  manager.
15    Q  First of all, these are two GS-12 positions,
16  correct?
17    A  Yes.
18    Q  Was it usual or unusual to have two GS-12
19  positions open in the same language area at the same
20  time?
21    A  It's usual.  It's nothing unusual.
22    Q  Is there any normal practice with respect to
```

Page 17

1  recruiting people from inside or outside?
2     A  That's the usual process as well.
3     Q  Were any of these jobs identified as
4  recruiting for inside or outside?
5     A  Yes.
6     Q  How so and why?
7     A  The management has the right to determine how
8  they want to advertise positions, so they can determine
9  if they want to have just people who work in the
10  federal government or people who work outside the
11  federal government.
12     Q  Well, who made that determination?
13     A  Management.
14     Q  Who? Did you?
15     A  Oh, no. The selecting official, which would
16  have been Jay Henderson.
17     Q  And how did he make that determination?
18     A  I'm not aware of how he made his decision.
19     Q  You wouldn't ask him?
20     A  No.
21     Q  How did he implement that decision?
22     A  I'm not, I don't know how.

Page 18

1     Q  Well, how did you know?
2     A  Oh, because he would tell me, "I want it
3  inside or outside."
4     Q  Okay, that's what I wanted to know.
5     A  Okay.
6     Q  And so what happened, was one of these inside
7  and one of these otherwise? How were they treated?
8     A  Well, I think they both were, one was inside
9  and I think the other one was outside. There were two,
10  so.
11     Q  And how was that determination made, do you
12  know, one is inside and one is outside?
13     A  The manager makes the decision on how they
14  want to post a position and then they inform the HR
15  specialist.
16     Q  They don't have to tell you why they want to
17  do that, though; that's up to them?
18     A  No. Right, that's up to them.
19     Q  As far as you're concerned?
20     A  Right.
21     Q  So how --
22     A  Now, I could advise them. It depends on -- I

Page 19

1  could say, "Do you want to do it outside?" Or I can
2  ask the question and then they respond appropriately
3  for what their need is.
4     Q  Did you have that conversation with Henderson?
5     A  I don't remember.
6     Q  It is correct, isn't it, that one of these was
7  identified as an outside position?
8     A  Mm-hmm, yes.
9     Q  Were there any differences between these
10  positions so far as you know?
11     A  I think one, the main, one difference may have
12  been the designing of the web page or elements on the
13  web page. It had more TV versus just radio. It
14  included all of the journalistic TV, radio, Internet.
15  One dealt with just radio.
16     Q  As you sit there do you have any specific
17  recollection of discussing matters such as this with
18  Jay Henderson?
19     A  As how we were going to advertise it?
20     Q  That's correct.
21     A  No.
22     Q  Or as to how you were going to describe the

Page 20

1  jobs?
2     A  Well, we described the jobs from the position
3  description.
4     Q  All right, as to how you were going to write
5  the position description, do you have any recollection
6  of discussing that with him?
7     A  No, not that I remember.
8     Q  In that process one issue is the position
9  description and the other is the so-called crediting
10  plan?
11     A  Mm-hmm.
12     Q  What is the function of a crediting plan?
13     A  The crediting plan lists the criteria that the
14  applicant will be rated against. So we use the resume
15  along with the crediting plan to determine if a
16  candidate meets those levels or that experience that's
17  described in the crediting plan.
18     Q  And the crediting plan is based on the KSAs
19  and the vacancy announcement?
20     A  Right.
21     Q  And the KSAs and the vacancy announcement are
22  based on the duties and responsibilities of the

**123**

## Page 21

1  position?

2  A  Right.

3  Q  So they all connect up?

4  A  Right.

5  Q  Let me give you some e-mail exchanges.  I only

6  have two copies of this so I'll give you one, counsel.

7  I'd ask you to look at that.  This I think I only

8  managed to bring one copy of.  I think you have

9  essentially three.  Do you recognize those?

10      (The witness examined the documents.)

11  A  Yes.

12  Q  What are they?

13  A  E-mail messages on the jobs and duties.  And

14  that's it.

15  Q  May I take back -- maybe we should have these

16  marked.  I'm going to ask you to discuss them.

17      MR. SHEA:  If you would be so good as to mark

18  these as Exhibits 1, 2 and 3 for this deponent.

19          (Fitzpatrick Deposition

20          Exhibits 1, 2 and 3 were

21          marked for identification.)

22

1  A  Well, there would be a IRB.  Yes, it would be

2  international broadcaster.

3  Q  So that relates to both jobs?

4  A  Basically, yes, except for with an

5  international broadcaster it's more journalistic, so

6  they're looking at the three mediums:  the TV, radio

7  and the Internet.  With the international radio

8  broadcaster they're only focusing on one, which is

9  radio.

10  Q  Now, was one of these one and one the othe

11  A  One was the international radio broadcaster

12  and one was the international broadcaster.

13  Q  Which does Exhibit 1 relate to?

14  A  This one is a radio, international radio

15  broadcaster.

16  Q  And what do those points there support?

17  A  Well, as I look at this it could be a

18  combination of both, the international radio

19  broadcaster or international broadcaster.

20  Q  I'm sorry, I don't have another version of

21  that.  May I see that?  Let me take that back if yo

22  don't mind.  I'm sorry.  Well, if I may suggest to

## Page 22

1      BY MR. SHEA:

2  Q  I'll give you what's been marked as Exhibit 1.

3  It's an e-mail dated February 4, 2003.  I ask you if

4  you recognize it?

5      (The witness examined the document.)

6  A  Yes.

7  Q  Do you know where that would have come from?

8  A  From Jay Henderson.

9  Q  There's some handwriting on that, isn't there?

10  A  Mm-hmm.

11  Q  Whose handwriting is that?

12  A  Mine.

13  Q  So where would this document have come from,

14  what file?

15  A  In the working file.

16  Q  And what's the tenor of this exchange?

17  A  He's listing what he feels should be KSAs and

18  then I'm going through making sure if it's accurate, if

19  it should be a KSA or if it should be some specialized

20  experience.  Just trying to work through so that we get

21  the right skills.

22  Q  Which job does that relate to, can you tell?

1  the top line says, "For one of the two positions."

2  Does it say that?

3  A  Mm-hmm.

4  Q  So would that suggest to you --

5  A  Yes.

6  Q  Does that suggest to you that this applies to

7  both or one?

8  A  They could, it could go for either one because

9  of the nature of the work.  The journalistic part fits

10  in with an international broadcaster.

11  Q  First of all, this was authored by Jay

12  Henderson?

13  A  Mm-hmm, yeah.

14  Q  And your testimony is that when he said the

15  KSAs for one of the two positions he meant two of

16  two positions?  Is that your testimony?

17  A  I would say one of the two positions.

18  Q  It says, "One of the two positions should cal

19  for someone with the following qualifications."

20  A  Okay.

21  Q  Did he want both of them to have those

22  qualifications or only one of them?

Page 21 - Page 24

Page 25

MS. PARISH: Objection to the form of the question.

THE WITNESS: I guess one if he's saying one.

BY MR. SHEA:

Q Well, let me hand you Exhibit 2. That is also from Mr. Henderson?

(The witness examined the document.)

A Yes.

Q And he is discussing what there?

A He's indicating that one should be both inside and outside and one should be inside candidates.

Q Do you remember having any discussion with him along those lines?

A No.

Q You had no discussion or you don't remember?

A I don't remember.

Q I'm going to give you what is identified as Exhibit 3 to your deposition and ask you if you recognize that? Is that some additional guidance from Mr. Henderson?

(The witness examined the document.)

A No, this is from me to Jay.

Page 26

Q Oh, I see. I'm sorry. Let me see that back for a second.

