# In The Matter Of:

### *Kyaw Zaw Nyunt   v.*
### *Kenneth Tomlinson*

---

### *Deposition of Bageshwar Verma*
### *January 27, 2006*

---

### *Miller Reporting Company*
### *735 Eighth Street, SE*
### *Washington, DC  20003*
### *(202) 546-6666*

*Original File 0127VERM.TXT, 13 Pages*
*Min-U-Script® File ID: 3850248912*

# Word Index included with this Min-U-Script®

Page 5

[1] **A:** Yes.

[2] **Q:** What is your understanding of your

[3] responsibilities on the panel?

[4] **A:** To make the selection of the best

[5] candidate among the interviewees.

[6] **Q:** Were you given any instructions?

[7] **A:** Instructions like what?

[8] **Q:** Well, any instructions.

[9] **A:** Yeah.

[10] **Q:** What were they?

[11] **A:** They would be the same set of questions

[12] that will be asked of each candidate who comes for

[13] the interview.

[14] **Q:** Okay, help me with this. I asked were you

[15] given any instructions. Were you given any written

[16] instructions?

[17] **A:** No.

[18] **Q:** So you were given some oral instructions.

[19] **A:** We had the questions on a sheet of paper

[20] and we asked the same questions of each candidate.

[21] **Q:** Okay. And apart from that paper with the

[22] questions, were there any other instructions that

Page 6

[1] you were given orally or in writing in connection

[2] with your responsibilities as part of the panel?

[3] **A:** I don't recall any.

[4] **Q:** Now who prepared the questions?

[5] **A:** I believe it was prepared by, I think, the

[6] service chief.

[7] **Q:** At least you didn't prepare the questions?

[8] **A:** Yeah, I didn't prepare the questions.

[9] **Q:** You did not.

[10] **A:** Yeah, I did not.

[11] **Q:** Thank you. And you don't know for sure

[12] who did?

[13] **A:** No.

[14] **Q:** They were just given to you and you posed

[15] them to the various candidates?

[16] **A:** Yes.

[17] **Q:** In connection with that, did you ask any

[18] other questions to the candidates other than those

[19] on the sheets?

[20] **A:** Yes.

[21] **Q:** And what other questions did you pose to

[22] them?

Page 7

[1] **A:** That came up depending on what sort of

[2] answers we got. And since I'm in program review, I

[3] know how programming is done by the language

[4] services here, so I asked several questions on my

[5] own to test the candidates' suitability for the

[6] position.

[7] **Q:** These are what you'd consider probably

[8] follow-up questions, I take it?

[9] **A:** Yes.

[10] **Q:** And do you remember those? Do you

[11] remember any of the questions, generically what

[12] they were?

[13] **A:** I think one question that comes to my mind

[14] was as an editor in the Burmese Service, how best

[15] you can make the programming more effective. This

[16] is one question that comes to my mind that was

[17] asked of all the candidates.

[18] And one more question, what do you think

[19] your role as an editor will be or is, in your view,

[20] for the service?

[21] **Q:** Now you referred to your experience as a

[22] program—was it a program—

Page 8

[1] **A:** Program review analyst.

[2] **Q:** What does a program review analyst do?

[3] **A:** Our office does quality control of

[4] programming for the entire Voice of America. We

[5] have 44 languages as of now but in those days we

[6] had 53 languages. Our office ensures that whatever

[7] goes on the air of the Voice of America language

[8] services meets the standards for journalism, meets

[9] the standards that Congress has given to Voice of

[10] America in the charter. Accuracy, balance,

[11] comprehensiveness are some of the criteria that we

[12] apply.

[13] We make sure that whatever goes on the air

[14] meets with the standards for production,

[15] presentation, sound bites, and overall structure of

[16] the program.

[17] There are other criteria, like are

[18] programs suited for the audiences we are broadcast

[19] to? What are the needs of that region? How well

[20] we are providing the materials which we're doing to

[21] reach that audience?

[22] The audience has different age groups—younger

142

Page 9

[1] audience, older audience, audience who are
[2] dedicated to BBC, to Voice of America. Are we
[3] reaching all audiences across the board? And what
[4] are the different mechanisms we can apply to reach
[5] those audiences?

[6]  Q: Thank you. Do you have any special
[7] responsibilities over the Burmese section in
[8] connection with your particular responsibilities?

[9]  A: No.

[10]  Q: And how was it that you were asked to be
[11] on this panel?

[12]  A: I can make my own observation. Because we
[13] are considered to be the evaluators of programming
[14] in this building, we evaluate programs that go on
[15] the air in terms of content, production, and
[16] presentation, so we are looked upon as experts to
[17] gauge who can do better programming.

[18]    This is my understanding of how we are
[19] perceived in the eyes of others, and we get
[20] invitations to sit on the panel.

[21]  Q: Okay. Who asked you to sit on this
[22] particular panel?

Page 10

[1]  A: The service chief of the Burmese Service.

[2]  Q: Whose name is?

[3]  A: At that time it was Mr. Htay.

[4]  Q: And have you served on—when was the last
[5] panel you had served on? What's the most recent
[6] panel you've served on?

[7]  A: The Burmese panel was the last I sat on.

[8]  Q: The one involved in this case in 2003?

[9]  A: That's right, June of 2003.

[10]  Q: And when was the one before that?

[11]  A: I think that was the only panel I sat on.

[12]  Q: Since '91?

[13]  A: Yes.

[14]  Q: Now before '91 did you sit on any?

[15]  A: No.

[16]  Q: So this is the first one you've sat on?

[17]  A: Yes.

[18]  Q: Were you an acquaintance of Mr. Htay?

[19]  A: I knew him professionally. I knew him
[20] because he was in the BBC when I was there.

[21]  Q: Is Mr. Htay retired now? Is that right?

[22]  A: Yes, he has retired.

Page 11

[1]  Q: Have you had any conversations with him
[2] about this case?

[3]  A: No.

[4]  Q: Even at the time?

[5]  A: No, never.

[6]  Q: Who were the other colleagues on the
[7] panel? Do you remember?

[8]  A: Yeah, I was there, a lady whom I called
[9] Ira, she was there, and Mr. Htay, the three of us.

[10]  Q: Did they pose questions of their own in
[11] connection with the interview of witnesses?

[12]  A: I can't recall what they asked but I
[13] remember they also had the same sheet of paper that
[14] I had.

[15]  Q: Did they pose follow-up questions, do you
[16] know?

[17]  A: They may have.

[18]  MR. SHEA: Frankly, I think I'm
[19] essentially done. May I just take one moment?
[20] I'll chat with my client here for a minute.

[21]   [Recess.]

[22] MR. SHEA: I am concluded.

Page 12

[1]  MS. PARISH: I just have one quick
[2] question.

[3]   EXAMINATION BY COUNSEL FOR AGENCY
[4]     BY MS. PARISH:

[5]  Q: Mr. Verma, Mr. Shea asked you about how
[6] many times that you were on a panel and you said
[7] this was the only time. This was your only
[8] interview panel; is that correct?

[9]  A: Correct.

[10]  Q: Have you ever sat on a rating and ranking
[11] panel? Do you know what that is?

[12]  A: I think when I was news and current
[13] affairs editor I may have rated the employees of
[14] the service and this all I can recall. We get
[15] requests from services to sit on the panel but we
[16] are so busy in our work that finding time is very
[17] difficult and we normally don't entertain such
[18] requests.

[19]  MS. PARISH: That's all.

[20]  MR. SHEA: Thank you, sir.

[21]  THE WITNESS: My pleasure.

[22] [Whereupon, at 10:32 a.m., the deposition

143

**Subject: Crediting Plan**
**Date:** Fri, 14 Mar 2003 10:07:56 -0500
**From:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>
**Organization:** U.S. International Broadcasting Bureau
**To:** Jay Henderson <jhenders@VOANews.COM>,
    Khin Maung Htay <kmhtay@VOANews.COM>
**CC:** Claudette Swann <cbdatche@VOANews.COM>

Jay,

Just a reminder.  You will probably have to prepare crediting plans (2)
for the IRB(Burmese) positions that you currently have open.  If you
need examples, I will provide.  Remember the crediting plans, are based
on the KSA's in the vacancy announcement.

Jerri

144

000245

Nyunt – EEOC 100-2004-0921X
Interr 2, 3, 11
Doc Req 1, 9

3/14/03 10:08 AM

**Subject: 2nd draft -- INTERNATIONAL BROADCASTER (BURMESE)**
**Date:** Tue, 04 Mar 2003 09:48:10 -0500
**From:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>
**Organization:** U.S. International Broadcasting Bureau
**To:** Jay Henderson <jhenders@VOANews.COM>
**CC:** Claudette Swann <cbdatche@VOANews.COM>

Jay,

Attached is the draft of the second position you would like to
advertise.  I revised the announcement based on the discussion we had
yesterday.  Please note, I have changed the title to International
Broadcaster.  If the duties require that the incumbent be responsible
for not only radio, but Internet or TV duties, the position is a
International Broadcaster.  If that is not correct please, let me know.

You will also need to develop a crediting plan based on the KSAS's in
the vacancy announcement.  The crediting plan will be the criteria used
to determine who the highly qualified candidates are.  If you need an
example of a crediting plan, let me know.  We will need two crediting
plans.  The second one will be for the inside announcement.

