UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KYAW ZAW NYUNT,

    Plaintiff,

    v.

KENNETH Y. TOMLINSON,
Chairman, Broadcasting Board of Governors,

    Defendant.

Civil Action No. 06-1152 (JDB)

## ORDER

Before the Court is [18] plaintiff's motion for extension of time to oppose defendant's motion to dismiss or, in the alternative, for summary judgment. Pursuant to Fed. R. Civ. P. 56(f), plaintiff requests that the deadline for his opposition to defendant's dispositive motion be deferred until May 24, 2007. Plaintiff contends that he needs certain discovery, including responses to written discovery requests and depositions, to rebut evidence submitted by defendant and to address alleged irregularities in the selection process that he believes will support his claims. Defendant has filed a response stating that he does not object to the extension. On the same date, however, plaintiff filed his brief in opposition to defendant's dispositive motion, apparently unaware that defendant had thus responded. Upon consideration of the foregoing, and to ensure that the briefing on defendant's dispositive motion is complete, it is hereby

**ORDERED** that plaintiff may file a supplemental brief in opposition to defendant's dispositive motion by not later than May 24, 2007; and it is further

**ORDERED** that defendant's reply shall be filed by not later than June 1, 2007.

**SO ORDERED**.

    /s/
JOHN D. BATES
United States District Judge

Dated: May 8, 2007