United States District Court
For the District of Columbia

| | | |
|---|---|---|
| Kyaw Zaw Nyunt, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CA No. 06 – 1152 (JDB) |
| Kenneth Y. Tomlinson, | ) | |
| Chairman, | ) | |
| Broadcasting Board of Governors, | ) | |
| Defendant. | ) | |

**Plaintiff's Supplemental Statements of Material Fact as to Which There are Genuine Issues**

Pursuant to Rule 56, Fed. R. Civ. Proc., and Local Rule 7(h), Plaintiff hereby submits the following supplemental statements of fact as to which there are genuine issues in support of his opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment.

92. Plaintiff and other older Asian Burmese employees of the Brumese service were subject to a campaign to pressure them to leave the service through undue discipline and scrutiny of their work for discriminatory and retaliatory purposes. Four older [i.e., over 58 years of age] Asian Burmese service members, including Plaintiff, were given unwarranted reprimands or admonishments from 2004 to 2006. One of these individuals was later removed from the service. Another retired shortly after he was reprimanded even though he had intended to stay longer. See Supplemental Affidavit of K. Nyunt, a para. 2, 3, submitted herewith.

93. When Plaintiff became sick in 2005 and 2006, his supervisors made undue demands on him to document his conditions and refused to grant him leave in an effort to treat his

medically necessary leave as absent without leave.  See Supplemental Affidavit of K.

Nyunt, at para. 4 submitted herewith.


                              Respectfully submitted,


                              Timothy B. Shea
                              DC Bar No. 234005
                              Nemirow Hu & Shea
                              1629 K Street, NW  Suite 500
                              Washington, DC  20006
                              Tel. 202 835 0300
                              Fax 202 835 0306

                              Attorney for Plaintiff Kyaw Zaw Nyunt