United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)  CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Supplemental Affidavit of Kyaw Zaw Nyunt**

I, Kyaw Zaw Nyunt, hereby declare based on my personal knowledge:

1. Management maintained a campaign to pressure older, Asian Burmese members of the staff like me to leave the service.

2. I was given an unwarranted admonishment by Mr. Henderson dated June 20, 2005. The admonishment arose out of a request from Mr. Henderson to several employees to describe events that took place in the studio when an engineer was unable to make certain equipment work at the beginning of a show. I was an announcer for the show in the booth adjoining the engineering booth. There was never any issue that I might have been responsible for the delay because I was not involved with the engineering functions. I provided to Mr. Henderson a description of the events in the audio booth. I did not interpret the request to time the period of the initial delay because anyone could do that with the use of the show tape. Mr. Henderson measured the delay at 22 seconds and seized upon my description of it as a few seconds to admonish me for "lack of candor."

This undue scrutiny was a way of retaliating against me for filing my complaint of discrimination and pressuring me. In fact, I was given this reprimand just at the time that I had been identified as a witness to testify in the case of another Burmese service employee who had filed a formal compliant about Mr. Htay's threat of blackballing at the meeting of June 13, 2003. I testified at a deposition in July 2005 in connection with that other employee's complaint. The reprimand was intended as a means of intimidating me.

      3. Reprimands were given to three other older Asian Burmese employees to pressure them. The first, a Burmese employee of the service over 60 years of age, was the only other employee who had filed a formal complaint to the EEO office about Mr. Htay's threats to the staff in the meeting of June 13, 2003. This first employee was given an unwarranted written reprimand in July 1, 2004 for a conversation he was claimed to have had with a contractor in Thailand. He was later removed from the federal service. The second employee, a Burmese employee of the service over 70 years of age, was given an unwarranted reprimand by Mr. Htun in March 14, 2006 for not changing a prepared story on a science program at the last minute, as Mr. Htun had requested. This second employee left the service within a month of that reprimand even though he had wanted to stay longer. A third Asian Burmese employee over the age of 67 was given an unwarranted written admonishment in July 26, 2006.

      4. In the Summer of 2005 I became hypertensive, anxious and depressed by the pressure I felt daily in the work place. In the Spring and Summer of 2006 I became so depressed and anxious that I had trouble sleeping and functioning on a very basic level. I had been diagnosed by my doctor, Dr. Brule, for depression in August 2005. The diagnosis and treatment for my anxiety and depression took some time. I was out of work

for a period of from April 14 to 23, 2006 owing to my hypertension, anxiety and depression. I provided a medical certification by fax at the request of my supervisor for that period. When I returned to return to work on April 24, 2006, after I worked my full shift, I collapsed at work with hypertension at about 8 o'clock and was taken by ambulance to George Washington Hospital where I stayed until the evening of April 25, 2006. I provided a note dated April 25, 2006 from a doctor at George Washington Hospital that I had been in the hospital and should be excused from work through April 30, 2006. On Friday, April 28, 2006, I received an overnight letter from BBG dated April 27, 2006 stating that the note from the doctor at George Washington Hospital advising BBG that I needed to be excused from work from April 24 to 30 was insufficient because it "did not indicate why [I] needed to be absent from work." It was well known that I had been taken to the hospital in an ambulance directly from the office. Use of my annual leave for the time that I was in the hospital was refused by my supervisor, Mr. Htun, as "discretionary." He wanted to treat me as absent without leave despite my illness. After I complained to the EEO director some time later, the sick leave and annual leave were authorized several weeks later. On another occasion during this period, my supervisor required that I submit a doctor's slip for my absence for one day even though the office policy has been for years that no slip was required for absence of less than three days. Copies of the letters are attached hereto.

     5. The use of reprimands and undue scrutiny of work and leave were part of a campaign to pressure me to leave. I believe that the same approach was used with other

employees, who eventually became sick or could not return to work.


Sworn and subscribed to under the penalty of perjury this    24th    day of May 2007,

Kyaw Zaw Nyunt

U Than Lwin Htun
Chief - Burmese Service
VOA

April 14, 2006

Dear U Than Lwin Htun,

    I am applying for a sick leave with effect from 4/14/06 to 4/23/06 as I am incapacitated to work during this time. I have attached herewith my doctor's certificate for your kind perusal.
    I shall be able to return to work on 4/24/06.

NB: Original doctor's certificate will be submitted to you when I return to work.

Regards,

Kyaw Zaw Nyunt
(703) 727-4162

---

**ANGELA EMMONS BRULE, M.D., P.C.**
1145 19TH STREET NW, SUITE 314
WASHINGTON, DC 20036
TELEPHONE (202) 466-6845

**DISABILITY CERTIFICATE**

Date: 4/14/06

NAME: Nyunt Kyaw
ADDRESS: _____
EMPLOYER: _____

To whom it may concern:

    This is to certify that the above patient was under my professional care from 4/14/06 to 4/23/06 inclusive, and was totally incapacitated during this time.

    This is to further certify that the above patient has now recovered sufficiently to be able to return to ~~light~~ / regular work duties on 4/24/06.

Restrictions: _____

Angela Emmons Brule


Voice of America

April 18, 2006

Mr. Kyaw Zaw Nyunt
18148 Mill House Square
Leesburg, VA 20176

Dear Mr. Nyut:

I am writing concerning your request for leave for the period April 14 – 23, 2006.

On Friday, April 14, you called me at approximately 1:30 p.m., an hour after your scheduled start time, and said that you would not be able to work that day or again until April 24, 2006. I asked for medical certification of your incapacitation from work, which you then sent to me via fax.

