UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KENNETH Y. TOMLINSON, )<br>Chairman, Broadcasting Board )<br>of Governors, )<br>Defendant. )<br>_____ ) | Civil Action No. 06-1152 (JDB) |

**CONSENT MOTION TO AMEND ANSWER**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 15(a), hereby respectfully moves to amend the Answer in this action which was filed on September 5, 2006. Pursuant to Fed. R. Civ. P. 15, undersigned counsel contacted counsel for plaintiff regarding this amendment. Counsel for plaintiff graciously consented to the filing of the Amended Answer. Therefore, defendant respectfully requests that this motion be granted.

An order granting the relief sought is attached hereto.

    Respectfully submitted,


    /s/
    JEFFREY A. TAYLOR, D.C. Bar # 498610
    United States Attorney


    /s/
    RUDOLPH CONTRERAS, D.C. Bar # 434122
    Assistant United States Attorney


    /s/
    MARIAN L. BORUM, D.C. BAR # 435409
    Assistant United States Attorney
    555 4th Street, N.W., Civil Division
    Washington, D.C. 20530
    (202) 514-6531
    Counsel for Defendant

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 25th day of May, 2007, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Timothy B. Shea
Nemirow Hu & Shea
1629 K Street, N.W., Suite 500
Washington, D.C.  20006

                         /s/
                        MARIAN L. BORUM, D.C. Bar # 435409
                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1152 (JDB) |
| | ) |
| KENNETH Y. TOMLINSON, | ) |
| Chairman, Broadcasting Board | ) |
| of Governors, | ) |
| Defendant. | ) |
| | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Motion to Amend Answer, the merits thereof, and for good cause shown, it is, on this _____ day of _____ 2007,

HEREBY ORDERED that the motion is granted.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530

Timothy B. Shea
Nemirow Hu & Shea
1629 K Street, N.W., Suite 500
Washington, D.C. 20006