UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT, )<br> )<br>       Plaintiff, )<br> )<br>   v. )<br> )<br>KENNETH Y. TOMLINSON, )<br>Chairman, Broadcasting Board )<br>   of Governors, )<br>       Defendant. )<br>_____) | Civil Action No. 06-1152 (JDB) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of two (2) business days, up to and including June 5, 2007, in which to reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, Docket Entry No. 20, and to Plaintiff's Supplement in Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, Docket Entry No. 22. Plaintiff's Reply would otherwise be due on June 1, 2007. Defendant seeks this enlargement on the following grounds:

On May 1, 2007, plaintiff filed a motion for enlargement of time to Oppose Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. Docket Entry No. 18. On May 7, 2007, defendant filed a response to plaintiff's motion in which it did not object to the enlargement of time. Docket Entry No. 19. On that date, plaintiff filed the opposition. Docket Entry 20. On May 8, 2007, the Court granted plaintiff's motion and indicated that plaintiff could file a supplemental brief in opposition to defendant's dispositive motion by May 24, 2007. Docket Entry No. 21. The Court indicated that defendant's reply should be filed by June 1,

2007. Id.

Undersigned counsel anticipated that she would have completed the reply by June 1, 2007. However, due to pressing matters as well as a filing in the Court of Appeals on May 31, 2007, Charles Daniels et al. v. Union Pacific et al., undersigned counsel has been unable to do so.

Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with plaintiff's counsel. Plaintiff's counsel graciously consented to this motion.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of May, 2007, the foregoing was served upon counsel for plaintiff via the Court's ECF e-mail system.

                                  /s/
                              MARIAN L. BORUM, D.C. Bar # 435409
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1152 (JDB) |
| | ) |
| KENNETH Y. TOMLINSON, | ) |
| Chairman, Broadcasting Board | ) |
| of Governors, | ) |
| Defendant. | ) |
| | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time to respond to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and Plaintiff's Supplement in Opposition to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, it is, on this _____ day of _____, 2007,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including June 5, 2007 in which to respond to Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, and Plaintiff's Supplement in Opposition to Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, DC  20530

Timothy B. Shea
Nemirow Hu & Shea
1629 K Street, N.W., Suite 500
Washington, D.C.  20006