# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

# Exhibit 1

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
KYAW ZAW NYUNT,              :
           Plaintiff,        :
                             :
     v.                      :  Civil Action No.
                             :  06-1152 (JDB)
KENNETH Y. TOMLINSON, CHAIRMAN, :
BROADCASTING BOARD OF GOVERNORS, :
                             :
           Defendant.        :
- - - - - - - - - - - - - - - x

                    Washington, D.C.
                    Friday, May 11, 2007

Deposition of

              MYRA LAPRELL MURPHY

a witness of lawful age, taken on behalf of the
Plaintiff in the above-entitled action, before Mary Ann
Kohler, Notary Public in and for the District of
Columbia, at Voice of America, 330 Independence Avenue,
S.W., Suite 4447, Washington, D.C. 20237, commencing
at 1:45 p.m.

Page 2

APPEARANCES:
    On Behalf of the Plaintiff:
    TIMOTHY B. SHEA, ESQ.
    Nemirow & Hu, PC
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    (202) 835-0300

    On Behalf of the Defendant:

    STEPHEN A. REYNOLDS, ESQ.
    Assistant General Counsel
    MARIAN BORUM, ESQ.
    Assistant U.S. Attorney

Page 3

                CONTENTS
                                       PAGE
EXAMINATION BY:
    Counsel for Plaintiff               4
EXAMINATION BY:
    Counsel for Defendant              21
FURTHER EXAMINATION BY:
    Counsel for Plaintiff              39
MURPHY DEPOSITION EXHIBITS:
 4 - IBB/Delegated Competitive Examining Unit
     Certificate of Eligibles - Citizens

 5 - IBB/Delegated Competitive Examining Unit
     Certificate of Eligibles - Citizens (corrected)

 6 - IBB/Delegated Competitive Examining Unit
     Certificate of Eligibles - Noncitizens

 7 - Vacancy Announcement 03-26             30

 8 - Vacancy Announcement 03-29             31

 9 - IBB/Delegated Competitive Examining Unit
     showing selectee

Page 4

1              PROCEEDINGS
2   Whereupon,
3          MYRA LAPRELL MURPHY
4   was called as a witness, and having been first duly
5   sworn, was examined and testified as follows:
6          EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7          BY MR. SHEA:
8      Q   Would you state your full name, please?
9      A   Myra LaPrell Murphy.
10     Q   Where and how are you employed?
11     A   I'm employed with the Broadcasting Board of
12  Governors as a personnel director.
13     Q   How long have you held that position?
14     A   I've held the position of Personnel Director
15  since February 5th, 2007. Prior to that, I was the
16  Chief of the Operations Division, and I held that
17  position since June 3rd of '03.
18     Q   And prior to that?
19     A   I was Personnel Director for the U.S. Forces
20  Korea and 8th Army. I was dual-hatted. I started as
21  personnel director for 8th Army itself, and then for
22  all of the military forces on the peninsula.

2 (Pages 5 to 8)

Page 5

1   Q   Now you remember, of course, it was some time
2   ago that you and I — that you testified at a
3   deposition in this building some time ago.
4   A   Yes.
5   Q   In connection with this deposition, did you
6   look at your prior testimony?
7   A   No. Prior testimony?
8   Q   Did you look at a transcript of your prior
9   testimony?
10  A   No.
11  Q   When was the last time you looked at that?
12  A   I don't recall.
13  Q   Is there anything in that testimony that you
14  want to state here and now that you want to change?
15  A   I don't recall that testimony, so —
16  Q   Do you remember testifying?
17  A   I remember meeting you. I remember
18  testifying, yes.
19  Q   But you haven't looked at the transcript?
20  A   No.
21  Q   And you're not aware of anything in there that
22  you want to, at least at this point, as you're here

Page 6

1   now, that you want to change?
2   A   No.
3   Q   Good. Do you remember — well, backing up a
4   little bit, what responsibilities, if any, did you have
5   for the staffing of the vacancy announcements
6   in — that are identified as 03-26 and 03-29?
7   A   I oversaw the entire recruitment program for
8   the agency at that time.
9   Q   What did you do with respect to the filling of
10  those two positions?
11  A   I approved the hiring of noncitizen over a
12  citizen.
13  Q   Are you finished?
14  A   Oh, yeah.
15  Q   Okay.
16  A   Yeah.
17  Q   I didn't know whether you were thinking about
18  things or not.
19  A   No, no, no. I'm —
20  Q   Okay. Well, were you the last person in
21  that — in other words, was your approval the only
22  approval that was required in that office?

Page 7

1   A   In my office? Yes.
2   Q   Was it approved anywhere else?
3   A   The action would have to be reviewed within
4   the service en route to me.
5   Q   Okay. Before it got to you?
6   A   Before it got to me, yes.
7   Q   But there's nothing else in your office, no
8   other process above you in your office that it went
9   through?
10  A   I sign the document.
11  Q   Okay. Did you refer — who was your
12  supervisor?
13  A   My supervisor was John Welch at that time.
14  Q   Did you give it to John Welch to sign?
15  A   I don't recall.
16  Q   Was it your practice to give it to the office
17  director?
18  A   Approvals of noncitizens over citizens?
19  Q   Yes.
20  A   No, it wasn't my practice.
21  Q   How often are there such approvals?
22  A   Frequently.

Page 8

1   Q   What does that — help me to quantify that.
2   A   We've got at least 40 language services that
3   we recruit for, and some more than others. I can't
4   quantify it. If you want a number, it's not an action
5   that is infrequent.
6       But the frequency of it, it would usually
7   depend on the position that is being advertised and the
8   availability of citizen candidates, qualified citizen
9   candidates, and the number of highly qualified
10  noncitizen and citizen candidates that apply. It's not
11  a science. It just depends on each individual case.
12  Q   Well, over some time period, over the last,
13  what, give me an estimate, you know, last year?
14  A   Hmm.
15  Q   You could pick the time period if you have a
16  better reference point.
17  A   In 2006. Maybe 7 to 10. Could be more.
18  Could be less, but I'd say 7 to 10.
19  Q   Is that representative? Would 2005 be
20  something like that, or is that too high?
21  A   I don't know.
22  Q   Are there occasions when the — you send them

Page 9

1  back to the --
2  A  Yes.
3  Q  Can you tell me any occasions, are there many
4  occasions in which you have refused to approve a
5  selection of a noncitizen?
6  A  Initially, yes.
7  Q  And then they have to do another
8  justification?
9  A  I have questions that I would send back.
10 Q  Have there been any that when you finally
11 refused not to -- refused to endorse or approve the
12 selection?
13 A  No. Because in all cases, you can tell from
14 the record generally that the noncitizen candidate was
15 the better candidate, but it's my job to also make sure
16 that the record is clear on that fact. And so it's for
17 that reason that I send them back for clarification or
18 if I have questions, just to make sure that the record
19 is clearly and adequately documented.
20 Q  Now the same question with respect to
21 selection of noncitizens for supervisors.
22 A  Mm-hmm.

Page 10

1  Q  Does that happen?
2  A  Yes.
3  Q  And is the procedure the same?
4  A  Yes.
5  Q  And is the justification the same?
6  A  Yes. Except for in addition to -- and I
7  really don't recall whether that was the case in 2003
8  when this position occurred, but there is a requirement
9  that the selection of a noncitizen for a supervisory
10 position or any senior level position also be approved
11 by the director of the agency, so that it's twofold.
12 It would have to be approved by the director of the
13 agency because it is considered a supervisory senior
14 level position.
15 Q  When you say the director of the agency, who
16 does that mean?
17 A  Presently that position is the Deputy Director
18 for the International Broadcasting Bureau. During the
19 time that this position was filled, it would have been
20 the Director of the International Broadcasting Bureau.
21 Q  What individual is that?
22 A  In 2003, it was Seth Cropsey.

