# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

# Exhibit 2

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
                              :
KYAW ZAW NYUNT,               :
                              :
         Plaintiff,           :
                              :
    v.                        : Civil Action No.
                              : 06-1152
KENNETH Y. TOMLINSON,         :
                              :
         Defendant.           :
                              :
- - - - - - - - - - - - - - - x

Washington, D.C.

Friday, May 11, 2007

Deposition of     JERRI LYNN FITZPATRICK
a witness of lawful age, taken on behalf of the
Defendant in the above-entitled action, before Mary
Ann Kohler, Notary Public in and for the District of
Columbia, at Voice of America, 330 Independence
Avenue, Southwest, Suite 4447, commencing at 12:45
p.m.

Page 2

APPEARANCES:
  On Behalf of the Plaintiff:
    TIMOTHY B. SHEA, ESQ.
    Nemirow, Hu & Shea
    1629 K Street N.W., Suite 500
    Washington, D.C. 20036

  On Behalf of the Defendant:

    STEPHEN A. REYNOLDS, ESQ.
    Broadcasting Board of Governors
    U.S. International Broadcasting
    Office of the General Counsel
    330 Independence Avenue, S.W., Suite 3349
    Washington, D.C. 20237

    MARIAN BORUM, ESQ.
    Assistant U.S. Attorney, Civil Division
    555 Fourth Street, N.W.
    Washington, D.C. 20530

  Also Present:

    KYAW ZAW NYUNT, Plaintiff

Page 3

CONTENTS

EXAMINATION BY:                        PAGE

Counsel for Plaintiff                   4


Counsel for Defendant                  30

Page 4

1                PROCEEDINGS
2        THE REPORTER: Ms. Fitzpatrick, could you
3   please raise your right hand?
4   Whereupon,
5            JERRI LYNN FITZPATRICK
6   was called as a witness and, having been first duly
7   sworn, was examined and testified as follows:
8        THE REPORTER: Thank you.
9                EXAMINATION
10      BY MR. SHEA:
11   Q   Would you please state your name?
12   A   Jerri Lynn Fitzpatrick.
13   Q   And where are you employed?
14   A   Export-Import Bank of the United States.
15   Q   You remember, of course, that you and I
16  spoke on Thursday, December 22, 2005 at a deposition
17  in this building sometime ago. And at that time you
18  were at Ex-Im Bank as well, correct? You had already
19  left your position here?
20   A   Yes.
21   Q   You were the staffing specialist that
22  staffed vacancy announcements numbers 03-26 and 03-

2 (Pages 5 to 8)

Page 5

1  29, right?
2  A  Yes.
3  Q  I'd like to give you a copy of your
4  transcript. When was the last time you may have
5  looked at your transcript of your earlier testimony?
6  A  I looked at it today.
7  Q  Good for you.
8  A  And Wednesday.
9  Q  Is there anything in that, and I'll be
10 happy to give you a copy if you like, is there
11 anything in that, in your testimony that you'd like
12 to change?
13 A  No, not that I'm aware of, no.
14 Q  Do you want to inspect the transcript? I
15 have it here. I'm not trying to make you do that,
16 but you had it already.
17 A  Okay.
18 Q  Okay. So you've looked at your transcript
19 from December 22, 2005 and there's nothing in there
20 that you want to change?
21 A  I may want to clarify things if you have
22 questions.

Page 6

1  Q  Well, first of all there are no -- are
2  there any questions in there the answers to which you
3  think were inaccurate?
4  A  I wouldn't say inaccurate, no.
5  Q  Have you discussed your testimony with
6  anybody?
7  A  Just the counsel.
8  Q  Anybody else?
9  A  No.
10 Q  Have you looked at any documents in
11 connection with that, in your preparation for this
12 since then?
13 A  Yes.
14 Q  And those were documents relating to the
15 filling of those two vacancy announcements?
16 A  Yes.
17 Q  Good. Do you recall in the second vacancy
18 announcement the person that was selected was a non-
19 citizen?
20 A  Do I recall that? I would need to see it.
21 I can look at it.
22 Q  What would you need to see?

Page 7

1  A  I mean if you're saying they were a non-
2  citizen then yes.
3     MS. BORUM: The question was do you recall
4  it.
5     THE WITNESS: No.
6     MR. SHEA: Let me hand you a paper and ask
7  you. I assumed you would recall, but I -- see if you
8  can identify that first.
9     Forgive me. I should pass that to counsel.
10    (The witness and counsel reviewed the
11 document.)
12    BY MR. SHEA:
13 Q  For now let's just ask about it and then
14 maybe I'll mark it. Do you recall that?
15 A  No.
16 Q  First of all, what's the date of that
17 document?
18 A  There is no date on this.
19 Q  -- back from you for a second. I thought
20 it was dated May 2nd.
21    Do you recognize Mr. -- do you know who
22 Mr. Htay was?

Page 8

1  A  Chief Burmese Service.
2  Q  He was the selecting official on the
3  positions, right?
4  A  Yes.
5  Q  That document suggests that he was
6  requesting authority to fill one position?
7  A  Let me just read it real quick.
8  Q  Yes, please do. Go ahead.
9     (The witness reviewed the document.)
10    BY MR. SHEA:
11 Q  Now, that's just -- he's asking for
12 permission to fill one position.
13 A  Yes.
14 Q  Of course, two positions were advertised in
15 the same month, right?
16 A  Yes.
17 Q  Do you know how it went from one position
18 to two?
19 A  No.
20 Q  What is your understanding of the process
21 by which selecting official checks references? Is
22 that called suitability?

