# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

# Exhibit 3

# Delegated Examining Operations Handbook:

## *A Guide for Federal Agency Examining Offices*

### May 2007

# Lost Certification

Lost certification is the second type of erroneous certification. This type of erroneous certification does not involve a violation of law (i.e., it does not meet the four criteria of a legal violation).

**Definition**

Lost certification occurs when an eligible is misranked on or left off a certificate but correcting the error would not give the eligible real employment consideration.

**Lost certification example**

Examples of lost certification.

| Example | Description |
|---|---|
| 1 | An eligible was left off a certificate but would not have been within reach for selection even if he/she had received proper treatment. |
| 2 | An eligible was misranked on a certificate and is within reach when the error is corrected. The selected also stays within reach after the adjustment is made. |

**Correcting an erroneous certification**

When there has been no legal violation, there is no obligation on the part of the selecting official or the examining office to give the eligible any priority consideration.

**Order of selection**

In cases of lost employment consideration and lost certification, well-qualified ICTAP eligibles **must** be selected before anyone on the certificate, including the eligible that is receiving priority consideration. (5 CFR Part 330)