# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

# Exhibit 4

## Section C - Audit a Certificate

Auditing is the process of certifying the action taken on a returned certificate of eligibles by the selecting official to comply with legal and regulatory selection procedures.

You have three basic responsibilities in the audit process:

1. Determine that all documentation required for declination and other removals from consideration is in order;
2. Determine that all selections were made according to the "rule of three," category rating, and veterans' preference procedures; and
3. Determine that all applications, except those from selected eligibles, are returned.

It is important that certificates are audited before a selectee's first day of work because:

1. If the certificate was worked improperly, any hiring commitments made by the appointing official may potentially be invalid. A prompt audit will catch these errors early; and

2. If the certificate is issued from a competitor inventory where multiple referrals are made, auditing the certificate closes it out and enables eligibles that were not selected to be restored to the active inventory for further employment consideration.

This section contains the following topics:

   Preparing the Certificate for the Audit
   Auditing a Certificate of Eligibles Under the Traditional "Rule of Three" Procedures
   Auditing a Certificate of Eligibles Under Category Rating Procedures
   Documenting the Personnel Action