# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

# Exhibit 5

## Section C - Establishing an Inventory

There are two types of examining processes available for use by an agency when filling a job. You may fill a job either by announcing the position through "case examining" or through a competitor inventory.

The basic concept of case examining is to issue a job announcement for the immediate filling of a specific job(s), and close the case file when the selection process is completed. A competitor inventory provides a list of interested and qualified applicants ready to be certified for current and future vacancies. Before you make a decision as to which process to use, you may want to review and consider the advantages and disadvantages of each.

| Types of Examining Processes | Advantages | Disadvantages |
|---|---|---|
| Case Examining | <ul><li>Competencies/KSAs are tailored to the job</li><li>Applicants are available because they applied for the specific job</li></ul> | <ul><li>Time delays in issuing a certificate because each job must be announced</li><li>Applicants must apply for each position unless otherwise stated in the job announcement</li></ul> |
| Competitor Inventory | <ul><li>Speed of referral</li><li>Applicant applies only once and is assured consideration for recurring jobs</li></ul> | <ul><li>High applicant unavailability rate over a period of time</li><li>Continual maintenance is required</li></ul> |

This section contains the following topics:
- Case Examining
- Competitor Inventory
- Maintaining a Competitor Inventory
- Terminating or Combining Inventories
- Issuing Notices of Results
- Reconsideration of Rating