<u>**Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors,**</u> **Civil No. 06-1152 (JDB)**

**Exhibit 6**

# APPLICATION FOR EMPLOYMENT IN THE FOREIGN SERVICE OF THE UNITED STATES
(This Application is for Field Use Only)

FORM APPROVED
BUDGET BUREAU NO. 47-R064

POST (Not to be filled by applicant)

**INSTRUCTIONS** - Answer all questions fully. Type or print answers. For additional space use Item 37 or attach plain sheets of paper. Complete the form in triplicate.

DATE OF APPLICATION

**1. NAME IN FULL** (In the case of Spanish or Portuguese or other double names, add mother's family name in parentheses)
(Last) HTAY   (First) ERIN   (Middle) MAUNG

**2a. NAME AT BIRTH, IF DIFFERENT FROM ABOVE**

**2b. HAVE YOU EVER BEEN KNOWN BY ANY OTHER NAMES?**
Yes ☐  No ☐
If answer is "Yes", Give Name, Time, Place, and Circumstances Under Item 37.

**3. MARITAL STATUS**
☐ Single
☒ Married
☐ Remarried
☐ Widowed
☐ Divorced
☐ Separated

**4. PRESENT ADDRESS AND TELEPHONE NUMBER**

**5. DATE OF BIRTH** (Month, Day, Year)

**6. PLACE OF BIRTH** (City, Country)
BURMA

**7. SEX** ☒ Male ☐ Female
**8. HEIGHT**
**9. WEIGHT** Lbs.
**10. COLOR OF EYES**
**11. COLOR OF HAIR**

**12. DESCRIBE ANY SPECIAL OR OUTSTANDING CHARACTERISTICS OR IDENTIFYING MARKS**

**13. PREVIOUS ADDRESSES DURING PAST TEN YEARS**

| Dates From | To | Street and Number | City (district/province) | Country |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**14. LIST EACH COUNTRY OF WHICH YOU HAVE BEEN A CITIZEN GIVING DATES AND MANNER OF ACQUISITION OF EACH CITIZENSHIP**

| Dates | Country | How Citizenship Was Acquired |
|---|---|---|
|  |  |  |

**15a. FULL NAME OF HUSBAND/WIFE** (If Wife, maiden name)
**b. DATE OF BIRTH**
**c. PLACE OF BIRTH** (City, Country)

**d. PRESENT ADDRESS IN FULL**
**e. PRESENT OCCUPATION**

**f. NATIONALITY AT BIRTH** Burmese
**g. PRESENT NATIONALITY** Burmese

**16. CHILDREN**

| Name | Date of Birth | Present Address in Full | Occupation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**17a. FATHER'S NAME**
**b. DATE OF BIRTH**
**c. PLACE OF BIRTH** (City, Country)

**d. PRESENT ADDRESS IN FULL**
**e. PRESENT OCCUPATION**

**f. NATIONALITY AT BIRTH** Burmese
**g. PRESENT NATIONALITY** Burmese

OF 174-101

OPTIONAL FORM 174
(FORMERLY DSP-33)
MAY 1975
DEPT. OF STATE

001289