# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

## Exhibit 7

education, and training at the level of the vacancy. Panels will consist of three members, selected by Personnel. The selecting official cannot serve on the promotion panel.

## 468 SELECTION

468.1 The selecting official shall be entitled to select any candidate certified or to non-select all candidates. The candidate selected will be the individual who will best fill management's needs in terms of productivity and the total objectives of the organization. Interviews by the selecting official are optional. However, if the selecting official interviews one candidate on a certificate, he or she must interview all other candidates on that certificate.

468.2b. The selecting official may decide to interview and select at only one level for positions advertised at two or more grade levels.

468.3c. Before making a final decision, the selecting official should make appropriate reference checks.

468.4 Before the selecting official can notify the candidates of his or her decision, the certificate must be cleared by B/P.

## 469 NEPOTISM

Supervisors and other public officials are prohibited from participating in the rating, ranking, or selection process if a relative is under consideration. Neither may supervisors advocate the selection of a relative. This does not preclude a supervisor, when necessary, from responding to a request for an appraisal on a relative, provided the supervisor refrains from advocating selection and he or she notes the relationship. Relatives are defined in 5 USC 3110 as father, mother, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, stepfather, stepmother, stepson, stepdaughter,

000037