# Kyaw Zaw Nyunt v. Kenneth Y. Tomlinson, Chairman Broadcasting Board of Governors, Civil No. 06-1152 (JDB)

# Exhibit 8

PART V-A PERSONNEL (DOMESTIC)
300 RECRUITMENT, SELECTION, AND APPOINTMENT
Last Updated: 03/01/99

Section 310
POLICIES AND PROCEDURES

**311 Purpose**

**312 Responsibilities**
313.1 The Office of Personnel
313.2 Employees and Operating Officials

313 **Special Statutory Appointment Authorities**

314 **Non-Competitive Interchange Between Foreign Service and Civil Service**

315 **Using Paid Advertising**

316 **Recruitment Travel**

317 **Effective Date Of Appointment**
317.1 Appointment Involving Travel or Movement From Another Department or Agency
317.2 Appointment Not Involving Travel or Movement From Another Department or Agency

MOA V-A 310
**POLICIES AND PROCEDURES**

**311 PURPOSE**

The following material (paragraphs 313 through 317 supplements instructions, statutes, Executive Orders, and regulations on Civil Service recruitment, selection, and appointment.

**312 RESPONSIBILITIES**

312.1 The Office of Personnel is responsible for:

a. planning, conducting, and supervising all recruitment activities;

b. assisting operating offices in all aspects of the selection process;

c. determining positions for which a shortage of well qualified candidates exists and authorizing payment of travel and transportation expenses for new appointees to such shortage positions in accordance with Title 5 CFR, Part 572;

d. authorizing paid advertising for recruitment purposes (see paragraph 316);

e. assuring that applicable laws, regulations, policies and procedures governing recruitment, selection, and appointment are properly followed by all officials involved;

f. assuring that recruitment activities are conducted and selections made with no discrimination among candidates because of race, color, sex, religion, handicap, or national origin;

g. making official offers of appointment; and

h. maintaining recruitment, selection, and appointment records required by the Office of Personnel Management (OPM) regulations and instructions.

312.2 <u>Employees and operating officials</u> are responsible for:

a. assisting in locating qualified applicants for positions;

b. referring promptly to the Office of Personnel all employment inquiries and applications for employment; and

c. refraining from unduly encouraging applicants and, in no case, making appointment commitments.

## 313 SPECIAL STATUTORY APPOINTMENT AUTHORITIES

In addition to the types of appointments authorized by general statutes, and OPM regulations, Broadcasting is authorized by Section 801(5) of the U.S. Information and Educational Exchange Act of 1948 (PL 402, 80th Congress), as amended, to employ, without regard to the civil service and classification laws: (i) persons on a temporary basis when such employment is provided for by the pertinent appropriation Act (22 USC 1471 (5)) and (ii) aliens within the United States and abroad for service in the United States relating to the translation of narration of colloquial speech in foreign languages or the preparation or production of foreign language programs in accordance with MOA V-A 820 (22 USC 1471 (l)).

## 314 NON-COMPETITIVE INTERCHANGE BETWEEN FOREIGN SERVICE AND CIVIL SERVICE

An agreement between OPM and the former USIA-IBB under the provisions of Executive Order 11219, as amended authorizes the non-competitive appointment of present or former career employees of the Foreign Service tenured Overseas Specialists (FP) in the competitive Civil Service. (For the appointment of present and former career or career-conditional Civil Service employees in the Foreign Service, see MOA V-B-305.) The Office of Personnel is responsible for processing appointments made under the provisions of this paragraph.

## 315 USING PAID ADVERTISING

When appropriate, to provide a sufficient number of well qualified candidates, the Office of Personnel may use or authorize the use of paid advertising. (See MOA V-A 122.) However, paid radio or television advertising will be used only after every effort has been made to utilize public service advertising, which is provided by many stations without charge.

## 316 RECRUITMENT TRAVEL

The Office of Personnel may authorize recruiting trips by employees outside of Washington, D. C. in connection with paid advertising or other appropriate recruitment activity.

## 317 EFFECTIVE DATE OF APPOINTMENT

317.1 <u>Appointment Involving Travel or Movement From Another Department or Agency</u> - 5 CFR provides guidance on determining the effective date of an appointment, including appointments involving travel at agency expense or movement of the employee from another department or agency.

### 317.2 Appointment Not Involving Travel or Movement From Another Department or Agency

a. An appointment offered and accepted before the beginning of a pay period will be effective on the first day of the pay period if the employee enters on duty on the first workday of the pay period.

b. If the conditions stated in a. immediately above are not met, the appointment will be effective on the day the employee reports for duty.