United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)    CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Consent Motion for Leave to File Sur-Reply in Response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment**

Plaintiff respectfully moves pursuant to Local Civil Rule 7(d) and (m) for leave to submit the accompanying sur-reply memorandum in response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment ("Defendant's Reply").

This memorandum addresses certain narrow points from Defendant's Reply which warrant clarification relating to the retaliation and to the status of certain testimony of an agency witnesses whose testimony dated May 11, 2007 was not available when the parties filed their original dispositive motions.

Counsel for the agency has very graciously consented to this motion provided that is accorded the right to respond to it.

A proposed order is submitted wherewith.

                        Respectfully submitted,

                        Timothy B. Shea
                        DC Bar No. 234005
                        Nemirow Hu & Shea
                        1629 K Street, NW Suite 500
                        Washington, DC  20006
                        Tel. 202 835 0300
                        Fax 202 835 0306

                        Attorney for Plaintiff Kyaw Zaw Nyunt