United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>    Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | )<br>)<br>)<br>)<br>)     CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Order**

Upon consideration of plaintiff's consent motion for leave to file sur-reply memorandum in response to defendant's reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment and the entire record herein, it is hereby

Ordered that leave to file plaintiff's sur-reply memorandum in response to defendant's reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment shall be granted and the memorandum shall be filed.

                                                                John D. Bates
                                                                United States District Judge

Dated: