UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KYAW ZAW NYUNT,<br>    Plaintiff,<br><br>v.<br><br>KENNETH Y. TOMLINSON,<br>Chairman,<br>Broadcasting Board of Governors,<br>    Defendant. | Civil Action No. 06-1152 (JDB) |

### DECLARATION OF M. LAPRELL MURPHY

I, M. LaPrell Murphy, declare as follows:

1. I am Director, Human Resources, GS-15, for the Broadcasting Board of Governors (hereinafter referred to as the "BBG" or "Agency"), 330 Independence Avenue, S.W., Washington, D.C. 20237.

2. I have been employed by the BBG since 2003. I began my employment with BBG as Supervisory, Human Resources Specialist, GS-15. I have been employed in my current position as Director, Human Resources since 2007.

3. In my current position as Director, Human Resources, I have personal knowledge of and experience with the procedures and policies regarding staffing for all language services comprising the East Asia and Pacific Division, including the Burmese Service, as well as staffing for all other components of the agency, including the International Broadcasting Bureau, as referenced and explained herein.

4. It is a typical business practice of the agency's personnel office to hold off on issuing certificate of eligibles to selecting officials until after a cut off date has passed and other applications have been received.

5. For example, while Vacancy Announcement No. 03-34, GS-2210-13, stated a cut off date

of April 4, 2003, several applications were received after this date and were forwarded to the selecting official along with the certificate of eligibles on May 9, 2003. The application of the individual who was ultimately selected for this vacancy was received nearly three weeks after the April 4, 2003 cut off date.

6. Vacancy Announcement No. 04-04, GS-1810-9/11/12, contained a cut off date of January 30, 2004. Applications received after this date were still considered for the vacancy, although none were determined adequately qualified and, therefore, were not included on the certificate of eligibles.

7. Even though Vacancy Announcement No. 06-178, GS-1001-12, stated a cut off date of December 6, 2006, all applications received up until the initial certificate of eligibles was issued on January 16, 2007 were considered together.

8. This same practice was employed with regard to Vacancy Announcement No. 06-163A. While it announced a cut off date of November 27, 2006, all applications received up until the issuance of an initial certificate of eligibles on January 10, 2007 were considered together.

9. This practice is not unique to the agency's personnel office. Prior to coming to work for the BBG, I spent 18 years working for the Department of the Army. My entire tenure was spent working in the area of personnel and I witnessed this practice on numerous occasions.

I declare under penalty of perjury that the foregoing is true and correct based upon my knowledge, information and belief, executed this day in the District of Columbia.

_____
M. LaPrell Murphy

6\19\07
Date