United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>　　Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>) |

**Notice of Filing**

Plaintiff Nyunt files herewith a copy of an arbitration award dated August 27, 2007 rendered in an institutional grievance between the Broadcasting Board of Governors and the American Federation of State, County and Municipal Employees Local 1418. Under the collective bargaining agreement an institutional grievance is defined as a grievance over a matter of general application to the unit or over a violation of the institutional rights and responsibilities of the parties. The decision may be subject to review upon request of the agency and the agency has indicated it intends to seek review at the Federal Labor Relations Board.

2

I have conferred with counsel for the Defendant BBG who advised that she has no objection to the filing of this notice.

Respectfully submitted,

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW  Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Attorney for Plaintiff Kyaw Zaw Nyunt

Case 1:06-cv-01152-JDB    Document 30    Filed 09/05/2007    Page 2 of 2