United States District Court
For the District of Columbia

| | |
|---|---|
| Kyaw Zaw Nyunt,<br>　Plaintiff,<br><br>v.<br><br>Kenneth Y. Tomlinson,<br>Chairman,<br>Broadcasting Board of Governors,<br>　Defendant. | )<br>)<br>)<br>)<br>)  CA No. 06 – 1152 (JDB)<br>)<br>)<br>)<br>)<br>) |

**Notice of Filing**

Plaintiff Nyunt files herewith a copy of a decision of a Merit Systems Protection Board administrative judge dated January 7, 2008 styled *Moe Moe Htun v. Broadcasting Board of Governors*, docket No. 1221-07-0466-W-2. The agency advises that it intends to appeal the decision.

I have conferred with counsel for the Defendant BBG who advised that Defendant respectfully objects to the filing of this document as irrelevant to the captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　Timothy B. Shea
　　　　　　　　　　　　　　　　　　DC Bar No. 234005
　　　　　　　　　　　　　　　　　　Nemirow Hu & Shea
　　　　　　　　　　　　　　　　　　1629 K Street, NW  Suite 500
　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　Tel. 202 835 0300
　　　　　　　　　　　　　　　　　　Fax 202 835 0306