UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KYAW ZAW NYUNT,

    Plaintiff,

        v.

KENNETH Y. TOMLINSON,
Chairman, Broadcasting Board of Governors,

    Defendant.

Civil Action No. 06-1152 (JDB)

### ORDER

Upon consideration of [13] plaintiff's motion for partial summary judgment, [14] defendant's motion to dismiss or, in the alternative, for summary judgment, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [13] plaintiff's motion for partial summary judgment is **DENIED**; it is further

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment is **GRANTED**, and judgment is entered for defendant in full on Count I and on the portion of Count II alleging discrimination upon the basis of national origin in violation of Title VII; and it is further

**ORDERED** that Count III, Count IV, Count V, Count VI, and the portion of Count II alleging discrimination based upon race in violation of Title VII are **DISMISSED**.

    **SO ORDERED**.

                                    /s/
                              JOHN D. BATES
                        United States District Judge

Dated: March 21, 2008