United States District Court
For the District of Columbia

Kyaw Zaw Nyunt,  )
    Plaintiff,  )
          )
v.  )
          )    CA No. 06 – 1152 (JDB)
Kenneth Y. Tomlinson,  )
Chairman,  )
Broadcasting Board of Governors,  )
    Defendant.  )

**RECEIVED APR 29 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## Notice of Appeal

Notice is hereby given that Plaintiff Kyaw Zaw Nyunt in the above named case hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment and orders entered by the District Court in this action on or about March 21, 2008.

Respectfully submitted,

*/s/ Timothy B. Shea*

Timothy B. Shea
DC Bar No. 234005
Nemirow Hu & Shea
1629 K Street, NW  Suite 500
Washington, DC  20006
Tel. 202 835 0300
Fax 202 835 0306

Attorney for Plaintiff Kyaw Zaw Nyunt