(Pause.)

Q All right, so this describes to him how you followed up on his instructions?

A Right.

Q So was there one position description or two?

A It would be two because they are two different jobs. They could be similar but because one job requires all three mediums and one only requires one they could differ. But the core of the job would be journalistic skills, knowledge of that kind of thing.

But it just depends on what they wanted to focus more on. If they wanted radio then it would be an international radio broadcaster. If they wanted the person to have all three then it would be an international broadcaster.

Q Who made that decision as to what the focus was?

A Management would make that decision.

Q Who in management made that decision?

A Jay.

Page 27

1   Q Do you know how he made that decision?
2   A No.
3   Q Would you ordinarily ask how he made that
4   decision?
5   A I mean, I could. But in this case I don't
6   remember how it was made.
7   Q Do you ever do desk audits of any of these
8   jobs?
9   A Sometimes, if it's required.
10   Q Have you ever done a desk audit of one of the
11   jobs in the Burmese Service?
12   A No.
13   Q Did you handle the applications as they came
14   in?
15   A Initially the applications go to the
16   receptionist, who clocks them in and then sends out a
17   notification that we've received your application.
18   When the job closes then the case file is then given to
19   me for processing.
20   Q Let's refer, if we can, to what is the
21   administrative record here. It's that black collection
22   you have to your right. If you go to Tab H, which is

Page 28

1   page 45 of that.
2   A Okay.
3   Q That, I take it, you recognize as the vacancy
4   announcement for vacancy 3-026, correct?
5   A Yes.
6   Q And the other vacancy announcement, which I
7   suggest to you appears at Tab M.
8   A M, okay. Exhibit M?
9   Q I'm sorry, I have it at M.
10   A Oh, M.
11   Q I'm sorry.
12   A Okay.
13   Q So these are the two vacancy announcements
14   that we've settled on?
15   A Yes.
16   Q Now, do you recall what the differences are
17   between these two, if any?
18   A One is an international radio broadcaster,
19   0326. And 0329 is an international broadcaster. And
20   do you want me to tell you as far as the duties in
21   that?
22   Q Yes, any differences that are between the two

125

Page 29

1   I'd like to hear about.

2       (Pause.)

3       A Basically they're the same. One difference is

4   with announcement 0329 the incumbent would also be

5   responsible for designing and managing attractive

6   visual elements on the web site.

7       Q Anything else?

8       A That's all I can see right now. I think

9   that's it.

10      Q If you look on the first line of the 29, which

11  is on page 102, it establishes, it says, "First cut-off

12  will be 3/27/03." What does that mean?

13      A This is an open to field announcement so the

14  position opened on the 13th and we would accept

15  applications -- I would review, I should say,

16  applications that were received the 27th and before.

17      Q And then for things received the 27th and

18  before what would you do?

19      A Look at them and determine if people, if the

20  applicants are eligible. I may even given those

21  applications to the manager or they can come down and

22  look at the and see if they would like to get a cert at

Page 30

1   that point.

2       If not, we would just keep accepting

3   applications until -- then every two weeks we would

4   just take another look at a group of applications.

5       Q And so if you got some applications before the

6   first cut-off and then some applications in the second

7   cut-off would you lump them together or not? Whose

8   decision would that be?

9       A If they are received before the first cut-off

10  those are reviewed first in one grouping. And then

11  anything received after that for two weeks would be a

12  second group.

13      Q And two weeks later there was another group?

14      A Right.

15      Q And then at the end of the day let's say you

16  had three groups. Would there be any priority within

17  the three groups?

18      A The first group that was received before the

19  27th.

20      Q Would have the priority in terms of

21  processing?

22      A Right.

---

1       Q And what about in terms of evaluation?

2       A Right, all of that. That's --

3       Q So both in terms of processing and evalua

4       A Right.

5       Q And what would happen if let's say we're

6   talking there were three groups, okay, within ea

7   the three two-week cut-off periods. So a select

8   official in the first group could make a selectio

9   based on your first cert?

10      A Yes.

11      Q They could non-select based on the first c

12  I take it, as well?

13      A Yes.

14      Q And they could do the same thing for the

15  second cert, the same sort of thing?

16      A Right.

17      Q With respect to the first application do yo

18  know how that was processed?

19      A I don't understand the question.

20      Q Well, I take it there came a time when pe

21  submitted applications in response to this vacan

22  announcement?

---

1       A (No audible response.)

2       Q Yes?

3       A This had a closing date of March 21st, so

4   anyone who applied for that would be considered r

5   after the 21st.

6       Q And there were applicants for that, correct

7       A Yes.

8       Q This was the so-called inside position, is

9   that right?

10      A No, this is all qualified, so this is

11  inclusive of people inside and outside the governme

12      Q What was done to process the applications

13  were received in response to this?

14      A The normal procedure is to look at the

15  applications, review them to determine if the

16  applicants are basically qualified. If so, then you

17  would get the selecting -- not the selecting official

18  but the manager would then call three subject matte

19  experts to rate the applicants.

20      They would rate the applications. Then a

21  certificate would be developed. And then from the

22  the certificate would be passed on to the manager a

Page 33

then they would do their interviews. So that's the normal process.

Q And was that normal process followed for both of these vacancies?

A Yes.

Q Who was the selecting official for these vacancies?

A I think it was Jay Henderson. It's on one of the certs, but I think it --

Q Would you look?

A I don't know what tab the certificates would be. Oh, okay.

Q I think they follow.

(The witness examined the document.)

A This one, I don't know whose signature that is. It starts with a K. So whoever was the service chief.

Q That would be Mr. Htay?

A If that's his signature, then yeah.

Q Would you ordinarily have any contact with Mr. Htay?

A That's not unusual. I don't remember if I did

Page 34

in this case or not, but it's not unusual.

Q So the first vacancy announcement is at page 45 of this black collection. I take it what appears at page 52, that's the position description for that?

A Yes.

Q Now, can you tell whether that's the same position that -- you've already said the positions were established before, is that right?

A It depends. This one looks like it was established some time ago.

Q Some time ago?

A Okay, well, '03 is on here.

Q Is this like a standard position description for international radio broadcaster?

A Yes.

Q And was that document there written in approximately April of '03 or was that a pre-existing position description?

A I don't recall when it was. It looks like it could have been something older than '03, but I'm not sure.

Q Now, did you establish what I would call a

Page 35

1 rating and ranking panel for this?

2 A Yes.

3 Q And are you familiar with what came of that?

4 They produced a certificate, didn't they?

5 A Yes.

6 Q How many people were on the certificate?

7 A I believe it was three. That's our normal

8 practice to put three names on a certificate.

9 Q And do you have that certificate in front of

10 you? I think it's at Tab K.

11 (Pause.)

12 A Yes.

13 Q Tell me what appears at pages 94 through 97 in

14 Tab K.

15 A These are rating sheets.

16 Q So this is the way to basically screen the

17 applicants to get down to three?

18 A Right.

19 Q Where is the certificate that came out of that

20 rating process?

21 A On page 92 you have a promotion certificate.

22 On page 91 you have a DEU certificate. On page 90 you

Page 36

1 have another DEU certificate, and 89 you have a DEU

2 certificate.

3 Q What's the difference between a DEU

4 certificate and the merit promotion certificate?

5 A The DEU certificate is used for outside

6 applicants if they apply. If you're a status candidate

7 you can apply two ways. So if you apply under all

8 qualified you go on a DEU certificate. Those are

9 outside candidates.

10 If you're inside the federal government then

11 you would apply under a merit promotion, which we would

12 come under a merit promotion certificate.