Thanks
Jerri
619-2097

| | Name: burmese12A.doc |
|---|---|
| □ burmese12A.doc | Type: Microsoft Word Document (application/msword) |
| | Encoding: base64 |
| | Download Status: Not downloaded with message |

*146*

000571

**Subject: Burmese IRB KSA**
**Date:** Tue, 04 Feb 2003 15:21:15 -0500
**From:** "Jay Henderson" <jhenders@VOANews.COM>
**Organization:** Voice of America
**To:** Jerri Fitzpatrick <jlfitzpa@IBB.GOV>

One of the KSA for one of the two positions should call for someone with
the following qualifications:

1. native burmese language with fluent english (both written and spoken)
2. able to file news stories in both burmese and english (in both script
and voice form)
3. experience working independently, far from main office
4. experience training journalists, including developing curriculum in
news writing and reporting as well as organization of a news
organization
5. experience in managing a budget for a professional operation
6. experience designing and managing a burmese language web site.
7. a master's degree or an advanced degree from an english-speaking
university
8. years of experience working as a reporter/editor for one of the major
international broadcasters or another mainstream journalistic entity

---

Jay Henderson <jhenders@voanews.com>
Director, East Asia & Pacific Division
Voice of America

*[handwritten annotations: SCREEN OUT FACTOR; duty HQ; KSA; ICSA 2; NO; KSA; speaking & written; Desirable Qualifications; Cond of Employment — Position Requires frequent travel W/in the United States + overseas]*

147

000573

Nyunt – EEOC 100-2004-0921X
Interr 2, 3, 11
Doc Req 1, 9

*Broadcasting Board of Governors*

INTERNATIONAL BROADCASTING BUREAU

## GUIDELINES FOR APPOINTMENT AND PROMOTION OF NON-U.S. CITIZENS IN THE PRESENCE OF QUALIFIED U.S. CITIZEN COMPETITORS

The United States Information and Educational Exchange Act, PL 80-402, as amended (22 USC 1474), authorizes BBG to employ, without regard to the civil service and classification laws, non-U.S. citizens in a variety of functions related to non-English language programming. The law provides that such non-U.S. citizens may be employed "when suitably qualified U.S. citizens are not available when job vacancies occur." Based on Congressional Committee reports, the Agency has interpreted the term "suitably qualified" to mean "equally or better qualified."

MOA Part V-A. Section 820 provides that these relative qualifications determinations will be based on evaluation criteria established by the Office of Human Resources (M/H). Evaluations of U.S. citizens and non-U.S. citizens under Section 820 are to determine if, in the presence of one or more qualified U.S. citizen competitors, (1) a non-U.S. citizen candidate can be appointed and (2) a non-U.S. citizen employee can be promoted into a vacant position.

The following guidelines apply to appointments and promotions of non-U.S. citizens under MOA V-A. Section 820. Section 820 provides additional requirements for appointments and promotions to supervisory positions.

### When Evaluation is Required

1. Evaluation under these guidelines is required before effecting an appointment or promotion under MOA V-A. Section 820 when: (a) a non-U.S. citizen is selected for appointment to a vacant position in the presence of a qualified U.S. citizen competitor who is not also selected for an identical or similar position at the same grade and duty location or (b) a non-U.S. citizen employee is selected for promotion into a vacant position in the presence of a qualified U.S. citizen competitor who is not also selected for promotion into an identical or similar position at the same grade and duty location.

2. A career ladder promotion of a non-U.S. citizen is not considered a promotion to a vacant position. No evaluation is required.

3. A promotion of a non-U.S. citizen as a result of reclassification because of additional duties and responsibilities is not considered a promotion to a vacant position. No evaluation is required if the selecting element director provides acceptable written certification as to the reasons that no qualified U.S. citizen employee within the same language service or like organization at the level immediately below the grade to which promotion is sought could reasonably have been assigned the additional work.

4. A promotion of a non-U.S. citizen as a result of reclassification of his or her current position due to the application of new or revised classification standards or correction of a classification error is not considered a promotion to a vacant position. No evaluation is required.

### Making and Documenting Determinations

A non-U.S. citizen may be appointed or promoted in the presence of a qualified U.S. citizen competitor if, after full and fair consideration of all candidates against the job requirements, the selecting official determines by preponderant evidence that the non-U.S. citizen is more probably

148

better qualified than any U.S. citizen competitor and the superior qualifications of the non-U.S. citizen are supported by acceptable written documentation provided by the employing element.

When evaluation under these guidelines is required, all determinations that a non-U.S. citizen can be appointed or promoted must be based on full and fair consideration of all candidates' relative possession of job-related knowledge, skills, abilities, and other relevant factors and a balanced and objective evaluation of the available, pertinent application and performance information, including a personal interview, when appropriate and practicable.

The same means of assessment, when practicable, must be applied to all candidates.

**Guidance on Written Documentation**

All determinations must be documented by the employing element as provided below.

If the non-U.S. Citizen candidate is determined to be better qualified than a U.S. citizen candidate, an essentially similar assessment and means of assessment must be applied to the U.S. citizen candidate(s) and the non-U.S. citizen candidate(s) to the extent practicable. For example, if the basis for finding a non-U.S. citizen candidate better qualified is observation of work as an employee or contractor, and the U.S. citizen candidate is not an employee or contractor, the U.S. citizen candidate's work must be assessed by means such as an interview, samples of work products, relevant performance appraisal, and reference checks.

In all cases, documentation to demonstrate that a non-U.S. citizen is better qualified than a U.S. citizen must be in narrative form, supported by record documents, as appropriate, and signed by the selecting official and Division Director.

The documentation need not include evidence of sub-standard qualifications on the part of competing U.S. citizens. For example, when comparing the qualifications of two or more current employees, we can expect all competitors to be fully proficient professionals. The law requires the agency to establish the "better" qualifications of the non-U.S. citizen in these cases, not that the U.S. citizen necessarily has a poor background or performance record.

Every aspect of every candidate's qualifications for the position need not be analyzed in detail. For example, the selecting element may determine that candidates' qualifications are generally equal in some position areas; documentation may support this determination in summary fashion, focusing the more particularized support documentation on those job-related areas where measurable candidate differences exist.

    a.    The following types of evidence, though not fully dispositive, are strong indicators that Candidate A is better qualified than Candidate B.

        1.    Candidate B's most recent performance appraisal reflects an overall rating below the "fully successful" or equivalent level (below the "Acceptable" or "Meets Expectations" levels under BBG two-level rating systems) in a position with similar duties or with performance elements directly related to the knowledge, skills, abilities, or other characteristics critical to performance in the vacant position. Candidate A has a current "fully successful" or higher performance record in a related position.

14?

2. Candidate B's most recent performance appraisal includes a rating below the "fully successful" level in a performance element directly related to a knowledge, skill, ability, or other characteristic critical to performance in the vacant position. Candidate A has a current "fully successful" or higher rating in all related performance elements.

3. Candidate B has been separated (or resigned after being notified that he or she would be separated) from a related employment for performance or conduct reasons within the last three years. Candidate A has an unblemished performance and conduct record extending over the last three years.

4. Candidate A was rated (or would have been rated) in a higher category under a category ranking system on a Merit Promotion or Delegated Examination Unit (DEU) certificate for the position to be filled than Candidate B.

5. Candidate A achieved a higher quality level score in an agency-administered examination required for entry into the position to be filled than Candidate B (e.g., Candidate A scored in the 90s, whereas Candidate B scored in the 80s or below).

b. The types and sources of information on which acceptable documentation may be based include, but are not limited to, the following.

1. Types of information.

- The relatedness of candidates' overall education and experience backgrounds to the work of the position;

- The level of responsibility exercised and quality of work produced in previous jobs.

- Awards and other professional or academic recognition received.

- Specific professional accomplishments or a pattern of overall professional accomplishments and advancement to positions of greater responsibility.

- Recency of experience when current knowledge in a job-related area can be shown to have a bearing on qualifications.

- Traits related to quality of performance and versatility, such as initiative, willingness to take and follow instructions, reliability and dependability, and interpersonal skills.

- The ability to contribute to the overall operating efficiency and effectiveness of the organization or work unit.

- Quality of past performance in specific job-related functions.

*150*

001688

2.     Sources of information.

- Rankings on Merit Promotion or DEU Certificates.

- Examination results.

- Application materials.

- Writing samples, voice auditions, and other work products requested of all candidates.

- Performance appraisals.

- Interviews.

- Reference checks.

**Examples**

Examples of adequate written documentation are attached.

**Approval of Actions**

In preparing the written documentation, the selecting official and division director are encouraged to consult their representative in the Human Resources Operations Division. M/HO representatives will assist the selecting organization in documenting relative qualifications assessments.

To obtain approval for covered appointments or promotions, the selecting official will transmit the case file, along with written documentation in support of the proposed action, by memorandum through his or her division director to the Chief, Operations Division, Office of Human Resources (M/HO).

For an outside appointment, pre-offer recruitment steps may continue, pending approval under these procedures.

The Chief, M/HO, will review the documentation and either: (1) obtain the concurrence of the element director (usually the Director of VOA or the Director of OCB or his/her designee) and approve the proposed action and notify the selecting official and division director or (2) recommend disapproval and forward the case to the Director of Human Resources (M/H).

The Director of Human Resources may approve the proposed action or, with the concurrence of the element director, disapprove the proposed action.

If the element director does not concur with the Director of Human Resources in a disapproval, the element director may submit the matter to the IBB Director for a final agency decision.