Your current balance of sick leave, including the amount that you will earn in pay periods 07 and 08 (ending 04/15 and 04/29), is 46 hours. You have requested to be absent from work due to your illness for 64 hours. Your services are needed at work and it is not in the agency's interest to approve discretionary annual leave or leave without pay for you, especially given the fact that the Service is severely short handed at this time.

Despite the fact that you failed to follow proper procedures for requesting and obtaining approval for leave and your medical certification is minimal at best, I will in this case approve sick leave for those hours that can be covered by your earned sick leave balance of 46 hours. If you are absent from work beyond that limit, you will be charged Absence Without Leave (AWOL).

I will address your failure to follow leave procedures when you return to work. Please feel free to call me if you have questions about the information in this letter. I can be reached at (202) 619-1416.

Sincerely,

Than Lwin Htun
Chief, Burmese Service

FedEx US Airbill

**1 From** Date 4/18/06

Sender's Name: Donna Grace

Company: Broadcasting Board of Governors

FedEx Tracking Number: 8544 1141 9319

TRK# 8544 1141 9319  FORM 0215
20176 -VA-US   19 IAD WGOA
Deliver By: 19APR06 A1
PRIORITY OVERNIGHT WED

Extremely Urgent

U Than Lwin Htun
Chief
Burmese Service – VOA

Dated, April 26, 2006

Reference :   Your Reply letter dated April 18th, 2006

Dear U Than Lwin Htun

Concerning the above-mentioned matter, I have to give you my reply to it. At present, my health does not permit me to write such a letter. The reply will follow later.

Regards

( Kyaw Zaw Nyunt )
Burmese Service

**THE GEORGE WASHINGTON UNIVERSITY HOSPITAL**
*NON-NARCOTIC ORDERS ONLY*

900 Twenty-third Street, N.W.
WASHINGTON, D.C. 20037
Telephone (202) 715-4000

D.C. Medicaid (check)
☐ Inpatient   0104320
☐ E. R.        0304320

4310
Name: Nyunt, ~~Kyaw~~ Kyaw      Date: 4/25/06

Address: ..................

℞ Mr. Nyunt was in the hospital. Please excuse him from work through April 30, 2006.

Label as to Contents
☐ Yes   No ☐

REP. 0-1-2-3-PRN

DEA No. ..................

79-1499 (05/04)

Print Name: Sarah Reece-Stremtan, M.D.

Sig: Sarah Reece S[...], M.D.

GWUH No. ..................

*NON-NARCOTIC ORDERS ONLY*



Voice of America

April 27, 2006

Mr. Kyaw Zaw Nyunt
18148 Mill House Square
Leesburg, VA 20176

Dear Mr. Nyunt:

On Wednesday, April 26, you submitted a note from Dr. Sarah Reece-Stremtan stating that you needed to be excused from work from April 24 - April 30, 2006. Dr. Reece-Stremtan did not indicate why you needed to be absent from work.

As I notified you in my previous letter, you have exhausted all of your sick leave. Although you have a balance of annual leave, approval of annual leave in lieu of sick leave is discretionary and must be based upon the needs of the office. You are an essential part of the team that must create and broadcast a daily radio program. Your services are needed at work, and I have concluded that it is not in the best interest of the agency for me to approve discretionary leave for you.

However, you may be entitled to a leave of absence under the Family and Medical Leave Act (FMLA). Under FMLA, an employee may be granted up to 12 weeks of paid or unpaid leave in a 12-month period to deal with a serious health condition. To be considered for leave under FMLA, you must have your doctor complete the enclosed Department of Labor Certification of Health Care Provider, form WH-380, and submit it along with a completed Request for Leave or Approved Absence, SF-71, indicating that you are invoking your entitlement to FMLA. Please submit this information as soon as possible but no later than May 5, 2006.

A decision on whether to approve your leave under FMLA will be made after this information is received. If leave under FMLA is not approved, your absence will be charged as Absence Without Leave (AWOL).

If you have questions concerning this letter, please contact Ms. Donna Grace of the Labor and Employee Relations Office. Ms. Grace can be reached at (202) 619-7666.

Sincerely,

Than Lwin Htun
Chief, Burmese Service

330 Independence Avenue SW   Washington DC 20237   www.VOANews.com

**FedEx US Airbill** Express

**NO POUCH NEEDED.**
See back for peel and stick application instructions.

RECIPIENT: PEEL HERE

**1 From** This portion can be removed for Recipient's records.

Date 4/27/06   FedEx Tracking Number 8544 1141 9341

Sender's Name: Donna Grass   Phone 202 619-3763

Company: BROADCASTING BOARD OF GOVERNOR

Address: 330 INDEPENDENCE AVE SW - Room 1543

City: WASHINGTON   State: DC   ZIP: 20237-0001

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: Kyaw Zaw Nyunt   Phone 571 278-6439

Company:

Address: 18148 Mill House Square

City: Leesburg   State: VA   ZIP: 20176

0320318690

**4a Express Package Service**
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- [X] No
- [ ] Yes (Shipper's Declaration not required)
- [ ] Yes (Shipper's Declaration)
- [ ] Dry Ice

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

**Total Packages** 1   **Total Weight** 1 lb.   **Total Charges**

**8 NEW Residential Delivery Signature Options**
- [ ] No Signature
- [ ] Direct Signature
- [ ] Indirect Signature

---

FedEx emp: 294813 27APR06
TRK# 8544 1141 9341   FORM 0215
20176 -VA-US   19 IAD WGOA

**PRIORITY OVERNIGHT**
FRI Deliver By: 28APR06 A1

**Extremely Urgent**