Page 11

1  Q  And you say it's a deputy because the main
2  position is vacant?
3  A  Right. Right now.
4  Q  And who is the deputy?
5  A  George Moore.
6  Q  And the position you're talking about, the
7  head of the VOA is what position again?
8  A  I'm sorry?
9  Q  When you say agency -- what is the position
10 they encumbered, the position that Seth Cropsey
11 encumbered?
12 A  He was the director for the IBB.
13 Q  Now there came a time when you prepared a
14 declaration in connection with this case, a declaration
15 dated April 19th, 2007. Do you remember that?
16 A  Mm-hmm. Yes, I do.
17 Q  Now in your declaration, you note that in one
18 of the vacancies for which Mr. Nyunt applied, 03-26,
19 the certificate of eligibles showed a rating for Mr.
20 Nyunt that was inaccurate.
21 A  Mm-hmm.
22 Q  Speak up, because --

Page 12

1  A  Oh, I'm sorry. Yes.
2  Q  Thank you. It showed a rating of 89, but the
3  proper rating was 96.
4  A  Correct.
5  Q  Now what -- did you fill out, prepare that
6  certificate?
7  A  No.
8  Q  At that time, 2003, did you have any
9  involvement in the preparation of that -- in the
10 provision of that certificate to the selecting
11 official?
12 A  I oversaw the recruitment process for the
13 agency.
14 Q  Okay. Let's back up. That's a good question.
15 What -- the recruitment process in this case was the
16 posting of a vacancy announcement, basically?
17 A  Correct.
18 Q  And the vacancy announcement then, is that
19 posted anywhere other than let's say on your website?
20 A  It depends on how hard to fill the position
21 is. It depends on where the position is distributed
22 to. We would post it on our website, IBB website, and

4 (Pages 13 to 16)

Page 13

1  the VOA website as well. We keep a copy of the
2  announcement in the front of the office.
3    Q  Yes, so people come in and look at it.
4    A  Right. And then we had a mailing list that we
5  maintained and we refer copies out -- we'd provide a
6  copy of the vacancy announcement to the manager also,
7  and so it gets out many different ways. That manager
8  may send the announcement out to people to solicit
9  applications.
10   Q  And you referred to a mailing list. Where
11 does that go?
12   A  Oh, that mailing list no longer exists, but at
13 the time, that mailing list was designed to include
14 minorities and women, and it was part of our outreach
15 effort to attract minority candidates.
16   Q  Well, like these two positions were for people
17 proficient in Burmese?
18   A  Mm-hmm.
19   Q  You obviously have other language specialties?
20   A  Mm-hmm.
21   Q  Is there anything done to circulate that
22 among, you know, papers that people --

Page 14

1    A  We do.
2    Q  You know, I know Washington, D.C. has an
3  Indian language newspaper for --
4    A  Right.
5    Q  -- instance.
6    A  We do. It just depends. There was no
7  concrete -- we'll get with a manager and ask a manager
8  are there any publications or websites that they want
9  the announcement to be posted. It varies from position
10 to position.
11   Q  With respect to these two positions,
12 what -- was there anything done with respect to those
13 other than posting on your website?
14   A  I don't know.
15   Q  Now in your declaration, you state that the
16 score indicated on a certificate of eligibles for Mr.
17 Nyunt was mistakenly listed as 89 instead of 96?
18   A  Correct.
19   Q  And you -- what is the basis for that
20 statement?
21   A  It was a mistake. I wanted to point out that
22 a mistake was made.

Page 15

1    Q  Okay. And what -- in preparing this
2  declaration, what did you do to investigate the -- what
3  went on there?
4    A  The record shows that it was a mistake.
5    Q  So you looked at the papers?
6    A  Yes.
7    Q  Did you talk with any people about that?
8    A  It's clear. And it's clear on the record.
9  It's actually annotated that the correction was made.
10   Q  Now the certificate shows the ranking figures,
11 don't they?
12   A  Yes.
13   Q  As well, you have a discussion in your
14 declaration about a statement in Vacancy Announcement
15 Number 03-29 relating to cutoffs. Paragraph 9 of your
16 declaration.
17   A  Mm-hmm. I'm sorry. Yes.
18   Q  What is your understanding of a cutoff as used
19 in that vacancy announcement?
20   A  The cutoff statement is -- the cutoff is quite
21 common in most vacancy announcement when we anticipate
22 that the position might be difficult to fill, we will

Page 16

1  open it continuously so that we'll always have
2  applicants coming in -- applications coming in, a file
3  available. And we will establish a cutoff date as to
4  when we will review those applications that come in for
5  the announcement for the first time.
6    Q  Now you acknowledge -- well, let's pass on to
7  paragraph 11. As you note in paragraph 10 that Mr.
8  Nyunt submitted his application within -- by what would
9  be the first cutoff, okay, and that Mr. Than Lwin Htun
10 submitted his application later than that in what would
11 be after the first -- in the second two-week period.
12   A  Right.
13   Q  Okay. Now thereafter you say, Mr. Nyunt by
14 virtue of submitting his application was not and would
15 not have been afforded any priority consideration under
16 Mr. Than, who submitted his application March 31.
17 What's the basis for that?
18   A  He would not have been -- he would not have
19 received any priority consideration. I'm not
20 understanding the question.
21   Q  What's the basis for your statement that by
22 virtue of submitting his application in the first

Page 17

1  two-week period, Mr. Nyunt would not have been afforded
2  any priority consideration over someone who submitted
3  their application in the second two-week period or the
4  third two-week period?
5      A   That he didn't get any advantage from it.
6      Q   Do you — well, what's the basis for saying
7  there isn't any advantage for it?
8      A   There is none under our processes, there's
9  none.
10     Q   What does the cutoff mean?
11     A   The cutoff means that — the cutoff means as
12 it's related here that we will look at applications
13 received by that date. Now, let me back up and explain
14 actuality.
15         The staff is advertising positions all along.
16 This staffer may have had ten other vacancy
17 announcements going at the same time. She might not
18 have seen this announcement on the first cutoff. She
19 might have seen it at the first cutoff. When she did
20 get to the point of rating the applications, she would
21 have looked at the file. We make a call at that point.
22         If she had a large number of applications,

Page 18

1  it's up to the specialist. I'll take them all, or I'll
2  take these at the cutoff because I feel that this is
3  going to give me a sufficient number to review.
4          She could have reviewed them and determined
5  after she made quality determinations that, okay, I've
6  got 20 applicants but there are only two or three that
7  are qualified. I've got other applications in the case
8  file, so let me pull them all, too, because our goal is
9  always to provide the highest number of candidates to
10 be considered.
11         It's the call. It depends on the individual
12 circumstances of that case file and the specialist that
13 is doing the recruiting. If she didn't have a heavy
14 workload, she might have gone and pulled it on, in this
15 case, the first cutoff, the 27th of March and gotten
16 everything out of there, and there would have been no
17 other files to look at. It just depends.
18     Q   Now, in paragraph 12, the statement in the
19 second sentence: "The issuance of a certificate is
20 dependent upon the number of eligibles received." Was
21 it "and is subject to the discretion of management."
22 What does that mean?

Page 19

1      A   The same thing I basically just explained.
2      Q   Okay. And how would management exercise that
3  discretion?
4      A   In this case, we could have a call with
5  the — a discussion with the staffing specialist if a
6  staffing specialist made a call and says I've only got
7  a small number of applications here by 27 March. Do
8  you want to wait for other applications to be received?
9  If she makes that call. The manager could say, yes,
10 let's just hold it open for a little while longer,
11 whatever.
12     Q   Now you're not saying — you're not testifying
13 that such a call was made on —
14     A   I don't know. It is all very dependent upon
15 the specialist that is working the case at that time.
16 And a manager — sometimes we have managers that are so
17 anxious to fill their positions when the announcement
18 closes, if the announcement closes or if there's a
19 first cutoff, I want my referral certificate today.
20 Sometimes they'll call — make that call, and
21 we'll — we've only got two or three applicants here.
22 Some may say okay. Let's wait. Some may say, well,

Page 20

1  let me see those. But it's — we may not make that
2  call. He may not make that call. It all depends on
3  each individual
4  --
5      Q   In paragraph —
6      A   -- case.
7      Q   I'm sorry.
8      A   Mm-hmm.
9      Q   In paragraph 15, you say — you explain why
10 Mr. Than was selected, from your understanding.
11     A   Mm-hmm.
12     Q   And those — you identified five factors,
13 right?
14     A   Mm-hmm.
15     Q   And where do those five factors come from?
16     A   It comes from the requirements of the position
17 as stated in the vacancy announcement, as stated by the
18 job description.
19     Q   All right. And did you — in this particular
20 one, you're talking about these were the factors that
21 were used in the justification for the selection of Mr.
22 Than in particular?