Page 9

1   A   No, suitability is when they've made a
2   selection. Reference checks is -- they're done
3   before.
4   Q   And how is that done?
5   A   After a manager conducts an interview and
6   they make a suggestion then they do interviews and
7   provide reference checks.
8   Q   So you didn't -- that is, the staffing
9   specialist -- and of course, we're describing your
10  standard practice when you were a staffing specialist
11  here at BBG.
12  A   Yes.
13  Q   The staffing specialist did not routinely
14  make those checks. The selecting official would do
15  that?
16  A   Yes.
17  Q   And what would the -- what would your
18  advice or instruction to the selecting official be?
19  A   In reference to?
20  Q   How to check references and then I'll ask
21  you about suitability in a minute, but first of all
22  reference checks.

Page 10

1   A   Provide three reference checks. Usually
2   the applicant will put references on their resume.
3   If not, the manager then can ask them for them and
4   then they would conduct the reference checks to
5   verify information that's on the resume or
6   information from their interview.
7   Q   And that's done before a selection is made?
8   A   No, the selection is made and then after
9   the selection is made the reference checks are done.
10  Q   Is that activity a reference check
11  documented --
12  A   Not by the staff in question.
13  Q   Is it documented by the selecting official?
14  A   Probably -- yes, by selecting official.
15  Q   Help me again. Is that the same as the
16  suitability determination or is that a different one?
17  A   That's different. Suitability is -- want
18  me to explain?
19  Q   Yes, if you would.
20  A   Suitability is conducted after a candidate
21  has accepted the position and we have an offer date.
22  Then suitability is done, and that's when you go

Page 11

1   through the person's entire work background, where
2   they lived, jobs that they have held, so it's an
3   extensive process that security gets involved in as
4   well.
5   Q   And what would that -- describe what that
6   typically would involve?
7   A   The applicant filling out a form which is
8   called an 86, and it lists -- I think it goes back
9   seven years, so you have to put where you lived the
10  last seven years, where you've worked, if you've been
11  overseas, relatives' names and addresses. I believe
12  that's it.
13  Q   Would the staffing specialist be in contact
14  with the candidate to help them do that? You'd
15  supply it to them?
16  A   We would supply the form and then they
17  would complete the form and send it back in.
18  Q   And then you would -- would you deal with
19  them yourselves or would you pass them on to
20  somebody? I mean would the staffing specialists deal
21  with them directly or would they pass them on --
22  A   With the security forms?

Page 12

1   Q   With this form 86?
2   A   Yes, we provide that to the candidate.
3   Then the candidate completes the forms and then they
4   send it back to the staffing specialist.
5   Q   What does the staffing specialist do?
6   A   Then we review it to make sure that they
7   have filled out each block, put the pertinent
8   information and then we send it over to the office of
9   security.
10  Q   And does it have educational information in
11  it, for instance?
12  A   Yes.
13  Q   Now, would you keep a copy of the form 86
14  in your staffing file?
15  A   No.
16  Q   Do you know what the Office of Security
17  does with the form 86?
18  A   No.
19  Q   Is it different for people who live within
20  the United States or outside the United States?
21  A   The form 86?
22  Q   Right.

4 (Pages 13 to 16)

Page 13

1  A  No.
2  Q  Is the review different?
3  A  I don't know how the Office of Security,
4  their procedure, but for us we're just looking to
5  make sure that the dates are consistent in
6  chronological order and that's it.
7  Q  Okay. Do you have any understanding about
8  the need for a justification for hiring of non-
9  citizen over a citizen?
10 A  Yes.
11 Q  What's your understanding?
12 A  That if you make a selection of a non-
13 citizen then the manager needs to prepare a
14 justification detailing why the non-citizen's
15 experience, education, background is more suited or
16 best suited for the position.
17 Q  And do you help the manager -- does the
18 staffing specialist help a manager prepare such a
19 document?
20 A  No.
21 Q  Who reviews -- does anybody give them any
22 guidance, selecting official?

Page 14

1  A  We tell them that they have to prepare
2  justification. We might give a sample of someone
3  who's done one in the past.
4  Q  have you discussed your testimony in the
5  case with anybody from the Office of Personnel?
6  A  No.
7  Q  Do you know what the rule of three is?
8  A  Yes.
9  Q  What is that?
10 A  The top three candidates are referred on
11 the certificate.
12 Q  Now, let's say a certificate is referred
13 for selecting official. Can the selecting official
14 not make a selection from that certificate?
15 A  Yes.
16 Q  Then what happens?
17 A  Nothing.
18 Q  Okay. Can the selecting official say, "I
19 want the top ten people"?
20 A  No, not on a DEU cert.
21 Q  Explain what the difference is.
22 A  With a DEU cert you're going to only have