13 Q So the certificate that was produced as a

14 result of the rating and ranking is 92 and 91?

15 A It's, the number you said?

16 Q I'm sorry. Page 91 and 92?

17 A You have three, so you have page 89, page 90

18 and then page 91, 92. So there are a total of four

19 certificates here.

20 Q Why are there four? Well, tell me first of

21 all what appears on page 91 is a certificate that was

22 signed by the selecting official, correct?

**127**

Page 37

1    A   Yes.

2    Q   And that apparently is what he relied on when

3    he did what he did, I take it?

4    A   Say that again.

5    Q   Well, this is a certificate he signed?

6    A   Mm-hmm.

7    Q   Now, first of all, there were more than three

8    people on that certificate.  Why is that?

9    A   The practice is to do three names but you can

10   always list more in case someone turns down a position

11   or they're no longer interested.

12       So you can always for each position, if you

13   have one position you put three names on there but you

14   can always give an additional for any reason -- for

15   someone turning down, someone not interested -- so you

16   don't have to develop another certificate.  You just go

17   to the next name.

18   Q   So this particular certificate, all the people

19   are NS, which means non-selected?

20   A   Right.

21   Q   Likewise for page 92; none of those people

22   were selected, right?

Page

1    of the names?

2    A   Right.  So then if you go to page 90 on that

3    cert it says amended 10/10/03 to reflect correct score

4    order.

5    Q   Yes.

6    A   So that shows the amended certificate.

7    Q   First of all, did you do that amendment?

8    A   No.

9    Q   Who did?

10   A   Cassandra Hall.  And you would see her name (

11   93.

12   Q   Who is Cassandra Hall?

13   A   She is a human resource assistant who worked

14   at the time in the DEU.

15   Q   In October of 2003 were you aware that she

16   done this amendment?

17   A   You say in October was I aware?

18   Q   Can I refer you to page 90.  If you look at

19   the top left it says, "Amended 10/10/03."  Top lef

20       (The witness examined the document.)

21   A   Mm-hmm.

22   Q   Were you aware of that when she did it?

Page 38

1    A   Yes.

2    Q   On page 90 what is that?

3    A   It's a certificate also.

4    Q   Why was that required?

5    A   Why was the certificate required?

6    Q   Yes.  Wouldn't these applicants be already on

7    the other two?

8    A   One certificate, page 89, are citizens.  And

9    then the certificate for 91, they're non-citizens.

10   Q   The outside, within the DEU?

11   A   Right.  Citizens need to go on one certificate

12   and non-citizens need to go on another.

13   Q   So on page 89 is the certificate where the

14   selecting officials selected Mr. Nyunt?

15   Q   Mm-hmm.

16   Q   Is that right?

17   A   Yes.

18   Q   Why does it say opposite Mr. Nyunt, it has a

19   96?  What is that?

20   A   They amended the cert to show that the

21   tallying of the scores evidently was incorrect.

22   Q   Now, that's what these numbers are to the left

Page

1    A   The way that I -- from thinking back, this was

2    requested from the office of, the office where Debby

3    Young, OCR.  And so I guess they asked for certain

4    documents and someone there saw the difference in the

5    numbers and notified us and then that's when we changed

6    the score order.  So that's probably why it was done in

7    October.

8    Q   Now, did the selecting official get this

9    amendment?

10   A   I don't know.

11   Q   From page 89 the selecting official had made

12   his decision in June of '03, right?

13   A   Yes.

14   Q   When the selecting official made his decision

15   was he aware of this amendment?

16   A   I don't recall.

17   Q   Is there anything in here to show that he was

18   aware of it?

19   A   I don't know.  In this entire document?

20   Q   Anywhere.

21   A   I don't know if there's anything.

22   Q   Is there anything in this document to indicate

128

**Page 41**

that?

A  Anything on this paper, no, there's nothing on this paper to know if he was aware of it or not. I don't know if he was aware of it or not.

Q  Returning to page 89, whose handwriting is that?

A  I'm not sure.

Q  It's not yours?

A  No.

Q  We're talking, of course, not about the signature at the bottom.

A  Right.

Q  But the handwriting in the middle of the page.

A  Right.  No, that's not my handwriting.

Q  Incidentally, what are the numbers if you look to the right of the names?  There are numbers there.  What are those numbers?

A  Social Security numbers.

Q  So based on this on June 16th of '03 the selecting official made his decision, right?

A  Yes.

Q  Do you know whether the selecting official

**Page 42**

held any interviews in connection with that decision?

A  No, I don't know.

Q  Would interviews be usual or unusual?

A  Management has a right to decide if they want to interview or not.

Q  Are they usual or unusual?

A  Management's decision, so it could be -- I don't know.  It's management's decision.

Q  Are they usual or unusual?

A  I don't know.  It's their choice.  I don't know what.  I can't speak for the --

Q  How do they normally choose?

A  I don't know.  Each manager --

Q  Do they have --

A  Management decides if they want to interview so it's a case by case.  And if that particular manager would like to interview, they can.  If they don't, they don't have to.

Q  Okay, you're telling me what they can and can't do.  What do they normally do?

A  I don't know what they normally do.  We advise them of what they can do and then it's up to them to

**Page 43**

1  decide what they're going to do.

2    Q  What do you advise them?

3    A  We advise them to interview.  We give them

4  directions on doing interviews, conducting interviews.

5  But from that point on it's the management's decision.

6    Q  Is there a do's and don'ts for interviews?

7    A  Yes.  We have a checklist of what kinds of

8  questions to ask and what kinds of questions not to

9  ask, and we provide that with each certificate  that we

10  give to the management.

11    Q  Where is that?

12    A  It's not a part of the case file.  It's

13  reference material that we provide to the management.

14    Q  Is it the same document for every job?

15    A  Yes.

16    MR. SHEA:  I will ask counsel if I can have

17  that.  I take it that's a standard kind of thing.

18    MS. PARISH:  It's already been produced.

19    BY MR. SHEA:

20    Q  Can you describe what it looks like?

21    A  It says on it advisory guidelines or

22  interviewing questions or something like that.

**Page 44**

1    MR. SHEA:  I don't remember it.  In about 10

2  minutes we may have to call the -- should we call the

3  judge?  Can we go off the record for a second.

4    (A brief recess was taken.)

5    BY MR. SHEA:

6    Q  Now if we can continue, we were talking about

7  Tab K.  I'll continue to ask you about those.

8    A  Okay.

9    Q  Cast your eye on pages 94 through 96.  Those

10  are the scoring sheets?  Well, you describe what those

11  are.

12    A  Right, these are the rating sheets that the

13  SMEs, the subject matter experts, would use to rate the

14  applications.

15    Q  That's helpful.  Who are the subject matter

16  experts?

17    A  In this particular case -- the names?

18    Q  Yes.

19    A  Peter Chen, Vohabeng Chuon, and Eugene Nojek.

20    Q  What are their expertise?

21    A  They are broadcasters or service chiefs,

22  people who have a thorough knowledge and background in

129

Page 45

1  this particular field.

2     Q  I'm not asking individually necessarily.  I

3  note some of these people put remarks on some of these,

4  but those don't really have any particular consequence.

5  I take it page 97 would be an aggregation of the

6  scores?

7     A  Yes.

8     Q  Now can we go to page 98.  I take it 97, we

9  don't really know how the -- let's just back up.  It's

10  clear that the correction that appears on page 90 was a

11  change on a score of Mr. Nyunt from 89 to 96?