_____      _____
John S. Welch                                Date
Director of Human Resources

*151*

**Attachment**

**Examples of Adequate Written Documentation**

Example A.  General

This memo requests approval to select Mr. AAAA, a non-U.S. citizen, for a promotion to an International Broadcaster, GS/GG-1001-12, position in the XXXX Service.  Four qualified U.S. citizen candidates are among the candidates under consideration but are not as well qualified as Mr. AAAA.

Based on a review of their applications and performance along with the interviews conducted with the four U.S. citizen candidates and the non-US citizen candidate, the non-US citizen candidate, Mr. AAAA, was selected.  He is the best qualified candidate.

Below are analyses of each citizen's qualifications compared to Mr. AAAA's.

Analyses of the candidates' knowledge, skills, and abilities:

*Knowledge of video/radio/internet broadcasting principles and methods and journalist knowledge and ability sufficient to write and produce integrated, highly targeted, well-balanced, scripts, radio or television programs, or program segments that capture the attention of the audience.*

Mr. AAAA was the most qualified candidate, primarily for his superior knowledge of radio broadcasting principles and methods as evidenced through his reporting from the field.  He regularly tackles complex subjects and initiates story ideas.  His reports are well written and balanced.  The scripts that he writes regularly capture the attention of mainstream XXXX media including ...... who routinely plagiarized his scripts, word for word.  In addition, Mr. AAAA contributes substantively to Internet articles and regularly monitors use of his reports on the web.

Of the four U.S. citizen candidates, Mr. BBBB has the most experience in television but has no experience in either radio or Internet.  Mr. BBBB's knowledge of broadcasting principles and of what is expected of a GS-12 broadcaster is not up to Mr. AAAA's level.  Mr. BBBB has not evidenced the capability to produce an audio report as Mr. AAAA has.

While Ms. CCCC has some limited television experience, she does not have the same concept of the requirements of a radio broadcaster as Mr. AAAA.

Mr. DDDD demonstrates good understanding of the radio requirements but he has no television or Internet experience.

Ms. EEEE failed to demonstrate the fundamental principle of journalistic independence.

*Skill in radio reporting or videography that enables the candidate to voice, digitally edit, and prepare audio or shoot video using motivated camera movements with a digital video camera*

Mr. AAAA was considered the best of all the candidates in this skill area.  He has consistently conducted outstanding field reporting for radio.  His voicing, digital editing, and preparation of audio for reports are excellent.  He has broad experience in radio reporting in the

152

business/economics field as well as in other areas. Mr. AAAA is particularly strong at finding key interviewees who can address a specific topic with authority. He conducts thorough interviews. While he doesn't have TV experience, he is the best overall candidate.

Mr. BBBB has demonstrated that he is an excellent videographer who can shoot and edit independently but – unlike Mr. AAAA - his voice work for radio and television is hindered by a heavy accent that is not acceptable for our audience in XXXX. Mr. BBBB has no evidence of live on-air TV or radio experience.

Ms. CCCC demonstrated less ability than Mr. AAAA in planning and conducting field reporting assignments, based on her submission and interview. In addition, Ms. CCCC has no radio reporting experience and her television experience is very limited (three months).

Mr. DDDD has demonstrated that he is a good radio reporter with a first-class voice. Like Mr. AAAA, he edits and prepares audio for radio reports. However, his reports lack the depth and expertise of Mr. AAAA's reports.

Ms. EEEE has strong voicing talent, but her field reporting experience is very limited and is clearly behind that of Mr. AAAA.

*Knowledge of the targeted area, its history, economics, culture, and socio-political development and the full range of advanced radio and television broadcasting skills to select materials, tone, and style that will be most appealing to this audience.*

Here again, Mr. AAAA was rated the superior candidate in that he has demonstrated extraordinary knowledge of XXXX's economics and socio-political development. He has consistently produced broadcast materials with appropriate tone and style to appeal to our audience. His reports have been praised by editors and colleagues alike for their insight into XXXX's complicated economic and political issues. His in-depth business reports are regularly picked up and posted and plagiarized by XXXX media.

Mr. BBBB has demonstrated good skill in producing television features for XXXX, but he has failed to demonstrate Mr. AAAA's level of knowledge of XXXX's political and economic situation. Knowledge of XXXX's political and economic situation is particularly important because of our need for daily reporting on these issues for the target area.

Ms. CCCC's application and interview failed to demonstrate Mr. AAAA's knowledge of XXXX.

Mr. DDDD has demonstrated considerable knowledge of these areas but lacks the depth of Mr. AAAA's and Ms. CCCC's knowledge.

Ms. EEEE was unable to provide in-depth responses regarding XXXX.

*Editorial skills to prepare balanced, accurate, comprehensive material and to convey often complex and sensitive content.*

Again, Mr. AAAA received the highest evaluation from all three panel members on this KSA. This is because Mr. AAAA has extensive experience preparing balanced, accurate, and comprehensive reports on extremely complex economic and political issues. His reports have been outstanding.

153

By comparison, Mr. BBBB's strong ability to prepare complex materials with balance and accuracy are limited to his video reports. He has not done so as a radio journalist. Comparably, Mr. AAAA's expertise in basic editorial skills are applicable to any medium.

Ms. CCCC has had no recent editorial experience. Her only editorial experience is over five years old and in a local print medium.

Mr. DDDD showed great promise but lacks Mr. AAAA's evident ability to prepare complex materials. Mr. DDDD's experience doing so as a radio reporter does not come close to matching Mr. AAAA's experience.

Ms. EEEE has prepared live programs about complex social issues, but has little experience in more complicated political or economic issues. Mr. AAAA clearly outclassed Ms. EEEE in this area.

*Knowledge of the basic objectives and program policies of the Voice of America in order to develop and produce programs consistent with these objectives and policies.*

Again, Mr. AAAA received the highest rating in this area because he has shown a deep understanding of VOA policies and objectives and he regularly demonstrates that knowledge in his field reporting.

Mr. BBBB failed to demonstrate similar knowledge about policies and objectives. He was also less knowledgeable about U.S. policy.

Ms. CCCC demonstrated a basic knowledge of VOA policies and objectives but did not excel as Mr. AAAA did in this area, particularly in interpreting and applying this knowledge in real life situations.

Mr. DDDD demonstrated much less knowledge of VOA policies and objectives and was not able to evidence Mr. AAAA's knowledge in this area.

Ms. EEEE also evidenced less knowledge of VOA policies and objectives than Mr. AAAA.

Conclusion:

All three panelists agreed that Mr. AAAA was by far the best candidate amongst the available applicants. Mr. AAAA's capabilities in field reporting and in writing and producing in-depth, comprehensive reports exceed the capabilities of the other candidates.

Mr. AAAA, from his past performance and job interview, clearly outshined all of the candidates. None of the other U.S. citizens performed in a comparable manner.

Mr. AAAA's consistent outstanding work performance and maturity in the work place have been proven. Mr. AAAA's reporting has clearly shown that he is superior to the four citizen candidates. Further evidence of this can be found in the number of programming awards that he has earned at VOA compared to the other candidates. Mr. AAAA's recent performance appraisals compared to the other candidates' also reflect his superior qualifications for this position.

Mr. AAAA has experience in Internet as well as radio. He does not have experience in television. However, radio remains an important media for XXXX programming. Though Mr. BBBB and Ms. CCCC have more experience than Mr. AAAA in television, they have far less or no experience in radio. As Mr. AAAA's qualifications in all other respects are so superior to the other competitors' qualifications, he is considered the best qualified of the candidates.

I request authorization to promote Mr. AAAA to a GG-1001-12 International Broadcaster position.

### Example B. Case When U.S. Citizens are Ranked in a Lower Category Under a Category Ranking System

This memo is to request approval to select Ms. AAAA, a non-U.S. citizen, for appointment to an International Broadcaster, GS/GG-1001-12, position in the XXXX Service. Two qualified U.S. citizen candidates are among the candidates under consideration but are not as well qualified as Ms. AAAA.

The U.S. citizen candidates, Mr. BBBB and Ms. CCCC, were rated by a subject-matter expert panel in the merit promotion process in the C, or middle, category. Applying the same criteria, the panel rated Mr. AAAA in the A, or highest, category.

Also, based on a comparison of Ms. AAAA with the U.S. citizen candidates with regard to the rating factors listed in the vacancy announcement, I determined her better qualified than any of the US citizen candidates. Ms. AAAA's most recent experience as a reporter, independently covering and reporting on important economic and political events in the region, combined with her experience in television, reflect a higher-level of overall journalistic skill than the U.S. citizen candidates and make her a better match for the current needs of the XXXX Service.

Accordingly, I request authorization to select Ms. AAAA for the position.

*155*

**In the Matter of: KYAW ZAW NYUNT**

**Case Number: OCR-04-03**

**Agency: VOICE OF AMERICA/BURMESE SECTION**

**AFFIDAVIT OF WITNESS:  KHIN MAUNG WIN**

On March 4th, 2004, I was interviewed by the designated EEO Investigator, Stuart L. Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employment **discrimination made** against VOA/Burmese Service and Khin Htay by Kyaw Nyunt in relation to his not being selected for two GS-12 broadcaster positions in the year 2003.

I was advised by Mr. Plotnick of my rights as a Witness in an EEO case, and was informed that my statement would and may be reviewed by the Agency, the Office of Civil Rights, and other interested Parties, including Management and its representatives, in the context of adjudicating this claim.

The below represents a true and accurate summary/statement of the information that I provided to Mr. Plotnick:

**I. Background of Witness**:

My name is Khin Maung Win and I am the former Supervisory Editor for the Burmese Service of VOA.  I served in this position from approximately 1997-2001, when I retired. I worked in the service for over thirty-five years. I am a U.S.-Citizen of Burmese national origin, and my age is sixty-seven.