6 (Pages 21 to 24)

Page 21

1   A   Yes.
2       MR. SHEA: I don't think I have much else for
3   you. Would you give me a minute? I want to chat with
4   my client for a moment, and then maybe we can wrap up.
5       (A brief recess was taken.)
6       MR. SHEA: I have nothing further.
7       THE WITNESS: Okay.
8       CROSS EXAMINATION BY COUNSEL FOR THE DEFENDANT
9       BY MS. BORUM:
10  Q   Now your prior testimony that you gave in the
11  administrative hearing, have you ever seen that
12  transcript before?
13  A   No.
14  Q   So you didn't have an opportunity to review
15  it?
16  A   No.
17      MR. SHEA: I'm happy to give you a copy right
18  now. Do you want to look at it? Please do. Forgive
19  me. That's not yours. That's —
20      MS. BORUM: Maybe I can finish my question.
21      MR. SHEA: Oh, I'm sorry. Go ahead.
22      MS. BORUM: Okay.

Page 22

1       BY MS. BORUM:
2   Q   Now let me show you — you were asked by Mr.
3   Shea questions about the cutoff on Vacancy Announcement
4   03-29. And is it true that applications received after
5   the cutoff date can be reviewed at the same time as
6   applications received before the cutoff?
7   A   Yes.
8   Q   And is there any violation of any rule or
9   regulation of the agency to do that?
10  A   No.
11  Q   Or Office of Personnel Management to do that?
12  A   No. As a matter of fact, the Code of Federal
13  Regulations -- let me see. We're talking about
14  agency's merit promotions plan. Tell agencies that
15  they have -- that managers have an obligation to
16  determine which recruitment process or source is the
17  most likely to best meet the agency mission objectives
18  and contribute fresh ideas and new viewpoints and so
19  forth and so on.
20      So, our goal is always to try to provide
21  management with the largest number of candidates
22  available.

Page 23

1   Q   Mr. Shea also asked you about Mr. Nyunt's
2   score being incorrectly noted as an 89 when it was a
3   96, correct?
4   A   Right.
5       MS. BORUM: Let me see. I don't have clean
6   copies. Do you have clean copies of what's been marked
7   in the administrative record? It's Bates stamped 89,
8   90 and 91.
9       MR. SHEA: While they're looking at that, do
10  you have a citation — forgive me. Do you have a
11  citation for what you were referring to?
12      THE WITNESS: It's the Code of Federal
13  Regulations 335.103, and I was citing from 103(c)(4).
14      MR. SHEA: Was it 5 CFR?
15      THE WITNESS: Mm-hmm.
16      MR. SHEA: Thank you.
17      BY MS. BORUM:
18  Q   Okay. On document 89, can you review that
19  document?
20  A   Yes, ma'am.
21      (The witness examined the document.)
22      BY MS. BORUM:

Page 24

1   Q   Do you know what that is?
2   A   It's a certificate of eligibles that issued
3   from my office of citizen candidates referred for the
4   position, the top three candidates.
5   Q   Okay. And does Mr. Nyunt's name appear on
6   that form?
7   A   Yes, it does.
8   Q   And his score on that form is what?
9   A   Eighty-nine.
10  Q   Okay. Let me show you Administrative — it's
11  Bates stamped zero — four zeros and 90.
12  A   Mm-hmm.
13  Q   Do you know what that document is?
14  A   It is the same document with the corrected
15  score.
16  Q   Okay. And next is 91. What is that document?
17  A   It's a referral certificate for the same
18  position for noncitizen candidates.
19  Q   Okay. So is it true that the names on 89 and
20  the names on 91, those are all the referral candidates
21  for the position 03-26?
22  A   Correct.

Page 25

1  Q  Okay. Now who — looking at all those
2  candidates, who had the top three scores in there?
3     (The witness examined the document.)
4     THE WITNESS: On the citizens, the top three
5  scores were all the same candidates that were referred
6  on the — in the document issued the first time and
7  when the document was corrected.
8     BY MS. BORUM:
9  Q  So that would have been?
10 A  Mr. U, Mr. Nyunt and Mr. Myint.
11 Q  And the top three on the noncitizen?
12 A  Mr. Aung, Mr. Tha and Mr. Khin.
13 Q  Now what does the rule of three, how does the
14 rule of three impact these forms?
15 A  Under Delegated Examining Unit
16 procedures -- and let me back up and explain what that
17 is. The DEU is an authority delegated to this agency
18 to act as an agent for the Office of Personnel
19 Management in implementing their regulations, basically
20 to bring candidates from outside the federal government
21 into the federal government, or candidates who are
22 working for the federal government to be considered as

Page 26

1  outside candidates. And so under their rules, you have
2  to select within the top three candidates for it.
3  Q  Now would that be citizens?
4  A  For citizens.
5  Q  Does it apply to noncitizens?
6  A  No, it does not.
7  Q  Okay. So, in looking at these three, these
8  forms, 89 and 91, the top three include who if you look
9  at Form 89?
10 A  89, the top three are U, Mr. Myint and Mr.
11 Nyunt.
12 Q  And that's what Mr. Nyunt's score reflected as
13 what?
14 A  96.
15 Q  On page 89?
16 A  Oh, on 89, I'm sorry, his score is 89.
17 Q  Okay. So -- and on page 90, his score is
18 reflected as 96, right?
19 A  Correct.
20 Q  So would it be the case that whether the score
21 was 89 for Mr. Nyunt or 96 for Mr. Nyunt, he still
22 would have been given an interview?

Page 27

1  A  He was still within the top six candidates if
2  management chose to interview, they could have. He was
3  eligible to be selected either way.
4  Q  Okay.
5  A  Within the citizen candidates.
6  Q  Now, does your agency have auditing procedure
7  which require errors in paperwork to be corrected?
8  A  Yes, under the Delegated Examining rules, we
9  have to audit each file, each case file for the
10 certificate of eligibles that was issued prior to
11 closing it out.
12 Q  Mm-hmm. Okay. So if there were an error,
13 then you would be required to correct it?
14 A  Right.
15 Q  And do you have to give notification to the
16 people impacted by the correction?
17 A  There is two answers to that. It depends on
18 which type of certificate. We do not maintain a list
19 of candidates for the GS-12 level. That's called a
20 special announcement. We'll advertise the job as
21 needed. So, in those cases, we don't provide any
22 notification to the candidates regarding their scores.

Page 28

1  If they call and they ask, then we'll give it to them
2  if they ask. But, no, there's not a notification that
3  goes out.
4     On the standing registers that we have, we
5  collect applications and keep them on file all the time
6  at the lower grades. We issue those candidates what is
7  called a certificate of eligibles, and that
8  certificate -- I mean a notice of rating. And that
9  notice to the applicant will have the score.
10 Q  So this 03-26, that was which one?
11 A  That was the first one outside of the notice
12 of rating requirement.
13 Q  Okay. So you would not have to notice for
14 03-26?
15 A  No.
16 Q  Okay. Now a minute back, I asked you about
17 the fact that Mr. Nyunt's score would not have impacted
18 whether he had been granted an interview for a
19 position, correct?
20 A  Right.
21 Q  Now is it a requirement for all positions that
22 applicants have to be interviewed?