Page 15

1  three names, the top three candidates. In some
2  instances they may put an additional two names or one
3  name just in case one of the candidates declines for
4  any particular reason. So there wouldn't be a case
5  unless there was more than one position that you
6  would have more than three names on it.
7  Q  So if there was a certificate given to a
8  selecting official, the selecting official says, for
9  whatever reason, I'm not going to make a selection
10 from that, then what would normally -- what would
11 happen to the vacancy announcement? It's not filled?
12 A  Right, it wouldn't be filled.
13 Q  And then what, you'd either not fill the
14 position or re-advertise it or do something else?
15 A  Management would make that decision, what
16 they wanted to do.
17 Q  Can they ask for another certificate?
18 A  No.
19 Q  How can you tell the difference between a
20 DEU certificate and a non-DEU certificate?
21 A  It will say it at the top, a delegated
22 examining unit, and the other one would say merit

Page 16

1  promotion.
2  Q  Remind me what the difference between those
3  two -- I think I know what you -- remind me, if you
4  would, what the difference between those two is.
5  A  The DEU cert is primarily for outside
6  candidates, outside the federal government, and
7  that's their way of being put on a certificate.
8     A merit promotion certificate are primarily
9  people who are currently in the federal sector.
10 Q  Okay. So on a particular vacancy you might
11 have applicants from inside and outside the agency.
12 Does that mean there would be one certificate for
13 inside applicants, another certificate for outside
14 applicants?
15 A  It depends. You could have internal
16 candidates on an outside certificate also as well, or
17 they could also be on a merit promotion certificate.
18 Q  Let me give you -- this is a document I
19 believe from this -- well, let me ask you what this
20 is and first of all show it to counsel.
21    (The witness and counsel reviewed the
22 document.)

Page 17

1  BY MR. SHEA:
2  Q   First of all, do you recognize that
3  document?
4  A   Yes.
5  Q   What is it?
6  A   A merit promotions certificate.
7  Q   And what date does it bear?
8  A   May 1, 2003.
9  Q   And was a selection made from that
10 certificate?
11 A   No.
12 Q   And do you remember why not?
13 A   No.
14 Q   And there is an endorsement at the bottom.
15 Do you know what I'm talking about, a handwritten
16 endorsement?
17 A   Yes.
18 Q   What does that mean?
19 A   A selection was made from a DEU
20 certificate.
21 Q   So what does that mean?
22 A   It was made from an outside certificate.

Page 18

1  Q   It was made from an outside certificate,
2  meaning a certificate from somebody outside the -- a
3  outside candidate, you mean?
4  A   Just from an outside -- it could have been
5  an internal candidate but just the mechanism is a
6  DEU, which is delegated examining unit, which refers
7  to, in some cases, outside. You're not internally
8  into the government possibly.
9  Q   I'm sorry. I heard everything you said,
10 but I don't understand that.
11 A   Okay. An applicant, if you are a career in
12 the federal government, you can apply under a
13 delegated examining unit and you can also apply under
14 a merit promotion. So you could submit two
15 applications and go be considered under both venues.
16 So you could possibly have an internal candidate or
17 a DEU certificate which you are referencing as
18 outside, and then you could have that same person be
19 on a merit promotion certificate, which would be an
20 internal, people in the federal government, not just
21 particular to the agency but in the federal
22 government.

Page 19

1  Q   Oh, I see. So what does -- if I can then
2  cast your attention back, what would you infer from
3  that -- what kind of a candidate was -- what would
4  that tell you about the candidate, the notion that it
5  was made from a -- the selection was made from a DEU?
6  A   It would just tell me that they were
7  selected off a of a delegated examining cert, but I
8  wouldn't know, unless I knew the name and that I
9  wouldn't know if the person was internal, worked
10 already here, or were they an outside candidate.
11 Q   Under what circumstances would an internal
12 candidate show up on an external -- on a merit
13 promotions certificate? Are there any circumstances
14 in which they'd show up on a merit promotions
15 certificate but not on a DEU?
16 A   An internal candidate?
17 Q   Right.
18 A   If they submit only one application then
19 they would show up on an internal certificate. If
20 they submitted two applications then it's possible
21 that they could show up on both.
22 Q   Are there any circumstances in which they

Page 20

1  would show up on one but not the other?
2  A   Yes.
3  Q   What would those be?
4  A   If they submitted one application.
5  Q   Okay. Let me ask it this way. Let's say
6  they submitted two applications. Are there any
7  circumstances in which they would show up on only one
8  of the certificates?
9  A   If they weren't rated high enough to go on
10 the delegated examining unit cert then they wouldn't
11 appear on that one.
12 Q   That would be because there were a bunch of
13 outside applicants who might have crowded them out
14 of -- by reason of the rule of three?
15 A   I wouldn't say outside applicants. I would
16 just say applicants. And they would have been rated
17 and ranked, and if they didn't score high enough,
18 then it's possible they wouldn't be on the delegated
19 examining cert.
20 Q   Okay. Well, do you remember the name of
21 the fellow who was selected for the first -- was the
22 fellow for the first vacancy -- 2000?