12     A  From 89 to 96, yes.

13     Q  So in the paper that was signed by the

14  selecting official he was shown as having been scored

15  at 89 by the rating panel and it should have been a 96?

16     A  Right.

17     Q  You don't have any idea as to why that was so,

18  do you?

19     A  Why it was changed?

20     Q  Well, either.  That's right, why it was first

21  shown as 89.

22     A  Just a mathematical error.

1     Q  And part of your job is to make sure tha

2  do track?

3     A  That the KSAs and the crediting plan match,

4  yes.

5     Q  Now I'd like to move on to the next vaca

6  29.  Again you were responsible for handling t

7  well, right?

8     A  Right.  What tab is that one?

9     Q  It's page 102.

10     A  Okay, yes.

11     Q  Now back up for a moment if you would

12  with me.  If you go back to page 98 the crediti

13  is styled Burmese writer/editor.  Why is that?

14     A  That's just a working title.

15     Q  Where is the crediting plan for 029?  It's

16  this collection somewhere.  Oh, page 125.  All

17     A  Mm-hmm.  Yes.

18     Q  Now, I note it also has a different title,

19  Burmese writer/editor.

20     A  Yes.

21     Q  Well, that's the same, I guess.  It has a

22  slash.  There's a difference.

Page 46

1     Q  Do you know for sure that it was?

2     A  No.

3     Q  That would be your expectation?

4     A  Right.

5     Q  Now let's go to page 89 if we can.

6     A  Okay.

7     Q  This is the crediting plan?

8     A  You said 89?

9     Q  Ninety-eight.

10     A  Okay.

11     Q  This is basically the criteria that would be

12  used by the rating panel to score these candidates?

13     A  Right.

14     Q  And this, of course, has to track the KSAs and

15  the position description?

16     A  Right.

17     Q  And so --

18     A  More so the KSAs.  Not so much the position

19  description but the KSAs.

20     Q  Okay, but the KSAs have to be based on the PD,

21  don't they?

22     A  They come out of that, right.

1     A  Yes.

2     Q  So it is the same title?

3     A  Working title, yes.

4     Q  Are the criteria in there the same?

5     MS. PARISH:  I'll object.  The document speaks

6  for itself.  Documents speak for themselves, but go

7  ahead.

8     THE WITNESS:  They probably are similar but I

9  would have to read the entire document on both to see

10  what's different about them.

11     BY MR. SHEA:

12     Q  And whatever they were, the crediting plan wa

13  something that was created by Mr. Henderson with y

14  advice and guidance, that's your testimony?

15     A  Yes.

16     Q  Now let's look at the certificate.  First of

17  all, back up.  I note that if you look at page 125, if

18  you look at conditions of employment it says,

19  "Relocation expenses will be paid."

20     A  Okay, this 125 --

21     Q  Forgive me.  It's 105.

22     A  Okay.  Okay, what was your question?

130

Page 49

Q The question is it says, "Relocation expenses will be paid"?

A Yes.

Q Is that usual or unusual?

A Again that's something that management decides on.

Q They can decide anything they want?

A Right.

Q Okay, then tell me whether it is usual or unusual that they pay relocation expenses?

A I can't answer that question because it depends on the budget, it depends on other things that if management wants to pay for relocation or if they don't. And it's not usual or unusual. It's just whatever it is at the time.

Q Well, okay. Was there ever another vacancy announcement at the GS-12 level that they said that they would pay relocation expenses?

A I'm sure that there have been.

Q And were there others where they said they wouldn't pay?

A I'm sure there have been.

Page 50

Q Now, which was more, one way or another? Do you have any --

A I have no idea.

Q And from your point of view what were the criteria? Did you give any guidance to managers as to whether they should pay that or not?

A No.

Q That was solely within their discretion?

A Right.

Q And do you know why this particular one says relocation expenses will be paid?

A No.

Q Did you ever have any conversation with anybody about the budget or what other constraints may apply with respect to this?

A No.

Q What is your understanding as to whether the other first position we discussed, that is 026, does that say they would pay or not pay? I can tell you it says not.

A Oh, okay.

Q That wouldn't surprise you?

Page 51

1    A No.

2    Q Because what would be the basis for the

3    decision?

4    A Management would have to tell you. I don't

5    know.

6    MR. SHEA: Should we take a minute to call the

7    judge?

8    MS. PARISH: Sure.

9    MR. SHEA: Let's go off the record.

10    (A brief recess was taken.)

11    BY MR. SHEA:

12    Q May I direct your attention to pages 110 and

13    111 of this record?

14    A Okay.

15    Q And then those pages are different. That's a

16    position description for the 29 position.

17    (Pause.)

18    A Okay, 29. That's 26.

19    Q I'm sorry. Go to page 52 would be the one for

20    the earlier one.

21    A Okay, this is 52. The vacancy for page 52

22    goes with 26, that's what you're saying?

Page 52

1    Q Correct.

2    A Okay, and then --

3    Q That's the position description, isn't it?

4    A Position description, yes.

5    Q The position description for vacancy 29 is at

6    page 110. It begins at page 110.

7    A One hundred ten, yes.

8    Q And what appears on page 110 and 111 is

9    different from that that is on 52?

10    (The witness examined the documents.)

11    A Right.

12    Q Okay, let's go to the certificate if we can

13    now. You answered they are different, right?

14    A Yeah. I haven't read the body of them but the

15    typeset is different so you can see that it is. They

16    don't start at the -- they may have some of the same

17    kinds of skills and knowledge that's required but

18    they're typed differently on the paper.

19    Q To the extent that there are differences those

20    would have been determined by who? Not by you but by

21    the management?

22    A The position description?

**131**

Page 53

1  Q Yes.
2  A Right. Right, yes.
3  Q Who would that have been?
4  A The manager?
5  Q Yes.
6  A Well, for this one it was the service chief,
7  which is Khin Maung Htay.
8  Q Okay, and for the other one who was it? When
9  you say "this one" you mean 26?
10  A Let me see. 26, yes.
11  Q Okay, who was it, who made that determination
12  for 29?
13  A Well, it was signed by, both of the PDs are
14  signed by both Khin Maung Htay and Jay Henderson on
15  both position descriptions.
16  Q So they --
17  A So they would probably most likely have worked
18  together on what duties, what they felt the position
19  required and those sorts of things.
20  Q Now, what is your understanding of the process
21  that was followed for selection of the candidates for
22  29?

Page 54

1  A The process, want me to start from when we get
2  the vacancy announcement and rate the applications?
3  Q No, you don't need to. Let's say the vacancy
4  announcement is out there. What would be the process?
5  A Of establishing the vacancy announcement?
6  Q No. Once the announcement has been published
7  then what happens?
8  A Then we get the applications and the
9  applications -- once the job closes, the applications
10  are then rated. They're first evaluated by myself,
11  then rated by the subject matter experts. And then the
12  best qualified candidates then go on a certificate.
13  Q And they're rated against the crediting plan?
14  A Right.
15  Q And the crediting plan was something that was
16  prepared by you and Mr. Jay Henderson?
17  A The crediting plan is done by the manager,
18  which could have been Jay Henderson. And then I would
19  look at it just to make sure that the levels were
20  right, that they matched the KSAs not so much for the
21  content. To a certain degree.
22  But they are the subject matter experts and

Page [cut off]

1  they know what skills and they know what they're
2  looking for. But just kind of procedural I'm making
3  sure that it's correct.
4  Q Well, the e-mails that are in front of you now
5  reflect that you were certainly talking with Jay
6  Henderson about it, is that right?
7  A Yes.
8  Q What are the results of ratings for the second
9  position? Page 121?