I am competent to testify to the facts stated in this affidavit in a court of law or other duly authorized agency or tribunal. My telephone number is (410) 286-8643.

**II.    Testimony on Claims of Discrimination**

I am aware that Mr. Nyunt contends that he was discriminated against because of the pre-selection of a less qualified internal candidate for position MP-03-26.  And, in the case of position number MP-03-29 he claims that he was not selected because he is Burmese, a U.S. citizen, and because of his age.  I understand that Mr. San Myint and Mr. Than Lwin Htun were selected to fill these positions respectively.  I have no personal knowledge of what exactly transpired with regard to each selection, but my thoughts on each are expressed below.

000214  156

### 1.     Vacancy Announcement M/P-03-26: the hiring of San Myint

As to whether Mr. Nyunt's Burmese nationality, his citizenship, and age were factors, I do not know.   Mr. Myint is also from Burma, is a U.S. citizen, and is the same age or older than Mr. Nyunt.

**Qualifications of the Mr. Myint and Nyunt:**  Mr. Plotnick explained to me that Mr. Nyunt claims discrimination in the selection of Mr. Myint.  He contends that he was better qualified for the job and should have been selected.  Based on my work with the two, I do believe that Mr. Nyunt was better qualified for this particular opening than Mr. Myint, in fact I was very surprised when Mr. Myint was chosen. First, let me say that Mr. Myint has been active in the field of journalism for over thirty-years, including his 10 years service with the Voice of America.  As his supervisor and rating officer I regularly gave him high ratings for his translation skills.   However, Mr. Myint has problems with voicing and interviewing in English.  He does not speak clearly.  Also his understanding and use of the English language is not as strong as almost all of the other VOA candidates who I understand applied for the job, including Mr. Nyunt.  Mr. Nyunt has excellent voicing skills.  Additionally, GS-12 positions are generally considered to be a writer level position and the candidate must be able conduct interviews, in English, and write an original script for broadcast.  Mr. Nyunt has better communication skills and is clearly a much stronger candidate for that position than Mr. Myint.  Mr. Nyunt, as a former diplomat, is used to communicating in English and dealing with people and all levels.  Selecting Mr. Myint over Mr. Nyunt was a surprise to me and can only say that some favoritism was shown in the selection process.

**Bribery or Corruption:**  As to Mr. Nyunt's claim that Myint was selected because he had a special alliance with Mr. Htay or because he bribed Mr. Htay with meals and drink, I do not think this is the case.   Mr. Myint and Mr. Htay have known each other and been close, so it is only natural that they lunch and socialize together.  I do think that Mr. Htay may have favored Mr. Myint over the complainant due to their friendship.

**The Panel:**  There could have been a better and more knowledgeable panel involved in this selection.  The panel members, other than Mr. Htay, were outsiders and did not have in-depth knowledge of the daily workings of the Burmese Service.  Unless VOA Personnel recommended the panel members to the Service Chief he should have asked for input from the two service editors, Ms. Hla Hla Than and  Mr. Aung Hla, who know all the candidates and their qualifications for the position.  If Mr. Htay had to go

000215



outside, he should have invited panel members from other small East Asia and Pacific language services, such as Cambodia, Laos, or Korea. I believe that IRB's from these small Asian language services are better qualified for this particular selection process.

The fact that there were two separate announcements for GS-12 openings is also puzzling to me. It clearly leads me to conclude that Mr. Htay or the Division determined ahead of time that there would be one job given to an applicant from inside the Service, and the other for an outside candidate.

### 2.  Vacancy Announcement M/P-03-29: the hiring of Than Lwin Htun

I am also aware that Mr. Nyunt makes similar allegations of discrimination with regard to the hiring of Than Lwin. As to the hiring of Mr. Lwin Htun, I cannot really take issue with this selection unless it was in some way illegal. Like Mr. Nyunt, Lwin is also from Burma. It is my understanding that a non-citizen can be selected when a qualified U.S. citizen if, after full and fair consideration of all candidates against the job requirements, the selecting officials determines that the non-citizen is better qualified than the U.S. citizen and the superior qualifications of the non-citizen are supported by acceptable written documentation provided by the selecting official. I would question that Mr. Lwin's qualifications were that superior to Mr. Nyunt.

I became aware of Mr. Lwin in 1999, when our former Chief Dan Robinson met him at the BBC in London. I recall that Mr. Robinson was very impressed with Mr. Lwin Htun and technological innovations it was using. Mr. Htun was very skilled with using these tools, which VOA Burmese did not yet have. In addition, he was known as a rising talent in terms of his journalism work. From that point Mr. Robinson targeted him to join our staff. I fully supported his efforts in hiring Mr. Lwin Htun at that time because of his specialized qualifications. However, in the past four years VOA has made great strides in the technical field and the VOA Burmese Services personnel now have the same technical skills that once made Mr. Lwin Htun so unique.

I do not know whether the allegation Than Lwin Htun's younger age was a consideration in the selection of Mr. Lwin Htun is true . However, I do know, that prior to my retirement I also pushed for younger broadcasters to be brought in. We knew for several years that the VOA Burmese Service had been losing audience, and lagged behind due to the lack of fresh voices and a fresh approach to its presentation. It had long been in need of broadcasters and a vision that would appeal to a younger, and more contemporary audience. It must also be understood that several of the broadcasters at VOA- Burmese are

000216 

are close to retirement. Consequently, it made sense to recruit younger broadcasters who would be around for years to come.

I do not question Mr. Lwin Htun's journalistic qualifications only the criteria used in selecting him over a well-qualified US citizen candidate.

I hope that this helps resolve this complaint.

## OATH

**I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury, I duly swear under oath that the statements made in this affidavit are true, correct, and complete, to the best of my knowledge.**

_____ 3/10/2004.

**Witness/Affiant— Date**

Subscribed and sworn to me this ____10____ Day of March 2004.

_____

**Signature of EEO Investigator and Notary Public**

000217    159

**In the Matter of: KYAW ZAW NYUNT**

**Case Number: OCR-04-03**

**Agency: VOICE OF AMERICA/BURMESE SECTION**

**AFFIDAVIT OF WITNESS:  DAN ROBINSON**

On January 16th, 2004, I was interviewed by the designated EEO Investigator, Stuart L. Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employment **discrimination made** against VOA/Burmese Service and Khin Htay made by Kyaw Nyunt in relation to his not being selected for two GS-12 broadcaster positions in the year 2003.

I was advised by Mr. Plotnick of my rights as a Witness in an EEO case, and was informed that my statement would and may be reviewed by the Agency, the Office of Civil Rights, and other interested Parties, including Management and its representatives, in the context of adjudicating this claim.

The below represents a true and accurate summary/statement of the information that I provided to Mr. Plotnick:

**I. Background of Witness:**

My name is Dan Robinson and I am the former Chief of the Burmese Service of VOA.  I served as the Chief from approximately 1997-2001.  Mr. Htay is my successor.  I currently work under the VOA Central News Division as VOA correspondent in the U.S. House of Representatives.   I am a United States citizen, born here, and my age is forty-seven.

I am competent to testify to the facts stated in this affidavit in a court of law or other duly authorized agency or tribunal. My telephone number is (202) 528-0227.

**II.  Testimony on Claims of Discrimination**

I am aware that Mr. Nyunt contends that he was discriminated against because he is from Burma and due to his age in relation to two broadcaster openings that were filled by Mr. San Myint and Mr. Than Lwin. I have no

*160*

1

000211

personal knowledge of discrimination being involved, however I do not disagree with either selection.

## 1.    Vacancy Announcement M/P-03-26

Mr. Plotnick explained to me that Mr. Nyunt claims discrimination in the selection of Mr. Myint.  Based on my work with the two, I think Mr. Myint was equally, if not more qualified than Mr. Nyunt.  First, Mr. Myint has a much longer tenure with the service than Mr. Nyunt.  As a result he has greater experience in the duties of the position.  Second, Mr. Nyunt worked under me for almost four years from 1997 until 2001.  His skills were not as strong as Mr. Myint's in the basic duties of voicing, translation, and frankly as a journalist. Both are from Burma, so I do not see an issue there.

Finally, as to Nyunt's and other's claims that Myint was hired because he had a special alliance with Mr. Htay, context needs to be given to this allegation.  The Burmese Service has always been one of the most politicized sections of the VOA due to the conflict that is going on in Burma between the military government and pro-democracy forces.  When I was the Chief, I observed much animosity towards Mr. Htay because it was thought that he was allied with the military leadership.  Consequently, I would not be surprised if some of the statements against him in this case are exaggerated or even fabricated.

## 2.    Vacancy Announcement M/P-03-29

As to the hiring of Mr. Lwin, I have no hesitation in endorsing this selection.  In short, Mr. Lwin is a star on the rise.  I met him in 1999 (this date is the best of my recollection) in London where he was working for the BBC.  At that time I tried to recruit him to come work for the VOA, but he wanted to honor his commitment to the BBC, and we could not match his salary.  He is extremely talented and is a journalist in every sense of the word.  He also worked successfully as a producer and editor.  He covered stories on the ground in Southeast Asia. He is also very skilled and knowledgeable of the latest technological developments and applications in media, i.e. streaming, Internet news gathering, and remote reporting techniques, which I would suggest that Mr. Nyunt and others in the service are not.