8 (Pages 29 to 32)

Page 29

1   A   No. Under the Delegated Examining Unit
2   procedures, or PM procedures, you can interview any
3   that you choose to interview. It's not a rule of
4   interview one, interview all. On the merit promotion
5   side of the house, which are the agency regulations,
6   there is a rule that if you interview one promotion
7   candidate, then you have to interview all promotion
8   candidates.
9   Q   So for the merit promotion and the DEU,
10  there's no general requirement for interviews, period?
11  A   No. For the DEU, there is. For merit
12  promotions -- for DEU is there is not a requirement to
13  interview.
14  Q   Okay.
15  A   For merit promotion, it is if it would
16  constitute a promotion for that list.
17  Q   So when you say there is, that means if you
18  interview one person, you have to interview all the
19  people?
20  A   Under merit promotion, yes.
21  Q   But if you interview -- decide to interview
22  none, that's permissible as well?

Page 30

1   A   Right. You can make your selection based on
2   the application records.
3   MS. BORUM: Now let me show the vacancy
4   announcement for position 03-29. Have I already given
5   you the vacancy announcement for 03-26?
6   THE WITNESS: No.
7   MS. BORUM: Okay. Maybe we should have those
8   marked.
9           (Murphy Deposition Exhibits 4
10          through 7 were marked for
11          identification.)
12  MS. BORUM: Now the vacancy announcement for
13  03-26, which has been marked Exhibit 7, there's a block
14  there that says Area if Consideration, is there not?
15  MR. SHEA: Can I see the exhibit?
16  MS. BORUM: I have a copy for you.
17  MR. SHEA: Thank you.
18  BY MS. BORUM:
19  Q   Is there a block --
20  A   Right. Yes there is.
21  Q   What does it say after that?
22  A   All Qualified Candidates.

Page 31

1   Q   And what does that mean?
2   A   That means that we're accepting candidates
3   from all sources anywhere, citizens, noncitizens,
4   inside the federal government, outside the federal
5   government.
6   Q   Okay.
7   A   Anyone that qualifies.
8   MS. BORUM: Okay. Now the vacancy
9   announcement for position 03-29, is that marked Exhibit
10  8? Okay.
11          (Murphy Deposition Exhibit 8
12          was marked for
13          identification.)
14  BY MS. BORUM:
15  Q   Is there similar language on that form?
16  A   The same language.
17  Q   And that means all qualified applicants?
18  A   Correct.
19  MS. BORUM: Okay. Could I have this marked,
20  please, as Exhibit 9.
21  //
22  //

Page 32

1           (Murphy Deposition Exhibit 9
2           was marked for
3           identification.)
4   BY MS. BORUM:
5   Q   Okay. I'd like you to review what's been
6   marked as Exhibit 9 there. What is that form?
7   A   That is Certificate of Eligibles.
8   Q   Okay. And does the name Lwin Than appear on
9   there?
10  A   Yes.
11  Q   And there's an "S" next to that, correct?
12  A   Right.
13  Q   And "S" means he was the selectee, doesn't it?
14  A   Yes.
15  Q   Okay. And there's a number to the right of
16  that name, is there not?
17  A   Yes.
18  Q   And what's that number?
19  A   Ninety-nine. To the right, I'm sorry. Social
20  Security number.
21  Q   Okay. Have you had an opportunity to
22  determine whether that is Lwin Than's Social Security

Page 33

1  number?
2    A   It is not.
3    Q   Do you know whose Social Security number that
4  is?
5    A   Mr. Aung, A-u-n-g. The third candidate on the
6  list.
7    Q   Right. Okay. Now I've marked I believe 7 and
8  8. Seven is Vacancy Announcement 26. Eight is Vacancy
9  Announcement 29. Is it proper for a selecting official
10 to draft vacancy announcements for positions?
11   A   Yes.
12   Q   And is it also proper for a service chief to
13 draft vacancy announcements for a position?
14   A   Yes. Basically, and let me back it up. We
15 would draft it for their review. They send us the
16 position description, description of duties, and then
17 we would draft the announcement. But prior to drafting
18 the announcement, we would get with them to identify or
19 help us identify the KSAs that would be used in the
20 vacancy announcement and any desirable factors or any
21 screen-out factors.
22   Q   Is it more normal for a selecting official to

Page 34

1  draft a vacancy announcement as opposed to a service
2  chief to draft a vacancy announcement?
3    A   No. Probably the selecting official, because
4  they know what they're looking for when they're
5  recruiting. So, we generally tend to work with the
6  first line supervisor.
7    Q   Is it an aberration to work with someone else?
8    A   No. I mean, it's within the service.
9  Sometimes the division director will tell us work with
10 this person. they have people that they consider
11 subject matter experts. They could be a service chief
12 in another service. It all depends.
13   Q   Now when you talked about the KSAs, the
14 knowledge, skill and ability.
15   A   Correct.
16   Q   Okay. Is there a standard template that's
17 used for drafting those? Or do they vary from position
18 to position?
19   A   They vary from position to position. I'm not
20 understanding what you mean by is there a template.
21   Q   Well, let me ask you, the KSAs are drafted to
22 what the duties are for the position?

Page 35

1    A   The major duties, the desirable duties for a
2  candidate to bring with them to the job.
3    Q   So they would vary based upon the position
4  that's being advertised?
5    A   Right. Right. It's used to distinguish the
6  highly qualified from the – or to rank candidates, if
7  you will. That's where these scores come from.
8    Q   And the scores you're referring to are the
9  scores –
10   A   On the Certificate of Eligibles.
11   Q   Now Vacancy Announcement 03-29, for what type
12 of position is that advertising?
13   A   International Broadcaster, Burmese language
14 requirement. Grade 12.
15   Q   Okay. And for Exhibit 7, Vacancy Announcement
16 03-26, what position is that advertising for?
17   A   International Radio Broadcaster with a Burmese
18 language requirement.
19   Q   Are you familiar why there would be a
20 distinction and what that distinction is?
21   A   An international broadcaster is generic. The
22 primary with specialization in several different media,

Page 36

1  whereas an international radio broadcaster would tend
2  to be primarily radio broadcasting.
3    Q   Okay.
4    A   So, this one has a single, the primary duties
5  are single media format, while that one would have
6  many.
7    Q   Okay. So it would stand to reason that the
8  knowledge, skills and abilities for 03-26 would be
9  different from the knowledge, skills and abilities –
10       MR. SHEA: Object to the question. Go ahead
11 and answer.
12       THE WITNESS: Yes.
13       BY MS. BORUM:
14   Q   – of 03-29?
15   A   Right.
16   Q   Now a little while ago, we talked about having
17 interviews for a position, and are you aware whether
18 interviews were conducted for 03-26?
19   A   I don't know.
20       MS. BORUM: Give me just a minute. I think
21 I'm finished.
22       BY MS. BORUM:

10 (Pages 37 to 40)

Page 37

1  Q  Now in this case, there is an allegation that
2  agency officials recruited somebody — the actual
3  selectee for the position of 03-29. Is it a violation
4  for recruitment of people to take place?
5  A  No. No. We encourage it. That's why we had
6  the vacancy announcement, take it out, give it to
7  whoever you want to, if you know that there are people,
8  or give it to qualified candidates or people that you
9  think are qualified, and encourage them to apply for
10 the position.
11     We attend many job fairs and recruitment fairs
12 for that purpose when managers are going overseas on
13 site to specifically recruit.
14     MS. BORUM: Okay. If I could just have a --
15     MR. SHEA: Please do.
16     (A brief recess was taken.)
17     MS. BORUM: Okay.
18     BY MS. BORUM:
19  Q  We talked about interviewing for certain
20 positions earlier. Is it part of the agency's business
21 process to provide the interviewers with instructions
22 on how to conduct interviews?