6 (Pages 21 to 24)

Page 21

1   A   No.
2   Q   It was 03-26.
3   A   No.
4   Q   If I were to suggest to you that it was
5   someone named Nyunt would that help?
6   A   Yes.
7   Q   Now, Nyunt does not seem to be on that
8   certificate.
9   A   On this one.
10  Q   Not on the one you have in front of you,
11  correct. He's not, right?
12  A   No.
13  Q   And what would that tell you if anything
14  about his application or status?
15  A   It wouldn't tell me anything. I don't --
16  Q   Well, if I were to give you the ratings
17  sheet for that will that help you?
18  A   Can you --
19  Q   There's something I'm misunderstanding here
20  and it may be very simply or basic and so I'm not --
21  let me hand you what I believe to be the rating sheet
22  for that. And I have to tell you I didn't bring

Page 22

1   extra copies of these, so I thought the answer to
2   this would be very simple. I'll hand this to counsel
3   and then ask you some questions.
4   A   Okay.
5   Q   Do you recognize that?
6   A   Yes.
7   Q   Can you tell me what it is?
8   A   It's the tabulation rating sheet.
9   Q   And incidentally it bears a page number
10  that's sort of printed at the bottom. If you turn to
11  the right and see, what's that?
12  A   000093.
13  Q   Yes, thank you. Now, does that give you
14  any more information about Mr. Nyunt's application or
15  status?
16  A   That he was rated and ranked.
17  Q   Under a DEU?
18  A   Yes.
19  Q   That certificate that you have in front of
20  you again is a what kind of certificate?
21  A   Merit promotions.
22  Q   Okay. So what would that tell you about

Page 23

1   him? He shouldn't be on a DEU certificate, is that
2   right?
3   A   If he's an outside candidate it's a
4   possibility that he could have been on a DEU
5   certificate if he submitted two applications.
6   Q   All right. Well, then let me give you the
7   last of this, and I think that this will -- ask about
8   this paper and move on. I'm going to ask if you
9   recognize that.
10  A   Yes.
11  Q   What is that paper?
12  A   This is a DEU certificate.
13  Q   Okay. And is that the one that Mr. Nyunt
14  was selected on?
15  A   Yes.
16  Q   What page numbers does that refer to on the
17  bottom?
18  A   IT's 000089.
19  Q   So this is what kind of a certificate?
20  A   That's a DEU, delegated examining
21  certificate.
22  Q   And the first one I handed you was what

Page 24

1   kind of a certificate?
2   A   A merit promotions certificate.
3   Q   So the DEU certificate is -- why wouldn't
4   he be on the merit promotions certificate as well?
5   A   Because of how he applied.
6   Q   Okay. When you did your work as a staffing
7   specialist were you the individual who was primarily
8   responsible for handling those files?
9   A   Yes.
10  Q   Did anybody else work on these two
11  particular vacancies which -- any other staffing
12  specialist?
13  A   No.
14  Q   Did any of your supervisors work on these
15  particular files that you know of?
16  A   No.
17  Q   And did you ever work in the -- do you know
18  who Ms. Murphy is?
19  A   Yes.
20  Q   Was she in the office at the time?
21  A   Yes.
22  Q   Was she your supervisor?

Page 25

1  A  Yes.
2  Q  What involvement did she have in these
3  particular vacancies?
4  A  With the routine, nothing.
5  Q  Okay. You said that you looked at some
6  papers relating to this. Is there any specific
7  involvement that she had that you recall?
8  A  Not that I recall.
9  Q  Do you recall this is a fairly routine --
10 these two vacancies as fairly routine?
11 A  Yes.
12 Q  And a name that's referred in some of these
13 things is someone named Cassandra Hall. Who is
14 Cassandra Hall?
15 A  I don't know her title, but she worked in a
16 delegated examining room.
17 Q  She's a staffing specialist as well?
18 A  Yes.
19 Q  Does she still work there as far as you
20 know?
21 A  Yes.
22 Q  Are you aware that there came a time it was

Page 26

1  apparent that there was some differences in the
2  rating assigned by the ranking panel, that the number
3  rating assigned by the ranking panel to Mr. Nyunt,
4  vacancy announcement 03-26?
5  A  Yes.
6  Q  What is your understanding of that?
7  A  That it was a tabulation error.
8  Q  Oh really? Whose -- where was the
9  tabulation error?
10 A  When you say 'where,' what does --
11 Q  Who made the tabulation error?
12 A  I would say Cassandra.
13 Q  And where was that -- where did the error
14 appear that you recall?
15 A  Where did it appear?
16 Q  Right. Well, let me give you back one of
17 the documents we were just looking at. This is the
18 one that was marked 0093. That's a ranking, right?
19 A  A tabulation.
20 Q  A tabulation.
21 A  Right, mm-hmm.
22 Q  And what ranking is assigned to Mr. Nyunt?

Page 27

1  A  Ninety-six.
2  Q  Is that the right number or the wrong
3  number?
4  A  Oh, I don't know.
5  Q  That was the tabulation though. Isn't that
6  the ranking tabulation?
7  A  Yes.
8  Q  And that was what she did.
9  A  Yes.
10 Q  And what other recollection do you have?
11 Do you know what number was put on the certificate?
12 A  No.
13 Q  Do you know who prepared the certificate?
14 A  She would have prepared it, I think.
15 Q  You didn't prepare it?
16 A  No.
17 Q  Who conveyed the certificate to the
18 selecting official, if you know?
19 A  Who gave it to? I would have given it to
20 the selecting official.
21 Q  Do you have any recollection of amending
22 the vacancy announcement to correct the ranking

Page 28

1  figure?
2  A  Yes.
3  Q  And what is your recollection of that?
4  A  That it was corrected, it was amended. It
5  was brought to our attention that the numbers weren't
6  correct, so amended them.
7  Q  When you say 'we' amended them, who amended
8  them?
9  A  Well, she amended the certificate.
10 Q  And I'm going to give you this also, the
11 same paper we looked at. Is that the amendment, the
12 handwritten note on the right margin of the
13 amendment?
14 A  I believe it would say amendment and this
15 one doesn't say that, so I believe there's one that
16 says amended.
17 Q  Is that the amendment?
18 A  Yes.
19 Q  And that's on page number what, 90?
20 A  Yes.
21 Q  Who prepared that?
22 A  Cassandra.