10  (Pause.)
11  A Yes.
12  Q First of all let me ask you to go over
13  something. Go if you would to page 155.
14  A Okay.
15  Q Now, do you recognize that as Mr. Than's
16  application?
17  A Because it says it, yes.
18  Q Was there anything else? Take a moment. When
19  was the last time you might have seen this?
20  A Yesterday.
21  Q Okay. Is there anything else he supported or
22  that was considered in connection with his application

Page [cut off]

1  as far as you know?
2  A No. Anything else like?
3  Q Anything else.
4  A An application could be, if he had everything
5  in his application and KSAs, that's right. If he had a
6  50 in here. Let me see what else. No, this is it.
7  This would be it.
8  Q So this is his entire application?
9  A Yes.
10  Q And do you recognize on page 155 there's a
11  date stamp and things like that?
12  A Yes.
13  Q Is that the date stamp that you were talking
14  about earlier when you said that the applications come
15  in and they're date stamped when received?
16  A Right.
17  Q And what does that say, PA/PO? What does that
18  mean?
19  A That's the office, the HR office.
20  Q So it was received on March 31?
21  A Yes.
22  Q And I take it it was faxed? Can you tell?

132

**Page 57**

(The witness examined the document.)

A No, I can't tell.

Q There were other applications that were received as well, I take it?

A Yes.

Q And on page 128 is the application that was submitted by Mr. Nyunt?

A Yes.

Q Let me ask you something that I must tell you I don't really understand. Look at page 117. There's a certificate there.

A Okay.

Q That is signed by the selecting official, who you seem to think is Mr. Htay.

A Mm-hmm.

Q That's dated 6/3/03, right?

A Yes.

Q And of course the "S" opposite Lwin Than reflects he was selected?

A Yes.

Q Opposite that to the right there's a number?

A Yes.

**Page 58**

Q What is that number?

A Social Security number.

Q Could you find that on his application?

A Tell me which page his application is on.

Q Sure. I think it's Tab P.

A Okay, is it 155?

Q It's 155.

(The witness examined the documents.)

A No, I don't see his Social Security number.

Q So where would that have come from?

A I don't know.

Q The date here of 6/3/03, is that the decision date for purposes of this personnel action?

A Yes, that's the date that the selecting official made the selection.

Q And do you have any understanding as to what he did or didn't do in connection with evaluating the applicants? First of all, he is required to consider the certificates that are here, right?

A Right. Well, you say --

Q Does he have the applications in front of him?

A Right, he has the certificate and the

**Page 59**

1  applications.

2  Q Anything else?

3  A No, that's it.

4  Q Mr. Lwin Than was a non-citizen at the time of

5  the application, correct?

6  A Yes.

7  Q And that's why he appears on the certificate

8  for non-citizens?

9  A Yes.

10  Q Is there any preference for citizens over non-

11  citizens?

12  A There's no preference but if you select a non-

13  citizen then you need to justify why you're making the

14  selection of a non-citizen over a citizen.

15  Q And what is the justification?

16  A You should state the relevance to their

17  background and their experience and justify why you

18  felt that their skills were better than the --

19  Q Do they have to say they're better than or is

20  it --

21  A Well, maybe not better but, well, I guess I

22  can't think of another word, so better. They have to

**Page 60**

1  disclose why they are more qualified, I guess, than the

2  citizen.

3  Q If they're equally qualified is that good

4  enough justification?

5  A No, it has to show that they're more

6  qualified.

7  Q Did you have any role in the selection process

8  itself?

9  A No.

10  Q Did you have any role in the creating of a

11  justification memorandum?

12  A No.

13  Q Who would do a justification memorandum?

14  A The selecting official or the service chief.

15  They would prepare the justification memorandum.

16  Q Who did it here, do you know?

17  (The witness examined the documents.)

18  A Okay, it was from Khin Maung Htay.

19  Q What page is that?

20  A It's 167 under Tab Q.

21  Q Thank you. First of all, what is he doing in

22  this justification, is he addressing the KSAs?

Page 69

1   Q Did he meet the formal terms of the vacancy?

2   A If he had his application in on time, if he

3 submitted all the documents then he would then be, you

4 know, reviewed.

5   Q Did he submit it on time?

6   A Well, this date stamp says July 3, 2003.

7   Q Was that in time or out of time?

8   A Well, the job was open to a field announcement

9 with cut-off dates, so if they had made a selection

10 between this July 3rd then he wouldn't have been either

11 rated or looked at or ranked.

12   Q Okay, and what's the cut-off date in terms of

13 when they wouldn't evaluate him?

14   A Well, just going based on what we've gone

15 through so far the first cut-off was March 27th or 21st

16 or something. I don't remember if we looked at

17 applications after that point or not.

18   Q Okay, but if you didn't look at them after

19 March 27th then there would have been no occasion to

20 consider him?

21   A Right.

22   Q All right, I think we can pass on. I don't

Page 70

1 have anything more on that.

2   MR. SHEA: I'd like to have marked one other

3 e-mail.

4   (Fitzpatrick Deposition

5   Exhibit 6 was marked for

6   identification.)

7   BY MR. SHEA:

8   Q Please tell me what Exhibit 6 is.

9   (The witness examined the document.)

10   A This is an e-mail message from Jay to me.

11   Q Actually it's a two-way. The question is from

12 you and answers to him, is that correct?

13   A I wrote to him. Okay, so my note to him was

14 just kind of follow-up to make sure I had everything

15 that was, that he wanted. And then his response back

16 to what I'm asking him.

17   Q May I take that back from you? I'm sorry.

18   (Pause.)

19   Q What is your understanding of the last

20 paragraph -- if you have any recollection, and you may

21 not -- of the last paragraph of the note from Jay

22 Henderson?

Page 71

1   A He's saying that the fourth KSA would not

2 apply to this person, only to the outside candidate.

3 None of the other staff have any experience oversee

4 purchases, et cetera, but the other newly hired

5 candidate might.

6   Q What's your understanding of that?

7   A That they wouldn't have experience with the

8 fourth KSA which says what? Oh, managing the bu

9 He's saying no, that they wouldn't have experience

10 that but someone, a new person may have it. A newly

11 hired person may have experience.

12   Q All right, I think that's all I have on that.

13 Do you have any?

14   MS. PARISH: No.

15   BY MR. SHEA:

16   Q Did this position require a security

17 clearance?

18   A Just like a no access. Well, IRBs don't have

19 a clearance like a secret or top secret. They have n

20 access clearances. They don't see confidential

21 information so, no. The answer is no.

22   Q Are there people in the division that do

Page 72

1 require security clearances?

2   A I'm sure that the managers would and the

3 service chiefs and the director.

4   Q I'm not so sure I have much else. I'd lik

5 talk briefly with Mr. Nyunt and then we'll visit

6 you again, but I think we're pretty close to

7 concluding.

8   MR. SHEA: Let's go off the record.

9   (A brief recess was taken.)

10   BY MR. SHEA:

11   Q I want to show you something that was

12 furnished to us in discovery. If you'll note on

13 top left -- this is a copy of a draft of the vacan

14 announcement. I take it you recognize it?

15   (The witness examined the document.)

16   A Yes.

17   Q On the top left it has in pen and ink thre

18 words. It says, "First draft inside." Is that yo

19 handwriting?

20   A Yes.

21   Q And what does that mean?

22   A The first draft inside status candidates only.

**133**

nt v Tomlis
Page
uld not
candidate.
ce overseeing
hired

at?
: with the
ing the budge
experience in
A newly

e on that.