000212    *161*

2

As far as the allegation that Than Lwin was selected because he was not a U.S. Citizen or because he was younger I have no personal knowledge of what the criteria were. However, both men are Burmese. With regard to age being a factor, it may well be, but not in the context of discrimination, but because of the need for the Burmese Service to appeal to a younger, more diverse audience. It is well known that the Burmese Service had been lagging behind in the 1990's, threatened with losing audience share because it was considered (in terms of sound) boring with tired voicing techniques. It had long been in need of broadcasters and a vision that would appeal to younger, more contemporary audiences. When I was there, we made a conscious effort not to displace the older broadcasters, but to recruit broadcasters (for new openings) who shared and understood this vision. It also must be understood that several of the broadcasters are in their sixties or older, and are approaching retirement. Consequently, it made sense to recruit younger broadcasters who would be around for years to come. However, at all times, key selection criteria focused on broadcast skills, namely voicing, translation and newsgathering (not necessarily in that order) as well as an understanding of the principles enshrined in the VOA broadcast Charter as well as relevent BBG (Broadcasting Board of Governors) and IBB (International Broadcasting Bureau) guidelines.

**OATH**

**I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury, I duly swear under oath that the statements made in this affidavit are true, correct, and complete, to the best of my knowledge.**

_Daniel A Robinson_                2/13/04

**Witness/Affiant— Date**

**Subscribed and sworn to me this ___13___ Day of 2004.**

**Signature of EEO Investigator and Notary Publicß**

000213    162

**In the Matter of: KYAW ZAW NYUNT**

**Case Number: OCR-04-03**

**Agency: VOICE OF AMERICA/BURMESE SECTION**

**AFFIDAVIT OF WITNESS:  AUNG HLA**

On January 13, 2004 I was interviewed by the designated EEO Investigator, Stuart L. Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employment discrimination made against VOA/Burmese Service management and Mr. Khin Maung Htay, by Mr. Kyaw Nyunt related to his not being selected for two GS-12 broadcaster positions in the year 2003, under Vacancy Announcements M/P-03-29 and M/P-03-26.

I was advised by Mr. Plotnick of my rights as a witness in an EEO case, and was informed that my statement would and may be reviewed by the Agency, the Office of Civil Rights, and other interested Parties, including Management and its representatives, in the context of adjudicating this claim.

The below represents a true and accurate summary/statement of the information that I provided to Mr. Plotnick:

**I. Background of Witness:**

My name is Aung Hla and I am an International Broadcaster, GS-13 in the Burmese Service of the VOA. I have been in this job for almost 17 years. I am of Burmese descent/origin, and a U.S. Citizen. My age is 56. The duties of my job include broadcasting, writing stories and news reports, translating and editing. I am one of the two editors of the Burmese Service.

I am competent to testify to the facts stated in this affidavit in a court of law or other duly authorized agency or tribunal. My telephone number is (202) 619-1427.

**II.      Testimony on Claims of Discrimination**

I am aware that Mr. Nyunt contends that he was discriminated against because of his national origin and his age with regard to Mr. Htay's decision not to choose him for the jobs below.

**1.      Vacancy Announcement M/P-03-26**

Mr. Plotnick explained to me that Mr. Nyunt claims discrimination by Mr. Htay in the selection for the International Broadcaster job under this announcement. Mr. Htay chose another broadcaster in our group, Mr. San Myint.  I think it was the wrong choice and based upon my familiarity with the candidates, Mr. Myint was the last person that I would have selected.  All of Mr. Nyunt's broadcasting skills (voicing, translation, comprehension and speaking of English) are superior to Mr. Myint's.  In fact, during a


2/3/04

000198

163

recent review of the Burmese Service broadcasts, an outside reviewer praised Mr. Nyunt's voice as an example for other broadcasters of good voicing.

Mr. Myint has poor voicing and translation skills. He also does not get along well with others in the group. I feel the only reason he got the job was because of his close friendship with Mr. Htay. Before the selection was made they would go out regularly and have lunch and drink together. I believe Mr. Myint would pay for the meals. They would come back to the office in a little bit of drunken state.

Before the selection was made Mr. Htay called me into his office to ask who I would select if I were the interviewer. I told him the good and the bad points of each applicant and specifically told him that I would not choose Mr. Myint. I told Mr. Htay that Mr. Myint could not speak or write in English properly and could not read in Burmese properly. I told him that Mr. Nyunt was the top or one of the top candidates and he said he agreed with my assessments.

2.     **Vacancy Announcement M/P-03-29**

As to the second broadcaster job, I know the choice was Mr. Than Lwin Htun. I believe all along that he was going to be chosen. He was mentioned by former Service Chief Mr. Dan Robinson a few years ago. I recall in our July meeting that Mr. Htay told the group that an "outsider" had been selected to fill this job. I believed that it was Mr. Than Lwin Htun. Mr. Htay told me that I would agree to his selection of an outsider but did not consult with me about this selection.

***

I believe that there were some hidden reasons on the part of Chief Mr. Htay to have selected Mr. San Myint over Mr. Nyunt. Mr. San Myint clearly did not have the abilities prescribed in the "SCREEN-OUT FACTOR" and also did not have some of the skills and abilities required in the "KSA'S" of Vacancy Announcement M/P-03-26.

In the case of Mr. Lwin, I do know that he is considerably younger than Mr. Nyunt. I also agree that Mr. Htay did say in one of the meetings that we needed "younger voices" on the air, and that some of the broadcasters at VOA "sounded old." This was in response to a survey conducted by Intermedia that


2/3/04

2

164

said that some of the listeners complained that some people at VOA sounded old. However, I know that Mr. Nyunt's voice does not sound old. He is not among the employees who have voices that sound old. Last year or the year before, the outside Burmese Language reviewer even cited his voice and voicing as one of the best in the Service and suggested that other people listen to it as an example. So I believe Mr. Lwin was selected over Mr. Nyunt not because Mr. Lwin had younger voice than Mr. Nyunt. It must be for other reasons. I believe one reason could be because Chief Mr. Htay thought a younger candidate would have a younger voice.

## OATH

**I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury, I duly swear under oath that the statements made in this affidavit are true, correct, and complete, to the best of my knowledge.**

_____   2/3/04

**Witness/Affiant— Date**

**Subscribed and sworn to me this ____3rd____ Day of 2004.**

_____

**Signature of EEO Investigator and Notary Public**

My Commission Expires September 14, 2005





In the Matter of: **KYAW ZAW NYUNT**

**Case Number: OCR-04-03**

Agency: **VOICE OF AMERICA/BURMESE SECTION**

<u>**AFFIDAVIT OF WITNESS: WIN AUNG**</u>

On January 13, 2004, I was interviewed by the designated EEO Investigator, Stuart L. Plotnick. Mr. Plotnick explained to me that he was investigating allegations of employment **discrimination made** against VOA/Burmese Service management and Mr. Khin Maung Htay **by Mr. Kyaw Nyunt** in relation to his not being selected for two GS-12 broadcaster positions in the year 2003, under Vacancy Announcements M/P-03-29 and M/P-03-26.

I was advised by Mr. Plotnick of my rights as a Witness in an EEO case, and was informed that my statement would and may be reviewed by the Agency, the Office of Civil Rights, and other interested Parties, including Management and its representatives, in the context of adjudicating this claim.

The below represents a true and accurate summary/statement of the information that I provided to Mr. Plotnick:

**I. Background of Witness:**

My name is Win Aung and I am an International Broadcaster, GS-11 in the Burmese Service of the VOA. I have been in this job for almost eight years. I am of Burmese descent/origin, but not a U.S. Citizen. My age is sixty-seven. The duties of my job include broadcasting, writing stories and news reports, translating and editing of news.

I am competent to testify to the facts stated in this affidavit in a court of law or other duly authorized agency or tribunal. My telephone number is (202) 619-1419.

**II.    Testimony on Claims of Discrimination**

I am aware that Mr. Nyunt contends that he was discriminated against because of his national origin and his age.

**1.    Vacancy Announcement M/P-03-26**

Mr. Plotnick explained to me that Mr. Nyunt claims discrimination by Mr. Htay in the selection for the International Broadcaster job. He chose San Myint for this job another broadcaster in our group. I think that this selection was not proper and based upon corruption. In March of 2003, under VAN M/P-03-26 and under M/P-03-029, two jobs for International Broadcasters GS-12 in our section were advertised. For M/P-03-026, four people in our group, including Mr. Myint, and myself applied.

000190

There was a meeting held by Mr. Htay shortly before the vacancies came out where he told us that the jobs would soon be opened. Mr. Htay told us that for one of the jobs there would be only inside candidates considered, and for the second job, both inside and outside candidates. In this meeting I remember Mr. Myint demanding that non-citizens should not get to apply. Mr. Htay told him that non-Citizens would get to apply, but that U.S. Citizens would get a preference. Mr. Htay also told us that we would interview for each job separately and that he would not be part of the panel because that would not be fair.

On June 13th, I had my interview for the job. Mr. Verma and Ms. Burgener were on the panel, and so was Mr. Htay even after he said that he would not be involved. I do not think that Mr. Verma should have been on the panel because he is too close with Mr. Htay and would go along with whatever he wants.

On the same day after my interview, Mr. Htay called me into his office, and told me that the selection had been made. He told me that I should not make a complaint, or I my career could be hurt.

In July 2003, the announcement that Mr. Myint was selected was made by Mr. Htay. Myint is from Burma and is U.S. Citizen like Mr. Nyunt.