Page 38

1  A  With guidance on interviewing, yes, ma'am.
2  Q  And is that part of your business processes
3  now?
4  A  Yes.
5  Q  Was it part of your businesses processes in
6  2003?
7  A  In reading this, yes. I couldn't remember
8  right now whether it was part of it, but I mentioned it
9  in my previous statement, so.
10 Q  Okay. So you provide guidance?
11 A  Right.
12 Q  Okay. Is it permissible for a selecting
13 official to draft interview questions?
14 A  Yes.
15 Q  And when you looked at that transcript, was
16 there anything in there that was inaccurate that you
17 would like to change?
18 A  No. I was just wondering are there some
19 statements that you can elaborate on and relate them
20 back to testimony today, or not?
21 Q  I'm not understanding.
22 A  Well, it's just something that I said then --

Page 39

1  Q  Is there something you want to clarify?
2  A  No, it's all pretty clear. It's just
3  elaborating on it as it relates to what we've discussed
4  here, but otherwise --
5  Q  Well, is there something in there on a
6  particular page on which you'd like to elaborate?
7  A  Well, when I cited the 5 CFR earlier, and in
8  my statement then on page 23, when I'm asked about
9  making a decision on the area of consideration, and at
10 that point, whenever I was interviewed here, I
11 discussed it was a management call, depending on the
12 applicant, how big of an applicant pool he wanted,
13 how -- whether the position was hard to fill or not, et
14 cetera. But it's more clearly stated in the 5 CFR
15 about -- my statement then was management has a choice
16 of going to many different areas of consideration and
17 locating those skills, and then that's just covered by
18 the CFR as to the federal government promoting that.
19 Q  Was there anything else?
20 A  No.
21    MS. BORUM: I haven't got anything more.
22    FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

Page 40

1     BY MR. SHEA:
2  Q  Just so that it's clear, if I may say, you
3  spent the last 20 minutes or half an hour perusing your
4  transcript of your testimony in December of what year?
5  December of --
6  A  I think it's '04. Wait a minute.
7  Q  It can't be.
8  A  Oh, Thursday, January 26, '06.
9  Q  Okay. So when you said you didn't have any
10 other -- any other changes to it, you were talking
11 about that -- the transcript of your --
12 A  Correct.
13 Q  Okay. I just wanted to make sure that was.
14 And you also adverted to 5 CFR, and that, again, that
15 was the same cite that you referenced to me earlier in
16 your testimony.
17 A  Correct.
18 Q  5 CFR 335.
19 A  Correct.
20 Q  Now, the last thing, just a definitional
21 matter. You know what a crediting plan is?
22 A  Yes.

Page 41

1  Q  What is a crediting plan?
2  A  A crediting plan is used to define the points
3  that will be given to applicants based on how well they
4  meet the KSAs that are shown in the vacancy
5  announcement.
6      In other words, it's used to distinguish and
7  assign the scores.
8  Q  The ranking. It's the instrument that the
9  ranking panels use. Isn't that right?
10  A  Correct.
11      MR. SHEA: I don't think I have anything else.
12  Thank you very much.
13      THE WITNESS: You said you had wanted me to
14  look at another -- somebody else's testimony or
15  something you said?
16
17      (Concluded on following page.)
18
19
20
21
22

Page 42

1      MR. SHEA: No, no. That was a mistake. They
2  gave me the wrong --
3      THE WITNESS: Oh, okay.
4      MR. SHEA: No, I'm not going to do that.
5      MS. BORUM: Again, you want her to read it,
6  right?
7
8      (Whereupon, at 3:10 p.m. the deposition of
9  MYRA LAPRELL MURPHY was concluded.)
10
11          * * * * *
12
13      I have read the foregoing pages which reflect
14  a correct transcript of the answers given by me to the
15  questions therein recorded.
16
17
18      Deponent
19
20      Date
21
22

**A**
aberration 34:7
abilities 36:8,9
ability 34:14
above-entitled 1:16
accepting 31:2
acknowledge 16:6
act 25:18
action 1:6,16 7:3 8:4
actual 37:2
actuality 17:14
addition 10:6
adequately 9:19
administrative 21:11 23:7 24:10
advantage 17:5 17:7
adverted 40:14
advertise 27:20
advertised 8:7 35:4
advertising 17:15 35:12 35:16
afforded 16:15 17:1
age 1:15
agencies 22:14
agency 6:8 10:11,13,15 11:9 12:13 22:9,17 25:17 27:6 29:5 37:2
agency's 22:14 37:20
agent 25:18
ago 5:2,3 36:16
ahead 21:21 36:10
allegation 37:1
America 1:18
Ann 1:16
annotated 15:9
announcement 3:14,15 12:16

12:18 13:2,6,8 14:9 15:14,19 15:21 16:5 17:18 19:17 19:18 20:17 22:3 27:20 30:4,5,12 31:9 33:8,9,17,18 33:20 34:1,2 35:11,15 37:6 41:5
announcements 6:5 17:17 33:10,13
answer 36:11
answers 27:17 42:14
anticipate 15:21
anxious 19:17
appear 24:5 32:8
APPEARAN... 2:1
applicant 28:9 39:12,12
applicants 16:2 18:6 19:21 28:22 31:17 41:3
application 16:8,10,14,16 16:22 17:3 30:2
applications 13:9 16:2,4 17:12,20,22 18:7 19:7,8 22:4,6 28:5
applied 11:18
apply 8:10 26:5 37:9
approval 6:21 6:22
approvals 7:18 7:21
approve 9:4,11
approved 6:11 7:2 10:10,12
April 11:15

area 30:14 39:9
areas 39:16
Army 4:20,21
asked 22:2 23:1 28:16 39:8
assign 41:7
Assistant 2:8,9
attend 37:11
Attorney 2:9
attract 13:15
audit 27:9
auditing 27:6
Aung 25:12 33:5
authority 25:17
availability 8:8
available 16:3 22:22
Avenue 1:18 2:4
aware 5:21 36:17
A-u-n-g 33:5

**B**
B 2:3
back 9:1,9,17 12:14 17:13 25:16 28:16 33:14 38:20
backing 6:3
based 30:1 35:3 41:3
basically 12:16 19:1 25:19 33:14
basis 14:19 16:17,21 17:6
Bates 23:7 24:11
behalf 1:15 2:2 2:6
believe 33:7
best 22:17
better 8:16 9:15
big 39:12
bit 6:4
block 30:13,19
Board 1:8 4:11
BORUM 2:8

21:9,20,22 22:1 23:5,17 23:22 25:8 30:3,7,12,16 30:18 31:8,14 31:19 32:4 36:13,20,22 37:14,17,18 39:21 42:5
brief 21:5 37:16
bring 25:20 35:2
broadcaster 35:13,17,21 36:1
broadcasting 1:8 4:11 10:18 10:20 36:2
building 5:3
Bureau 10:18 10:20
Burmese 13:17 35:13,17
business 37:20 38:2
businesses 38:5

**C**
C 3:1 4:1
call 17:21 18:11 19:4,6,9,13,20 19:20 20:2,2 28:1 39:11
called 4:4 27:19 28:7
candidate 9:14 9:15 29:7 33:5 35:2
candidates 8:8 8:9,10 13:15 18:9 22:21 24:3,4,18,20 25:2,5,20,21 26:1,2 27:1,5 27:19,22 28:6 29:8 30:22 31:2 35:6 37:8
case 8:11 10:7 11:14 12:15

18:7,12,15 19:4,15 20:6 26:20 27:9 37:1
cases 9:13 27:21
certain 37:19
certificate 3:10 3:12,13 11:19 12:6,10 14:16 15:10 18:19 19:19 24:2,17 27:10,18 28:7 28:8 32:7 35:10
cetera 39:14
CFR 23:14 39:7 39:14,18 40:14,18
CHAIRMAN 1:7
change 5:14 6:1 38:17
changes 40:10
chat 21:3
chief 4:16 33:12 34:2,11
choice 39:15
choose 29:3
chose 27:2
circulate 13:21
circumstances 18:12
citation 23:10 23:11
cite 40:15
cited 39:7
citing 23:13
citizen 6:12 8:8 8:8,10 24:3 27:5
citizens 3:10,12 7:18 25:4 26:3 26:4 31:3
Civil 1:6
clarification 9:17
clarify 39:1
clean 23:5,6
clear 9:16 15:8