8 (Pages 29 to 31)

Page 29

1  Q  First of all, what was the purpose of that
2  paper?
3  A  This one? The amendment?
4  Q  The amendment.
5  A  To show that his score was incorrect.
6  Q  When was that prepared?
7  A  It says 10/10/03.
8  Q  That was after the selections had been
9  made, I take it. Wasn't it?
10 A  I don't remember when the selections were
11 made. All right, 6/16/06, so yes.
12 Q  And what was the purpose of the amendment
13 after the selections were made?
14 A  To correct the file.
15 Q  Any other purpose?
16 A  No.
17    MR. SHEA: I don't think I have anything
18 else. I may step outside a moment to chat with
19 Mr. Nyunt. Maybe we'll go off the record for a
20 second.
21    (A brief recess was taken.)
22    MR. SHEA: I don't think I have anything

Page 30

1  further for this witness.
2           EXAMINATION
3  BY MS. BORUM:
4  Q  Okay. Let me just follow up. Mr. Shea
5  asked you in your testimony if there were anything
6  that was inaccurate or you wanted to clarify about
7  the administrative hearing transcript. You indicated
8  there was something you wanted to clarify?
9  A  Yes.
10 Q  What was that?
11 A  The cutoff date, when we established the
12 vacancy announcement and how the applications are
13 then forwarded to the manager.
14 Q  And what do you want to clarify about that?
15 A  Just that when we get a group of
16 applications in, if they aren't substantial enough we
17 may hold off on sending them forward so that we can
18 get enough to send all of them forward at one time.
19 So we can let the managers look at them, and if they
20 say okay, we can keep recruiting, then we'll keep
21 sending them applications as they come in.
22 Q  Okay. Is there anything else you want to

Page 31

1  say?
2  A  No, I don't think so.
3     MS. BORUM: Okay.
4     MR. SHEA: I think we're done.
5     THE WITNESS: Thank you.
6     (Whereupon, at 1:29 p.m., the deposition of
7  JERRI LYNN FITZPATRICK was concluded.)
8           * * * * *
9     I have read the foregoing pages, which are
10 a correct transcript of the answers given by me to
11 the questions therein recorded.
12    Deponent_____
13    Date_____

**A**
above-entitled 1:18
abut 23:7
accepted 10:21
action 1:6,18
activity 10:10
additional 15:2
addresses 11:11
administrative 30:7
advertised 8:14
advice 9:18
age 1:17
agency 16:11 18:21
ago 4:17
ahead 8:8
amended 28:4,6 28:7,7,9,16
amending 27:21
amendment 28:11,13,14 28:17 29:3,4 29:12
America 1:20
Ann 1:19
announcement 6:18 15:11 26:4 27:22 30:12
announcements 4:22 6:15
answer 22:1
answers 6:2 31:10
anybody 6:6,8 13:21 14:5 24:10
apparent 26:1
appear 20:11 26:14,15
APPEARAN... 2:1
applicant 10:2 11:7 18:11
applicants 16:11,13,14 20:13,15,16
application 19:18 20:4 21:14 22:14
applications 18:15 19:20 20:6 23:5 30:12,16,21
applied 24:5
apply 18:12,13
asked 30:5
asking 8:11
assigned 26:2,3 26:22
Assistant 2:16
assumed 7:7
attention 19:2 28:5
Attorney 2:16
authority 8:6
Avenue 1:21 2:12
aware 5:13 25:22

**B**
B 2:3
back 7:19 11:8 11:17 12:4 19:2 26:16
background 11:1 13:15
Bank 4:14,18
basic 21:20
BBG 9:11
bear 17:7
bears 22:9
behalf 1:17 2:2 2:6
believe 11:11 16:19 21:21 28:14,15
best 13:16
block 12:7
Board 2:9
BORUM 2:15 7:3 30:3 31:3
bottom 17:14 22:10 23:17
brief 29:21
bring 21:22
Broadcasting 2:9,10
brought 28:5
building 4:17
bunch 20:12
Burmese 8:1

**C**
C 3:10 4:1
called 4:6 8:22 11:8
candidate 10:20 11:14 12:2,3 18:3,5,16 19:3 19:4,10,12,16 23:3
candidates 14:10 15:1,3 16:6,16
career 18:11
case 14:5 15:3,4
cases 18:7
Cassandra 25:13,14 26:12 28:22
cast 19:2
cert 14:20,22 16:5 19:7 20:10,19
certificate 14:11,12,14 15:7,17,20,20 16:7,8,12,13 16:16,17 17:6 17:10,20,22 18:1,2,17,19 19:13,15,19 21:8 22:19,20 23:1,5,12,19 23:21 24:1,2,3 24:4 27:11,13 27:17 28:9
certificates 20:8
change 5:12,20
chat 29:18
check 9:20 10:10
checks 8:21 9:2