rity

lon't have
hey have no
ential

that do

Page

and the

e. I'd like to
we'll visit w
se to

hat was
l note on the
the vacancy
e it?
ment.)

link three
Is that your

lates only.

:02) 467-92

## Page 73

Notes from me.

Q  Help me with this. When you were doing this, that is working on filling these two vacancies, did you have assistance from anybody else in the office?

A  Well, the personnel assistants help.

Q  Who are they?

A  I don't know who they would have been at the time.

Q  Well, is there anything in here that would reflect who they were?

A  Well, for the DEU part Cassandra's name is on that rating sheet. But as far as developing and drafting up the vacancy announcement, that's my responsibility.

Q  And who is Cassandra?

A  She worked in the delegated examining unit, and I know that because her name is on one of those rating sheets.

Q  Rating sheets.

A  Not the rating sheet but the tally sheet. I don't know what they call it. It's the DEU thing.

Q  What's her last name?

## Page 74

A  Hall is the last name. This sheet here, like tabulation rating sheets. Here's one on 120 under Exhibit N.

Q  Okay, I see. Is there anybody else like her that would have assisted you in any of this?

A  No, and she would have done it at the end of the process, not in the beginning. So I would be the person that the manager would deal with in developing a vacancy announcement.

(Pause.)

Q  On the 026 vacancy we had a discussion already that there was a corrected certificate that was prepared.

A  Right.

Q  Did you prepare that or did somebody else?

A  Someone else.

Q  That's what I thought. Help me. Who prepared it, do you remember?

A  I think it would be Cassandra.

Q  Okay. For some reason I can't seem to --

A  A vacancy or the --

Q  I'm just trying to find the replacement

## Page 75

1  certificate. The amended is what it was called.

2  A  It's on page 90 under Tab Exhibit K.

3  Q  I see. Okay, this doesn't have her name on

4  it, though, does it?

5  A  No.

6  Q  I don't think I have anything more for you at

7  this time. Just give me one moment.

8  (Pause.)

9  Q  What's the normal life of a certificate?

10  A  Well, the policy has changed. It used to be

11  30 days but now there is no expiration date on

12  certificates.

13  Q  Some of them in this record have expiration

14  dates, don't they?

15  A  We put more on there just because it was a

16  policy that they had in the beginning an issuance date,

17  and then an expiration date. But because OPM has

18  become more flexible in their guidance they allow

19  managers to have certs that could go on for an extended

20  period of time.

21  But we keep a date so that kind of gives it

22  checks and balances just so that they know they can't

## Page 76

1  have it for two or three years and haven't made a

2  selection. So we just kind of keep that as a practice.

3  MR. SHEA: I don't have anything further, I

4  don't think.

5  MS. PARISH: I just have a couple of quick

6  questions for clarification.

7  MR. SHEA: Yes.

8  EXAMINATION BY COUNSEL FOR AGENCY

9  BY MS. PARISH:

10  Q  On Exhibit 1, if we could just have the

11  exhibits back for just a second from the reporter.

12  MR. SHEA: Let me make sure we have them. I'm

13  going to lose them.

14  BY MS. PARISH:

15  Q  Just look at number 1. Mr. Shea had asked you

16  some questions about which vacancy this e-mail from Mr.

17  Henderson applied to.

18  A  Mm-hmm.

19  Q  Do you know which one it applied to?

20  A  No.

21  Q  And Mr. Henderson never relayed to you which

22  one he intended it to apply to?

134

Page 3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

- - - - - - - - - - - - - - x

KYAW ZAW NYUNT,                     :
                                    :
        Complainant,                :
                                    :
    v.                              : EEOC No.
                                    : 100-2004-00921X
                                    : Agency No.
KENNETH Y. TOMLINSON,               : OCR-04-03
CHAIRMAN, BROADCASTING BOARD        :
    OF GOVERNORS,                   :
                                    :
        Agency.                     :
                                    :
- - - - - - - - - - - - - - x

                Washington, D.C.

            Thursday, December 22, 2005

Deposition of

        LWIN HTUN THAN

a witness of lawful age, taken on behalf of the

Complainant in the above-entitled action, before Ed

Greenberg, Notary Public in and for the District of

Columbia, in the Voice of America, 330 Independence

Avenue, S.W., Room 4447, Washington, D.C. 20237,

commencing at 1:15 p.m.

---

CONTENTS

EXAMINATION BY:                              PAGE

    Counsel for Complainant                    4

    Counsel for Agency                        34

THAN DEPOSITION EXHIBITS:

1 - Article from Irrawaddy                     36

---

Page 2

APPEARANCES:

    On Behalf of the Complainant:

        TIMOTHY B. SHEA, Esq.
        Nemirow Hu & Shea
        1629 K Street, N.W., Suite 500
        Washington, D.C. 20006

    On Behalf of the Agency:

        ELIZABETH A. PARISH, Esq.
        Assistant General Counsel
        Office of the General Counsel
        Broadcasting Board of Governors
        U.S. International Broadcasting
        330 Independence Avenue, S.W., Suite 3349
        Washington, D.C. 20237

    Also Present:

        Kyaw Zaw Nyunt, Complainant

---

Page 4

1              P R O C E E D I N G S
2        THE REPORTER: Mr. Than, good afternoon. I'm
3    going to administer the oath. Would you raise your
4    right hand, please.
5    Whereupon,
6              LWIN HTUN THAN
7    was called as a witness and, having been first duly
8    sworn, was examined and testified as follows:
9        EXAMINATION BY COUNSEL FOR COMPLAINANT
10        BY MR. SHEA:
11    Q  Would you state your name, please?
12    A  Than Lwin Htun.
13    Q  And what is your business address?
14    A  In the VOA?
15    Q  Yes.
16    A  330 Independence Avenue, S.W.
17    Q  When did you begin working at VOA?
18    A  I came here on 24th February, 2004.
19    Q  Can you describe to me how it was you came to
20    be hired here?
21    A  Very brief. I saw the VOA advertisement and I
22    apply for -- I fax my applications and also sent my

135

Page 5

1  application via post. And then they send me
2  acknowledgment and later on I was told that I was
3  selected. A few times later. So that's just brief
4  process.
5     Q  Okay, help me. When was your first contact
6  with VOA for any purpose?
7     A  That would take a quite long history in that
8  case, because I used to work for the BBC. And VOA
9  itself, I visited here in 1994, I think.
10       Just when I was visiting Washington because
11  since we work for the same area, like broadcasting, and
12  we are the international broadcasting, I just came here
13  to give a kind of, just want to see it, how is VOA,
14  Burmese Service.
15       So in 1994 I visited once here. And I
16  remember some time between '97 or '99 -- I don't
17  remember exactly -- at the time then-VOA Burmese Chief
18  visited BBC. So I met him at the time in London.
19       Then again in year 2003, on the beginning of
20  2003, I came here to Washington for attending
21  conference. At the time I came I talked to that former
22  Burmese Service chief. At the time he was working out

Page

1  some contact with somebody else who you described as
2  the then-Chief of the Burmese Section. What person was
3  that?
4     A  He is Dan Robinson.
5     Q  And how did you have contact with Dan
6  Robinson? He went to London, I take it?
7     A  Yeah, he came to -- at the time I was working
8  at BBC, Burmese Service. And Dan Robinson visited us
9  in London. So I met him there.
10    Q  You just met him there and then that was it,
11  you didn't see him again until 2003?
12    A  I met him in office and then later on we have
13  kind of a -- after the office I went along and we had a
14  kind of only at the time just brief talking about how
15  is Burmese Service doing, how is VOA doing. That's
16  all. And then since later on until I come here to
17  Washington in 2003 we never met again.
18    Q  Now, in 2003 you came. Did you say you came
19  for a conference at that time?