Mr. Myint is not as qualified as Mr. Nyunt (or myself), and should not have been chosen. He was chosen because he is close with Mr. Htay and they go to lunch together and drink. Mr. Myint is not good with his English. He has bad voicing skills and cannot speak clearly or pronounce words in English well. He does not understand English as well as Mr. Nyunt and also does not translate well. I think that he was the worst candidate of all who applied.

## 2.    Vacancy Announcement M/P-03-29

I also applied for this job, along with Mr. Nyunt. I was not aware until Mr. Plotnick told me that Than Lwin was selected that the job had been filled. Mr. Lwin has not started yet. I do not know him and have never met him.

All that I know about this selection is that Mr. Htay said that we would be interviewed for both jobs, but we were not interviewed for this position.

000191

2

167

## OATH

I have read the above statement/affidavit of and being duly informed and understanding of the penalties for perjury, I duly swear under oath that the statements made in this affidavit are true, correct, and complete, to the best of my knowledge.

Witness/Affiant— Date   01 - 17 - 2004 .

Subscribed and sworn to me this _____ Day of  2004.

Signature of EEO Investigator and Notary Public

000192

Changes in Personnel at BBG Burmese service after January 1, 2003

Hires

| Date | Name | grade | age at date | US citizen |
|------|------|-------|-------------|------------|
| Feb 04 | Than Lwin Htun | GS -12 | 38 | no |
| Oct 05 | Kyaw A. Lwin | GS 11 | 39 | no |
| Dec 05 | Thar Nyunt Oo | GS 11 | 35 | no |
| June 06 | Thein  Htike  Oo | GS 12 | 36 | Yes |
| Sept 06 | Khin Myo Thet | GS 9 | 41 | Yes |
| Dec 06 | Kyaw K. Thien | GS 9 | 39 | no |

Separations

| | | | | |
|------|------|-------|-------------|------------|
| Aug 04 | U. Chit OO | GS 11 | 68 | yes |
| Mar 05 | Khun  Maung Htay | GS 13 | 65 | yes |
| Mar 06 | U San Myint | GS 12 | 72 | yes |
| Mar 06 | Zaw Win | GS 12 | 66 | yes |
| Oct 06 | Aung Hla | GS 13 | 59 | yes |

Transfers

| | | | | |
|------|------|-------|-------------|------------|
| 06 | Moe Moe Htun | GS 11 | 42 | yes |
| Apr   07 | Khin Maung Soe | GS11 | 52 | yes |

169

**Crediting Plan**
**GS-1001-12 (Burmese Writer Editor)**

1. Thorough knowledge of the professional techniques of broadcast journalism required for conducting interviews and the ability to maintain and establish effective working relationships. (6) Mandatory.

6-  At least five years' experience as a journalist working for a broadcaster in Burma or for an international broadcaster that broadcasts in Burmese. Experience should include conducting interviews, conducting research for, writing and recording or broadcasting radio programs in the Burmese language. At least two years of the research and writing should be on an independent basis with minimal supervision. This should include actively gathering resource materials from first hand sources both in person and on the telephone for comprehensive and balanced program material. Candidate should demonstrate broad range of experience reporting on diverse subjects ranging from news to human interest and entertainment. Candidate should demonstrate an ability to maintain and establish effective working relationships through experience working as a member of a team, supervision or teaching.

3-  At least two years' experience as stated above, but with some deficiency in overall breadth of broadcast journalistic skills. For example, program preparation experience may be focused on a few subject areas rather than broadly based.

1-  Some experience and/or training in broadcast journalism but lacking experience in research and writing on an independent basis or in reporting on diverse subjects.

2.  Broadcast writing/editorial skills to write balanced, accurate, comprehensive reportage and feature material of a complex and sensitive nature, which is often difficult to convey. (6) Mandatory.

6-  At least two years' experience as a writer or writer/editor of broadcast material in the Burmese language. Demonstrates an ability to produce highly original scripts on complex and sensitive topics in a variety of subject areas, to research material from a variety of sources while drawing heavily on own broad knowledge of international affairs and profound understanding of Burmese history, society, politics and institutions to produce original material. Material incorporates candidate's own approach, style and unique perspective that specifically suits it for the target audience.

*170*

3-    At least one year of experience as a writer or writer/editor of broadcast material in the Burmese language. Demonstrates an ability to produce original scripts on topics in a variety of subject areas, to research material from a variety of sources while drawing heavily on own knowledge of international affairs and understanding of Burmese history, society, politics and institutions to produce original material. Material may not incorporate candidate's own approach, style and perspective.

1-    Candidate demonstrates some writing skills in the preparation of material that is straightforward in nature and consists primarily of adapting source material into Burmese broadcast materials not requiring a high degree of originality or independent research.

3.    Demonstrated experience working as a reporter/editor for a major international broadcaster or other mainstream journalistic entity, not necessarily in the Burmese language. (6)

6-    At least five years' experience working as a reporter or editor for a major international broadcaster or mainstream news organization which includes preparation of a broad spectrum of news and feature material, particularly in international affairs, in either Burmese or English language. Displays a thorough knowledge of international events and U.S.-Burmese relations and an ability to place specific events into a broad perspective.

3-    At least two years' experience working as a reporter for a major international broadcaster or mainstream news organization, or more than two years' experience working for a Burmese language newspaper or a local or regional news organization involved in preparation of a broad range of news and feature material in either the Burmese or English language. Knowledge of international events and U.S.-Burmese relations may be less than thorough.

1-    Has experience as a journeyman reporter with some but not substantive international or Burmese experience.

4.    Demonstrated organizational management skills in order to operate independently and effectively. (6)

6-    At least two years' experience supervising the work of a team at least two reporters in a major international broadcaster or mainstream news organization in the preparation of a broad spectrum of news and feature material, particularly in international affairs, in either Burmese or English language.

**171**

000699

3-    One to two years' experience coordinating the work of others, though not necessarily in a major international broadcaster or mainstream news organization. Experience could be coordinating the work of a team of reporters at a regional or local media organization, or coordinating the work of others in an information facility such as a library or educational institution.

1-    Demonstrates an ability to work both independently as well as effectively in a team environment, though not necessarily in a supervisory or coordinative capacity.

5.    Demonstrated skill in voicing materials for radio broadcast.

6-    Demonstrates an ability to host a live feature or current affairs show and improvise on air as needed to stimulate and guide discussion by panelists, interviewees or correspondents while conducting live Q and A. Through own broadcast ability, gives show a stamp of personality and a sense of identity and individuality. Has sufficient command of subject to depart from prepared script to present in conversational tone an accurate and balanced flow of information. Is able to tailor approach skillfully to different types of material with proper nuances.

3-    Demonstrates an ability to host a back-half current affairs show and/or live feature show, call-in shows or special event broadcasts where significant portions of the show are done without a script and the candidate must make independent judgements about show contents. Demonstrates an ability to ad lib as needed, to participate in Q and A with show guests or with correspondents providing live feeds. Is able to control airshow time and use of material so as to provide interesting and lively flow of information to listeners, tailor approach to different types of material and convey basic meaning and tone with proper nuance.

1-    Demonstrates an ability to perform a wide variety of voicing assignments, including newsreading and live or prerecorded current affairs or feature spots.

172

**Crediting Plan**
**GS-1001-12 (Burmese Writer/Editor)**
**M\P-03-29**

1.    Thorough knowledge of journalism and of Internet broadcasting principles, practices and methods in order to maintain the Burmese web site. (6)

    6-    Demonstrates substantive knowledge of journalism through lengthy (five years or more) direct experience including academic study leading to a graduate degree in journalism along with at least two years' experience contributing to maintenance of a website for a major broadcast or media organization in the Burmese language.

    3-    Possesses substantive knowledge of journalism through several years of experience (minimum of three) and academic study and at least one year's experience in web design, preferably in the Burmese language.

    1-    Possesses some knowledge of journalism through work experience and/or academic study and experience supporting, though not solely maintaining an internet website.

2.    Thorough knowledge of writing/editing principles and practices and the ability to conceive and develop radio programs as well as aspects of web pages.  (6)

    6-    At least five years' experience working for a major international broadcaster or mainstream news organization preparing a broad spectrum of news and features on Burma in either Burmese or English language and preferably written for radio and further use on internet web pages and email.  Displays a thorough knowledge of international events and U.S.-Burmese relations and an ability to place specific events into a broad perspective. Demonstrates skills in editing scripts, in news judgement and in achieving quality output through advice and direction to writers so as to guide the development of radio programs.

    3-    At least two years' experience working as a broadcaster for a major international or mainstream news organization, or more than two years' experience working for a Burmese language newspaper or a local or regional news organization involved in preparation of a broad range of news and feature material in either the Burmese or English language. Knowledge of international events and U.S.-Burmese relations may be less than thorough.

    1-    Has Bachelor's Degree in broadcast journalism, journalism, communications or similar field, or experience as a journeyman writer with some international or Burmese experience.

3.  Demonstrated experience working as a reporter/editor for a major international broadcaster or another mainstream journalistic entity.  (6)

    6-  At least five years' experience working as a reporter or editor for a major international broadcaster or mainstream news organization which includes preparation of a broad spectrum of news and feature material, particularly in international affairs, in either Burmese or English language.  Displays a thorough knowledge of international events and U.S.-Burmese relations and an ability to place specific events into a broad perspective.

    3-  At least two years' experience working as a reporter for a major international broadcaster or mainstream news organization, or more than two years' experience working for a Burmese language newspaper or a local or regional news organization involved in preparation of a broad range of news and feature material in either the Burmese or English language.  Displays experience in conducting interviews and in developing news or news analysis story based on information derived from interviews with experts.  Knowledge of international events and U.S.-Burmese relations may be less than thorough.