15:8 39:2 40:2
clearly 9:19
    39:14
client 21:4
closes 19:18,18
closing 27:11
Code 22:12
    23:12
collect 28:5
Columbia 1:1
    1:18
come 13:3 16:4
    20:15 35:7
comes 20:16
coming 16:2,2
commencing
    1:19
common 15:21
Competitive
    3:10,11,13,16
concluded
    41:17 42:9
concrete 14:7
conduct 37:22
conducted
    36:18
Connecticut 2:4
connection 5:5
    11:14
consider 34:10
consideration
    16:15,19 17:2
    30:14 39:9,16
considered
    10:13 18:10
    25:22
constitute 29:16
continuously
    16:1
contribute
    22:18
copies 13:5 23:6
    23:6
copy 13:1,6
    21:17 30:16
correct 12:4,17
    14:18 23:3
    24:22 26:19
    27:13 28:19

31:18 32:11
34:15 40:12
40:17,19
41:10 42:14
corrected 3:12
    24:14 25:7
    27:7
correction 15:9
    27:16
Counsel 2:8 3:4
    3:6,8 4:6 21:8
    39:22
course 5:1
COURT 1:1
covered 39:17
crediting 40:21
    41:1,2
Cropsey 10:22
    11:10
CROSS 21:8
cutoff 15:18,20
    15:20 16:3,9
    17:10,11,11
    17:18,19 18:2
    18:15 19:19
    22:3,5,6
cutoffs 15:15

D

D 4:1
date 16:3 17:13
    22:5 42:20
dated 11:15
December 40:4
    40:5
decide 29:21
decision 39:9
declaration
    11:14,14,17
    14:15 15:2,14
    15:16
Defendant 1:9
    2:6 3:6 21:8
define 41:2
definitional
    40:20
delegated 25:15
    25:17 27:8
    29:1

depend 8:7
dependent
    18:20 19:14
depending
    39:11
depends 8:11
    12:20,21 14:6
    18:11,17 20:2
    27:17 34:12
Deponent 42:18
deposition 1:13
    3:9 5:3,5 30:9
    31:11 32:1
    42:8
deputy 10:17
    11:1,4
description
    20:18 33:16
    33:16
designed 13:13
desirable 33:20
    35:1
determinations
    18:5
determine
    22:16 32:22
determined
    18:4
DEU 25:17 29:9
    29:11,12
different 13:7
    35:22 36:9
    39:16
difficult 15:22
director 4:12,14
    4:19,21 7:17
    10:11,12,15
    10:17,20
    11:12 34:9
discretion 18:21
    19:3
discussed 39:3
    39:11
discussion
    15:13 19:5
distinction
    35:20,20
distinguish 35:5
    41:6

distributed
    12:21
District 1:1,1,17
division 4:16
    34:9
document 7:10
    23:18,19,21
    24:13,14,16
    25:3,6,7
documented
    9:19
doing 18:13
draft 33:10,13
    33:15,17 34:1
    34:2 38:13
drafted 34:21
drafting 33:17
    34:17
dual-hatted
    4:20
duly 4:4
duties 33:16
    34:22 35:1,1
    36:4
D.C 1:11,19 2:4
    14:2

E

E 3:1 4:1,1
earlier 37:20
    39:7 40:15
effort 13:15
Eight 33:8
Eighty-nine
    24:9
either 27:3
elaborate 38:19
    39:6
elaborating
    39:3
eligible 27:3
eligibles 3:10,12
    3:13 11:19
    14:16 18:20
    24:2 27:10
    28:7 32:7
    35:10
else's 41:14
employed 4:10

4:11
en 7:4
encourage 37:5
    37:9
encumbered
    11:10,11
endorse 9:11
entire 6:7
error 27:12
errors 27:7
ESQ 2:3,7,8
establish 16:3
estimate 8:13
et 39:13
EXAMINATI...
    3:2,5,7 4:6
    21:8 39:22
examined 4:5
    23:21 25:3
Examining 3:10
    3:11,13,16
    25:15 27:8
    29:1
exercise 19:2
exhibit 30:13,15
    31:9,11,20
    32:1,6 35:15
Exhibits 3:9
    30:9
exists 13:12
experts 34:11
explain 17:13
    20:9 25:16
explained 19:1

F

fact 9:16 22:12
    28:17
factors 20:12,15
    20:20 33:20
    33:21
fairs 37:11,11
familiar 35:19
February 4:15
federal 22:12
    23:12 25:20
    25:21,22 31:4
    31:4 39:18
feel 18:2

figures 15:10
file 16:2 17:21
    18:8,12 27:9,9
    28:5
files 18:17
fill 12:5,20
    15:22 19:17
    39:13
filled 10:19
filling 6:9
finally 9:10
finish 21:20
finished 6:13
    36:21
first 4:4 16:5,9
    16:11,22
    17:18,19
    18:15 19:19
    25:6 28:11
    34:6
five 20:12,15
following 41:17
follows 4:5
forces 4:19,22
foregoing 42:13
forgive 21:18
    23:10
form 24:6,8
    26:9 31:15
    32:6
format 36:5
forms 25:14
    26:8
forth 22:19
four 24:11
frequency 8:6
Frequently 7:22
fresh 22:18
Friday 1:12
front 13:2
full 4:8
further 3:7 21:6
    39:22

__G__
G 4:1
general 2:8
    29:10
generally 9:14

34:5
generic 35:21
George 11:5
give 7:14,16
    8:13 18:3 21:3
    21:17 27:15
    28:1 36:20
    37:6,8
given 26:22
    30:4 41:3
    42:14
go 13:11 21:21
    36:10
goal 18:8 22:20
goes 28:3
going 17:17
    18:3 37:12
    39:16 42:4
good 6:3 12:14
gotten 18:15
government
    25:20,21,22
    31:4,5 39:18
Governors 1:8
    4:12
Grade 35:14
grades 28:6
granted 28:18
GS-12 27:19
guidance 38:1
    38:10

__H__
half 40:3
happen 10:1
happy 21:17
hard 12:20
    39:13
head 11:7
hearing 21:11
heavy 18:13
held 4:13,14,16
help 8:1 33:19
high 8:20
highest 18:9
highly 8:9 35:6
hiring 6:11
Hmm 8:14
hold 19:10

hour 40:3
house 29:5
Htun 16:9
Hu 2:3

__I__
IBB 11:12
    12:22
IBB/Delegated
    3:10,11,13,16
ideas 22:18
identification
    30:11 31:13
    32:3
identified 6:6
    20:12
identify 33:18
    33:19
impact 25:14
impacted 27:16
    28:17
implementing
    25:19
inaccurate
    11:20 38:16
include 13:13
    26:8
incorrectly 23:2
Independence
    1:18
Indian 14:3
indicated 14:16
individual 8:11
    10:21 18:11
    20:3
infrequent 8:5
Initially 9:6
inside 31:4
instance 14:5
instructions
    37:21
instrument 41:8
international
    10:18,20
    35:13,17,21
    36:1
interview 26:22
    27:2 28:18
    29:2,3,4,4,6,7

29:13,18,18
    29:21,21
    38:13
interviewed
    28:22 39:10
interviewers
    37:21
interviewing
    37:19 38:1
interviews
    29:10 36:17
    36:18 37:22
investigate 15:2
involvement
    12:9
issuance 18:19
issue 28:6
issued 24:2 25:6
    27:10

__J__
January 40:8
job 9:15 20:18
    27:20 35:2
    37:11
John 7:13,14
June 4:17
justification 9:8
    10:5 20:21

__K__
keep 13:1 28:5
KENNETH 1:7
Khin 25:12
know 6:17 8:13
    8:21 13:22
    14:2,2,14
    19:14 24:1,13
    33:3 34:4
    36:19 37:7
    40:21
knowledge
    34:14 36:8,9
Kohler 1:17
Korea 4:20
KSAs 33:19
    34:13,21 41:4
KYAW 1:4