9:7,14,22 10:1 10:4,9
Chief 8:1
chronological 13:6
circumstances 19:11,13,22 20:7
citizen 6:19 7:2 13:9,9,13
Civil 1:6 2:16
clarify 5:21 30:6,8,14
Columbia 1:1 1:20
come 30:21
commencing 1:21
complete 11:17
completes 12:3
concluded 31:7
conduct 10:4
conducted 10:20
conducts 9:5
connection 6:11
considered 18:15
consistent 13:5
contact 11:13
conveyed 27:17
copies 22:1
copy 5:3,10 12:13
correct 4:18 21:11 27:22 28:6 29:14 31:10
corrected 28:4
counsel 2:11 3:14,16 6:7 7:9,10 16:20 16:21 22:2
course 4:15 8:14 9:9
COURT 1:1
crowded 20:13
currently 16:9
cutoff 30:11

**D**
D 4:1
date 7:16,18 10:21 17:7 30:11 31:13
dated 7:20
dates 13:5
deal 11:18,20
December 4:16 5:19
decision 15:15
declines 15:3
Defendant 1:8 1:18 2:6 3:16
delegated 15:21 18:6,13 19:7 20:10,18 23:20 25:16
depends 16:15
Deponent 31:12
deposition 1:15 4:16 31:6
describe 11:5
describing 9:9
detailing 13:14
determination 10:16
DEU 14:20,22 15:20 16:5 17:19 18:6,17 19:5,15 22:17 23:1,4,12,20 24:3
difference 14:21 15:19 16:2,4
differences 26:1
different 10:16 10:17 12:19 13:2
directly 11:21
discussed 6:5 14:4
District 1:1,1,19
Division 2:16
document 7:11 7:17 8:5,9 13:19 16:18 16:22 17:3

documented 10:11,13
documents 6:10 6:14 26:17
duly 4:6
D.C 1:10 2:4,13 2:18

**E**
E 3:10 4:1,1
earlier 5:5
education 13:15
educational 12:10
either 15:13
employed 4:13
endorsement 17:14,16
entire 11:1
error 26:7,9,11 26:13
ESQ 2:3,8,15
established 30:11
EXAMINATI... 3:12 4:9 30:2
examined 4:7
examining 15:22 18:6,13 19:7 20:10,19 23:20 25:16
experience 13:15
explain 10:18 14:21
Export-Import 4:14
extensive 11:3
external 19:12
extra 22:1
Ex-Im 4:18

**F**
fairly 25:9,10
far 25:19
federal 16:6,9 18:12,20,21
fellow 20:21,22
figure 28:1

file 12:14 29:14
files 24:8,15
fill 8:6,12 15:13
filled 12:7 15:11 15:12
filling 6:15 11:7
first 4:6 6:1 7:8 7:16 9:21 16:20 17:2 20:21,22 23:22 29:1
Fitzpatrick 1:16 4:2,5,12 31:7
follow 30:4
follows 4:7
foregoing 31:9
Forgive 7:9
form 11:7,16,17 12:1,13,17,21
forms 11:22 12:3
forward 30:17 30:18
forwarded 30:13
Fourth 2:17
Friday 1:11
front 21:10 22:19
further 30:1

**G**
G 4:1
General 2:11
give 5:3,10 13:21 14:2 16:18 21:16 22:13 23:6 26:16 28:10
given 15:7 27:19 31:10
go 8:8 10:22 18:15 20:9 29:19
goes 11:8
going 14:22 15:9 23:8 28:10

Good 5:7 6:17
government 16:6 18:8,12 18:20,22
Governors 2:9
group 30:15
guidance 13:22

**H**
Hall 25:13,14
hand 4:3 7:6 21:21 22:2
handed 23:22
handling 24:8
handwritten 17:15 28:12
happen 15:11
happens 14:16
happy 5:10
heard 18:9
hearing 30:7
held 11:2
help 10:15 11:14 13:17 13:18 21:5,17
high 20:9,17
hiring 13:8
hold 30:17
Htay 7:22
Hu 2:3

**I**
identify 7:8
inaccurate 6:3,4 30:6
incidentally 22:9
incorrect 29:5
Independence 1:20 2:12
indicated 30:7
individual 24:7
infer 19:2
information 10:5,6 12:8,10 22:14
inside 16:11,13
inspect 5:14
instance 12:11

instances 15:2
instruction 9:18
internal 16:15 18:5,16,20 19:9,11,16,19
internally 18:7
International 2:10
interview 9:5 10:6
interviews 9:6
involve 11:6
involved 11:3
involvement 25:2,7

**J**
Jerri 1:16 4:5 4:12 31:7
jobs 11:2
justification 13:8,14 14:2

**K**
K 2:4
keep 12:13 30:20,20
KENNETH 1:7
kind 19:3 22:20 23:19 24:1
knew 19:8
know 7:21 8:17 12:16 13:3 14:7 16:3 17:15 19:8,9 24:15,17 25:15,20 27:4 27:11,13,18
Kohler 1:19
KYAW 1:4 2:22