20    A  Yes.
21    Q  And do you remember when that trip was?
22    A  I believe it's in February 2003. February.

Page 6

1  of area. He's not Burmese Service chief anymore.
2       And I talk to him. I met him. And I came
3  down to VOA's office here. That's the only occasions
4  before I came here.
5     Q  When you said in '94 that you visited here did
6  you mean the United States or did you mean VOA?
7     A  United States.
8     Q  Did you go to VOA in '94?
9     A  '94, yes. I was visiting. I came here for
10  other purpose. To be precise, I came here to be best
11  man of one of my friends, a wedding. And I was happen
12  to be in the Washington, D.C. and visiting all the
13  places, and the VOA is one of the place I visited.
14    Q  How did that come about, did you know somebody
15  there?
16    A  No, I don't know anybody at the time. And one
17  of my friend was a Washington resident, called somebody
18  in the VOA and saying that, "Oh, yes, my friend from --
19  Than Lwin Htun from London, BBC, visiting, happen to be
20  visiting Washington and like to see VOA." I was told,
21  "Okay, fine."
22    Q  Now, in the time period of '97 to '99 you had

Page

1  It is for -- at the time I was working in Thailand for
2  organization called Internews. Internews is a kind of
3  a media organization and worldwide. We have branches
4  in different countries. We have gathering in
5  Washington, D.C. at the time, so I came here to attend
6  that meeting.
7     Q  And then who arranged? Did you call Dan
8  Burton to see him or how did that get-together come
9  about?
10    A  Dan Robinson.
11    Q  Robinson, thank you.
12    A  I call him.
13    Q  And where did you meet?
14    A  I don't remember because I wasn't familiar at
15  that time in Washington, D.C. I was staying somewhere
16  near Dupont Circle, I think, in a hotel. And I have
17  Dan Robinson's number and I call him. And he ask me
18  come over kind of a Metro station.
19       So I, so he meet me at the Metro station. We
20  were sitting near the cafe near the Metro station and
21  he explain me that his office is no longer in this VOA
22  building or something like that.

136

Page 9

1 But he ask me, okay, he ask me whether I like
2 to go visit VOA, so I say yes. So I don't remember
3 where I met him, actually, but it's somewhere in a
4 Metro station near the cafe. That's all. Just brief
5 meeting.
6    Q That's fine. And then did you go to see VOA
7 after that?
8    A Yeah. After that, yeah.
9    Q Was that VOA in this building at the time?
10   A At the time VOA in this building.
11   Q And then what did you do when you came here?
12   A Dan Robinson actually first at the time told
13 me that, "Okay, if you are visiting the VOA Burmese
14 Service why don't you see," I think he said at the time
15 I don't even familiar with the term but what do you
16 call, actual position. He named Jay Henderson. He's
17 a director. "Why don't you see him."
18    Just because at the time I was explaining
19 about Dan Robinson, my nature of work in Thailand and
20 other things. So, "It's interesting. Why don't you
21 talk with Jay Henderson as well. So if you like to see
22 him you might inform him or something."

Page 10

1 So he gave me his name. So I came here and
2 when I arrive I call Jay Henderson office and I met
3 him.
4    Q And that was in the same trip?
5    A It was the same trip, 2003, February.
6    Q Now, what happened in your meeting or
7 conversation with Jay Henderson?
8    A It's a kind of courtesy call because I was
9 visiting here. And he asked me what I was doing and
10 I'm just, he knows, he learn actually that I work for,
11 I used to work for the BBC and I am, then I was at the
12 time working in Thailand training journalists,
13 including radio journalists also from Voice of America.
14    So he was quite interested. So we just have a
15 kind of talk, that's all.
16    Q Did the subject of your coming to work here
17 ever come up?
18    A No.
19    Q Did you meet with anybody else?
20    A Well, I try because I remember that since I
21 don't know that the Burmese Service office location
22 exactly and Jay took me to the office. There was

Page 11

1 nobody there. Maybe at the time, yeah, I remember
2 there is kind of a protesting time or something like
3 that. There was nobody there in the office so I didn't
4 see anybody.
5    Q So you didn't meet anybody else?
6    A No.
7    Q And then you left in February and then you
8 returned sometime I don't know when, sometime after you
9 -- well, I don't know. When did you return next to
10 Washington?
11    A In Washington, VOA, is next year.
12    THE REPORTER: July? I'm sorry, did you say
13 July?
14    THE WITNESS: Not July. It's 2004 February.
15 Maybe about a year after.
16    BY MR. SHEA:
17    Q Right, okay. Now, let's continue with that.
18 How did you become aware that there was a vacancy?
19 There came a time when you became aware that there was
20 a vacancy announcement here in Washington, I take it?
21    A Mm-hmm.
22    Q How did that come to your attention?

Page 12

1    A Okay, as I told you that I was working with
2 BBC a long time ago. And I think in 1997 or '99,
3 around '99 I think, I was just thinking of moving
4 somewhere, moving out from BBC and looking for some
5 opportunity around.
6    And at the time I noticed that VOA has a kind
7 of vacancy and I apply for that. And I was even offer
8 a place at the time around 1999, I think, for another
9 position, whether I am interested in working with VOA
10 for a GS-9 level position.
11    But at the time I told I am not interested
12 because I like to work for -- when I consider whether
13 moving from BBC to VOA is not then. Later on I
14 decided. I am not interested in working for the VOA at
15 the time.
16    So but at the time I was just thinking that if
17 there's maybe a higher position like GS-12 or something
18 like that, I maybe consider. I was just thinking.
19    So in 2003 while I was working in Thailand my
20 Thailand job is like a two-year contract or my kind
21 of -- so I'm thinking of moving to somewhere else or
22 moving back to BBC.

137

**Page 3**

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WASHINGTON DISTRICT OFFICE

- - - - - - - - - - - - - - -x
KYAW ZAW NYUNT,      :
   Complainant,     : EEOC No.:
              : 100-2004-00921X
    v.             :
              : Agency No.:
              : OCR-04-03
KENNETH Y. TOMLINSON,    :
   Chairman,         :
BROADCASTING BOARD OF GOVERNORS, :
              :
   Agency.         :
- - - - - - - - - - - - - - -x

Washington, D.C.

Thursday, January 26, 2006

Deposition of

DANIEL A. ROBINSON

a witness of lawful age, taken on behalf of the complainant in the above-entitled action, before Rita M. Hemphill, Notary Public in and for the District of Columbia, in the offices of Nemirow Hu & Shea, 1629 K Street, N.W., Suite 500, Washington, D.C. 20036, commencing at 10:20 a.m.

**Page 3**

# CONTENTS

EXAMINATION BY:              PAGE

   Counsel for Plaintiff         4

ROBINSON DEPOSITION EXHIBITS:

(None)

**Page 2**

APPEARANCES:

On Behalf of the Complainant:

   TIMOTHY B. SHEA, ESQ.
   Nemirow Hu & Shea
   1629 K Street, N.W., Suite 500
   Washington, D.C. 20036
   (202) 835-0300

On Behalf of the Agency:

   ELIZABETH A. PARISH, ESQ.
   Office of the General Counsel
   Broadcasting Board of Governors
   U.S. International Broadcasting
   330 Independence Avenue, S.W., Suite 3349
   Washington, D.C. 20237
   (202) 203-4579

Also Present:

   Kyaw Zaw Nyunt, Complainant

**Page 4**

1          PROCEEDINGS
2 Whereupon,
3        DANIEL A. ROBINSON
4 was called as a witness and, having been first duly
5 sworn, was examined and testified as follows:
6     THE REPORTER: Please state your full name for
7 the record.