    1-  Has experience as a journeyman reporter with some but not substantive international or Burmese experience.

4.  Demonstrated experience managing a professional news operation.  Experience must be in the area of developing plans, procedures and instruction for formulating and managing the operation.  (6)

    6-  Possesses at least two years' experience as Burmese-language supervisor for an international broadcaster, as senior reporter/editor for a regional newspaper or broadcast organization, or bureau chief for a major media organization.  Demonstrates experience in directing the work of at least five subordinate staff in achieving broad organizational goals with responsibility for recruiting, budgeting and evaluating performance within broad organizational guidelines.

    3-  Demonstrates at least two years' experience as supervisor of a team of two or more reporters/writers as a subordinate bureau within a major media organization or regional news operation.  Experience involves achieving broad organizational goals with significant direction from higher level management.

    1-  Has some experience directing the work of a team of reporters but within the context of significant structure and direction from higher level management.

*174*

5.    Demonstrated organizational management skills in order to operate independently and effectively.

    6-     At least two years' experience supervising the work of a team at least five subordinate staff in a major international broadcaster or mainstream news organization in the preparation of a broad spectrum of news and feature material, particularly in international affairs, in either Burmese or English language.

    3-     One to two years' experience coordinating the work of others, though not necessarily in a major international broadcaster or mainstream news organization. Experience could be coordinating the work of a team of reporters at a regional or local media organization, or coordinating the work of others in an information facility such as a library or educational institution.

    1-     Demonstrates an ability to work both independently as well as effectively in a team environment, though not necessarily in a supervisory or coordinative capacity.

*175*

000127

MEMORANDUM

September 9, 2003

To:         John Welch, IBB/P
            Susie King, IBB/P
            Jerri Fitzpatrick IBB/P                  Recommend
                                              Approval  /  Disapproval
Through:    Marie Skiba, VOA
            Kelu Chao, VOA
            Sandra Simms, VOA
            Jay Henderson, VOA/F
            Claudette Swann

From:       Khin Maung Htay, VOA Burmese Chief

Subject:    Justification for recommending a higher grade of pay to U Than Lwin    Htun, a
            new recruit for Burmese Service IRB Vacancy No: M/P-03-29

U Than Lwin Htun, a non-citizen, has been approved by IBB Personnel Office to be recruited for
Burmese Service vacancy number M/P-03-29, International Radio Broadcaster (Burmese) GG-
1001-12 position.

This memo recommends that
a)  we offer him employment at a grade of GG-12 Step 8 and
b)  we send him a letter of offer immediately.

We need to offer him employment at a grade of GG-12 Step 8 because:

1.  U Than Lwin Htun has 12 years experience working for the Burmese Service of the BBC.  At
    the BBC he developed skills in field reporting, internet-sourced reporting, web management,
    Burma-related news sourcing as well as developing and implementing journalism training
    courses.

2.  His BBC talents earned him a one-year sabbatical appointment as the Southeast Asia regional
    coordinator for *Internews*, an international non-profit organization that fosters independent
    media in emerging democracies, produces innovative television and radio programming and
    Internet content, and uses the media to reduce conflict within and between countries.   In this
    context, he has spent the last year traveling around Southeast Asia training journalists
    working for BBC, VOA, DVB and RFA.

3.  *Internews* is offering a permanent position for which they will pay him $62,000, either
    directly in terms of a straight salary or indirectly in benefits such as housing; in addition he
    will be free to continue outside work where his income this year from Mix Commercial
    Company Limited and the Independent News Network totals an additional $11,780.

**176**

VOA will not allow him to continue working for Mix and INN. And we will not pay for his housing. In order to entice him to work for us, we need to ensure that he is not penalized financially by providing as much financial incentive for him to come to work for us as *Internews* is offering for him to leave the BBC and continue with them as their Southeast Asia coordinator.

One way to do this would be a recruitment bonus for the first year, presumably followed by retention bonuses in successive years. It is our feeling that Mr. Lwin would be unlikely to accept this offer, however, because it is tenuous (we cannot guarantee a retention bonus every year) and problematic (after losing his current advantageous position of having three job offers <VOA, BBC and Internews>, he might not be able to convince us every year that he continues to be so marketable that he needs a retention bonus).

Another way of solving the problem would be the more direct way of offering him a package equal to (approximately) what he is getting or about to get over there. The position is at the GG-12 level. Step 1 of that level is not competitive. To approximate his compensation I recommend that we offer U Than Lwin Htun a starting salary of $71,620, or GG-12 Step 8.

Finally, the process of finding Mr. Lwin and now of recruiting and signing him has taken well over six months. After he agrees to accept our offer, he must give a certain amount of notice to both the BBC and Internews. I therefore also recommend that we send out a letter of offer to him as soon as possible. Any further delay could result in us losing him.

Thank you.

# MEMORANDUM

FM        Khin Maung Htay
TO        IBB Personnel
DATE      August 13, 2003
SUBJECT   Justification for selecting a non-citizen for Vacancy No. M/P-03-29

---

I have selected U Than Lwin Htun, a non-citizen, for the Burmese Service vacancy number M/P-03-29 International Radio Broadcaster (Burmese) GG-1001-12 position. I consider him to be better qualified than the U.S. citizen candidates on the Certificate of Eligibles of the IBB Personnel Office. Here are the salient points of justification based on the KSAs submitted by the candidates to support my decision:

1: *Thorough knowledge of journalism and of Internet broadcasting principles, practices, and methods in order to maintain the Burmese web site.*

**U THAN LWIN HTUN (Non-citizen)**
Since 1991 a broadcast journalist with the BBC, London, using both field experience and internet sources for reporting:
— From November 2001 to April 2002, worked as regional expert and Burmese journalist for "The World Today" for East Asia, BBC World Service: Monitored current political, social, economic situations over the world and identified, collected and analyzed all sources of information for validity, urgency and need for dissemination or broadcasting. Wrote, edited and aired news for the "World Today" programs and conducted interviews.
— Coordinated and managed the Burmese web site with BBC on-line service from 1995 to 2001 for six years.
— Executed computer knowledge in Microsoft Word, Excel, Systat, Http, Ftp, Dream Weaver, Photoshop and Cool Edit in both internet newsgathering and web site management.
— At BBC, London, attended Basic Journalism Training, Website Design and Management.

Analysis: Very sound professional knowledge, skill and ability. Rating: 6

**U KYAW ZAW NYUNT (Citizen)**
— International Radio Broadcaster in VOA Burmese Service since 1998 (five years so far).
— Worked in BBC Burmese Section, London, from 1968-71 as IRB.
— Attended a three-month radio announcer course at BBC in 1970.
— Completed 8-week training course in "Writing for Broadcast" at VOA in 1999.
— Spectra Training at VOA in 2003 and after completion, posting news stories on the VOA Burmese website along with other members of the Burmese Service web team.

Analysis: Good and workable knowledge, skill and ability. Rating: 4

**178**

**U SAN MYINT (Citizen)**
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Panel.
The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Chit
Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VOA), U
Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA).

**U KHIN MAUNG SOE (Citizen)**
— Over 20 years experience in print and broadcast journalism.
— A well-known photo journalist in Burma
— Basic computer skills and familiar with the Internet for many years.
— Since 1997, broadcaster/writer for Radio Free Asia Burmese Service. Duties include
  conducting interviews, searching for and retrieving news from wire services,
  newspapers and the Internet.
— Adapt at rewriting, adapting, editing and broadcasting news and feature programs
  without losing balance and credibility.

Analysis: Not very specific but has a working KSA, professionally. Rating: 3

2. *Thorough knowledge of writing/editing principles and practices and the ability to
conceive and develop radio and Internet programs.*

**U THAN LWIN HTUN (Non-citizen)**
Since 1991 a broadcast journalist with the BBC, London, using both field experience and
internet sources for reporting:
— From 1991 through 2001 at BBC, London, monitored current political, social,
  economic and humanitarian situations in the Asia Pacific region, in particular with
  Burma, and provided advice to the BBC newsroom.
— Identified, collected and analyzed all sources of information for validity, urgency and
  need for dissemination or broadcasting.
— Produced high profile interviews featuring Burmese social, political and economic
  issues with filed reporting. Also initiated a number of new programs: 'Focus' and 'You
  and Your Rights'
— Produced a major radio program: *'Child Soldiers'*, a series of radio programs funded
  by the UNHCR and the Foreign and Commonwealth Offices of United Kingdom
  (1999)
— Published the following printed matter translating from English to Burmese: *What
  Does Amnesty International Do?'*, Amnesty International, London, U.K. (1993);
  *'State of Fear': Censorship in Burma'*, Article 19, London, U.K. (1994); *'Flags of
  Conscience'*, The International Transport Workers' Federation, London, U.K. (1993);
  *'AIDS: Health Education Booklet for AIDS'*, BBC, London, U.K. (1995)
— At BBC, London, attended Senior Producer and Duty Editor Workshop, Financial
  Management, Hostile Environment Training and Developing Team Management
  Skills.