__L__
language 8:2
    13:19 14:3
    31:15,16
    35:13,18
LaPrell 1:14 4:3
    4:9 42:9
large 17:22
largest 22:21
lawful 1:15
let's 12:14,19
    16:6 19:10,22
level 10:10,14
    27:19
line 34:6
list 13:4,10,12
    13:13 27:18
    29:16 33:6
listed 14:17
little 6:4 19:10
    36:16
locating 39:17
long 4:13
longer 13:12
    19:10
look 5:6,8 13:3
    17:12 18:17
    21:18 26:8
    41:14
looked 5:11,19
    15:5 17:21
    38:15
looking 23:9
    25:1 26:7 34:4
lower 28:6
Lwin 16:9 32:8
    32:22

__M__
mailing 13:4,10
    13:12,13
main 11:1
maintain 27:18
maintained
    13:5
major 35:1
making 39:9
management
    18:21 19:2

22:11,21
25:19 27:2
39:11,15
manager 13:6,7
  14:7,7 19:9,16
managers 19:16
  22:15 37:12
March 16:16
  18:15 19:7
MARIAN 2:8
marked 23:6
  30:8,10,13
  31:9,12,19
  32:2,6 33:7
Mary 1:16
matter 22:12
  34:11 40:21
ma'am 23:20
  38:1
mean 10:16
  17:10 18:22
  28:8 31:1 34:8
  34:20
means 17:11,11
  29:17 31:2,17
  32:13
media 35:22
  36:5
meet 22:17 41:4
meeting 5:17
mentioned 38:8
merit 22:14
  29:4,9,11,15
  29:20
military 4:22
minorities
  13:14
minority 13:15
minute 21:3
  28:16 36:20
  40:6
minutes 40:3
mission 22:17
mistake 14:21
  14:22 15:4
  42:1
mistakenly
  14:17
Mm-hmm 9:22

11:16,21
13:18,20
15:17 20:8,11
20:14 23:15
24:12 27:12
moment 21:4
Moore 11:5
Murphy 1:14
  3:9 4:3,9 30:9
  31:11 32:1
  42:9
Myint 25:10
  26:10
Myra 1:14 4:3,9
  42:9

N
N 3:1,1 4:1
name 4:8 24:5
  32:8,16
names 24:19,20
needed 27:21
Nemirow 2:3
new 22:18
newspaper 14:3
Ninety-nine
  32:19
noncitizen 6:11
  8:10 9:5,14
  10:9 24:18
  25:11
noncitizens
  3:13 7:18 9:21
  26:5 31:3
normal 33:22
Notary 1:17
note 11:17 16:7
noted 23:2
notice 28:8,9,11
  28:13
notification
  27:15,22 28:2
number 8:4,9
  15:15 17:22
  18:3,9,20 19:7
  22:21 32:15
  32:18,20 33:1
  33:3
Nyunt 1:4 11:18

11:20 14:17
16:8,13 17:1
25:10 26:11
26:21,21
Nyunt's 23:1
  24:5 26:12
  28:17
N.W 2:4

O
O 3:1 4:1
Object 36:10
objectives 22:17
obligation
  22:15
obviously 13:19
occasions 8:22
  9:3,4
occurred 10:8
office 6:22 7:1,7
  7:8,16 13:2
  22:11 24:3
  25:18
official 12:11
  33:9,22 34:3
  38:13
officials 37:2
Oh 6:14 12:1
  13:12 21:21
  26:16 40:8
  42:3
okay 6:15,20
  7:5,11 12:14
  15:1 16:9,13
  18:5 19:2,22
  21:7,22 23:18
  24:5,10,16,19
  25:1 26:7,17
  27:4,12 28:13
  28:16 29:14
  30:7 31:6,8,10
  31:19 32:5,8
  32:15,21 33:7
  34:16 35:15
  36:3,7 37:14
  37:17 38:10
  38:12 40:9,13
  42:3
open 16:1 19:10

Operations
  4:16
opportunity
  21:14 32:21
opposed 34:1
outreach 13:14
outside 25:20
  26:1 28:11
  31:4
oversaw 6:7
  12:12
overseas 37:12

P
P 4:1
page 3:2 26:15
  26:17 39:6,8
  41:17
pages 42:13
panels 41:9
papers 13:22
  15:5
paperwork 27:7
paragraph
  15:15 16:7,7
  18:18 20:5,9
part 13:14
  37:20 38:2,5,8
particular
  20:19,22 39:6
pass 16:6
PC 2:3
peninsula 4:22
people 13:3,8
  13:16,22 15:7
  27:16 29:19
  34:10 37:4,7,8
period 8:12,15
  16:11 17:1,3,4
  29:10
permissible
  29:22 38:12
person 6:20
  29:18 34:10
personnel 4:12
  4:14,19,21
  22:11 25:18
perusing 40:3
pick 8:15

place 37:4
Plaintiff 1:5,16
  2:2 3:4,8 4:6
  39:22
plan 22:14
  40:21 41:1,2
please 4:8 21:18
  31:20 37:15
PM 29:2
point 5:22 8:16
  14:21 17:20
  17:21 39:10
points 41:2
pool 39:12
position 4:13,14
  4:17 8:7 10:8
  10:10,10,14
  10:17,19 11:2
  11:6,7,9,10
  12:20,21 14:9
  14:10 15:22
  20:16 24:4,18
  24:21 28:19
  30:4 31:9
  33:13,16
  34:17,18,19
  34:19,22 35:3
  35:12,16
  36:17 37:3,10
  39:13
positions 6:10
  13:16 14:11
  17:15 19:17
  28:21 33:10
  37:20
post 12:22
posted 12:19
  14:9
posting 12:16
  14:13
practice 7:16,20
preparation
  12:9
prepare 12:5
prepared 11:13
preparing 15:1
Presently 10:17
pretty 39:2
previous 38:9

primarily 36:2
primary 35:22
  36:4
prior 4:15,18
  5:6,7,8 21:10
  27:10 33:17
priority 16:15
  16:19 17:2
Probably 34:3
procedure 10:3
procedures
  25:16 27:6
  29:2,2
process 7:8
  12:12,15
  22:16 37:21
processes 17:8
  38:2,5
proficient 13:17
program 6:7
promoting
  39:18
promotion 29:4
  29:6,7,9,15,16
  29:20
promotions
  22:14 29:12
proper 12:3
  33:9,12
provide 13:5
  18:9 22:20
  27:21 37:21
  38:10
provision 12:10
Public 1:17
publications
  14:8
pull 18:8
pulled 18:14
purpose 37:12
p.m 1:20 42:8

**Q**
qualified 8:8,9
  18:7 30:22
  31:17 35:6
  37:8,9
qualifies 31:7
quality 18:5

quantify 8:1,4
question 9:20
  12:14 16:20
  21:20 36:10
questions 9:9
  9:18 22:3
  38:13 42:15
quite 15:20

**R**
R 4:1
radio 35:17
  36:1,2
rank 35:6
ranking 15:10
  41:8,9
rating 11:19
  12:2,3 17:20
  28:8,12
read 42:5,13
reading 38:7
really 10:7
reason 9:17
  36:7
recall 5:12,15
  7:15 10:7
received 16:19
  17:13 18:20
  19:8 22:4,6
recess 21:5
  37:16
record 9:14,16
  9:18 15:4,8
  23:7
recorded 42:15
records 30:2
recruit 8:3
  37:13
recruited 37:2
recruiting
  18:13 34:5
recruitment 6:7
  12:12,15
  22:16 37:4,11
refer 7:11 13:5
reference 8:16
referenced
  40:15
referral 19:19

  24:17,20
referred 13:10
  24:3 25:5
referring 23:11
  35:8
reflect 42:13
reflected 26:12
  26:18
refused 9:4,11
  9:11
regarding 27:22
registers 28:4
regulation 22:9
regulations
  22:13 23:13
  25:19 29:5
relate 38:19
related 17:12
relates 39:3
relating 15:15
remember 5:1
  5:16,17,17 6:3
  11:15 38:7
representative
  8:19
require 27:7
required 6:22
  27:13
requirement
  10:8 28:12,21
  29:10,12
  35:14,18
requirements
  20:16
respect 6:9 9:20
  14:11,12
responsibilities
  6:4
review 16:4
  18:3 21:14
  23:18 32:5
  33:15
reviewed 7:3
  18:4 22:5
REYNOLDS
  2:7
right 11:3,3
  13:4 14:4
  16:12 20:13