**L**
lawful 1:17
left 4:19
let's 7:13 14:12 20:5
lists 11:8
live 12:19
lived 11:2,9

look 6:21 30:19
looked 5:5,6,18 6:10 25:5 28:11
looking 13:4 26:17
Lynn 1:16 4:5 4:12 31:7

**M**
Management 15:15
manager 9:5 10:3 13:13,17 13:18 30:13
managers 30:19
margin 28:12
MARIAN 2:15
mark 7:14
marked 26:18
Mary 1:18
mean 7:1 11:20 16:12 17:18 17:21 18:3
meaning 18:2
mechanism 18:5
merit 15:22 16:8,17 17:6 18:14,19 19:12,14 22:21 24:2,4
minute 9:21
misunderstan... 21:19
mm-hmm 26:21
moment 29:18
month 8:15
move 23:8
Murphy 24:18

**N**
N 3:10,10 4:1
name 4:11 15:3 19:8 20:20 25:12
named 21:5 25:13
names 11:11

15:1,2,6
need 6:20,22
  13:8
needs 13:13
Nemirow 2:3
Ninety-six 27:1
non 6:18 7:1
  13:8,12
non-citizen's
  13:14
non-DEU 15:20
normally 15:10
Notary 1:19
note 28:12
notion 19:4
number 22:9
  26:2 27:2,3,11
  28:19
numbers 4:22
  23:16 28:5
Nyunt 1:4 2:22
  21:5,7 23:13
  26:3,22 29:19
Nyunt's 22:14
N.W 2:4,17

        O
O 3:10 4:1
offer 10:21
office 2:11 12:8
  12:16 13:3
  14:5 24:20
official 8:2,21
  9:14,18 10:13
  10:14 13:22
  14:13,13,18
  15:8,8 27:18
  27:20
Oh 19:1 26:8
  27:4
okay 5:17,18
  13:7 14:18
  16:10 18:11
  20:5,20 22:4
  22:22 23:13
  24:6 25:5 30:4
  30:20,22 31:3
order 13:6
outside 12:20

16:5,6,11,13
16:16 17:22
18:1,2,3,4,7
18:18 19:10
20:13,15 23:3
29:18
overseas 11:11

        P
P 4:1
page 3:12 22:9
  23:16 28:19
pages 31:9
panel 26:2,3
paper 7:6 23:8
  23:11 28:11
  29:2
papers 25:6
particular 15:4
  16:10 18:21
  24:11,15 25:3
pass 7:9 11:19
  11:21
people 12:19
  14:19 16:9
  18:20
permission 8:12
person 6:18
  18:18 19:9
Personnel 14:5
person's 11:1
pertinent 12:7
Plaintiff 1:5 2:2
  2:22 3:14
please 4:3,11
  8:8
position 4:19
  8:6,12,17
  10:21 13:16
  15:5,14
positions 8:3,14
possibility 23:4
possible 19:20
  20:18
possibly 18:8,16
practice 9:10
preparation
  6:11
prepare 13:13

13:18 14:1
27:15
prepared 27:13
  27:14 28:21
  29:6
Present 2:20
primarily 16:5
  16:8 24:7
printed 22:10
Probably 10:14
procedure 13:4
process 8:20
  11:3
promotion 16:1
  16:8,17 18:14
  18:19
promotions
  17:6 19:13,14
  22:21 24:2,4
provide 9:7
  10:1 12:2
Public 1:19
purpose 29:1,12
  29:15
put 10:2 11:9
  12:7 15:2 16:7
  27:11
p.m 1:22 31:6

        Q
question 7:3
  10:12
questions 5:22
  6:2 22:3 31:11
quick 8:7

        R
R 4:1
raise 4:3
ranked 20:17
  22:16
ranking 26:2,3
  26:18,22 27:6
  27:22
rated 20:9,16
  22:16
rating 21:21
  22:8 26:2,3
ratings 21:16

read 8:7 31:9
real 8:7
really 26:8
reason 15:4,9
  20:14
recall 6:17,20
  7:3,7,14 25:7
  25:8,9 26:14
recess 29:21
recognize 7:21
  17:2 22:5 23:9
recollection
  27:10,21 28:3
record 29:19
recorded 31:11
recruiting
  30:20
refer 23:16
reference 9:2,7
  9:19,22 10:1,4
  10:9,10
references 8:21
  9:20 10:2
referencing
  18:17
referred 14:10
  14:12 25:12
refers 18:6
relating 6:14
  25:6
relatives 11:11
remember 4:15
  17:12 20:20
  29:10
remind 16:2,3
REPORTER
  4:2,8
requesting 8:6
responsible
  24:8
resume 10:2,5
review 12:6
  13:2
reviewed 7:10
  8:9 16:21
reviews 13:21
REYNOLDS
  2:8
re-advertise

15:14
right 4:3 5:1 8:3
  8:15 12:22
  15:12 19:17
  21:11 22:11
  23:2,6 26:16
  26:18,21 27:2
  28:12 29:11
room 25:16
routine 25:4,9
  25:10
routinely 9:13
rule 14:7 20:14