8     THE WITNESS: Daniel A. Robinson.
9     THE REPORTER: Thank you.
10        EXAMINATION
11    BY MR. SHEA:
12    Q Mr. Robinson, good morning. My name is
13 Timothy Shea. I represent Mr. Nyunt in this matter.
14 And I take it you know what a deposition I discussion
15 you're prepared to testify this morning?
16    A Yes.
17    Q Now, would you describe, if you would, what
18 your current duties are?
19    A I'm currently VOA correspondence for the House
20 of Representatives under the central news division.
21    Q So do you -- are there other people that do
22 what you do for VOA --

**138**

Page 9

```
1  division without speaking of the language or speaking
2  very little of the language?
3       A  It's not unprecedented.
4       Q  Is it usual or unusual?  Let's say it's
5  precedented -- it's not unprecedented.  Is it usual or
6  unusual?
7       A  Can't say.  It's just not unprecedented.
8       Q  Okay.  Now, did you -- what was the size of
9  the division when -- in terms of people?  How many
10 slots do they have there, more or less?
11      A  I don't have an exact figure.  I just don't
12 recall what the exact figure was.  I think it --
13 probably around -- it was 11 or 12, I think, at the
14 time.
15      Q  And did you -- do you remember whether you
16 hired people during that time period?
17      A  I did.  During the time period I was head of
18 the service?
19      Q  Yes.  Correct.  Correct.
20      A  One is sitting right here.
21      Q  Now, since you left that -- first of all, how
22 was it that you decided -- it occurred that you left
```

Page 11

```
1  enough to submit a statement in connection with this
2  proceeding, if you recall.
3       Do you remember that?
4       A  Yeah.
5       Q  And I take it you've had an opportunity to
6  review that --
7       A  Yeah, I did.
8       Q  -- before your testimony?  Very good.  And
9  that was prepared by whom?  By the investigator?  Is
10 that right?
11      A  Mr. Plotnick, was it?
12      Q  Yeah.
13      A  Well, after he interviewed me on it, or it was
14 a product of the interview.  Yeah.
15      Q  All right.  Is there anything in there that
16 you want to change or modify or expand on?
17      A  That's pretty open-ended.
18      Q  Modify.  No.  I mean, in other words, is it
19 still accurate as far as you're concerned?
20      A  With the benefit of hindsight?  Yeah, it is.
21      Q  Okay.  There came a time at some point that
22 you met Mr. Lwin Than.  Is that right?
```

Page 8

Page 10

```
1  the Burmese service?
2       A  Run that by me again?
3       Q  How was it that you left the position as chief
4  of the Burmese service?
5       A  The then-head of the news division expressed a
6  desire to see me return to the central newsroom to be a
7  correspondent, Washington correspondent.  And I guess
8  at the end of 2001, that was all finalized and wrapped
9  up.
10      Q  Now, since you did that, have you had any
11 contact with either the Burmese service or, you know,
12 either -- yeah?  Have you had any contact with the
13 Burmese service or the people in the Burmese service
14 since then, since you left?
15      A  Yes.
16      Q  Do you have such contact in the ordinary
17 course, in other words, in the course of doing your
18 correspondent activities, or is it something else?
19      A  Both professional and occasionally in the
20 context of personal relationships that were built up
21 over the years.
22      Q  Sure.  Sure.  Now, you of course were good
```

Page 12

```
1       A  That's right, yeah.
2       Q  And can you describe when and how it was that
3  you met him?
4       A  I had -- I was on a brief stop in London as
5  part of a business trip.  I think it was '99.  As part
6  of a visit to the BBC, I met him and others in the BBC,
7  including Burmese and English news division people, in
8  London.  That's when I first met him.
9       Q  And there's some indication that there was an
10 attempt to recruit him thereabouts.  Is that right?
11      A  I'm not sure you could describe it as an
12 attempt to recruit him.  I identified him as someone
13 who might be someone that, you know, down the line VOA
14 could benefit from having on his team.
15      Q  Okay.  And how did that -- first of all, what
16 does that mean and what did you do in support of that?
17 Basically, you were impressed with the man.  Is that
18 right?
19      A  Yeah.
20      Q  Yeah.  Now, I take it you met him and other
21 people at BBC --
22      A  Right.
```

139

Page 13

1    Q  -- in the course of whatever -- that was just
2    some sort of, what, conference?
3    A  Professional -- no.  My conference was in
4    Sweden, so I was just briefly over stopping in London.
5    So it was just a courtesy visit to folks in the BBC.
6    They have a Burmese service as well.  I wanted to see
7    how their office operated, you know, the equipment they
8    used, the methods they used for news gathering.
9    Q  I take it you were impressed with Mr. Than?
10   A  Impressed with a couple people there.  But
11   yeah, he was -- he was one of them.
12   Q  And what did you do -- I mean, you were
13   impressed with him.  Okay.  Did you tell any -- did you
14   say anything to him or to -- well, did you say anything
15   to him about VOA or coming to VOA?
16   A  He was -- I think he was -- I don't recall the
17   exact details.  But as I recall, he was in a state of
18   flux there.  I'm not sure he was -- he was still
19   employed, but I think he was about to set out on
20   another assignment for BBC.  And so he was apparently
21   at that time unable to be mobile in terms of his
22   career.  Also, I think he was newly married at the

1    running the conference.  He was -- he found hims
2    here in Washington.  He did call me or call the o
3    and ask for me.  We did meet in 2003.  Yeah.  W
4    Q  And when was that, if you recall?
5    A  I just don't recall the exact date.
6    Q  And what did you do?  You met somewh
7    A  Yeah.  I think it was -- well, by that time,
8    it might have been here in the basement, downstai
9    the cafeteria.  Or it might have been up on the Hi
10   I just can't recall.
11   Q  And what did you discuss, and was there
12   other -- well, anyway, what happened in your
13   a social meeting, I take it?
14   A  Yeah.  At that time, between '99 and 2003,
15   when he was doing other stuff, and he was with t
16   and I think he went to Bangkok to work with like
17   it InterNews?  I think initially he went to Bangko
18   possibly for the BBC.  The details are really cloudy
19   Then he started working for InterNews, I think, a
20   point.  He had a contract with them.
21   But pretty much, you know, he had made it
22   clear that his -- early on when we met in London,

Page 14

1    time, I think, as I recall correctly.
2    So yeah, it was just more of a -- kind of a
3    getting-to-know-you kind of courtesy thing.
4    Q  Okay.  Did you speak to any colleagues at VOA
5    about him?
6    A  Not that I recall immediately.  But I believe
7    there was a -- there might have been some -- I can't
8    remember when the first positions came open or when our
9    flexibility to hire came open between '99 and 2000.  He
10   clearly wasn't able to even consider applying here at
11   that time because of his obligations to the BBC, if I
12   recall correctly.  So -- and -- yeah.  So that's what I
13   remember.
14   Q  Did you have any other contact with him at
15   least prior to 2003?
16   A  I don't recall specifically.
17   Q  Okay.  In 2003, did you have some contact with
18   him?
19   A  You talking about phone or in person or --
20   Q  You tell me.  Any way?
21   A  Yeah.  Well, in 2003, I believe he was here
22   for -- it was a conference.  And I'm not sure who was

1    he would require a certain level of pay.  And there
2    just no way that we were going to be able to come
3    with that.  And he was -- it was just -- I think he
4    needed at least a certain GS level equivalent, and
5    wasn't going to happen.
6    Q  Okay.  That was from your meeting in L
7    A  Right.
8    Q  Okay.  I'm switching subjects now.
9    A  '03.
10   Q  What happened in '03 and what was the
11   of the conversation when he called -- he came
12   a conference, he called you, and you met some
13   A  Right.  I thought it would be useful for him
14   to provide his views of the Burmese political situa
15   in his reporting coverage out of Thailand, both, y
16   know, when he was with the BBC and later with I
17   it was InterNews.  He had been on the border and
18   stories.  So I suggested to him that he might want
19   meet the head of the division.
20   Q  And how did that -- and did that happene
21   A  Yeah, it did.
22   Q  Did he express -- was there any discussio