*179*

Analysis: Very impressive. Outstanding KSA in this category. Rating: 6

**U KYAW ZAW NYUNT (Citizen)**
- IRB for five years so far with VOA.
- IRB for nearly four years with BBC.
- Rated "Highly Successful" in original writing in the last performance appraisal (OER 2001-2)
- While with BBC, researched, written, edited and developed interesting programs.
- Attended a three-month Advanced Course in voicing, recording, editing and broadcast writing at BBC in 1970.
- Attended 8-week "Writing for Broadcast" course at VOA in 1999.
- Team leader (weekend editor) at VOA for about two years.
- Selected and analyzed important news from daily VOA, BBC and FEBC broadcasts for Minister for Foreign Affairs while working in Rangoon with the Burmese government.
- Proficient in posting news stories on the web and editing and mixing digital sound by using the Dalet system.

Analysis: Highly commendable KSA. Rating: 4

**U SAN MYINT (Citizen)**
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Panel. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Chit Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VOA), U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA).

**U KHIN MAUNG SOE (Citizen)**
- Since 1997, broadcaster/writer for Radio Free Asia Burmese Service. Duties include conducting interviews, searching for and retrieving news from wire services, newspapers and the Internet.
- Adapt at rewriting, adapting, editing and broadcasting news and feature programs without losing balance and credibility.

Analysis: A good working KSA. Rating: 3

*3. Demonstrated experience working as a reporter/editor for one of the major international broadcaster or another mainstream journalistic entity.*

**U THAN LWIN HTUN (Non-citizen)**
Since 1991 a broadcast journalist with BBC, London, using both field experience and internet sources for reporting:
- From June 2001 through October 2001 worked as reporter at BBC Bangkok Bureau closely monitoring the events in Burma and establishing and maintaining contacts

*180*

with BBC local stringers in Bangkok and Thailand-Burma border to chase after breaking news.
— Conducted interviews, attended press conferences and relevant events.
— Produced and dispatched news programs.
— From June 1995 through May 2001 supervised, planned and monitored daily output of junior staff members including new recruits as Senior Producer and Duty Editor at the Burmese Section, BBC World Service.
— Liaised with various external organizations, government departments, academic and other news sources.
— Translated and identified priorities of news and topics.
— Produced feature programs, mainly in the fields of Health, Science and Press Reviews.

Analysis: Solid KSA. Rating: 6

**U KYAW ZAW NYUNT**
— IRB at VOA for 5 years and worked as weekend editor (team leader) for about two years.
— As a Burmese Service reporter, covered events at Fort Wayne, Indiana and Hartford, Connecticut and also within Washington, D.C.
— Worked as reporter/radio broadcaster/editor at BBC for nearly 4 years.
— Voicing rated "Highly successful" in VOA OERs every year. In 2000-2001 OER, the Rating Officer said: "Mr. Nyunt sounds natural and is easy to follow. His delivery is flawless with a distinctive style of his own".
— In his evaluation for VOA program review, Burmese Language Professor U Saw Tun of Illinois University said: "When the switch was made to the more colloquial style, it was a lot easier to follow and much more appealing ... Using this style, U Kyaw Zaw Nyunt's reporting was particularly good."

Analysis: Commendable KSA. Rating: 4

**U SAN MYINT (Citizen)**
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Panel. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Chit Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VOA), U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA).

**U KHIN MAUNG SOE (Citizen)**
— Conceived, produced and broadcast many new programs for RFA. These include: *The Images* (biographies of well-known dissidents and their ideas), *Letter to Delone* (analysis of Burmese magazines and newspapers as a letter to an old friend in Burma from the U.S.), *No Longer In Silence* (experiences of people in Burma under dictatorship).
— As a reporter, went to rebels' headquarters (ABSDF, KNPP & KNU) and refugee camps along the Thai-Burma border and reported about their lives (nobody from RFA Burmese Service went there before).

181

— According to journalistic ethics, presented many investigative reports including extra-judicial killings not only by the Burmese military regime but also by dissident groups such as the All Burma Students Democratic Front and Karen National Union. (Nobody from RFA Burmese Service has ever done that before)

Analysis: Impressive KSA. Rating: 4

*4. Demonstrated experience managing a professional news operation. Experience must be in the area of developing plans, procedures, and instruction for formulating and managing the operation.*

**U THAN LWIN HTUN (Non-citizen)**
Since 1991 a broadcast journalist with BBC, London, using both field experience and internet sources for reporting:
— From 1995 through 2001, monitored current political, social, economic and humanitarian situations in the Asia Pacific region, in particular with Burma, and provided advice to the BBC newsroom.
— Supervised, planned and monitored daily output of junior staff members including new recruits.
— Coordinated and managed the Burmese web site with BBC on-line service.
— From May 2002 up to now (on a two-year sabbatical leave from the BBC ending March 2004), working as Resident Journalism Training Advisor with Internews, an international organization mainly funded by the USAID. *Internews* promotes open and independent media around the world especially in the emerging democracies. The work involves planning, budgeting, developing and implementing journalism training curriculum in news gathering, writing and reporting, feature writing and analysis, newsroom organization and ethics of journalism for regional journalists including Thai and Burmese journalists working for BBC, VOA, DVB and RFA.

Analysis: Outstanding KSA. Rating: 6

**U KYAW ZAW NYUNT (Citizen)**
— As a Burmese Foreign Service official (Deputy Chief of Mission, Rome, 1988 - 90; Consul, India 1981-83 and Bangladesh 1984; CdA 7 months in Rome), apart from diplomatic functions also published "Burma Monthly Information Bulletin", "Weekly Newsletter" and "Important Notes to Media".
— Managed the operations of the Burmese embassy in Rome by developing plans, procedures and instructions for the office.
— Worked independently as weekend editor (team leader) at VOA for about two years.

Analysis: Highly commendable. Rating: 4

**U SAN MYINT (Citizen)**
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Panel. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Chit

Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VOA), U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA).

**U KHIN MAUNG SOE (Citizen)**
— To improve self-journalistic skills, have been working up to fourteen hours a day in RFA without asking for overtime.
— As rotating reporter for Bangkok RFA in May 2002, wrote more than on hundred reports in four months -- a record.
— Always happy to work independently to deliver best results.

Analysis: Good. Rating: 3

5. *Demonstrated organizational management skills in order to operate independently, and effectively.*

**U THAN LWIN HTUN (Non-citizen)**
— Since 1995, worked with BBC in London as Senior Producer, Duty Editor, Web Manager and Coordinator. The management work involves independent and effective supervision, planning and monitoring of daily output of junior staff members including new recruits and the coordination and managing of the Burmese web site.
— As reporter at BBC Bangkok Bureau on independent charge, effectively monitored closely the events in Burma and established and maintained contacts with BBC local stringers in Bangkok and Thailand-Burma border to chase after breaking news. Conducted interviews and attended press conferences and relevant events. Produced and aired news programs.
— Now on a two-year sabbatical leave from BBC due to end in March 2004, as Resident Journalism Training Advisor with the principally USAID-funded *Internews* in Chieng Mai, Thailand, from May 2002 to the present, independently and effectively planned, budgeted, developed and implemented journalism training curriculum in news gathering, writing and reporting, interviewing, feature writing and analysis, newsroom organization and ethics of journalism. *Internews* is an international organization that promotes open and independent media around the world, especially in the emerging democracies for Thai and Burmese journalists including reporters for BBC, VOA, DVB and RFA.

Analysis: Outstanding. Rating: 6

**U KYAW ZAW NYUNT (Citizen)**
— As a Burmese Foreign Service official in various capacities -- Deputy Chief of Mission 1988-90; Consul, India 1981-83; Consul, Bangladesh 1984; CdA Rome 7 months; Spokesman for Burmese Embassy, Rome -- managed staff, daily operations of the embassies and published "Burma Monthly Information Bulletin", "Weekly Newsletter", and "Important Notes To Media".
— Operated embassy offices independently and effectively.

*183*

- Managed day-to-day affairs of more than 40 staff members at the Burmese Embassy in India and the entire embassy staff in Rome. Authority included hiring and firing of employees.
- Worked independently as weekend editor (team leader) at VOA Burmese Service for about two years.
- In last annual performance appraisal, VOA Burmese Service Chief said: "[Mr. Nyunt is] always cheerful and positive in his attitude. [He] contributes greatly to the morale and efficiency of the staff. His performance is also marked by his willingness to step in without being asked to assist his colleagues whenever necessary."

Analysis: Impressive. Rating 4.


**U SAN MYINT (Citizen)**
Promoted recently to GS-12 position for Vacancy M/P-03-26 by the Interviewing Panel. The candidates interviewed included two other citizens (U Kyaw Zaw Nyunt and U Chit Oo, IRBs of VOA Burmese Service) and three non-citizens U Win Aung (IRB VOA), U Kyaw Zan Tha (IRB BBC, London, by phone) and Daw Khin May Zaw (IRB RFA).


**U KHIN MAUNG SOE (Citizen)**
- Have positive attitude, always keen to work as a team player and never hesitating to help others.
- During a snowstorm in February 2003, picked up colleagues at RFA and drove them home.
- Carried out a civic duty by ferrying doctors and nurses of the Fairfax Hospital as well.

Analysis: Good. Rating: 2

**CONCLUSION:**

In view of the KSAs enumerated above, I am confident that U Than Lwin Htun will be able to cope with the demands of the Burmese Service in being an asset to it with his rich experience in the internet, web management, editorial skills, translation skills and management skills. Overall, he is a league of his own, compared to all other candidates on the Certificate of Eligibles for Burmese Service vacancy M/P-03-29. Considering the range and magnitude of his line of work professionally, I strongly believe U Than Lwin Htun is the most suitable person to fill the GS-12 Burmese Service vacancy. Hence, my selection.


Approved _____  8/13/03    DisApprove _____

194