  20:19 21:17
  23:4 26:18
  27:14 28:20
  30:1,20 32:12
  32:15,19 33:7
  35:5,5 36:15
  38:8,11 41:9
  42:6
route 7:4
rule 22:8 25:13
  25:14 29:3,6
rules 26:1 27:8

**S**
S 3:1 4:1 32:11
  32:13
saying 17:6
  19:12
says 19:6 30:14
science 8:11
score 14:16 23:2
  24:8,15 26:12
  26:16,17,20
  28:9,17
scores 25:2,5
  27:22 35:7,8,9
  41:7
screen-out
  33:21
second 16:11
  17:3 18:19
Security 32:20
  32:22 33:3
see 20:1 22:13
  23:5 30:15
seen 17:18,19
  21:11
select 26:2
selected 20:10
  27:3
selectee 3:17
  32:13 37:3
selecting 12:10
  33:9,22 34:3
  38:12
selection 9:5,12
  9:21 10:9
  20:21 30:1
send 8:22 9:9,17

  13:8 33:15
senior 10:10,13
sentence 18:19
service 7:4
  33:12 34:1,8
  34:11,12
services 8:2
Seth 10:22
  11:10
Seven 33:8
Shea 2:3 4:7
  21:2,6,17,21
  22:3 23:1,9,14
  23:16 30:15
  30:17 36:10
  37:15 40:1
  41:11 42:1,4
show 22:2 24:10
  30:3
showed 11:19
  12:2
showing 3:17
shown 41:4
shows 15:4,10
side 29:5
sign 7:10,14
similar 31:15
single 36:4,5
site 37:13
six 27:1
skill 34:14
skills 36:8,9
  39:17
small 19:7
Social 32:19,22
  33:3
solicit 13:8
somebody 37:2
  41:14
sorry 11:8 12:1
  15:17 20:7
  21:21 26:16
  32:19
source 22:16
sources 31:3
Speak 11:22
special 27:20
specialist 18:1
  18:12 19:5,6

19:15
specialization
　35:22
specialties
　13:19
specifically
　37:13
spent 40:3
staff 17:15
staffer 17:16
staffing 6:5
　19:5,6
stamped 23:7
　24:11
stand 36:7
standard 34:16
standing 28:4
started 4:20
state 4:8 5:14
　14:15
stated 20:17,17
　39:14
statement 14:20
　15:14,20
　16:21 18:18
　38:9 39:8,15
statements
　38:19
STATES 1:1
STEPHEN 2:7
subject 18:21
　34:11
submitted 16:8
　16:10,16 17:2
submitting
　16:14,22
sufficient 18:3
Suite 1:19
supervisor 7:12
　7:13 34:6
supervisors
　9:21
supervisory
　10:9,13
sure 9:15,18
　40:13
sworn 4:5
S.W 1:19

**T**
T 3:1,1
take 18:1,2 37:4
　37:6
taken 1:15 21:5
　37:16
talk 15:7
talked 34:13
　36:16 37:19
talking 11:6
　20:20 22:13
　40:10
tell 9:3,13 22:14
　34:9
template 34:16
　34:20
ten 17:16
tend 34:5 36:1
testified 4:5 5:2
testifying 5:16
　5:18 19:12
testimony 5:6,7
　5:9,13,15
　21:10 38:20
　40:4,16 41:14
Tha 25:12
Thank 12:2
　23:16 30:17
　41:12
Than's 32:22
thing 19:1
　40:20
things 6:18
think 21:2
　36:20 37:9
　40:6 41:11
thinking 6:17
third 17:4 33:5
three 18:6 19:21
　24:4 25:2,4,11
　25:13,14 26:2
　26:7,8,10
Thursday 40:8
time 5:1,3,11
　6:8 7:13 8:12
　8:15 10:19
　11:13 12:8
　13:13 16:5
　17:17 19:15

22:5 25:6 28:5
TIMOTHY 2:3
today 19:19
　38:20
TOMLINSON
　1:7
top 24:4 25:2,4
　25:11 26:2,8
　26:10 27:1
transcript 5:8
　5:19 21:12
　38:15 40:4,11
　42:14
true 22:4 24:19
try 22:20
two 6:10 13:16
　14:11 18:6
　19:21 27:17
twofold 10:11
two-week 16:11
　17:1,3,4
type 27:18
　35:11

**U**
U 25:10 26:10
understanding
　15:18 16:20
　20:10 34:20
　38:21
Unit 3:10,11,13
　3:16 25:15
　29:1
UNITED 1:1
use 41:9
usually 8:6
U.S 2:9 4:19

**V**
v 1:6
vacancies 11:18
vacancy 3:14,15
　6:5 12:16,18
　13:6 15:14,19
　15:21 17:16
　20:17 22:3
　30:3,5,12 31:8
　33:8,8,10,13
　33:20 34:1,2

35:11,15 37:6
　41:4
vacant 11:2
varies 14:9
vary 34:17,19
　35:3
viewpoints
　22:18
violation 22:8
　37:3
virtue 16:14,22
VOA 11:7 13:1
Voice 1:18

**W**
wait 19:8,22
　40:6
want 5:14,14,22
　6:1 8:4 14:8
　19:8,19 21:3
　21:18 37:7
　39:1 42:5
wanted 14:21
　39:12 40:13
　41:13
Washington
　1:11,19 2:4
　14:2
wasn't 7:20
way 27:3
ways 13:7
website 12:19
　12:22,22 13:1
　14:13
websites 14:8
Welch 7:13,14
went 7:8 15:3
we'll 14:7 16:1
　19:21 27:20
　28:1
we're 22:13
　31:2
we've 8:2 19:21
　39:3
witness 1:15 4:4
　21:7 23:12,15
　23:21 25:3,4
　30:6 36:12
　41:13 42:3

women 13:14
wondering
　38:18
words 6:21 41:6
work 34:5,7,9
working 19:15
　25:22
workload 18:14
wrap 21:4
wrong 42:2

**X**
x 1:3,10

**Y**
Y 1:7
yeah 6:14,16
year 8:13 40:4

**Z**
ZAW 1:4
zero 24:11
zeros 24:11

**0**
03 4:17
03-26 3:14 6:6
　11:18 24:21
　28:10,14 30:5
　30:13 35:16
　36:8,18
03-29 3:15 6:6
　15:15 22:4
　30:4 31:9
　35:11 36:14
　37:3
04 40:6
06 40:8
06-1152(JOB)
　1:7

**1**
1:45 1:20
10 8:17,18 16:7
103(c)(4) 23:13
1050 2:4
11 1:12 16:7
12 18:18 35:14
15 20:9
19th 11:15

### 2
**20** 18:6 40:3
**2003** 10:7,22
    12:8 38:6
**20036** 2:4
**2005** 8:19
**2006** 8:17
**2007** 1:12 4:15
    11:15
**202** 2:5
**20237** 1:19
**21** 3:6
**23** 39:8
**26** 33:8 40:8
**27** 19:7
**27th** 18:15
**29** 33:9

### 3
**3rd** 4:17
**3:10** 42:8
**30** 3:10,11,13,14
**31** 3:15 16:16
**32** 3:16
**330** 1:18
**335** 40:18
**335.103** 23:13
**39** 3:8

### 4
**4** 3:4,10 30:9
**40** 8:2
**4447** 1:19

### 5
**5** 3:11 23:14
    39:7,14 40:14
    40:18
**5th** 4:15

### 6
**6** 3:13

### 7
**7** 3:14 8:17,18
    30:10,13 33:7
    35:15

### 8
**8** 3:15 31:10,11
    33:8
**8th** 4:20,21
**835-0300** 2:5
**89** 12:2 14:17
    23:2,7,18
    24:19 26:8,9
    26:10,15,16
    26:16,21

### 9
**9** 3:16 15:15
    31:20 32:1,6
**90** 23:8 24:11
    26:17
**91** 23:8 24:16
    24:20 26:8
**96** 12:3 14:17
    23:3 26:14,18
    26:21