        S
S 3:10 4:1
sample 14:2
saying 7:1
says 15:8 28:16
  29:7
score 20:17 29:5
second 6:17
  7:19 29:20
sector 16:9
security 11:3,22
  12:9,16 13:3
see 6:20,22 7:7
  19:1 22:11
selected 6:18
  19:7 20:21
  23:14
selecting 8:2,21
  9:14,18 10:13
  10:14 13:22
  14:13,13,18
  15:8,8 27:18
  27:20
selection 9:2
  10:7,8,9 13:12
  14:14 15:9
  17:9,19 19:5
selections 29:8
  29:10,13
send 11:17 12:4
  12:8 30:18
sending 30:17
  30:21
Service 8:1
seven 11:9,10

| | | | | |
|---|---|---|---|---|
| **Shea** 2:3,3 4:10 7:6,12 8:10 17:1 29:17,22 30:4 31:4 | **suggest** 21:4 **suggestion** 9:6 **suggests** 8:5 **suitability** 8:22 9:1,21 10:16 10:17,20,22 | 20:14 **Thursday** 4:16 **time** 4:17 5:4 24:20 25:22 30:18 **TIMOTHY** 2:3 | **Voice** 1:20 **W** **want** 5:14,20,21 10:17 14:19 30:14,22 **wanted** 15:16 | 03-26 4:22 21:2 26:4 06-1152 1:6 **1** 1 17:8 |
| **sheet** 21:17,21 22:8 **show** 16:20 19:12,14,19 19:21 20:1,7 29:5 | **Suite** 1:21 2:4 2:12 **suited** 13:15,16 **supervisor** 24:22 **supervisors** | **title** 25:15 **today** 5:6 **TOMLINSON** 1:7 **top** 14:10,19 15:1,21 | 30:6,8 **Washington** 1:10 2:4,13,18 **Wasn't** 29:9 **way** 16:7 20:5 **Wednesday** 5:8 | 1:29 31:6 10/10/03 29:7 11 1:11 12:45 1:21 1629 2:4 **2** |
| **simple** 22:2 **simply** 21:20 **somebody** 11:20 18:2 **sorry** 18:9 **sort** 22:10 | 24:14 **supply** 11:15,16 **sure** 12:6 13:5 **sworn** 4:7 **S.W** 2:12 | **transcript** 5:4,5 5:14,18 30:7 31:10 **trying** 5:15 **turn** 22:10 **two** 6:15 8:14 | **went** 8:17 **weren't** 20:9 28:5 **we'll** 29:19 30:20 **we're** 9:9 13:4 | 2nd 7:20 2000 20:22 2003 17:8 20036 2:4 2005 4:16 5:19 2007 1:11 |
| **Southwest** 1:21 **specialist** 4:21 9:9,10,13 11:13 12:4,5 13:18 24:7,12 25:17 | **T** T 3:10,10 **tabulation** 22:8 26:7,9,11,19 26:20 27:5,6 | 8:18 15:2 16:3 16:4 18:14 19:20 20:6 23:5 24:10 25:10 | 31:4 **witness** 1:17 4:6 7:5,10 8:9 16:21 30:1 31:5 | 20237 2:13 20530 2:18 22 4:16 5:19 29 5:1 **3** |
| **specialists** 11:20 **specific** 25:6 **spoke** 4:16 **staff** 10:12 **staffed** 4:22 | **take** 29:9 **taken** 1:17 29:21 **talking** 17:15 **tell** 14:1 15:19 19:4,6 21:13 | **typically** 11:6 **U** **understand** 18:10 **understanding** | **work** 11:1 24:6 24:10,14,17 25:19 **worked** 11:10 19:9 25:15 | 30 3:16 330 1:20 2:12 3349 2:12 **4** 4 3:14 |
| **staffing** 4:21 9:8,10,13 11:13,20 12:4 12:5,14 13:18 24:6,11 25:17 | 21:15,22 22:7 22:22 **ten** 14:19 **testified** 4:7 **testimony** 5:5 | 8:20 13:7,11 26:6 **unit** 15:22 18:6 18:13 20:10 **United** 1:1 4:14 | **wouldn't** 6:4 15:4,12 19:8,9 20:10,15,18 21:15 24:3 **wrong** 27:2 | 4447 1:21 **5** 500 2:4 555 2:17 |
| **standard** 9:10 **state** 4:11 **States** 1:1 4:14 12:20,20 **status** 21:14 22:15 | 5:11 6:5 14:4 30:5 **thank** 4:8 22:13 31:5 **they'd** 19:14 **things** 5:21 | 12:20,20 **Usually** 10:1 **U.S** 2:10,16 **V** | **X** x 1:3,9 **Y** | **6** 6/16/06 29:11 **8** |
| **step** 29:18 **STEPHEN** 2:8 **Street** 2:4,17 **submit** 18:14 19:18 | 25:13 **think** 6:3 11:8 16:3 23:7 27:14 29:17 29:22 31:2,4 | v 1:6 **vacancies** 24:11 25:3,10 **vacancy** 4:22 6:15,17 15:11 | **Y** 1:7 **years** 11:9,10 **Z** ZAW 1:4 2:22 | 86 11:8 12:1,13 12:17,21 **9** 90 28:19 |
| **submitted** 19:20 20:4,6 23:5 **substantial** 30:16 | **thought** 7:19 22:1 **three** 10:1 14:7 14:10 15:1,1,6 | 16:10 20:22 26:4 27:22 30:12 **venues** 18:15 **verify** 10:5 | **0** 000089 23:18 000093 22:12 0093 26:18 03 4:22 | |